**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF SCHOOL BOARDS, INC., | § § § § | |
| A Texas nonprofit corporation, | § | |
| Plaintiff, | § § | Case No. 1-25-cv-1863 |
| v. | § § | |
| TEXANS FOR EXCELLENCE IN EDUCATION, INC., | § § | JURY TRIAL DEMANDED |
| A Delaware nonprofit corporation, | § § | |
| Defendant. | § § | |

## COMPLAINT

Plaintiff TEXAS ASSOCIATION OF SCHOOL BOARDS, INC. ("Plaintiff" or "TASB"), by and through the undersigned counsel, brings this Complaint for copyright infringement against Defendant TEXANS FOR EXCELLENCE IN EDUCATION, INC. ("Defendant" or "TEE") and alleges as follows:

### INTRODUCTION

1.      Plaintiff TASB is a voluntary, nonprofit, nonpartisan educational association established in 1949 to serve Texas public school boards.  Aligned to its mission of promoting educational excellence for Texas school children, TASB provides high-quality programs and services to Texas school districts, helping them operate more efficiently and effectively, thereby lessening the burdens of government. For more than 50 years, Texas school districts have relied on TASB's Policy Service team to help develop and customize policies for specific local needs and for compliance with applicable federal and state laws and

regulatory guidance. Of course, school boards have always had other options to assist with local policy development, including internal district staff or outside legal counsel. Most recently, Texans for Excellence in Education has been offering its Policy Connect platform and other policy services as an alternative to TASB's Policy Service.  TASB welcomes open and fair competition and encourages all school districts to choose those services and solutions that best meet their local needs. But fair competition requires TEE to respect TASB's copyright rights and not pass off TASB's work as its own; and TEE's competition has crossed the line into unlawful copying and intentional exploitation of TASB's copyrighted Policy Service materials. Even after TASB sent a cease-and-desist letter in August 2025, TEE has continued to provide infringing copies of TASB's copyrighted materials to its school district customers. Having no other recourse, TASB brings this action under 17 U.S.C. § 501 against TEE for infringement of TASB's federally registered copyrights.

**PARTIES**

2.      Plaintiff is a nonprofit corporation duly organized and existing under the laws of the State of Texas. Plaintiff's principal place of business is located at 12007 Research Blvd., Austin, Texas. Plaintiff is authorized to do business in the State of Texas.

3.      Upon information and belief, Defendant is a nonprofit corporation organized and existing under the laws of the State of Delaware that has been authorized to transact business in Texas since June 2023. Defendant's filings with the Texas Secretary of State currently report Defendant's principal address as 3039 Nowitzki Way, Unit 3212, Dallas, TX US 75219; but upon information and belief Defendant does not conduct any business at this location. Defendant may be served with process through its registered agent for service of

2

process, Corporation Service Company d/b/a Lawyers Incorporating Service located at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

## JURISDICTION AND VENUE

4.      This is an action arising under the United States Copyright Act, 17 U.S.C. § 501.

5.      This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338 because it involves federal questions arising under the Copyright Act, as amended, 17 U.S.C. §§ 101 et seq.

6.      This Court has specific personal jurisdiction over Defendant pursuant to due process and/or the Texas Long Arm Statute.  Defendant has sufficient minimum contacts with the forum because, *inter* alia, (i) Defendant has done and continues to conduct business in Texas including in this District and (ii) Defendant has committed and continues to commit acts of copyright infringement in Texas including in this District.  Moreover, Defendant has directed and/or actively directs its activities to customer school districts located in the State of Texas, including at least one school district in this District.  This has given rise to this action and has established more than minimum contacts with this District such that exercise of jurisdiction over Defendant in this Court would not offend traditional notions of fair play and substantial justice.

7.       Furthermore, this Court has general personal jurisdiction over Defendant, as Defendant is authorized to do business in Texas and in fact does business in Texas and within this district by providing its membership and policy services to at least seven school districts in Texas, including school districts within the Western District of Texas.  Thus, Defendant is subject to the personal jurisdiction in this Court and is amenable to service of

process pursuant to Texas Long-Arm Statute, Tex. Civ. Prac. & Rem. Code § 17.003 and Fed R. Civ. P. 4(e).

8.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(a) in that Defendant provides its membership and policy services to school districts within the Western District of Texas, Defendant has committed acts of infringement within this district, Defendant continues to commit acts of infringement within this district, and Defendant's contacts to this district would be sufficient to subject it to personal jurisdiction in this district if it were a separate state.

**FACTS**

**Texas Association of School Boards and its Policy Service**

9.     TASB is a voluntary, nonprofit, nonpartisan educational association established in 1949 to serve local Texas school boards — the largest group of publicly elected officials in the state, with more than 7,000 school board trustees. TASB provides assistance in multiple areas of public-school governance and operation with high-quality solutions and services designed to support the critical work of educating the millions of public schoolchildren in our state.

10.     TASB's Policy Service offers a variety of elective services to help Texas school districts whose boards are members of TASB meet the challenges of a rapidly changing statutory and regulatory environment for school district governance and management. These services are available for additional fees and include: licensed access to TASB's Policy Reference Manual resource and constituent (LEGAL) Frameworks, described below; consulting, model policies, and other assistance with local school district policies; access

4

to Policy Online®, TASB's proprietary online policy platform; and updating services. Despite the additional expense of these elective services, Texas school districts find them to be an essential resource. As of November 18, 2025, TASB Policy Service serves more than 99% of the school districts in Texas.

11. TASB informs and educates districts about the current laws governing Texas public schools with the *Policy Reference Manual* (*PRM*) resource from its Policy Service. The PRM resource is a collection of hundreds of different works, each providing the legal framework for a discrete aspect of school governance and operations. TASB compiles federal and state statutes and regulations, case law, Texas Attorney General opinions, and Texas Commissioner of Education decisions governing Texas public school districts, along with commentary and expository text, into (LEGAL) policies or frameworks ("**(LEGAL) Frameworks**").

12. TASB has developed and organized Texas public school law into an original and comprehensive taxonomy of school law topics, including seven high-level sections of school law:

Section A: Basic District Foundations

Section B: Local Governance

Section C: Business and Support Services

Section D: Personnel

Section E: Instruction

Section F: Students

Section G: Community and Governmental Relations.

Each of these sections includes topics and subtopics organized by letter codes, which collectively express TASB's evolving taxonomy of Texas public school law topics. TASB provides (and regularly updates) a Section index ("**Section Index**") for each high-level section of the taxonomy. For example, attached hereto as Exhibit C are true and correct copies of the Section Indices for Sections A through G from Updates 110, 115, 118, 121, and 122. The taxonomy, and these and the other Section Indices, include original copyright-protected material, including text, letter codes, topics, subtopics, and compilation.

