# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF SCHOOL BOARDS, INC., <br><br> a Texas nonprofit corporation, <br><br> *Plaintiff,* <br><br> vs. <br><br> TEXANS FOR EXCELLENCE IN EDUCATION, INC. <br><br> a Delaware nonprofit corporation, <br><br> *Defendant.* | § § § § § § § § § § § § § § § § § § § | Civil Action No. 1:25-cv-01863-ADA-DH |

## <u>Defendant's Notice of Filing of Preliminary Injunction Hearing Exhibits</u>

Defendant Texans for Excellence in Education, Inc. ("TEE" or "defendant") files the attached exhibits, to the extent they are not already cited in the record (*i.e*, where there is no corresponding ECF docket entry for such exhibits), that it presented at the preliminary injunction hearing conducted on April 23, 2026.

| Ex. | Dkt. No. | Bates No. | Description | TASB Objection |
|---|---|---|---|---|
| 1 | 14-1 | | Declaration of Amanda Bigbee | |
| 2 | 14-4 | | Exhibit 2 to Motion for Preliminary Injunction | |
| 3 | | TASB_0017 2677- TASB_0017 2784 | Plaintiff's Answers to Defendant's First Set of Interrogatories | |
| 4 | | | *Intentionally Omitted* | |
| 5 | 14-7 | | Exhibit 5 to Motion for Preliminary Injunction | |

| | | | | |
|---|---|---|---|---|
| 6 | | TEE013681-TEE013717 | Conroe Policy Connect Online Landing Page | |
| 7 | 14-9 | | Exhibit 7 to Motion for Preliminary Injunction | |
| 8 | | TEE013745-TEE013752 | Conroe ISD Board of Trustees Regular Board Meeting February 17, 2026 | |
| 9 | 15-1 | | Exhibit 9 to Motion for Preliminary Injunction | |
| 10 | | TEE013743-TEE013744 | Conroe ISD – CKE (Local Policy) | |
| 11 | | TEE013718-TEE013742 | Conroe ISD – CKE (Legal Reference) | |
| 12 | | TEE002746-TEE002748 | March 29, 2023 TASB Letter | |
| 13 | 12-28 | | March 30, 2023 TEE Facebook Post | |
| 14 | 18-2 | | April 3, 2023 Tim Davis Letter | |
| 15 | | TEE005447-TEE005448 | Late August / Early September Emails Between TEE and Schulenburg ISD Regarding Launching Policy Connect | Relevance |
| 16 | | TEE008467-TEE008469 | Late August / Early September Emails Between TEE and Sherman ISD Regarding Launching Policy Connect | Relevance |
| 17 | 15-12 | | August 6, 2025 Demand Letter | |
| 18 | | TEE002998-TEE002999 | TEE Marketing | |
| 19 | | TEE005519-TEE005520 | Email from Conroe ISD to TEE | |
| 20 | | TEE013753-TEE013770 | School District and Campus Websites: Required and Optional Internet Postings | |

**Date:** May 4, 2026           Respectfully submitted,

*/s/ Arthur Gollwitzer III*
Arthur Gollwitzer III
State Bar No. 24073336
agollwitzer@jw.com
Paige Welch
State Bar No. 24138184
pwelch@jw.com
**JACKSON WALKER LLP**
100 Congress Ave, Ste 1100
Austin, Texas 78701-4042
Tel. (512) 236-2000


Lee B. Hunt
State Bar No. 24082257
lhunt@jw.com
**JACKSON WALKER LLP**
777 Main Street, Suite 2100
Fort Worth, Texas 76102-5360
Tel. (817) 334-7246

***Attorneys for Defendant Texans for Excellence in Education, Inc.***

## <u>*Certificate of Service*</u>

I, Arthur Gollwitzer III, hereby certify that on May 4, 2026, I electronically filed the following document:

**Defendant's Notice of Filing of Preliminary Injunction Hearing Exhibits**

with the Clerk of the United States District Court for the Western District of Texas, Austin Division, using the CM/ECF system, which will send notification and a copy of this filing to the following counsel of record:

Daniel R. Richard
Drichards@rrsfirm.com
J. Roger Williams, Jr.
Rwilliams@rrsfirm.com
Katharine Carmona
Kcarmona@rrsfirm.com
**Richards Rodriguez & Skeith LLP**
611 W 15th St 78701
Austin, TX 78701

***Attorneys for Plaintiff Texas Association of School Boards, Inc.***

*/s/ Arthur Gollwitzer III*
Arthur Gollwitzer III