13.     TASB developed its original taxonomy and the different (LEGAL) Frameworks so that board members, administrators, parents, students, and other users can quickly and easily find and learn the law relevant to public schools in Texas. The (LEGAL) Frameworks are valuable, original resources provided by TASB to all districts eligible for a subscription that subscribe to TASB's Policy Service.

14.     Policy Online® is TASB's proprietary, public-facing web-based software application that publishes the localized policy manual for subscribers and provides access to TASB's subscription-based policy publications and resources. Each different (LEGAL) Framework (and its corresponding local policy and related content) is stored, indexed, and displayed on Policy Online separately and independently from the other (LEGAL) Frameworks. Policy Online includes search and display features (e.g., a browse box) that enable users to browse the index of policies, search keywords, and navigate easily to policies, with tabs for (LEGAL) Frameworks, local policy, and exhibit documents. Exhibit CC attached hereto illustrates how a user can navigate the Policy Online interface to retrieve the current version of TASB's FB (LEGAL) Framework, including navigating to the Policy

Online landing page and expanding the browse box (p.1), expanding section F and selecting the link for FB Equal Educational Opportunity (p. 2), and displaying the Legal FB (LEGAL) Framework with additional tabs to display the corresponding Local Policy and exhibits if any (p. 3).

**TASB (LEGAL) Framework: Coding Structure, Compilation, Text and Laws**

15.    A TASB (LEGAL) Framework typically includes Coding Structure, Expository Text, and the Framework Compilation based on Governing Law.

16.    TASB Coding Structure. A (LEGAL) Framework includes, and is identified by, a unique alphabetic letter code ("**Letter Code**") associated with an assigned subject matter topic or topical category —topic and optional subtopic—identifying the subject matter of the policy ("**Subject Matter Summary**"). The combination of the Letter Code and the Subject Matter Summary is TASB's "**Coding Structure**."  There are multiple ways to express a taxonomy and to describe a compilation of legal authorities. The text and compilation reflected in TASB's Coding Structures include original and copyright-protected subject matter because TASB exercises creativity in deciding where a specific compilation of legal authorities should be added or integrated into TASB's taxonomy of Texas public school law, what letter sequences to use for the Letter Codes, and what combinations of topic and subtopic would most effectively convey to readers the subject matter of each of the (LEGAL) Frameworks.

17.    For example, TASB and TEE have each published policy materials covering the 2025 Texas statute requiring the display of the Ten Commandments in school classrooms, Texas Education Code § 1.0041.  TASB added this new statute to its (LEGAL) Framework

7

relating to required displays—CLE (LEGAL) Buildings, Grounds, and Equipment Management/Required Displays—and changed the subtopic from "flag displays" to "required displays" to reflect the expanded scope of the guidance. Defendant TEE chose instead to reflect the same content in its Local policy EMI(LOCAL), which covers "Miscellaneous Instructional Policies: Study of Religion." TASB and TEE came up with very different expressions to describe and classify the same statutory subject. True and correct copies of TASB's CLE(LEGAL) and TEE's (EMI)(LOCAL) are attached hereto as Exhibits N and S, respectively.

18. <u>Governing Law</u>. A (LEGAL) Framework includes verbatim excerpts of statutes, regulations, or other legal authorities (and their legal citations) that are in the public domain ("**Governing Law**").  TASB does not claim copyright rights in the Governing Law.

19. <u>TASB Expository Text</u>. A (LEGAL) Framework also includes exposition, margin notes, paraphrase, and other text regarding the Governing Law ("**Expository Text**"). TASB's Expository Text includes original and copyright-protected subject matter because TASB exercises creativity in deciding how to express it.

20. <u>TASB Framework Compilation</u>. A TASB (LEGAL) Framework includes original compilation—selection, arrangement and coordination—of the Governing Law ("**Framework Compilation**").  TASB's Framework Compilations include original and copyright-protected subject matter because TASB exercises creativity in selecting which legal authorities to include in the Governing Law and how to coordinate and arrange them in a logical sequence that will be helpful to readers.

**TASB Numbered Policy Updates**

21.    Because the laws and other legal authorities governing public school districts are constantly evolving, TASB's Policy Service publishes regular numbered updates ("**Numbered Updates**") to (LEGAL) Frameworks, typically two updates a year. It takes an extraordinary amount of time, effort, specialized skill, and creative effort to create, maintain, revise and otherwise update hundreds of (LEGAL) Frameworks. For example, after each session of the Texas Legislature, TASB Legal Services attorneys and TASB Policy Service staff (a combined total of approximately 25 paid professionals) spend hundreds of hours identifying and analyzing enrolled legislation to determine how it applies to Texas public schools and how to integrate it into existing or newly-created (LEGAL) Frameworks. In years without a state legislative session, TASB's Legal Services and Policy Service teams monitor federal laws, state and federal rulemaking, case law, Texas Commissioner of Education decisions, and Texas Attorney General opinions for potential inclusion in the (LEGAL) Frameworks.

22.    Each Numbered Update includes multiple different (LEGAL) Frameworks; some may be revisions to or rearrangements of previously-published versions of the same or related work, and some may be entirely new, but most, if not all, include new or original content. TASB professional staff must determine how and where to integrate the new material  into TASB's preexisting taxonomy, which entails creativity and originality in choosing an appropriate Coding Structure. To ensure that each (LEGAL) Framework provides a lucid and accessible digest of its topic, TASB professional staff must exercise creativity and originality in selecting and arranging the Governing Law.

23.    TASB has regularly issued Numbered Updates since Update 4, issued in 1977. Its most recent update, Update 126, was issued after the General and Special sessions of the 89th Legislature in 2025.   TASB distributes Numbered Updates to Policy Service subscribers through Policy Online. Due to the extensive restructuring and revision of Texas education statutes in the 74th Legislature, TASB's Update 50, issued in 1995, included every (LEGAL) Framework in use at the time. Update 123, which was published in or around April 2023, is an example of a Numbered Update issued between legislative sessions.  True and correct copies of Updates 50 and 123 are attached hereto as Exhibits Z and AA, respectively.

**The TASB Works and TASB Registered Works**

24.    Plaintiff is the copyright owner of multiple original works of authorship in its Numbered Updates and (LEGAL) Frameworks (the "**TASB Works**"). Each Numbered Update comprises an original compilation of (LEGAL) Frameworks and other contributions, including an original "Explanatory Notes" section explaining the changes to the (LEGAL) Frameworks in the Numbered Update (*see, e.g.,* Exh. AA (pp. 5-8)) and, if the index has been revised, Section Indices (*e.g.,* Exh. C; Exh. Z, pp. 29, 47-48, 147-149, 291-292, 425-426, 567-568, 709). Additionally, constituent works or contributions within each Numbered Update, including each individual (LEGAL) Framework in the Numbered Update, the Section Indices, and the Explanatory Notes, comprise additional original text, compilation, Coding Structures, and other copyright-protected material, and constitute separate and independent copyright-protected works in themselves. In Numbered Update 123, for example, the Explanatory Notes section (Exh. AA (pp. 5-8), CKED(LEGAL) (Exh. AA (p. 107), and EFA(LEGAL) and EFB(LEGAL) (Exh. AA (pp. 173-185)) each constitute independent

10

copyright-protected works in themselves, as do each of the other different (LEGAL) Frameworks included in Update 123.

25. The TASB Works were independently created and authored by TASB employees within the scope of their employment. Such works are a "work made for hire" and TASB is the author of such works.

26. The TASB Works include original works of authorship fixed in a tangible medium of expression. Plaintiff has complied in all respects with 17 U.S.C. § 101 et seq. and has secured exclusive rights in the copyrightable portions of the TASB Works and has received its copyright registrations in TASB Works from the Copyright Office in accordance with its rules and regulations.

27. TASB has registered copyrights in Numbered Updates Nos. 7, 9, 10, 14, 18, 43, 47, 50-105, and 107-125. TASB has also registered a copyright in the "PRM index of terms." True and correct copies of the Certificates of Registration from the U.S. Copyright Office in the foregoing works ("**Registration Certificates**") are attached as Exhibit A hereto. The term "**TASB Registered Works**" refers to all TASB Works that have been registered with the U.S. Copyright Office.

28. As part of TASB's Policy Service, TASB assists school district subscribers with the development of local school policies adapted from TASB's model or sample "(LOCAL) policies." TASB circulates model (LOCAL) policies for consideration, customization, and/or adoption by Policy Service subscribers, typically in coordination with (LEGAL) Frameworks in a Numbered Update. In addition, the Policy Service team prepares customized local policy recommendations. TASB's model (LOCAL) policies are provided under license to

Policy Service subscribers for internal use and adaptation. TASB's (LOCAL) Policies use the same Coding Structure as the (LEGAL) Framework on the same subject matter. TASB's (LEGAL) Frameworks provide the legal framework on the subject matter of different topics but are not suitable for adoption as a local policy.

**Texans for Excellence in Education**

29.    Upon information and belief, TEE began offering services to Texas public school boards and independent school districts in or after June 2023. TEE offers services similar to those offered by TASB and promotes itself as a lower-priced substitute for TASB. TEE's current website (www.texansforexcellence.org) includes a web page entitled "The Case for Leaving TASB and Joining TEE" that says: "Rather than fitting every district into a 1 size fits all box, TEE will customize our service approach according to each ISD's specific needs." TEE promises that TEE "will continually offer the best and most cost efficient options for ISD's" and states, on its website, that "TEE's membership fees are ½ of TASB."

30.    TEE offers "Policy/Legal Guidance and Assistance" services to its members as an alternative to and substitute for TASB's Policy Service. TEE states on the home page of its website: "TEE seeks to implement and provide guidance to the current ISD policy frameworks to aid Texas independent school districts, their boards, administrators, and teachers in achieving these critical objectives." TEE's Policy Legal/Guidance and Assistance services include providing local policies and legal guidance: "TEE provides best available legal guidance on state and federal law and regulation." Exhibit W. TEE's Policy/Legal Guidance and Assistance services include providing its customers with "(Legal Reference)"

materials that quote statutes and regulations. The TEE (Legal Reference) policies correspond to TASB's (LEGAL) Frameworks.

31.    TEE's Policy Connect service is a website or online platform on which TEE reproduces and publicly displays (Legal References) for its customer school districts, including Midland Independent School District ("Midland ISD") and Crane Independent School District within the Western District of Texas, and other school districts in Texas, including Carroll Independent School District ("Carroll ISD"), Schulenburg Independent School District ("Schulenburg ISD"), Conroe Independent School District, Sherman Independent School District, and Lingleville Independent School District.

32.    TEE's Policy Connect platform replicates many of the features found on TASB's Policy Online. The home page of TEE's Policy Connect platform includes a "Browse All Policies" box ("Browse Box") that supports online index browsing, keyword searches over section titles and policy content, and retrieval and display of policies.

33.    Upon information and belief, TEE (itself or through its agents or contractors) owns, rents, contracts for, and/or manages the systems that store, reproduce, and/or publicly display the (Legal Reference) policies on the Policy Connect websites of TEE customers. Upon information and belief, TEE (itself or through its agents or contractors) owns the URL policyconnect.org and is the owner, proprietor, and/or controlling custodian of the Policy Connect website; and TEE (itself or through its contractors or agents) provides the servers that host the policyconnect.org website. TEE provides online services or network access, and/or operates facilities for that purpose, in connection with its Policy Connect website.  The Policy Connect websites for TEE customer school districts are hosted on TEE's

policyconnect.org website. For example, the URL for the Policy Connect website for Carroll ISD is https://policyconnect.org/org/carroll-isd; the URL for the Policy Connect website for Midland ISD is: https://www.policyconnect.org/org/midland-isd.

**TEE Update 1**

34.    Upon Information and belief, on or around November 1, 2024, TEE issued or distributed to its customer school districts a collection of more than 300 (Legal References) with the phrase "UPDATE: 1" in the footer (collectively, "**TEE Update 1**"). TEE Update 1 was issued to Carroll ISD and, upon information and belief, other TEE customer school districts, including Midland ISD. Exhibit X attached hereto includes a true and correct listing of TEE (Legal References) in TEE Update 1 that were reproduced, retrievable and/or publicly displayed on TEE's Policy Connect Site for Carroll ISD on or about July 12, 2025. Exhibit Y attached hereto includes true and correct copies of a single representative page from each of the TEE (Legal References) listed in Exhibit X .

35.    On information and belief all or substantially all of the TEE (Legal References) listed in Exhibit X presently are or can be reproduced, retrieved, and/or publicly displayed on the TEE Policy Connect Site for Carroll ISD and Midland ISD.

36.    Upon information and belief, TEE or its agents created or prepared, or commissioned the creation or preparation of all or substantially all TEE (Legal References) in TEE Update 1 and other TEE (Legal References) hosted on the TEE Policy Connect sites for, or otherwise provided or distributed to, TEE's customer school districts.

37.    TEE or its agents had access to TASB (LEGAL) Frameworks on or before the creation of TEE Update 1. TASB's (LEGAL) Frameworks are widely disseminated in Texas

school districts. Copies of TASB's (LEGAL) Frameworks can be reviewed or retrieved by members of the public through the Policy Online platforms hosted by TASB for more than a thousand Policy Service subscribers throughout Texas. Upon information and belief, TEE or its agents "scraped" or otherwise obtained copies of TASB (LEGAL) Frameworks from one or more Policy Online platforms hosted by TASB for active Policy Service subscribers. Upon information and belief, after a reasonable opportunity for discovery, there is likely to be evidentiary support to show that TEE or its agents obtained copies of TASB (LEGAL) Frameworks and/or Numbered Updates from one or more past or present subscribers to TASB Policy service or agents of said subscribers.

**TEE's Copying of TASB's Letter Codes and Subject Matter Summaries**

38. TEE has infringed and continues to infringe upon TASB's copyrights by *inter alia* copying TASB's Letter Codes and Subject Matter Summaries in TEE (Legal References) and on TEE's Policy Connect platforms.

39. Each TEE (Legal Reference) includes a letter code and a subject matter summary. Hundreds of TEE (Legal References) include letter codes and subject matter summaries identical or substantially similar to the TASB Letter Codes and Subject Matter Summaries in the corresponding TASB (LEGAL) Frameworks.

40. For example, Table 1 below shows the headers for TASB's CKED(LEGAL) Framework and TEE's CKED (Legal Reference), true and correct copies of which are attached hereto as Exhibits G and O, respectively. The Letter Codes and Subject Matter Summaries are identical in material part.

15

| **Header – TASB CKED (LEGAL) Framework (Exh. G)** |
|---|
| SECURITY PERSONNEL<br>OTHER SECURITY ARRANGEMENTS                                                  CKED<br>(LEGAL) |
| **Header – TEE CKED (Legal Reference  (Exh. O)** |
| Carroll ISD<br>carroll-isd<br><br>Security Personnel: Other Security<br>Arrangements                                               CKED<br>(Legal Reference) |

**TABLE 1**

41.     All or substantially all TEE (Legal References) in TEE Update 1, including the TEE (Legal References) represented in Exhibit Y, reproduce identical or substantially identical copies of TASB's Letter Codes and Subject Matter Summaries.

42.     Upon information and belief, TEE or its agent copied TASB's Letter Codes and Subject Matter Summaries in TEE Update 1.

43.     Attached hereto as Exhibit B are true and correct listings of some TASB (LEGAL) Frameworks in which the Letter Codes and referenced topics and subtopics were published in Numbered Updates that have been registered with the Copyright Office, including in (LEGAL) References and/or Subject Indices. Exhibit B shows, for each of the listed (LEGAL) Frameworks, the Letter Code, the topic and subtopic, and the Numbered Update wherein the Letter Code, topic, and subtopic were first published with substantive (LEGAL) Framework content. Exhibit B includes two listings, one sorted by Letter Code and the other sorted by Update number. Each (LEGAL) Framework listed in Exhibit B includes original copyright-protected material that has been registered with the Copyright Office.

16

44.    The TEE (Legal References) in TEE Update 1 copy verbatim or with substantial similarity all or substantially all Letter Codes and Subject Matter Summaries listed in Exhibit B.

45.    In addition, through the Browse Box feature, TEE reproduces and displays TASB's Letter Codes and Subject Matter Summaries on the TEE Policy Connect pages for TEE customers. When a user clicks on the "+" symbol next to a section in the Browse Box, the TEE Policy Connect site displays an expanded Browse Box index, that is, a listing of all letter codes and subject matter summaries in the section. Attached hereto at Exhibits D and E are true and correct copies of expanded Browse Box indices displayed on the TEE Policy sites hosted by TEE for (a) Carroll ISD, displayable or displayed on or about August 3, 2025 (Exhibit D), and (b) Midland ISD, displayable or displayed on or about October 28, 2025 (Exhibit E). These expanded Browse Box indices reproduce verbatim or with substantial similarity all or substantially all TASB Letter Codes and Subject Matter Summaries listed in Exhibit B. Some of the Letter Codes and Subject Matter Summaries in the expanded Browse Box indices in Exhibits D and E reproduce and display Letter Codes and Subject Matter Summaries for (Legal Reference) works that, upon information and belief, are not included in TEE Update 1 and/or are not live (Legal References), for example, EF (Legal Reference) and EHDF (Legal Reference).

46.    For example, Table 2 below compares an excerpt of TASB's Subject Index for Section E with an excerpt of the expanded browse box listing from TEE's Policy Connect site for Carroll ISD:

17

| TASB Section E Index (Excerpt) (Exh. C ) | TEE – Expanded Browse Box display for Carroll ISD (Excerpt) (Exh. D) | |
|---|---|---|
| **SECTION E: INSTRUCTION**<br><br>EHBH — Other Special Populations<br>EHBI — Adult and Community Education<br>EHBJ — Innovative and Magnet Programs<br>EHBK — Other Instructional Initiatives<br>EHBL — High School Equivalency<br>EHBM — Travel Study<br>EHBN — Honors<br>EHD — Alternative Methods for Earning Credit<br>EHDA — Summer School<br>EHDB — Credit by Examination with Prior Instruction<br>EHDC — Credit by Examination without Prior Instruction<br>EHDD — College Course Work/Dual Credit<br>EHDE — Distance Learning<br>EHDF — Local Remote Learning Program<br><br>EI — ACADEMIC ACHIEVEMENT<br>EIA — Grading/Progress Reports to Parents<br>EIAA — Examinations<br>EIAB — Makeup Work<br>EIB — Homework<br>EIC — Class Ranking<br>EID — Honor Rolls<br>EIE — Retention and Promotion<br>EIF — Graduation<br><br>EK — TESTING PROGRAMS<br>EKB — State Assessment<br>EKBA — English Learners/Emergent Bilingual Students<br>EKC — Reading Assessment<br>EKD — Mathematics Assessment | EHBK | Special Programs–Other Instructional Initiatives |
| | EHBL | Special Programs–High School Equivalency |
| | EHDC | Alternative Methods For Earning Credit/ Credit By ExaminationWITHOUT PRIOR INSTRUCTION |
| | EHDD | Alternative Methods For Earning Credit–College Course Work–Dual Credit |
| | EHDE | Alternative Methods For Earning Credit–Distance Learning |
| | EHDF | Alternative Methods For Earning Credit–Local Remote Learning Program |
| | EI | Academic Achievement |
| | EIA | Academic Achievement_ Grading_Progress Reports To Parents |
| | EIC | Academic Achievement– Class Ranking |
| | EIE | Academic Achievement– Retention And Promotion |
| | EIF | Academic Achievement– Graduation |
| | EK | Testing Programs |

**TABLE 2**

47.    In addition, TEE has copied TASB's Letter Codes and Subject Matter Summaries by substituting numbers for the letters in TASB's Letter Codes ("**TEE Substitution Number Codes**") in the TEE (Legal References) and on the TEE Policy Connect site. For example, attached hereto as Exhibit R is a true and correct copy of TEE (Legal Reference) 5.8.2.8 with Subject Matter Summary "Special Programs: Other Special

18

Populations." The Subject Matter Summary for (Legal Reference) 5.8.2.8 is identical to the Subject Matter Summary for TASB's EHBH (LEGAL) Framework. TEE copied the TASB Letter Codes in the TEE Substitution Number Codes by mechanically replacing each letter in TASB's Letter Code with the number of the letter's position in the alphabet (1 for A, 2 for B, etc.).

48.    Attached hereto at Exhibit F  is a true and correct copy of an expanded Browse Box index displayed on the TEE Policy Connect site for Carroll ISD on or about May 29, 2025, which index shows TEE Substitution Number Codes for each subject matter summary. Upon information and belief, all TEE (Legal Reference) policies reproduced, retrievable and/or publicly displayed on the TEE Policy Connect site for Carroll ISD in or around May 29, 2025 used TEE Substitution Number Codes instead of letter codes. TEE subsequently replaced the TEE Substitution Number Codes in its (Legal References) and on the Policy Connect site with the letter codes shown in Exhibit Y.

49.    In addition, TEE has copied TASB's copyrighted Letter Codes and Subject Matter Summaries in new local policies TEE has proposed to its customer school districts, including, for example, new proposed local policies "6.1 – (Local) Parents Rights and Responsibilities" and "AIB Creation (Local): Accountability Performance Reporting," and in TEE's explanatory materials accompanying its local policy updates.

50.    The TASB Letter Codes and Subject Matter Summaries are critical and important components of each TASB (LEGAL) Framework and each TASB Numbered Update in which they appear.  For example, in a TASB (LEGAL) Framework, the Letter Code and Subject Matter Summary inform users of the content of each (LEGAL) Framework and where

it can be found in TASB's taxonomy of school law topics; and the Letter Code provides a short handle for ease of reference and discussion.  Within each TASB Numbered Update, the Letter Codes and Subject Matter Summaries are used in the Explanation Notes and Subject Indices. The Letter Codes and Subject Matter Summaries are used on TASB Policy Online for index browsing, keyword searches, and retrieval of (LEGAL) Frameworks and (LOCAL) Policies.

### TEE's Copying of TASB's Original Framework Compilations

51.    TEE has infringed and continues to infringe upon TASB's copyrights by copying—in TEE's (Legal References), including TEE Update 1 and TEE's Policy Connect sites—TASB's original Framework Compilations of Governing Law in TASB's (LEGAL) Frameworks and other works.

52.    TEE has copied, and continues to copy, TASB's Framework Compilations of Governing Law in TEE (Legal References) by including in its (Legal References) all or substantially all of the sections of Texas and Federal statutes and regulations in the same, or substantially the same, order as the same statutes and regulations are included in the corresponding TASB (LEGAL) Framework.

53.    For example, TEE's CKED (Legal Reference) copies the compilation in TASB's CKED (LEGAL) Framework. TASB's CKED(LEGAL) Security Personnel: Other Security Arrangements, published in Update 123 (Exh. G), is reproduced below. Attached hereto as Exhibit O is a true and correct copy of TEE's CKED (Legal Reference) from TEE Update 1.

20

| | |
|---|---|
| **SECURITY PERSONNEL**<br>**OTHER SECURITY ARRANGEMENTS** | **CKED**<br>**(LEGAL)** |

| | |
|---|---|
| ***Note:*** | For general provisions applicable to district security personnel, including district peace officers, see CKE. |

|  |  |
|---|---|
| | "Commissioned security officer" is a security officer under Occupations Code Chapter 1702 authorized by the Department of Public Safety (DPS) to carry a firearm and operating in compliance with 37 Administrative Code Chapter 35, Subchapter F. |
| **Security Services Contractor** | For the purposes of providing security personnel, the board may contract with a licensed security services contractor for the provision of a commissioned security officer who has completed the Level II or III training course required by DPS.<br><br>*Education Code 37.081; Occupations Code 1702.002; 37 TAC 35.81-.83* |
| **Employed by the District** | A district may not employ a commissioned security officer unless it provides notice to DPS in the form prescribed by the Public Safety Commission of:<br><br>1. The district's intent to employ a commissioned security officer and register with DPS;<br><br>2. The name, title, and contact information of the person serving in the district as the contact for DPS; and<br><br>3. Any change in the information provided above.<br><br>*Occupations Code 1702.181*<br><br>The provisions of Occupations Code Chapter 1702 relating to security officer commissions apply to a person employed by a district whose duties include serving as a security guard, security watchman, or security patrolman on property owned or operated by the district if the board files a written request with DPS to issue a commission to the district's employees with those duties.<br><br>The commission expires at the time the officer's employment as a security officer by the district is terminated.<br><br>*Occupations Code 1702.321* |

DATE ISSUED: 5/2/2024                                                        1 of 1
UPDATE 123
CKED(LEGAL)-PRM

54.    In Table 3 below, the left column shows the selection and arrangement of Texas statutes and regulations in TASB's CKED (LEGAL) Framework. This compilation is original in Update 123. TASB chose to combine Section 37.081 of the Texas Education Code ("School District Peace Officers, School Resource Officers, and Security Personnel") and Sections 1702.181, 1702.321 of the Texas Occupations Code (regarding "commissioned

security officers") into a single resource to centralize the legal framework for security options other than marshals or commissioned peace officers. The right column of Table 3 below shows the selection and arrangement of Texas statutes and regulations in TEE's CKED (Legal Reference). TEE's CKED (Legal Reference) reproduces the same selection of statutes, in the same ordering, as TASB's Compilation of Governing Law in TASB's CKED (LEGAL) Framework.

| TASB CKED (Exh. G) | TEE CKED (Exh. O) |
| --- | --- |
| Education Code 37.081 | Education Code 37.081 |
| Occupations Code 1702.002 | Occupations Code 1702.002 |
| 37 TAC 35.81-.83 | 37 TAC 35.81 |
| | 37 TAC 35.82 |
| | 37 TAC 35.83 |
| Occupations Code 1702.181 | Occupations Code 1702.181 |
| Occupations Code 1702.321 | Occupations Code 1702.321 |

**TABLE 3**

55.     TEE's CKED (Legal Reference) copies original copyright-protected subject matter in Update 123, including TASB's original Letter Codes, Subject Matter Summary, and Framework Compilation of Governing Law in TASB's CKED (LEGAL) Framework.

56.     TEE's CKE (Legal Reference) copies the compilation in TASB's CKE (LEGAL) Framework. Attached hereto at Exhibit H is a true and correct copy of TASB's CKE (LEGAL) Safety Program/Risk Management: Security Personnel, a revised version of which was published in Update 122. In Table 4 below, the left column shows the selection and arrangement of Texas statutes and regulations in TASB's CKE (LEGAL) Framework. This compilation reflects original and expressive choices made by TASB and is original. Following passage of Texas Education Code § 37.0814, which required each campus to

have armed security, TASB decided to incorporate that requirement into CKE(LEGAL). TASB deemed this law so critical that it decided to place it at the top of the CKE (LEGAL) Framework to express the level of importance and the fact that this requirement would drive other decisions made in relation to this specific legal framework.

57.     Attached hereto as Exhibit P, is a true and correct copy of TEE's CKE (Legal Reference) from TEE Update 1.  The right column of Table 4 below shows the selection and arrangement of Texas statutes and regulations in TEE's CKE (Legal Reference). The selection and arrangement of authorities in TEE's CKE (Legal Reference) is substantially similar to TASB's Compilation of Governing Law in TASB's CKE (LEGAL) Framework.

| TASB CKE (Exh. H) | TEE CKE (Exh. P) |
|---|---|
| Education Code 37.0814 | Education Code 37.0814 |
| Education Code 37.081 | Education Code 37.081 |
| Education Code 37.105 | Education Code 37.105 |
| 19 TAC 103.1207 | 19 TAC 103.1207 |
| Education Code 37.0812 | Education Code 37.0812 |
| 37 TAC 218.3 | 37 TAC 218.3 |
| Occupations Code 1701.263 | Occupations Code 1701.263 |
| Occupations Code 1702.333 | Occupations Code 1702.333 |
| Education Code 37.087 | Education Code 37.087 |
| 28 TAC 110.108 | 28 TAC 110.108 |
| Atty Gen Op GA-1051 |  |
| Education Code 37.089 | Education Code 37.089 |

**TABLE 4**

58.     TEE's CKE (Legal Reference) copies original copyright-protected subject matter in Update 122, including the original Framework Compilation of Governing Law in TASB's CKE (LEGAL) Framework. In addition, TEE's CKE (Legal Reference) copies original copyright-protected subject matter, including TASB's Framework Compilations of Governing Law, that had been previously published in one or more Numbered Updates

preceding Update 122, including Updates 50, 58, 72, 76, 83, 87, 98, 100, 103, 109, 111, 114, 115, and 118, which updates have been registered with the Copyright Office. TEE's CKE (Legal Reference) also copies TASB's original copyright-protected Letter Codes and Subject Matter Summary in the CKE (LEGAL) Framework, which were registered with the Copyright Office as part of Update 98.

59.    TEE's CK (Legal Reference) in TEE Update 1 infringes TASB's copyright by copying the Framework Compilation in TASB's CK (LEGAL) Framework.  Attached hereto at Exhibit I is a true and correct copy of TASB's CK(LEGAL) Safety Program/Risk Management (published in Update 122). In Table 5 below, the left column shows the selection and arrangement of Texas statutes and regulations in TASB's CK (LEGAL) Framework. This compilation reflects original and expressive choices made by TASB and is original. It also includes a mistake. TASB's CK(LEGAL) quoted and/or paraphrased Texas Local Government Code 85.024, but mistakenly mis-cited the statute as "*Education* Code 85.024." (Exh. I). There is no section 85.024 of the Texas Education Code.

60.    Attached hereto as Exhibit Q is a true and correct copy of TEE's CK (Legal Reference) from TEE Update 1. Table 5 below shows, in the right column, the selection and arrangement of Texas statutes and regulations in TEE's CK (Legal Reference). The selection and arrangement of authorities in TEE's CK (Legal Reference) is substantially similar to TASB's Framework Compilation of Governing Law in TASB's CK (LEGAL) Framework. TEE's CK (Legal Reference) quoted Education Code 85.24 at the same point where TASB cited (mistakenly) section 85.024 of the Texas Education Code. The statute quoted by TEE, Education Code § 85.24, authorizes the Texas A&M University System Board to construct

24

and operate power plants and water systems and is wholly unrelated to the topic of the (LEGAL) Framework, *i.e.*, Safety Program/Risk Management. TEE's erroneous inclusion of the text of Education Code § 85.24 in its CK (Legal Reference) shows that TEE copied the Framework Compilation in TASB's CK (LEGAL) Framework.

| TASB CK (Exh. I) | TEE CK (Exh. Q) |
|---|---|
| Education Code 37.109 | Education Code 37.109 |
| Education Code 85.024 (erroneous citation) | Education Code 85.24 |
| Education Code 37.2121 | Education Code 37.2121 |
| Education Code 37.119 | Education Code 37.119 |
| Health and Safety Code 81B.001-.004 | Health and Safety Code 81B.001 |
|  | Health and Safety Code 81B.002 |
|  | Health and Safety Code 81B.003 |
|  | Health and Safety Code 81B.004 |

**TABLE 5**

61.     TEE's CK (Legal Reference) copies original copyright-protected subject matter in Update 122, including all or substantially all of the Framework Compilation of Governing Law in TASB's CK (LEGAL) Framework. In addition, or alternatively, TEE's CK (Legal Reference) copies original copyright-protected subject matter, including compilation, that had been previously published in one or more Numbered Updates preceding Update 122, including Updates 87, 114, and 118, which updates have been registered with the Copyright Office. In addition, TASB's original Letter Code ("CK") and Subject Matter Summary ("Safety Program/Risk Management") were first published in Update 47, which has been registered with the Copyright Office, and TEE's CK (Legal Reference) also copies this registered copyright-protected material.

62.     TEE infringed and continues to infringe TASB's Framework Compilation of Governing Law in TASB's FB (LEGAL) Framework.  TASB's FB (LEGAL) Framework includes

selection and arrangement of at least eight different Federal statutes, six different Texas state statutes, and twenty-plus sections of the Code of Federal Regulations. TEE's FB (Legal Reference) in TEE Update 1 copies TASB's compilation of legal authorities by quoting the text of the same authorities and citations in the same, or substantially the same, sequence as in TASB's FB(LEGAL). Exhibit T attached hereto includes a true and correct copy of TEE's FB (Legal Reference). Exhibit U provides a side-by-side comparison of the selection and ordering of statutes, regulations and other authorities in TASB's FB (LEGAL) Framework (Update 120) and TEE's FB (Legal Reference).

63.    TEE's FB (Legal Reference) copies original copyright-protected subject matter in Update 120.  In addition, TEE's FB (Legal Reference) copies original copyright-protected subject matter, including compilation, that had been previously published in one or more Numbered Updates preceding Update 120, including without limitation Updates 50, 75, 90, and/or 115. True and correct copies of TASB's FB (LEGAL) Framework in previous Numbered Updates are attached hereto as Exhibit Z (pp. 569-571) (Update 50), Exhibit J (Update 75), Exhibit K (Update 90), and Exhibit L (Update 115). Exhibit V illustrates the evolution of the different compilations of legal authorities in TASB's FB(LEGAL) in Updates 50, 75, 90, 115, and 120.

64.    A (LEGAL) Framework in a Numbered Update may include new and original compilation subject matter in the Framework Compilation of Governing Law for that update. In addition, the Framework Compilation of Governing Law for the Numbered Update may also include original compilation subject matter, including selection and arrangement of legal authorities, that was new and original in one or more previous Numbered Updates that

were registered with the Copyright Office. TEE's copying of the compilation in a (LEGAL) Framework in a Numbered Update may also copy original compilations that were published and registered in one or more previous Numbered Updates.

65.     Upon information and belief, a substantial number of the (Legal References) in TEE Update 1 copy all or substantially all of TASB's Framework Compilations of Governing Law in TASB (LEGAL) Frameworks that were included in one or more of TASB's registered Numbered Updates.

66.     TASB's Framework Compilations of Governing Law are critical and important components of each TASB (LEGAL) Framework and each Numbered Update in which it appears. The compilation of selected legal authorities into a single (LEGAL) Framework is the motivating reason for the creation of the (LEGAL) Framework. The legal authorities are selected and arranged to effectively communicate to the reader the legal framework on a topic determined by TASB within its taxonomy, which makes the (LEGAL) Framework valuable to TASB's Policy Service subscribers. And it is the primary purpose of Numbered Updates to propagate changes in the compilation of (LEGAL) Frameworks to Policy Service subscribers.

**TEE's Copying of Original Text of TASB (LEGAL) Frameworks**

67.     TEE has also infringed TASB's copyrights by copying original text in one or more of TASB's (LEGAL) Frameworks.

68.     For example, TEE reproduced TASB's copyrighted materials in a presentation to a Board of Trustees Workshop Meeting of the Board of Trustees of Dripping Springs Independent School District (in Hays County, within the Western District of Texas).  Attached

27

hereto as Exhibit W  is a true and correct copy of slides from the TEE Dripping Springs ISD presentation. Page 7 includes verbatim quotations of text from the landing page for TASB's Policy Online: "This board policy manual is organized by topic with relevant policy codes in each section. The policies fall into two categories: Legal Framework: Provides relevant legal context for local decisions. Local Policy: Board-adopted local policies intended to meet legal requirements and reflect local practices, priorities, and values. When a legal framework and local policy appear at the same code, they should be read together." Page 7 shows part of an expanded browse box index that infringes one or more of TASB's original Letter Codes and Subject Matter Summaries, including, for example, "CBB State and Federal Revenue Sources: Federal." (Exh. W, p. 7).  Page 8 of the TEE Dripping Springs ISD slides (Exh. W, p. 8) infringes original content from TASB's FB (LEGAL) Policy, including the Letter Code (FB), the Subject Matter Summary ("Equal Educational Opportunity"), and compilation and text from the first page of the TASB FB (LEGAL) Framework. (Exh. M, p. 1).

69.    Upon information and belief, after a reasonable opportunity for discovery, there is likely to be evidentiary support to show that TEE has reproduced, distributed, or publicly displayed substantial portions of other registered TASB copyright-protected materials, including without limitation copies of (LEGAL) Frameworks including TASB's original text, Coding Structure, and Framework Compilation, to other public school districts in Texas.

70.    Upon information and belief, after a reasonable opportunity for discovery, there is likely to be evidentiary support to show that TEE has copied substantial portions of

TASB's original copyright-protected text from one or more registered Numbered Updates or TASB (LEGAL) Frameworks and thereby infringed TASB's copyrights.

71.     Defendant has provided and currently is providing access to substantial original portions of the TASB Registered Works despite having no permission to do so. By providing unauthorized access to the TASB Registered Works, Defendant is engaging in copyright infringement.

72.     Upon information and belief, Defendant has infringed and is continuing to infringe copyright-protected portions of the TASB Registered Works, in violation of the Copyright Act, 17 U.S.C. §§ 106 et seq. TEE's infringement includes but is not limited to reproducing, distributing, publicly displaying, and/or creating derivative works of the TASB Registered Works in TEE (Legal Reference) policies and on TEE's Policy Connect websites for TEE's school district customers.

**Willful Infringement and Other Facts**

73.     The natural, probable, and foreseeable result of Defendant's wrongful conduct has been to deprive Plaintiff of the benefits of providing services embodying the TASB Registered Works and licensing others to use the TASB Registered Works, and to injure Plaintiff's relationship with present and prospective customers.

74.     Defendant's wrongful conduct has also deprived and continues to deprive Plaintiff of the opportunity of expanding its goodwill.

75.     Defendant's infringements were and are willful, in bad faith, and executed with full knowledge of Plaintiff's copyright, and in conscious disregard for Plaintiff's exclusive rights in the TASB Registered Works.

76.     TEE's copying of TASB's original copyrighted materials is part of a pattern and practice of TEE publicly disparaging TASB and its services to school districts yet copying TASB's work product and free-riding on the effort and experience of TASB employees and passing off TASB's work product as its own.

77.     TASB clearly communicates its claim of copyright protection in its Letter Codes and Coding Structure to Texas school boards, Policy Service subscribers, and the school lawyers who represent school districts. TASB's Policy Service subscription agreements prominently disclose TASB's copyright rights.

78.     TEE had actual notice of TASB's claims to copyright protection in the Letter Codes and Coding Structure, the (LEGAL) Frameworks, and the Numbered Updates, before creation of TEE Update 1.

79.     In March 2023, TEE publicly confirmed its actual knowledge of TASB's copyrights and the commercial value of TASB's "policy coding structure." A true and correct copy of a March 2023 Facebook post by TEE is attached hereto as Exhibit BB. The Facebook post reproduces a March 29, 2023 letter from TASB to a group of attorneys who represent Texas school districts that explains TASB's copyright rights in *inter alia* TASB's (LEGAL) policies, letter codes, and coding structure. TEE's Facebook post states: "TASB is in full panic mode as districts realize the only value they offer is a "policy coding structure."

80.     TEE's own website demonstrates its awareness of TASB's copyrights.  On the "Legal FAQ" page of TEE's website, TEE responds to the question, "Will our district be at risk of violating TASB's copyright if we leave TASB?": "School districts own the contents of their *locally* adopted policies. *While TASB has asserted that it has copyrighted the organizational*

*structure of school district policies, those policies can be re-organized.*" (Emphasis added.) However, by copying the Coding Structure and replicating the Framework Compilation of Governing Law in TASB's (LEGAL) Frameworks, TEE has failed to provide "re-organized" school district policies. Upon information and belief, this FAQ was posted on the TEE website well before TEE prepared or commissioned its infringing TEE Update 1.

81. TEE has engaged in other efforts to conceal its copying of TASB's copyrighted materials. For example, TEE's substitution of numbers for TASB's Letter Codes reflects its awareness that TASB owns copyright rights in its Letter Codes and that the Letter Codes are an important aspect of TASB's (LEGAL) Frameworks.

82. TASB notified TEE that it was infringing TASB's copyrights in a letter sent on August 6, 2025 ("Infringement Letter"). In the infringement Letter, TASB provided TEE with copies of registration certificates and provided examples showing how TEE was infringing TASB's copyrights by copying TASB's original Letter Codes and Subject Matter Summaries, original compilations of legal authorities, and original text.

83. TEE responded to the Infringement Letter on August 27, 2025. TEE did not deny that it had copied TASB's Letter Codes, Subject Matter Summaries, compilations, or text. Instead, TEE asserted that "the categories of material at issue are not subject to copyright protection" and denied infringement of "protectable expressions of originality under 17 U.S.C. § 102(a)."

84. TEE has continued, even after receiving the Infringement Letter, to reproduce and publicly display infringing materials, including TEE Update 1, on the Policy Connect websites for multiple districts including Carroll ISD and Midland ISD. Upon information and

belief, on or after receiving the Infringement Letter, TEE launched new Policy Connect websites, with reproduction and public display of TASB Registered Works, for Crane ISD and Lingleville ISD. TEE also continues to provide local policy update materials that copy TASB's Coding Structure.

85.     Upon information and belief, after a reasonable opportunity for discovery, there is likely to be evidentiary support to show that one or more entities or individuals affiliated with TEE have actively participated in TEE's infringement or have committed contributory copyright infringement by inducing, causing, or materially contributing to TEE's direct infringement described herein.

86.     TEE's use of the TASB Registered Works is of a commercial nature and not for non-profit educational purposes. Upon information and belief, TEE copied or had copied the TASB Works, including the Framework Compilations of Governing Law, to avoid the significant expense of preparing its own original compilations of Texas school law. TEE promotes its Policy services as a substitute for TASB's Policy Service and offers its infringing (Legal References) as substitutes for TASB's (LEGAL) Frameworks. This use is intended by TEE to, and does, damage the market or value for TASB's copyrighted works. All seven school districts that have terminated their subscriptions to TASB's Policy Service are currently using TEE's policy service.

87.     Defendant's deliberate infringement of Plaintiff's copyright has greatly and irreparably damaged Plaintiff, and Defendant will continue to damage Plaintiff greatly and irreparably unless enjoined by this Court. In the absence of injunctive relief, Plaintiff will

have no adequate remedy at law. Accordingly, Plaintiff is entitled to a temporary and permanent injunction in accordance with 17 U.S.C. § 502.

## COUNT ONE

### Copyright Infringement – 17 U.S.C. § 101 et seq.

88.     Plaintiff realleges and incorporates by reference the allegations of paragraphs 1 through 87 as if fully set forth herein.

89.     Plaintiff owns valid copyrights in the TASB Registered Works at issue in this case.

90.     Plaintiff registered the TASB Registered Works with the Copyright Office pursuant to 17 U.S.C. § 411. True and correct copies of the Certificates of Registration from the U.S. Copyright Office are attached as Exhibit A hereto.  Plaintiff has complied with the registration requirement set forth in 37 U.S.C. 411 with respect to all copyrightable works included in Numbered Updates 7, 9, 10, 14, 18, 43, 47, 50-105 and 107 through 125.

91.     All conditions precedent to presenting the claims in this Count One have occurred or been performed.

92.     Plaintiff is currently, and at all relevant times has been, the sole proprietor of all rights, title, and interest in and to the copyright-protected content in the TASB Registered Works.

93.     Each of the TASB Registered Works includes wholly original work that is copyright-protected subject matter under the laws of the United States.

94.    At no time has Plaintiff authorized Defendant to reproduce, distribute, prepare derivative works, or publicly display the TASB Registered Works or any copyright-protected portion thereof.

95.    Defendant is willfully infringing Plaintiff's copyright in the TASB Registered Works by reproducing, displaying, distributing, and creating derivative works of copyright-protected portions of the TASB Registered Works without permission in violation of the Copyright Act, 17 U.S.C. § 106.

96.    The infringement was and is willful, executed with full knowledge of Plaintiff's copyrights, and in conscious disregard of Plaintiff's exclusive rights in its protected TASB Registered Works.

97.    By reason of the infringement, Plaintiff has sustained and will continue to sustain substantial injury, loss, and damage to its ownership rights in the copyrighted TASB Registered Works.

98.    Because Plaintiff is without an adequate remedy at law, Plaintiff is entitled to an injunction, in accordance with 17 U.S.C. § 502, restraining Defendant, its officers, directors, agents, employees, representatives, assigns, and all persons acting in concert with Defendant from engaging in further acts of copyright infringement.

99.    Plaintiff is further entitled to recover from Defendant the gains, profits, and advantages Defendant has obtained as a result of copyright infringement.

100.    At its election, Plaintiff is entitled to recover statutory damages in accordance with 17 U.S.C. § 504.

34

101. Plaintiff is also entitled to recover costs and attorneys' fees in accordance with 17 U.S.C. § 505.

102. Plaintiff is informed and believes, and on that basis alleges, that unless enjoined by this Court, Defendant will continue its course of conduct and will continue to wrongfully use, infringe upon, sell, and otherwise profit from Plaintiff's copyrighted TASB Registered Works.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in its favor and against Defendant as follows:

A. For a preliminary and permanent injunction enjoining and restraining Defendant and all persons acting in concert with Defendant, from reproducing, distributing, creating derivative works, displaying, advertising, promoting, offering for sale and/or selling, or performing any materials that are substantially similar to the copyright-protected portions of the copyrighted TASB Registered Works, and to destroy and certify to the Court such destruction or deliver to the Court for destruction or other reasonable disposition all such materials and means for producing same in Defendant's possession or control;

B. For a preliminary and permanent injunction enjoining and restraining Defendant and its agents, servants, employees, attorneys, and all persons acting in concert and participation with it from infringing upon Plaintiff's copyrights;

C. For actual damages, punitive damages, and Defendant's profits to be determined at trial, plus interest;

D.      For statutory damages of $150,000 per infringement pursuant to 17 U.S.C. §

504, at Plaintiff's election;

E.      For an award of reasonable attorney's fees and costs under 17 U.S.C. § 505;

and

F.      For such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff respectfully demands trial by jury on all claims so triable.

Dated: November 18, 2025                    Respectfully submitted,

*/s/ J. Roger Williams, Jr.*
Daniel R. Richards
State Bar No. 00791520
Email: drichards@rrsfirm.com
J. Roger Williams, Jr.
State Bar No. 21555650
Email: rwilliams@rrsfirm.com
RICHARDS RODRIGUEZ & SKEITH
611 W. 15th St.
Austin, Texas 78701
Telephone: 512-476-0005
Facsimile: 512-476-1513

***Counsel for Plaintiff***
***Texas Association of School Boards, Inc.***