# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF SCHOOL BOARDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TEXANS FOR EXCELLENCE IN EDUCATION, INC.,<br><br>Defendant. | § § § § § § § § § § § § § | Case No. 1-25-cv-1863-ADA-DH |

## PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Texas Association of School Boards, Inc. ("Plaintiff" or "TASB") serves its Answers to Defendant Texans for Excellence in Education, Inc.'s ("Defendant" or "TEE") First Set of Interrogatories.

## GENERAL OBJECTIONS

A. TASB's motion for preliminary injunction (**PI Motion**) is scheduled to be heard on April 23, 2026 (**PI Hearing Date**). The parties have agreed to extend the deadlines for TASB's responses to TEE's discovery requests as follows:

- TASB's objections and responses to the following "priority" requests are now due **April 15, 2026**, and its objections and responses to the remainder of TEE's initial discovery requests are now due **May 22, 2026**. Priority requests: TEE ROG Nos. 1, 3, 5-9, and 13-15; and TEE RFP Nos. 2-5, 7-8, 10, 14, 16-20, 22, 25-28, 30, and 36.

- The parties will exchange logs of withheld documents **two weeks after** each party completes (or in good faith believes it has completed) its production of documents responsive to the other party's RFPs.

B. TASB's PI Motion requests relief based primarily on infringement of TASB's Coding Structures and Section Indices. Because of the volume of discovery requested by TEE on a priority basis and the burden of responding to TEE's interrogatories with respect to other TASB Works, such as Framework Compilations and Expository Text, it is unduly burdensome for TASB to provide substantive responses with respect to all TASB Works before the PI Hearing Date. Subject to and without waiving all applicable objections, TASB will supplement these responses

EXHIBIT

3

with responsive information regarding other TASB Works, such as Framework Compilations and Expository Text, on or before May 22, 2026.

## TASB'S ANSWERS TO INTERROGATORIES

**Interrogatory No. 1:** (TEE Priority)
State when and how TASB first became aware of TEE's alleged infringement of the TASB Works, including identifying all persons with knowledge of TASB's answer to this Interrogatory.

**Response**: Subject to and without waiving the foregoing objections, including General Objections A-B, TASB responds as follows:

**Before February 20, 2024**. Because TEE does not publicize its plans and strategies, TASB must rely on publicly-available information such as TEE's website and the materials publicly displayed on TEE's Policy Connect sites for its members. Before February 2024, TASB was aware that the "Legal FAQ" section of TEE's website included the following response to the question "Will our district be at risk of violating TASB's copyright if we leave TASB?":

> School districts own the contents of their locally adopted policies. While TASB has asserted that it has copyrighted the organizational structure of school district policies, those policies can be re-organized.

TASB interpreted this statement to mean that TEE intended to produce "re-organized" policies that did not violate TASB's copyrights. To the best of its knowledge and belief, TASB is not aware of any alleged infringement by TEE before February 20, 2024.

**February 2024**. TASB first became aware of an alleged infringement by TEE of a TASB Work on February 20, 2024, when Amanda Bigbee, TASB Division Director of Policy Service, reviewed the public Board notices on the Dripping Springs ISD website and retrieved and reviewed presentation slides from a presentation by TEE to a workshop of the Board of Trustees of Dripping Springs ISD on February 20, 2024. Page 7 of the presentation slide deck includes a copy of what appears to be the landing page of a TEE Policy Connect site for Carroll ISD that included text similar to TASB's Policy Online® landing page and copies of some of TASB's Coding Structures, and page 8 included a substantially similar copy of page 1 of TASB's FB (LEGAL) Framework from Numbered Update 120. TASB has alleged that these TEE materials infringe TASB's copyrights. (*See* ECF Doc. 12, ¶¶ 24, 104-105, ECF Docs. 12-13, 12-23). Because TASB holds a copyright registration in Update 120, this is an infringement of a Registered Mark. (ECF Doc. 12, ¶ 33).

The images in the slide deck appeared to be a TEE mock-up intended for promotional purposes, as opposed to a copy of actual TEE products. The landing site image on page 7 of the slide deck appeared to be a mock-up of a website because the coding structures come from Section C of TASB's taxonomy, but the header for the list is "Section B | Business and Support Services." The image on page 8 of the slide deck omits the margin notes from TASB's FB (LEGAL).  TASB was also not aware, at this time, whether there was a live TEE Policy Connect platform for Carroll ISD or of TEE providing new Legal policies to Carroll ISD.

Therefore, while this is believed to be the first awareness of an act of infringement of a TASB Work by TEE, there was no evidence at that time to indicate that TEE intended to use TASB's Coding Structures for all of its (Legal Reference) policies.

As described below, between May 2024 and July 2025, TASB occasionally reviewed the TEE Policy Connect sites for TEE's customers. From TASB's perspective, it appeared that TEE was experimenting with different organizational structures (for example, numeric codes) and different ways to organize and present the content of its (Legal References), all consistent with the message on its website that "policies can be re-organized".

- **May 2024**. A. Bigbee looked for a functioning Policy Connect website but could not find one.

- **September-November 2024.** In September 2024, A. Bigbee discovered that Sherman ISD and Schulenburg ISD had functioning TEE Policy Connect web pages that linked to Local policies for those districts. The Local Policies she reviewed appeared to include the same content as the district policies in place when the districts informed TASB that they would not renew membership in TASB's Policy Service. TASB determined that some Local policy documents displayed on those web pages included TASB's HTML code. It also appeared that the TEE website may have copied or scraped coding for a search widget from the TASB Policy Online site. Naturally, this was irritating, but TASB does not have any registered copyrights in that HTML code.

- A. Bigbee also discovered that a preview of some TASB (Legal Reference) documents could be retrieved from the Carroll ISD TEE Policy Connect site by keyword searches using the search widget on the Policy Connect site. These documents used numeric codes in the headers instead of TASB's letter codes. The substance of these TEE policies was very similar to the corresponding TASB (LEGAL) Frameworks covering the same subject matter, except that TEE had substituted numeric codes for TASB's letter codes. Several of the TEE policies appeared to be unfinished drafts. TEE's 2.1.1 included an internal citation to policy BDAF, an internal citation copied from TASB's original (LEGAL) Framework. TEE's 3.17.1 includes line breaks in the middle of a line, and TEE's 5.8.4.4 includes unnecessary hyphens left over from line breaks in the original TASB policies. At some point in this time frame, A. Bigbee saw that TEE Policy Connect for Carroll ISD provided a direct link to (Legal Reference) policies that included numeric codes (instead of TASB's Letter Codes) and copy-and-paste copies of statutes and regulations instead of TASB's substantive content. TEE had also begun using its numeric codes in the headers of the (Local) Policies it hosted on its Policy Connect sites.

- A. Bigbee discovered additional changes in TEE Policy Connect sites around mid-November 2024. The (Legal References) retrieved from the Carroll ISD site (by browse searches) still used numeric codes instead of TASB's letter codes, but the content was different. The content included copy-and-paste copies of statutes and regulations instead of TASB's substantive content). The TEE Policy Connect site for Sherman ISD provided a direct link to an FB (Legal Reference) policy that included the same Coding Structure as TASB's FB (Legal), "Equal Educational Opportunity," but the content was copy-and-paste copies of statutes and regulations instead of TASB's substantive content. It was possible

3

to retrieve a similar version of the FB (Legal Reference) by searching the policies on the Schulenburg ISD Policy Connect site.

- **January 2025**. In early January, A. Bigbee found additional (Legal References) that suggested that TEE was moving to yet another organizational structure for its (Legal References). The DCD (Legal Reference) retrievable from the Sherman and Schulenburg Policy Connect sites, and the equivalent 4.3.4 (Legal Reference) retrievable from the Carroll ISD Policy Connect site, relocated the case law citations from the TASB (LEGAL) Framework into a footnote and reduced the discussion in the body of the policy to one or two sentences.

- **February 2025**. A TEE presentation to Midland ISD included an image of an excerpt of a page from a Board Policy Manual with the header "EA Instructional Goals" and an excerpt from the Sherman ISD Policy Connect landing page.

- **April 2025**. A. Bigbee discovered that TEE had released "Local Update 2025" to its districts. The TEE "Local Update 2025" document recommended changes to Local policies. TEE's Local policy recommendations include copies of specific original text from the body of TASB's Local policy recommendations on the same topics. (This too was extremely irritating, but TASB does not have copyright registrations in the body of its Local policy recommendations.) The Local Policy Updates for Carroll ISD used the numeric coding system instead of TASB's Letter Codes.

- **Late May to June 2025**. TASB collected more information about TEE's products and activities, including copies of the browse box indexes from Carroll ISD, Sherman ISD, and Schulenburg ISD. In May 2025, Carroll ISD was still using numeric letter codes. TASB obtained a copy of the 5.8.2.8 (Legal Reference) from the Carroll ISD Policy Connect site.

- **July 2025**. TASB discovered that TEE had replaced the numeric codes in the (Legal References) on the Carroll ISD site with the same letter codes used by TASB for the corresponding policies. TASB obtained copies of all (Legal Reference) policies retrievable from the Policy Connect sites for Carroll ISD and Schulenburg ISD.

At its July 26, 2025, Board meeting, the TASB Board of Directors authorized TASB staff to proceed on Policy copyright matters, and a cease-and-desist letter was sent to TEE on August 6, 2025.

Some of the TEE materials collected during the period between February 2024 and July 2025 contain evidence of alleged infringement of TASB's copyrights. There are several reasons why it was reasonable for TASB to refrain from asserting copyright infringement claims before the July 2025 Board meeting.

First, it took a long time to ascertain with confidence, from TEE's Policy Connect sites for its customers, that TEE was not merely transitioning districts to its own re-organized policy products, but rather intended to rely on TASB's Coding Structures for all its policy-related products.

Second, the Carroll ISD policies with numeric codes, and the TEE (Legal References) with copy-and-paste content, appeared to be transitional products. In its monitoring of TEE's activities, TASB attached the greatest weight to what TEE was doing for Carroll ISD. Carroll ISD was the first district to sign up with TEE, its decision to do so was widely publicized within the school board community, it appeared to be the leading edge of TEE's product development, and the TEE content for Carroll ISD appeared to be changing more drastically and quickly than the others. TASB also believed that TEE's "copy-and-paste" format for its (Legal References) would not be an effective tool for school districts that barely have time to read policy language much less muddle through raw statutory text and rules.

Third, TASB thought it was likely that TEE would settle on a consistent structure for its policies after the 89th Texas Legislature ended in June 2025.  Based on the statement on TEE's web site that the organizational structure of school district policies "can be re-organized," TASB expected TEE to be developing alternative policy materials with a different organizational structure. Based on TASB's knowledge of how much work would be required in that undertaking, TASB expected that it would take many months for TEE to reveal its new policy products. Plus, the 89th Legislature was the first Texas legislative session after TEE entered the market. Because the 89th Legislature was expected to yield significant new legislation on issues affecting Texas public schools, it was reasonable to expect TEE would wait until after the Legislature adjourned in Summer 2025 to replace its transitional (Legal References) with new policies. Plus, as a practical matter, A. Bigbee, (the subject matter expert on this topic), was fully occupied in monitoring the legislative activity of the 89th Regular Session of the Texas Legislature (January to June 2025) and managing the implementation of the new laws into Policy Reference Manual resources (June to September 2025) with little time to do anything other than occasionally glance at the TEE website and its Policy Connect sites.

Finally, TASB is a large membership organization with more than 1,000 member school boards. TASB moves deliberately. TEE is much smaller than TASB and promoted its ability to offer the same services as TASB for lower cost. Because TASB's members are school boards who consider best value when procuring services, many of them would be interested in learning more about TEE's offerings, and TASB has no interest in adding any obstacles to that process unless it is necessary to protect TASB's intellectual property rights against unambiguous ongoing, pervasive, intentional, and actionable infringement. For all these reasons, it was reasonable for TASB to wait for unambiguous evidence of TEE's intentions before committing to this complex and expensive litigation.

**Interrogatory No. 2:**
State all facts relating to TASB's allegation that TEE's alleged infringement of the TASB Works was willful.

**Response**: Pursuant to General Objection A, the deadline for making objections and responses to this interrogatory is May 22, 2026.

**Interrogatory No. 3:** (TEE Priority)
Describe each and every original work of authorship comprising the TASB Works as that term is used in Paragraph 30 of the First Amended Complaint, including all of the following information: (a) the person or persons who authored each work; (b) the date on which each work was authored

5

or created; (c) the date on which each work was first published; (d) all aspects of each TASB Work that TASB alleges are protectable under United States copyright law; (e) all alleged discretion or creativity involved in creating each TASB Work, including all elements that TASB contends are original elements of such work protected under United States copyright law; (f) any copyright registrations applicable to each TASB Work. As used herein, the terms "authored," "created," and "first published," should be construed as they are used under United States copyright law.

**Response**: TASB objects to Interrogatory No. 3 on the following grounds:

(1) Because each Numbered Update, including (LEGAL) Frameworks, Section Indices, and Coding Structures therein, was created jointly or singly by dozens of individuals over a time frame of several months for each update (with the updates themselves spanning decades); because the individual employees change from update to update; and because it would be conceptually impossible to describe all forms of discretion and creativity involved in the creation of those works, it is unduly burdensome to require TASB to provide more than a general description of: (a) the individuals who jointly or singly created or authored each work; (b) the date on which each work was authored or created; (c) the date on which each work was first published; (d) the aspects of each TASB Work that TASB alleges are protectable under United States copyright law; and (e) alleged discretion or creativity involved in creating each TASB Work, including elements that TASB contends are original elements of such work protected under United States copyright law.

(2) TASB objects to part (f) of Interrogatory No. 3 on the grounds that TASB holds copyright registrations for Numbered Updates 43, 47, 50-105 and 107-125, that each of these Numbered Updates may include dozens or more of the Coding Structures, Section Indices, and other TASB Works described herein, that many of the Coding Structures and Section Indices identified herein as TASB Works appear in multiple Numbered Updates; and the burden of reviewing each registered Numbered Update to ascertain which TASB Works may be included in the Numbered Update is substantially the same for either party. Accordingly, pursuant to Rule 33(d), TASB refers TEE to the deposit specimens of Numbered Updates produced in response to RFP 4 to ascertain the answer to Interrogatory No. 3(f). See documents Bates numbered:

TASB_00000001 - TASB_00001113

TASB_00005382 - TASB_00111244

TASB_00126053 - TASB_00147520

(3) TASB has provided responsive information in the form of tables that describe similar information for each Coding Structure, and it would be unduly burdensome to require TASB to repeat that information in narrative form for each Coding Structure.

Subject to and without waiving the foregoing objections, including General Objections A and B, TASB responds as follows:

TASB incorporates by reference the discussion of these topics in the Declaration of Amanda Bigbee filed with the PI Motion (ECF Doc. 14-1) and exhibits referenced therein.

6

The TASB Works include all original works of authorship in TASB's Numbered Updates of TASB's PRM resources for school districts, including all original works of authorship in the Coding Structures, Section Indices, Explanatory Notes, and (LEGAL) Frameworks within each Numbered Update.

1) <u>Numbered Updates</u>. TASB's Policy Service regularly issues Numbered Updates (**Numbered Updates**) to propagate changes in (LEGAL) Frameworks and Section Indices in TASB's PRM resources for school districts. Each Numbered Update includes new or revised (LEGAL) Frameworks, revised Section Indices (if any), an Explanatory Notes section explaining the changes in the (LEGAL) Frameworks and Section Indices, and Coding Structures included in the (LEGAL) Frameworks, Section Indices, and Explanatory Notes. The TASB Works include Numbered Updates 43, 47, and 50 to 126.

   a) TASB is the statutory author of each Numbered Update because it is a "work made for hire" created or prepared for TASB by TASB employees acting jointly or singly within the scope of their employment. The (LEGAL) Frameworks, Section Indices, Explanatory Notes, and Coding Structures within each Numbered Update are also "works made for hire" created or prepared for TASB by TASB employees acting jointly or singly within the scope of their employment.

   b) The Numbered Update is created or authored before its issue date. The issue date for each Numbered Update should be and usually is the date on which TASB posts the PRM up to members in Policy Online®. That generally happens at the start of the localization process, when TASB begins releasing or issuing localized versions of the update to licensed subscribers.

   c) The copyright registration certificate for each update (ECF Doc. 12-1) identifies a "first publication" date for the update. It is TASB's practice to use the issue date for the Numbered Update as the first publication date in the copyright application.

   d) The protectable subject matter in a Numbered Update includes:

      i) the original text in the entire Numbered Update.

      ii) the original compilation in the Numbered Update, including the compilation of (LEGAL) Frameworks, Section Indices, Explanatory Notes, and other text.

      iii) the protectable subject matter in each (LEGAL) Framework in the Numbered Update, including all protectable subject matter of (LEGAL) Frameworks described in subsection 3)d) below.

      iv) the protectable subject matter in each Section Index in the Numbered Update, including all protectable subject matter of Section Indices described in subsection 3)d) below.

      v) the protectable subject matter in the Explanatory Notes section, including the original text of the Coding Structures in the Explanatory Notes section and the other original text and compilation in the Explanatory Notes section.

vi) the protectable subject matter in each Coding Structure that appears in any (LEGAL) Framework, Section Index, or Explanatory Notes section in the Numbered Update, including all protectable subject matter of Coding Structures described in subsection 4(d) below.

e) The discretion or creativity involved in creating each Numbered Update includes:

i) The creativity or discretion in creating the original text in the entire Numbered Update, including expressing the other text in the Numbered Update in addition to the components discussed below.

ii) The creativity or discretion in deciding which (LEGAL) References should be added, deleted or amended in the Numbered Update.

iii) The creativity or discretion involved in creating each (LEGAL) Framework in the Numbered Update, as described in section 3(e) below.

iv) The creativity or discretion involved in creating each Section Index in the Numbered Update, as described in section 2(e) below.

v) The creativity or discretion involved in creating the Explanatory Notes section, including the creativity or discretion in expressing the nature and motivation for the changes to each (LEGAL) Framework and additions or deletions of (LEGAL) Frameworks and in selecting, arranging and coordinating the contents of the Explanatory Notes section.

vi) The creativity or discretion involved in creating each Coding Structure that appears in any (LEGAL) Framework, Section Index, or Explanatory Notes section in the Numbered Update, as described in section 4(e) below.

f) Updates 43, 47, 50-105, and 107-126 have been registered with the Copyright Office. Exhibit A to the Amended Complaint (ECF Doc. 12-1) identifies the copyright registration number for each Numbered Update up to 125. The registration number for Update 126 is TX 9-572-244.

2) <u>Section Indices</u>. TASB has developed a taxonomy of school law topics governing Texas public schools. TASB's taxonomy organizes all school law topics into seven sections (**School Law Sections**), currently: A (Basic District Foundations), B (Local Governance), C (Business and Support Services), D (Personnel), E (Instruction), F (Students), and G (Community and Governmental Relations). For each School Law Section, TASB provides in Numbered Updates (and regularly updates) a Table of Contents or Section index (**Section Index**) listing all the different topics within that School Law Section. Each Section Index is a selection and arrangement of the Coding Structures within the School Law Section. The Letter Codes, topics, and subtopics in the Coding Structures provide the text for the Section Index; and the Letter Codes determine the arrangement of the topics and subtopics in the index. Exhibit 2 to the PI Motion, ECF 14-2 (PI Ex. 2) expresses the content of the Section Indices for Sections A-G as of Update 122, which collectively express TASB's taxonomy of Texas public school law as of Update 122 (October 2023).

a)  TASB is the statutory author of each Section Index because it is the statutory author of the Coding Structure text in the Section Index. See section 4(a) below.

b)  Different iterations of each Section Index are included in different Numbered Updates, as shown in table (2)(b) below. Each Section Index includes an Issue Date in the footer, and each different iteration of a Section Index was created before the Issue Date in the footer. Exhibit 4 to the PI Motion, ECF Doc. 14-6 (PI Ex. 4) illustrates the changes in each iteration of each Section Index compared to the previous iteration of the same Section Index.

| Section Index | Updates containing iterations of the Section Index |
|---|---|
| Section Index A | 47, 50, 54, 81, 82, 87, 95, 103, 109, 118 |
| Section Index B | 47, 50, 54, 67, 75, 77, 85, 87, 89, 90, 91, 95, 110, 114, 125, 126 |
| Section Index C | 47, 50, 54, 56, 57, 62, 67, 74, 81, 84, 85, 90, 91, 93, 95, 98, 107, 112, 114, 116, 117, 121, 122, 126 |
| Section Index D | 47, 50, 53, 54, 58, 60, 65, 71, 80, 81, 82, 83, 85, 90, 91, 92, 93, 95, 102, 103, 105, 114, 115, 124 |
| Section Index E | 47, 50, 52, 54, 56, 57, 65, 66, 69, 76, 77, 79, 80, 84, 88, 89, 90, 91, 95, 97, 104, 108, 111, 113, 118, 119, 121 |
| Section Index F | 47, 49, 50, 54, 56, 57, 62, 65, 68, 69, 71, 72, 75, 76, 77, 80, 81, 83, 84, 86, 90, 94, 95, 98, 107, 113, 114, 115, 122, 126 |
| Section Index G | 47, 50, 54, 72, 75, 82, 87, 91, 93, 95, 108, 109, 121 |

Table (2)(b)

c)  See response to section 1(c) above for date of publication.

d)  The protectable subject matter in a Section Index includes:

   i)   the protectable subject matter in each Coding Structure that appears in the Section Index, including all protectable subject matter of Coding Structures described in section 4(d) below.

   ii)  the original text and arrangement of all Letter Codes, topics, and subtopics as they are arranged in the Section Index.

   iii) With respect to a specific iteration of a Section Index, all original additions or amendments to that iteration.

iv) With respect to a specific iteration of a Section Index, all original text that had been added to or modified in previous iterations of the Section Index and carried forward into that iteration of the Section Index.

e) The discretion or creativity involved in creating each Section Index includes:

i) The creativity or discretion involved in creating each Coding Structure that appears in the Section Index, as described in section 4(e) below.

ii) The creativity or discretion involved in arranging the Letter Codes, topics, and subtopics in the Section Index.

iii) The creativity or discretion involved in creating a new iteration of a Section Index by changing the arrangement of topics in the Section Index by adding, deleting, or changing letter codes in one or more Coding Structures. This includes creativity or discretion associated with changes to (LEGAL) Frameworks as described in section 3(e) below.

iv) The creativity or discretion involved in creating a new iteration of a Section Index by changing the text in the Section Index by deleting, adding, or modifying the text of topics or subtopics in one or more Coding Structures. This includes creativity or discretion associated with changes to (LEGAL) Frameworks as described in section 3(e) below.

v) To the extent a Section Index is or includes a compilation of non-protectable subject matter, each iteration of the Section Index reflects creativity or discretion in the selection and arrangement of the non-protectable subject matter.

f) As discussed in subsection (b) above, different iterations of each Section Index were included in different Numbered Updates. Exhibit A to the Amended Complaint (ECF Doc. 12-1) identifies the copyright registration numbers for the Numbered Updates.

3) (LEGAL) Framework. TASB's Policy Reference Manual resource includes hundreds of different legal policies or frameworks (over 125 in Update 126), each providing the legal framework for a different topical area of Texas public school law (**(LEGAL) Framework**). A (LEGAL) Framework includes a Coding Structure, a compilation (selection, arrangement or coordination) of legal authorities—quotations and citations to legal authorities (e.g., federal and state statutes and regulations, case law, Texas Attorney General opinions, and Texas Commissioner of Education decisions)—and paraphrasing, margin notes, commentary, and other expository text authored by TASB regarding the legal authorities.

a) TASB is the statutory author of each (LEGAL) Framework in a Numbered Update because it is a "work made for hire" created or prepared for TASB by TASB employees acting jointly or singly within the scope of their employment. The Coding Structure, Framework Compilation, and Expository Text in each (LEGAL) Framework are also "works made for hire" created or prepared for TASB by TASB employees acting jointly or singly within the scope of their employment.

b) The issue date for a (LEGAL) Framework is stated in the footer. The (LEGAL) Framework is created or authored before its issue date.

c) See response to section 1(c) above for date of publication.

d) The protectable subject matter in a (LEGAL) Framework includes:

   i) the original selection and arrangement (compilation) of legal authorities in the (LEGAL) Framework (**Framework Compilation**).

   ii) the original text and arrangement of paraphrasing, margin notes, commentary, and other expository text authored by TASB (**Expository Text**).

   iii) the protectable subject matter in the Coding Structure in the (LEGAL) Framework, including all protectable subject matter of Coding Structures described in section 4(d) below.

e) The discretion or creativity involved in creating each (LEGAL) Framework includes:

   i) The creativity or discretion in selecting and arranging legal authorities (the Framework Compilation) in the (LEGAL) Framework.

   ii) The creativity or discretion in creating the Expository Text in the (LEGAL) Framework.

   iii) The creativity or discretion involved in creating the Coding Structure in the (LEGAL) Framework, as described in section 4(e) below.

f) Exhibit A to the Amended Complaint (ECF Doc. 12-1) identifies the copyright registration number for each Numbered Update.

4) Coding Structures. In TASB's taxonomy, a **Coding Structure** is the combination of a Letter Code, a topic, and an optional subtopic. The combination of topic and subtopic is the Subject Matter Summary. The Coding Structures are listed in the exhibits attached to these interrogatory responses, FAC B-Rev, FAC DD-Rev, PI 1-Rev, PI 3-Rev, and PI 7-Rev, which are revised versions of exhibits to TASB's Amended Complaint (ECF Doc. 12) and TASB's Motion for Preliminary Injunction, ECF Doc. 13 ("PI Motion").[1]

5) Each of these Coding Structures was created when TASB decided to use that specific combination of Letter Code and Subject Matter Summary to identify a (LEGAL) Framework and/or (LOCAL) Policy.

---

[1] Exhibits FAC B-Rev, FAC DD-Rev are revised versions of Exhibits B and DD to TASB's Amended Complaint (ECF Docs. 12-2, 12-30). Exhibits PI 1-Rev, PI 3-Rev, and PI 7-Rev are revised versions of Exhibits 1n 3 and 7 to TASB's Motion for Preliminary Injunction, ECF Docs. 14-3, 14-5, 14-9.

a) TASB is the statutory author of each Coding Structure because the Coding Structure is a "work made for hire" created or prepared for TASB by TASB employees acting jointly or singly within the scope of their employment.

b) For each Coding Structure, exhibits FAC B-Rev and PI 1-Rev identify the Numbered Update when the Coding Structure first appeared in a (LEGAL) Framework in an update (col. B) and the Numbered Update when the Coding Structure first appeared in a Section Index in an update (col. C). The Coding Structure was authored or created on or before the issue date of the earlier of the updates listed in cols. B or C for that Coding Structure.

c) See response to section 1(c) above for date of publication.

d) The protectable subject matter in a Coding Structure is the original text in the combination of the Letter Code, the topic, and (if there is one) the subtopic.

e) There is creativity or discretion in creating the Letter Code, in creating the topic and subtopic in the Subject Matter Summary, and in combining the Letter Code and the Subject Matter Summary.

   i) The Subject Matter Summary of the Coding Structure expresses a summary or description of the specific subject matter and content of the (LEGAL) Framework identified by the Coding Structure. TASB exercises creativity or discretion in deciding what specific content (including legal authorities, Framework Compilation, and Expository Text) to include in (LEGAL) Framework. TASB exercises discretion or creativity in deciding what combinations of topic and subtopic would most effectively convey to readers the subject matter of the (LEGAL) Framework and the legal authorities contained in the (LEGAL) Framework.

   ii) The Letter Code in a Coding Structure situates the (LEGAL) Framework within TASB's taxonomy. TASB exercises discretion or creativity in deciding where a specific compilation of legal authorities should be added or integrated into TASB's taxonomy of Texas public school law (including in which high-level section and where within that section) and what letter sequences to use for the Letter Codes. The Letter Codes were originally created by TASB and have been coined and/or revised to express creative decisions made by TASB regarding the compilation of its school law taxonomy. The Letter Codes themselves are creative, not descriptive; the letters in the Letter Code are chosen by TASB to express where the topical subject matter of the (LEGAL) Framework would be located within TASB's taxonomy but do not otherwise describe the topical subject matter. The Letter Codes do not correspond to section headings in the Texas Education Code or related regulations, or to any other existing compilation of law or publication.

   iii) TASB has provided creativity information for each Coding Structure in exhibits FAC DD-Rev and PI 3-Rev. The (Creativity) column in these exhibits provides, for each Coding Structure, an explanation of creative or discretionary choices reflected in the Coding Structure, including discretionary or creative choices relating to the location of the topic within the taxonomy and what Letter Codes should be used, the description

of the topic in relation to other topics in the taxonomy, the compilation of legal authorities within the (LEGAL) Framework, the choice of words for the topic and subtopic, and/or alternative reasonable descriptions of the subject matter and content of the (LEGAL) Framework. The alternative reasonable descriptions are provided for illustrative purposes, but they are not the only reasonable alternative descriptions of the subject matter and content of the (LEGAL) Framework. There are many ways to compile legal authorities relating to a subject, and many ways to describe any compilation of legal authorities.

For each Coding Structure, exhibits FAC B-Rev and PI 1-Rev identify the Numbered Update(s) where the Coding Structure first appeared in a Section Index or (LEGAL) Framework, and Exhibit A to the Amended Complaint (ECF Doc. 12-1) identifies the copyright registration number for these Numbered Updates. Coding Structures also appear in subsequent Numbered Updates, each of which is registered.

**Interrogatory No. 4:**
Identify all persons who participated in the preparation, filing, or prosecution of the applications that gave rise to the Copyright Registrations attached to TASB's First Amended Complaint as Exhibit A at Dkt. 12-1 in the Litigation.

**Response**: Pursuant to General Objection A, the deadline for making objections and responses to this interrogatory is May 22, 2026.

**Interrogatory No. 5:** (TEE Priority)
Identify all agreements to which TASB is a party concerning how the TASB Works were conceived, developed, created, or owned.

**Response**: Subject to and without waiving the foregoing objections, including General Objections A and B, TASB responds as follows:

TASB relies on its employees to create all original content in its Numbered Updates. TASB does not and has not contracted with any third party to create original content for Numbered Updates.

It is routine practice at TASB, going back at least as far back as Update 47, and information and belief back to the first update, for TASB employees within the Policy and Legal Services division to create or compile all content of each Numbered Update to the Policy Reference Manual resources, including the content of all (LEGAL) Frameworks, Explanatory Notes, and Section Indices within the Numbered Update, and the textual content of all Coding Structures in those components. This work by TASB employees is within the scope of their employment within the Policy and Legal Services Divisions. While it may sometimes happen that an individual TASB employee may individually create or compile a Coding Structure or other component of a Numbered Update, it is routine practice for the Numbered Updates and their original components to be "joint works," that is, works created or compiled by two or more TASB employees with the intention that their contributions be merged into inseparable or interdependent parts of a unitary whole. TASB is the statutory author and owner of each Numbered Update and all original components of the Numbered Update under 17 USC 201.

TASB does not have employment contracts with its Policy and Legal Services employees, and there are no written instruments signed by TASB under which TASB employees own any rights in their work on the Numbered Updates or other PRM Updates. From time to time, TASB may have solicited review, input, or feedback from outside parties, or received unsolicited input or feedback from outside parties, regarding specific areas of school law or draft policies or other PRM resources, but the ultimate authorship is done by TASB employees. TASB is not aware of any contracts with outside parties encompassing consultation, review, or creation of content relating to PRM resources.

In recent years, a few unpaid legal interns under university programs have worked with TASB employees on matters tangential to a Policy Update. These interns executed Unpaid Internship Agreements in which they acknowledged that any work they produce belongs to TASB and they assign and transfer any ownership interest they might have in said work. In addition, TASB's internal Administrative Policy 417, Copyright and Intellectual Property, provides that "The Association owns all intellectual property created by employees within the scope of their employment." Exemplary copies of these agreements and the administrative policy will be provided with TASB's response to RFP No. 10.

**Interrogatory No. 6:** (TEE Priority)
Describe in detail all facts that support TASB's claim that TEE actually copied (*i.e.*, factual copying) the TASB Works when creating the Accused Works, including TEE's alleged access to the TASB Works before it created the Accused Works, and all similarities between the TASB Works and each of the Accused Works that you claim are probative of copying.

**Response**: TASB objects to Interrogatory No. 6 on the grounds that it is unduly burdensome to require TASB to "describe in detail all facts that support TASB's claim" of actual copying and "all similarities" between "the TASB Works and each of the Accused Works" that are probative of copying. In every instance, the similarities are apparent from visual inspection.

TASB further objects to Interrogatory No. 6 on the grounds that it has provided responsive information in the form of tables that describe similar information for each Coding Structure, and it would be unduly burdensome to require TASB to repeat that information in narrative form for each Coding Structure and specified Accused Works.

Subject to and without waiving the foregoing objections, including General Objections A and B, TASB responds as follows:

TASB incorporates by reference: (a) the discussion of these topics in the Declaration of Amanda Bigbee filed with the PI Motion (ECF Doc. 14-1) and exhibits referenced therein; and (b) Exhibit 8 to the PI Motion, ECF Doc. 14-10.

The similarities between the TASB Works (including TASB's Coding Structures, Section Indices, and the text of FOC) and the corresponding text in TEE's Accused Works (including Update 1 (Legal References), Browse Box Indices, FOC (Legal Reference), and Local Policy Update) are so striking as to preclude the possibility of independent creation by TEE. In addition, TEE had access to the TASB Works.

**TASB Coding Structures / TEE Update 1 (Legal References).**

Exhibits X and Y to the Amended Complaint (ECF Docx. 12-24, 12-25), incorporated here by reference, identify 300+ TEE "**Update 1 (Legal References)**" retrieved by TASB from the TEE Policy Connect site for Carroll ISD, and Exhibit Y includes page 1 for each of these TEE Update 1 (Legal References). For each TASB Coding Structure listed in Exhibit FAC B-Rev, Exhibit Y includes a TEE Update 1 (Legal Reference) where the header and/or margin note on page 1 of the (Legal Reference) include a letter code and text identical or strikingly similar to the Letter Code, topic, and subtopic of the TASB Coding Structure.

TASB has prepared a road map that identifies which specific TEE Update 1 (Legal Reference) contains text that is identical or strikingly similar to each TASB Coding Structure. The road map is Exhibit PI 7-Rev, attached hereto. Each row in PI 7-Rev pertains to a different TASB Coding Structure, and cols. A, B, and C include the Letter Code, Topic, and Subtopic (if any), respectively, for that TASB Coding Structure. In the same row of PI 7-Rev, Col. T ("TEE CISD Update 1") contains a pinpoint page citation into Exhibit Y to the Amended Complaint (ECF Doc. 12-25). The pinpointed page of Exhibit Y will be page 1 of a TEE (Legal Reference) policy that includes in its header and/or margin notes a letter code and topical text that is identical or strikingly similar to the Letter Code, topic, and subtopic of the TASB Coding Structure.

For example, the row in PI 7-Rev pertaining to the TASB Coding Structure with Letter Code "CSC", topic "Facility Standards", and subtopic "Asbestos Management," includes a pinpoint citation in Col. T to page 113 of Exhibit Y (ECF Doc. 12-25). Pg. 113 of Exhibit Y includes page 1 of a TEE (Legal Reference) that includes the letter code "CSC" and topical description "Facility Standards: Asbestos Management" in the header and margin note.

For example, the row in PI 7-Rev pertaining to the TASB Coding structure with Letter Code "EHBAB", topic "Special Education", and subtopic "ARD Committee and Individualized Education Program," includes a pinpoint citation in Col. T to page 187 of Exhibit Y (ECF Doc. 12-25). Pg. 187 of Exhibit Y includes page 1 of a TEE (Legal Reference) that includes the letter code EHBAB in the header, the topical description, "Special Education ARD Committee and Individualized Education Program" in the header, and the topical description, "Special Education: ARD Committee and Individualized Education Program," in the margin note.

For example, the row in PI 7-Rev pertaining to the TASB Coding Structure with Letter Code "FA" and topic "Parent Rights and Responsibilities" includes a pinpoint citation in Col. T to page 221 of Exhibit Y (ECF Doc. 12-25). Pg. 221 of Exhibit Y includes page 1 of a TEE (Legal Reference) that includes the letter code "FA" and topical description "Parent Rights and Responsibilities" in the header and margin note.

For each row of PI 7-Rev, the similarities between the Letter Codes, topics and subtopics in TASB's Coding Structure and the corresponding letter code and topical test in the TEE Update 1 (Legal Reference) are so striking as to preclude independent creation.

**TASB Coding Structures / TEE Policy Connect Browse Box Indices**

PI 7-Rev also includes a road map that identifies where TEE's Policy Connect Browse Boxes contain letter codes and topic text that is identical or strikingly similar to TASB's Coding

Structures. Exhibits 14, 15, and 16 to the PI Motion (ECF Docs. 15-6, 15-7, and 15-8), incorporated here by reference, are copies of Browse Box indices taken from TEE's Policy Connect sites for Carroll ISD and Midland ISD. With some exceptions, for each TASB Coding Structure, the Browse Box Index in Exhibits 14, 15, and/or 16 includes a letter code or numeric code, topic and/or subtopic that are so strikingly similar to the TASB Letter Code, topic and subtopic as to preclude independent creation.

Each row in PI 7-Rev pertains to a different TASB Coding Structure, and cols. A, B, and C include the Letter Code, Topic, and Subtopic (if any) for that TASB Coding Structure.

Col. Q in the row ("TEE CISD Browse Box") contains a pinpoint citation to the page in the Carroll ISD Browse Box Index (ECF Doc. 15-8), that includes a letter code and topical description identical or strikingly similar to the Letter Code, topic and/or subtopic of the TASB Coding Structure.

Col. R in the row ("TEE Midland ISD Browse Box") contains a pinpoint citation to the page in the Midland ISD Browse Box Index (ECF Doc. 15-7) that includes a letter code and topical description identical or strikingly similar to the Letter Code, topic and/or subtopic of the TASB Coding Structure.

Col. S in the row ("TEE CISD Browse Box Numeric") contains a pinpoint citation to the page in the Carroll ISD Numeric Browse Box Index (ECF Doc. 15-6) that includes a topical description identical (or strikingly similar) to the topic and/or subtopic of the TASB Coding Structure and a numeric code that substitutes equivalent numbers for the letters in TASB's Letter Code.

**TASB Coding Structures / TEE FOC (Legal Reference).**

The similarities between the TASB's FOC (LEGAL) Framework (ECF Doc. 12-33) and TEE's FOC (Legal Reference) (ECF Doc. 12-32) are so strikingly similar as to preclude independent creation by TEE. The headers of the two policies include identical Letter Codes ("FOC"), identical topics ("Student Discipline") and identical subtopics ("Placement in a Disciplinary Alternative Education Setting"). The content of the TEE FOC (Legal Reference) is also strikingly similar to the Expository Text in the TASB FOC (LEGAL) Reference. (ECF Docs. 12-32, 12-33).

**TASB Coding Structures / TEE Local Policy Recommendations and Proposed Local Policies**

TEE's Local Policy Updates include recommended Local Policy updates for adoption by its member school districts and summary explanations of the substance of the updates. The letter codes and topical summaries in TEE's proposed local policies and summary explanations are identical or strikingly similar to TASB's Coding Structures.

As shown in Table 6(a) below, the similarities between the letter codes and topical summaries in the headers of TEE's proposed Local Policies and in TEE's description of the policies in TEE Local Policy Update 2025.7 (ECF 12-31) are identical or so strikingly similar to TASB Coding Structures as to preclude independent creation by TEE.

| TASB Letter Code / Topic / Subtopic (ECF 12-2) | TEE Local Policy Update 2025.7 (ECF 12-31, pp. 2-3) - Summaries | TEE Local Policy Update 2025.7 (ECF 12-31, pp. 4-18) – Local Policies |
|---|---|---|
| DGC / Employer Rights and Privileges / Immunity | "DGC(Local) Employer Rights and Privileges: Immunity" | "Employer Rights and Privileges: Immunity (DGC)" |
| EHBAB / Special Education / ARD Committee and Individualized Education Program | "EHBAB(Local) – Special Education: ARD Committee and Individualized Education Program" | "Special Education: ARD Committee and Individualized Education Program (EHBAB)" |
| FNCD / Student Conduct / Tobacco Use and Possession | "FNCD(Local) – Student Conduct: Tobacco Use and Possession" | "Student Conduct: Tobacco Use and Possession (FNCD)" |
| FOA / Student Discipline / Removal By Teacher Or Bus Driver | "FOA(Local) – Student Discipline: Removal By Teacher Or Bus Driver" | "Student Discipline: Removal By Teacher Or Bus Driver (FOA)" |
| FOB / Out-of-School Suspension | "FOB(Local) – Out-of-School Suspension" | "Out-of-School Suspension (FOB)" |
| FOF / Students With Disabilities | "FOF(Local) – Students With Disabilities" | "Students With Disabilities (FOF)" |

Table 6(a)

As shown in Table 6(b) below, the similarities between the letter codes and topical summaries in the headers of TEE's proposed Local Policies and in TEE's discussion of the policies in TEE Local Policy Update 2025.9 (ECF Doc. 20-2) are identical or so strikingly similar to TASB Coding Structures as to preclude independent creation by TEE.

| TASB Letter Code / Topic / Subtopic (ECF 12-2) | TEE Local Policy Update 2025.9 (ECF 20-2, pp. 2-3) - Summaries | TEE Local Policy Update 2025.9 (ECF 20-2, pp. 11, ) – Local Policies |
|---|---|---|
| CKE / Program/Risk Management / Security Personnel | "CKE(Local) Program/Risk Management: Security Personnel" | "Program/Risk Management: Security Personnel (CKE)" |
| DGC / Employer Rights and Privileges / Immunity | "DGC(Local) Employer Rights and Privileges: Immunity" | "Employer Rights and Privileges: Immunity (DGC)" |
| EIA / Academic Achievement / Grading/Progress Reports to Parents | "EIA(Local) – Academic Achievement: Grading/Progress Reports to Parents" | "Academic Achievement: Grading/Progress Reports to Parents (EIA)" |

Table 6(b)

**TASB Section Indices / TEE Policy Connect Browse Box Indices.**

The similarities between the Letter Codes, topics and subtopics in TASB's Section Indices and TEE's Policy Connect Browse Box Indices are so striking as to preclude independent creation by TEE. Exhibit 6 to the PI Motion, ECF Doc. 14-8, provides an annotated side-by-side comparison between the text of the Section Indices in Complaint Exhibit C, ECF Doc. 12-3, and the similar elements in the July 2025 Browse Box Listing for Carroll ISD (Exhibit 16 to the PI Motion (ECF Doc. 15-8)).

**TEE Access to the TASB Works.**

TEE or its agents had access to TASB (LEGAL) Frameworks and Section Indices on or before the creation of the TEE Update 1 (Legal References). Copies of TASB's (LEGAL) Frameworks can be reviewed or retrieved by members of the public through the Policy Online® platforms hosted by TASB for more than a thousand Policy Service subscribers throughout Texas. TASB has discovered that some Local policies displayed on TEE's Policy Connect sites included embedded HTML codes that were copied from TASB's HTML code in the same policies. As explained in more detail in paragraphs 60-101 of the Amended Complaint and related exhibits, some TEE (Legal References) include substantially similar if not identical copies of the Framework Compilations in the corresponding TASB (LEGAL) Frameworks. For example, TEE's CK (Legal Reference) quotes a statute that is unrelated to the subject matter of the policy but was cited by TASB by mistake. (ECF Doc. 12, ¶¶ 60-101; ECF Docs. 12-10, 12-17).

**Interrogatory No. 7:** (TEE Priority)
For each Accused Work, identify with particularity all original elements of the TASB Works that TASB claims were copied by TEE.

**Response**: TASB objects to Interrogatory No. 7 on the grounds that it has provided responsive information in the form of tables that describe similar information for each Coding Structure, and it would be unduly burdensome to require TASB to repeat that information in narrative form for each Coding Structure and specified Accused Works.

Subject to and without waiving the foregoing objections, including General Objections A and B, TASB responds as follows:

TASB incorporates by reference: (a) the discussion of these topics in the Declaration of Amanda Bigbee filed with the PI Motion (ECF Doc. 14-1) and exhibits referenced therein; (b) Exhibit 8 to the PI Motion, ECF Doc. 14-10; and (c) TASB's responses to Ints. 3 and 6.

**TASB Numbered Updates**

As described in TASB's response to Int. 3 above, each of TASB's Numbered Updates includes original Coding Structures and original Section Indices. As described below, TEE has copied TASB's Coding Structures and original Section Indices.

**TASB Coding Structures / TEE Update 1 (Legal References).**

As discussed in TASB's response to Int. 6, for each of TASB's Coding Structures, PI 7-Rev provides a pinpoint cite to a TEE Update 1 (Legal Reference) in Exhibit Y (ECF Doc. 12-25) that includes identical or striking similar copies of the TASB Coding Structure. The original elements of the TASB Works that are copied in each of these specified TEE Update 1 (Legal Reference) include all text components (Letter Code, topic, and subtopic) of the TASB Coding Structure.

**TASB Coding Structures / TEE Policy Connect Browse Box Indices**

As discussed in TASB's response to Int. 6, for each of TASB's Coding Structures, PI 7-Rev provides pinpoint cites to pages in TEE's browse box indices that include a letter code (or equivalent numeric code) and topical description identical or strikingly similar to the Letter Code, topic and subtopic of the TASB Coding Structure. The original elements of the TASB Works that are copied in each of these browse box indices include all text components (Letter Code, topic, and subtopic) of the TASB Coding Structure.

**TASB Coding Structures / TEE FOC (Legal Reference).**

As discussed in TASB's response to Int. 6, the original elements of TASB's FOC (LEGAL) Framework that are included in TEE's FOC (Legal Reference) include all text components (Letter Code, topic, and subtopic) of the TASB Coding Structure and original Expository Text in TASB's FOC(LEGAL) Framework (ECF Doc. 12, ¶ 108).

**TASB Coding Structures / TEE Local Policy Recommendations and Proposed Local Policies.**

As discussed in TASB's response to Int. 6, the summaries and proposed local policies in TEE's Local Policy Updates 2025.7 (ECF Doc. 12-31) and 2025.9 (ECF Doc. 20-2) include copies of TASB's Coding Structures. The original elements of the TASB Works that are copied in the TEE Local Policy Updates 2025.7 and 2025.9 include all text components (Letter Code, topic, and subtopic) of the TASB Coding Structures.

**TASB Section Indices / TEE Policy Connect Browse Box Indices.**

Exhibit 6 to the PI Motion, ECF Doc. 14-8, provides an annotated side-by-side comparison between the text of the Section Indices in Complaint Exhibit C, ECF Doc. 12-3, and the similar elements in the July 2025 Browse Box Listing for Carroll ISD (ECF Docx. 15-8). The original elements in the TASB Section Indices that are copied in the TEE Browse Box indices include: (a) all text elements (Letter Code, topic, and subtopic) of the original Coding Structures that appear in the Section Index, (b) the original text and arrangement of all Letter Codes, topics, and subtopics as they are arranged in the Section Index, and (c) as illustrated in Exhibits 4 and 5 to the PI Motion, ECF Docs. 14-6, 14-7, all original text that had been added to or modified in previous iterations of the Section Index and carried forward into that iteration of the Section Index.

**Interrogatory No. 8:** (TEE Priority)
For each Accused Work, describe in detail the factual basis for your contention that the Accused Work is substantially similar to the corresponding TASB Work(s), including each specific element that you contend is substantially similar to the protectable aspects of the TASB Works(s).

**Response**: TASB objects to Interrogatory No. 8 on the grounds that it is unduly burdensome to require TASB to "describe in detail the factual basis for your contention" and "including each specific element that you contend is substantially similar." In every instance, the similarities are apparent from visual inspection.

TASB further objects to Interrogatory No. 8 on the grounds that it has provided responsive information in the form of tables that describe similar information for each Coding Structure, and it would be unduly burdensome to require TASB to repeat that information in narrative form for each Coding Structure and specified Accused Works.

Subject to and without waiving the foregoing objections, including General Objections A and B, TASB responds as follows:

TASB incorporates by reference: (a) the discussion of these topics in the Declaration of Amanda Bigbee filed with the PI Motion (ECF Doc. 14-1) and exhibits referenced therein; (b) Exhibit 8 to the PI Motion, ECF Doc. 14-10; and (c) TASB's responses to Ints. 3, 6 and 7.

TASB's responses to Ints. 3, 6 and 7 describe (a) the substantial similarities between TASB's Numbered Updates, Coding Structures and Section Indices and TEE Accused Works (Update 1 (Legal References), Browse Box Indices, FOC (Legal Reference), TEE Local Policy Updates), and (b) the protectable aspects of TASB's Numbered Updates, Coding Structures, Section Indices, and Numbered Updates.

When a TEE Accused Work includes an identical or substantially similar copy of an original TASB Coding Structure or Section Index in a Numbered Update, the TEE Accused Work is substantially similar to that Numbered Update because of the qualitative importance of TASB's Coding Structures and Section Indices within each Numbered Update in which they appear. The Coding Structures are used in the Explanatory Notes and Subject Indices, and on every page of the corresponding (LEGAL) Framework. The Section Indices in any Numbered Update express the most current version of TASB's evolving taxonomy of Texas public school law topics. The Coding Structures in the Numbered Update help school lawyers and school administrators route the relevant portions of each Numbered Update to the educators and administrators responsible for understanding and implementing the changes in the law, and provide a shorthand reference that is commonly used by educators to refer to the subject matter of the policy. The Coding Structures are used on TASB's Policy Online platform for index browsing, keyword searches, and retrieval of (LEGAL) Frameworks and (LOCAL) Policies; and the print version of the Section Indices provides a critical hard-copy resource when Policy Online is not available. TEE's own words and actions corroborate the qualitative importance of TASB's Coding Structures. TEE publicly acknowledged in 2023 the "value" in TASB's policy coding structure. (ECF Doc. 12-28). TEE experimented with using number codes but abandoned those in favor of TASB's Letter Codes. (ECF Docs. 15-6, 15-8).

**Interrogatory No. 9:** (TEE Priority)

Identify all school districts known to TASB that have adopted or otherwise incorporated any aspect of the TASB Works into their policies, rules, regulations, procedures, or codes of conduct and specifically describe all portions of the TASB Works that have been adopted or otherwise incorporated into which specific policies, rules, regulations, procedures, or codes of conduct.

**Response**: TASB objects to Interrogatory No. 9 because it is overbroad, ambiguous, and/or unduly burdensome for at least the following reasons:

(1) The phrase "any aspect of the TASB Works" is undefined, ambiguous, and creates an undue burden on TASB.

(2) The phrase "known to TASB" is undefined, ambiguous, and creates an undue burden on TASB.

(3) The reference to "policies, rules, regulations, procedures, or codes of conduct" is unbounded in time and potentially encompasses every school district policy, rule, regulation, procedure, or codes of conduct for over a thousand school districts over a course of more than 50 years of providing Policy services, and it is unduly burdensome to require TASB to locate and search every single one of those policies, rules, regulations, procedures, or codes of conduct; and

(4) The reference to "adopted or otherwise incorporated into their policies, rules, regulations, procedures, or codes of conduct" is undefined and is not reasonably limited to facts that would support a claim or defense, including the government edicts defense as recognized in *Veeck and Georgia v. PRM*.

(5) The request is overbroad and unduly burdensome because it is school boards, not TASB, who know what has been adopted or incorporated into their policies, rules, regulations, procedures, or codes of conduct, and while subscribers may inform TASB of adoption of local policies or other action so that TASB can incorporate the policy into the subscriber's PRM resource, it would be unduly burdensome to require TASB to review all communications with all subscribers for more than fifty years for such information.

(6) The request is unduly burdensome because, for most of its subscribers, TASB maintains only policies and does not have visibility into decisions made by the subscriber in relation to rules, regulations, procedures, or codes of conduct, and while subscribers may occasionally inform TASB of adoption or other action relating to such works, it would be unduly burdensome to require TASB to review all communications with all subscribers for more than fifty years for such information.

(7) The request is unduly burdensome because (LEGAL) Frameworks and entire Numbered Update packets are not subject to local school board adoption, TASB is unaware of any subscriber that has purported to "adopt" a (LEGAL) Framework or Numbered Update packet, and it would be unduly burdensome to require TASB to review all communications with all subscribers for more than fifty years for such information.

Subject to and without waiving the foregoing objections, including General Objections A-B, TASB responds as follows:

21

For TEE's customers Carroll ISD, Sherman ISD, Schulenburg ISD, Conroe ISD, Crane ISD, Midland ISD, and Lingleville ISD, TASB has collected all copies of the Local Policies for that customer maintained in the Localized Policy Manual as of the termination of the TEE customer's POS subscription with TASB, and TASB will produce those collections of local policies. Pursuant to Rule 33(d), TASB refers TEE to those records. Exhibit Int-9 attached to these interrogatory responses identifies all Local policies maintained by TASB for Carroll ISD as of October 2023, when Carroll ISD's subscription to TASB's Policy Service finally expired.

**Interrogatory No. 10:**
Describe any and all sales or revenue TASB alleges it lost as a result of TEE's alleged infringement of the TASB Works.

**Response**: Pursuant to General Objection A, the deadline for making objections and responses to this interrogatory is May 22, 2026.

**Interrogatory No. 11:**
Identify all agreements from September 11, 1978, through the present concerning the license, sale, or exploitation of any copyrights in or to the TASB Works (including license agreements, permissions, grant of rights, sales agreements, and publishing agreements).

**Response**: Pursuant to General Objection A, the deadline for making objections and responses to this interrogatory is May 22, 2026.

**Interrogatory No. 12:**
Describe all damages TASB alleges it has suffered as a result of TEE's alleged infringement of the TASB Works, including all facts upon which TASB relies to support its alleged damages claims.

**Response**: Pursuant to General Objection A, the deadline for making objections and responses to this interrogatory is May 22, 2026.

**Interrogatory No. 13:** (TEE Priority)
Describe all facts supporting or rebutting TASB's claim that it will suffer irreparable harm if the Court does not grant its motion for a preliminary injunction.

**Response**: Subject to and without waiving any foregoing objections, including General Objections A and B, TASB responds as follows:

TASB incorporates by reference the discussion of these topics in the Declaration of Amanda Bigbee filed with the PI Motion (ECF Doc. 14-1), and exhibits referenced therein, and its responses to Ints. 1, 3, 6, 7, and 8.

1. It was recognized, in 18th-century chancery practice, that legal remedies are not adequate to fully address the harm caused by copyright infringement.

2. TEE has not ceased infringement and has continued to publish, release, or distribute infringing materials after and despite being informed of its infringement.

a. Upon information and belief, TEE launched Policy Connect sites with infringing content for Crane ISD and Lingleville ISD after it received TASB's August 6, 2025, "cease and desist" letter.

b. In December 2025, after this lawsuit was filed, TEE posted an FOC (Legal Reference) policy for Carroll ISD that copies not only TASB's Coding Structure (FOC Student Discipline-Placement in a Disciplinary Alternative Education Setting) but substantially all of TASB's Expository Text. (ECF Docs. 12-32, 12-33).

c. In TEE's Local Policy Update 2025.7, which was posted with the agenda materials for the December 15, 2025 Carroll ISD Board meeting, TEE recommends that Carroll ISD adopt Local Policies that include substantially similar (if not identical) copies of TASB's Registered Coding Structures DGC, EHBAB, FNCD, FOA, FOB, and FOF. (ECF Doc. 12-31, pp. 2-19).

d. In TEE's Local Policy Update 2025.9, which was posted with the agenda materials for the February 2, 2026 Board Meeting of Caroll ISD, TEE recommends adoption of, among others, Local policies containing Coding Structures CKE, DGC, and EIA. (ECF Doc. 20-2). As explained in the response to Int. 6, the TEE Local Policy Update 2025.9 includes infringing copies of TASB's Coding Structures in recommended new local policies and in TEE's explanations of the new local policies. (ECF Doc. 20-2).

3. TEE has continued to encourage school districts to adopt new (Local) policies that infringe TASB's copyrights. Attached hereto as Exhibit "INT-9" is a listing of the Local Policies TASB hosted for Carroll ISD at the time Carroll ISD terminated its subscription to TASB's Policy Owner Services. At least two of the Local policies recommended for adoption by TEE in TEE Local Policy Update 2025.7—DGC and EHBAB—have not been previously adopted by Carroll ISD. (ECF Doc. 12-31). At least one of the Local policies recommended for adoption by TEE in TEE Local Policy Update 2025.9—DGC—appears to have not been previously adopted by Carroll ISD. (ECF Doc. 12-2). TEE takes the position that TASB's Coding Structures lose their copyright protection when they are included in policies adopted by a school board. TASB denies that TEE's legal position is correct. But if TEE were to eventually prevail on the government edicts defense after trial on the merits, there is a risk that TASB would permanently lose copyright protection in Coding Structures (or other copyrightable material) included in a policy adopted by one of TEE's school board customers.

4. Because TEE is a judgment-proof non-profit, it will not be able to satisfy any judgment of damages and attorneys' fees against it, thus making any legal remedy inadequate.

a. To date, seven school districts have left TASB's Policy Service to go to TEE's policy service; and TASB reasonably believes that it could continue to lose Policy Service subscribers to TEE due at least in part to TEE's infringement of TASB's copyright. The loss of these customers would support an award of actual damages against TEE.

23

b. Should TASB elect to recover statutory damages, TEE is exposed to an award of statutory damages of up to $30,000 for infringement *per work*. 17 U.S.C. § 504(c)(2). The information provided in TASB's responses to Ints. 3, 6, 7, and 8 show that TEE has infringed copyright-protected constituent elements from at least fifty (50) different registered works, meaning that TEE is exposed to a potential award of statutory damages in excess of $1.5 million, plus attorneys' fees and costs.

c. A finding of willful infringement would increase the statutory damages limit to $150,000 per work and increase TEE's potential exposure to more than $7.5 million. There is evidence to show that TEE's infringement is willful, including: (a) TEE's 2023 Facebook posting that "TASB is in full panic mode as districts realize the only value they offer is a "policy coding structure"." (ECF 12-28); (b) TEE's failure to adopt a new organization structure for its school district policies despite the statement on its website that "School districts own the contents of their locally adopted policies. While TASB has asserted that it has copyrighted the organizational structure of school district policies, those policies can be reorganized." (ECF Doc. 15-2); (c) TEE's decision in July 2025 to change from numeric codes to letter codes in the (Legal Reference) policies for Carroll ISD; and (d) TEE's continued infringement after receiving TASB's August 6, 2025 "cease-and-desist" letter.

d. If TASB were to obtain a judgment awarding damages and attorneys' fees against TEE, it is unlikely that TEE could satisfy that judgment. TEE is a non-profit organization that—based on the publicly-available Form 990 tax return information—operated at losses in 2023 and 2024 and appears to be primarily reliant on donations rather than revenue from services. (ECF Doc. 15-3). TASB's injury would be irreparable if TEE could not satisfy it.

5. To the extent that any alleged delay by TASB is relevant to the existence of irreparable harm, TASB incorporates here its response to Interrogatory 1 above.

**Interrogatory No. 14:** (TEE Priority)
Describe all facts supporting or rebutting TASB's argument that the balance of equities favors granting TASB's motion for a preliminary injunction, including all facts supporting or rebutting any argument that the alleged threatened injury to TASB outweighs any damage a preliminary injunction might cause to TEE.

**Response**: Subject to and without waiving any foregoing objections, including General Objections A and B, TASB responds as follows:

TASB incorporates by reference the discussion of these topics in the Declaration of Amanda Bigbee filed with the PI Motion (ECF Doc. 14-1) and exhibits referenced therein, and its responses to Ints. 1, 3, 6, 7, 8, and 13.

TASB's responses to Ints. 3, 6, 7, and 8, and the Declaration of Amanda Bigbee (ECF Doc. 14-1), show that TEE has infringed TASB's copyrights in, at least (but not limited to), TASB's Numbered Updates, Coding Structures, and Section Indices.

TASB's response to Int. 13 describes facts showing actual or threatened injuries to TASB from TEE's infringement, including (a) the traditional recognition that damages are an inadequate remedy for copyright infringement, (b) TASB's loss of subscribers due to TEE's copyright infringement, (c) the ongoing potential risk (should TEE prevail on its legal arguments) that TASB could lose its copyright rights in Coding Structures that become "the law" after adoption by a school board, and (d) the practical reality that TEE will not be able to satisfy any judgment TASB may recover for statutory damages or attorneys' fees. TEE, by contrast, has not identified or substantiated any cognizable harm that it would suffer from a preliminary injunction that would outweigh TASB's actual or threatened injuries. TEE argues that an injunction "would unfairly and improperly prevent TEE from referencing the law using the standard coding system used by every school district" and that an injunction "would bar TEE from using functional, uncopyrightable taxonomies of public law and thereby limit school districts choices and increase costs." These are speculative. An injunction would prevent TEE from using TASB's Coding Structures and Section Indices to reference or describe the law but would not prevent TEE from using other text or organization structures to organize, reference or describe the law. The school districts that use TASB's Coding Structures and Section Indices pay for the right to license those materials from TASB. TEE has no cognizable right to use for free what school districts pay for.

**Interrogatory No. 15:** (TEE Priority)
Describe all facts supporting or rebutting TASB's argument that the public interest favors or will be served by granting TASB's motion for a preliminary injunction.

**Response**: Subject to and without waiving any foregoing objections, including General Objections A and B, TASB responds as follows:

TASB incorporates by reference the discussion of these topics in the Declaration of Amanda Bigbee filed with the PI Motion (ECF Doc. 14-1) and exhibits referenced therein, and its responses to Ints. 3, 6, 7, and 8.

TASB's responses to Ints. 3, 6, 7, and 8, and the Declaration of Amanda Bigbee (ECF Doc. 14-1), show that TEE has infringed TASB's copyrights in, at least (but not limited to), TASB's Numbered Updates, Coding Structures and Section Indices. The public interest is served by enjoining violations of copyright law.

**Interrogatory No. 16:**
Identify each and every fact and expert witness from whom TASB intends to elicit testimony orally or in writing at the preliminary injunction hearing currently scheduled for April 23, 2026, at trial, or at any other hearing in this case and, for each person identified in response to this Interrogatory, summarize the substance of the witness's expected testimony.

**Response**: Pursuant to General Objection A, the deadline for making objections and responses to this interrogatory is May 22, 2026.

**Interrogatory No. 17:**
Identify all persons who assisted TASB or whom TASB consulted in the course of preparing its responses to these Interrogatories.

**Response**: Pursuant to General Objection A, the deadline for making objections and responses to this interrogatory is May 22, 2026.

Dated:  April 15, 2026

Respectfully submitted,

*/s/ J. Roger Williams, Jr.*
Daniel R. Richards
State Bar No. 00791520
Email: drichards@rrsfirm.com
J. Roger Williams, Jr.
State Bar No. 21555650
Email: rwilliams@rrsfirm.com
RICHARDS RODRIGUEZ & SKEITH
611 W. 15th St.
Austin, Texas 78701
Telephone: 512-476-0005
Facsimile: 512-476-1513

**Counsel for Plaintiff**
**Texas Association of School Boards, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on April 15, 2026, via email to counsel of record for Defendant Texans for Excellence in Education, Inc.:

Arthur Gollwitzer III
Email: agollwitzer@jw.com
Paige Welch
pwelch@jw.com
JACKSON WALKER LLP
100 Congress Ave, Ste 1100
Austin, Texas 78701
Telephone: (512) 236-2000

Lee B. Hunt
lhunt@jw.com
JACKSON WALKER LLP
777 Main Street, Ste 2100
Fort Worth, Texas 76102
Telephone: (817) 334-7246

*/s/ J. Roger Williams, Jr.*
J. Roger Williams, Jr.

## VERIFICATION

My name is Amanda Bigbee. I am the Division Director, Policy Service, for Texas Association of School Boards, Inc. ("TASB") and affirm on TASB's behalf that the responses are true and correct based on the information available to TASB.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on April 15, 2026.

Amanda Bigbee

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | Code | Topic | Subtopic | First Update with substantive (LEGAL) Framework content and current Letter Code, Topic and Subtopic | Update with First appearance in Index of current Letter Code, Topic and Subtopic | Numeric Code |
| 2 | AE | EDUCATIONAL PHILOSOPHY | | 81 | 81 | 1.5 |
| 3 | AF | INNOVATION DISTRICTS | | 103 | 103 | 1.6 |
| 4 | AG | HOME-RULE DISTRICTS | | 51 | 54 | 1.7 |
| 5 | AIA | ACCOUNTABILITY | ACCREDITATION AND PERFORMANCE INDICATORS | 87 | 87 | 1.9.1 |
| 6 | AIB | ACCOUNTABILITY | PERFORMANCE REPORTING | 87 | 87 | 1.9.2 |
| 7 | AIC | ACCOUNTABILITY | INTERVENTIONS AND SANCTIONS | 109 | 109 | 1.9.3 |
| 8 | AID | ACCOUNTABILITY | FEDERAL ACCOUNTABILITY STANDARDS | 87 | 87 | 1.9.4 |
| 9 | AIE | ACCOUNTABILITY | INVESTIGATIONS | 118 | 118 | 1.9.5 |
| 10 | BBBA | ELECTIONS | CONDUCTING ELECTIONS | 110 | 110 | 2.2.2.1 |
| 11 | BBBB | ELECTIONS | POST-ELECTION PROCEDURES | 110 | 110 | 2.2.2.2 |
| 12 | BBBC | ELECTIONS | CAMPAIGN FINANCE | 110 | 110 | 2.2.2.3 |
| 13 | BBBD | ELECTIONS | CAMPAIGN ETHICS | 110 | 110 | 2.2.2.4 |
| 14 | BBFA | ETHICS | CONFLICT OF INTEREST DISCLOSURES | 78 | 77 | 2.2.6.1 |
| 15 | BBFB | ETHICS | PROHIBITED PRACTICES | 77 | 77 | 2.2.6.2 |
| 16 | BBI | BOARD MEMBERS | TECHNOLOGY RESOURCES AND ELECTRONIC COMMUNICATIONS | 98 | 90 | 2.2.9 |
| 17 | BDAA | OFFICERS AND OFFICIALS | DUTIES AND REQUIREMENTS OF BOARD OFFICERS | 67 | 67 | 2.4.1.1 |
| 18 | BJCE | SUPERINTENDENT | SUSPENSION/TERMINATION DURING CONTRACT | 89 | 89 | 2.10.3.5 |
| 19 | BJCG | SUPERINTENDENT | RESIGNATION | 91 | 91 | 2.10.3.7 |
| 20 | BQ | PLANNING AND DECISION-MAKING PROCESS | | 50 | 50 | 2.17 |
| 21 | BQA | PLANNING AND DECISION-MAKING PROCESS | DISTRICT-LEVEL | 50 | 50 | 2.17.1 |
| 22 | BQB | PLANNING AND DECISION-MAKING PROCESS | CAMPUS-LEVEL | 50 | 50 | 2.17.2 |
| 23 | CCF | LOCAL REVENUE SOURCES | LOANS AND NOTES | 62 | 62 | 3.3.6 |
| 24 | CCGA | AD VALOREM TAXES | EXEMPTIONS AND PAYMENTS | 112 | 112 | 3.3.7.1 |
| 25 | CCGB | AD VALOREM TAXES | ECONOMIC DEVELOPMENT | 112 | 112 | 3.3.7.2 |
| 26 | CDC | OTHER REVENUES | GIFTS AND SOLICITATIONS | 107 | 107 | 3.4.3 |
| 27 | CDH | OTHER REVENUES | PUBLIC AND PRIVATE FACILITIES | 93 | 93 | 3.4.8 |
| 28 | CEA | ANNUAL OPERATING BUDGET | FINANCIAL EXIGENCY | 91 | 91 | 3.5.1 |
| 29 | CHE | PURCHASING AND ACQUISITION | VENDOR DISCLOSURES AND CONTRACTS | 117 | 117 | 3.8.5 |
| 30 | CHH | PURCHASING AND ACQUISITION | FINANCING PERSONAL PROPERTY PURCHASES | 62 | 62 | 3.8.8 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 31 | CJ | CONTRACTED SERVICES | | 107 | 85 | 3.10 |
| 32 | CJA | CONTRACTED SERVICES | CRIMINAL HISTORY | 85 | 85 | 3.10.1 |
| 33 | CK | SAFETY PROGRAM/RISK MANAGEMENT | | 87 | 47 | 3.11 |
| 34 | CKA | SAFETY PROGRAM/RISK MANAGEMENT | SAFETY AND SECURITY AUDITS AND MONITORING | 122 | 122 | 3.11.1 |
| 35 | CKD | SAFETY PROGRAM/RISK MANAGEMENT | EMERGENCY MEDICAL EQUIPMENT AND PROCEDURES | 81 | 81 | 3.11.4 |
| 36 | CKE | SAFETY PROGRAM/RISK MANAGEMENT | SECURITY PERSONNEL | 98 | 98 | 3.11.5 |
| 37 | CKEA | SECURITY PERSONNEL | COMMISSIONED PEACE OFFICERS | 114 | 114 | 3.11.5.1 |
| 38 | CKEB | SECURITY PERSONNEL | SCHOOL MARSHALS | 114 | 114 | 3.11.5.2 |
| 39 | CKEC | SECURITY PERSONNEL | SCHOOL RESOURCE OFFICERS | 114 | 114 | 3.11.5.3 |
| 40 | CKED | SECURITY PERSONNEL | OTHER SECURITY ARRANGEMENTS | 123 | 121 | 3.11.5.4 |
| 41 | CLE | BUILDINGS, GROUNDS, AND EQUIPMENT MANAGEMENT | FLAG DISPLAYS | 68 | 74 | 3.12.5 |
| 42 | CNB | TRANSPORTATION MANAGEMENT | DISTRICT VEHICLES | 67 | 67 | 3.14.2 |
| 43 | CNC | TRANSPORTATION MANAGEMENT | TRANSPORTATION SAFETY | 84 | 84 | 3.14.3 |
| 44 | CO | FOOD AND NUTRITION MANAGEMENT | | 112 | 112 | 3.15 |
| 45 | COA | FOOD AND NUTRITION MANAGEMENT | PROCUREMENT | 112 | 112 | 3.15.1 |
| 46 | COB | FOOD AND NUTRITION MANAGEMENT | FREE AND REDUCED-PRICE MEALS | 112 | 112 | 3.15.2 |
| 47 | CPC | OFFICE MANAGEMENT | RECORDS MANAGEMENT | 80 | 81 | 3.16.3 |
| 48 | CQ | TECHNOLOGY RESOURCES | | 90 | 90 | 3.17 |
| 49 | CQA | TECHNOLOGY RESOURCES | DISTRICT, CAMPUS, AND CLASSROOM WEBSITES | 103 | 107 | 3.17.1 |
| 50 | CQB | TECHNOLOGY RESOURCES | CYBERSECURITY | 114 | 114 | 3.17.2 |
| 51 | CQC | TECHNOLOGY RESOURCES | EQUIPMENT | 114 | 114 | 3.17.3 |
| 52 | CSA | FACILITY STANDARDS | SAFETY AND SECURITY | 122 | 121 | 3.19.1 |
| 53 | CSB | FACILITY STANDARDS | GAS AND PIPELINES | | 121 | 3.19.2 |
| 54 | CSC | FACILITY STANDARDS | ASBESTOS MANAGEMENT | 122 | 122 | 3.19.3 |
| 55 | CVA | FACILITIES CONSTRUCTION | COMPETITIVE BIDDING | 57 | 57 | 3.22.1 |
| 56 | CVB | FACILITIES CONSTRUCTION | COMPETITIVE SEALED PROPOSALS | 57 | 57 | 3.22.2 |
| 57 | CVC | FACILITIES CONSTRUCTION | CONSTRUCTION MANAGER-AGENT | 91 | 91 | 3.22.3 |
| 58 | CVD | FACILITIES CONSTRUCTION | CONSTRUCTION MANAGER-AT-RISK | 91 | 91 | 3.22.4 |
| 59 | CVE | FACILITIES CONSTRUCTION | DESIGN-BUILD | 91 | 91 | 3.22.5 |
| 60 | CVF | FACILITIES CONSTRUCTION | JOB ORDER CONTRACTS | 57 | 57 | 3.22.6 |
| 61 | CX | CONTRACTS FOR FACILITIES | | 116 | 116 | 3.24 |
| 62 | CY | INTELLECTUAL PROPERTY | | 90 | 90 | 3.25 |
| 63 | DAB | EMPLOYMENT OBJECTIVES | GENETIC NONDISCRIMINATION | 93 | 93 | |
| 64 | DBAA | EMPLOYMENT REQUIREMENTS AND RESTRICTIONS | PRE-EMPLOYMENT REVIEWS | 114 | 115 | 4.2.1.1 |
| 65 | DC | EMPLOYMENT PRACTICES | | 50 | 50 | 4.3 |
| 66 | DCA | EMPLOYMENT PRACTICES | PROBATIONARY CONTRACTS | 50 | 50 | 4.3.1 |
| 67 | DCB | EMPLOYMENT PRACTICES | TERM CONTRACTS | 50 | 50 | 4.3.2 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 68 | DCC | EMPLOYMENT PRACTICES | CONTINUING CONTRACTS | 50 | 50 | 4.3.3 |
| 69 | DCD | EMPLOYMENT PRACTICES | AT-WILL EMPLOYMENT | 50 | 50 | 4.3.4 |
| 70 | DCE | EMPLOYMENT PRACTICES | OTHER TYPES OF CONTRACTS | 58 | 58 | 4.3.5 |
| 71 | DEA | COMPENSATION AND BENEFITS | COMPENSATION PLAN | 102 | 102 | 4.5.1 |
| 72 | DEAA | COMPENSATION PLAN | INCENTIVES AND STIPENDS | 102 | 102 | 4.5.1.1 |
| 73 | DEAB | COMPENSATION PLAN | WAGE AND HOUR LAWS | 102 | 102 | 4.5.1.2 |
| 74 | DECA | LEAVES AND ABSENCES | FAMILY AND MEDICAL LEAVE | 85 | 85 | 4.5.3.1 |
| 75 | DECB | LEAVES AND ABSENCES | MILITARY LEAVE | 85 | 85 | 4.5.3.2 |
| 76 | DF | TERMINATION OF EMPLOYMENT | | 81 | 82 | 4.6 |
| 77 | DFAB | PROBATIONARY CONTRACTS | TERMINATION AT END OF YEAR | 50 | 50 | 4.6.1.2 |
| 78 | DFAC | PROBATIONARY CONTRACTS | RETURN TO PROBATIONARY STATUS | 53 | 53 | 4.6.1.3 |
| 79 | DFBA | TERM CONTRACTS | SUSPENSION/TERMINATION DURING CONTRACT | 50 | 50 | 4.6.2.1 |
| 80 | DFBB | TERM CONTRACTS | NONRENEWAL | 50 | 50 | 4.6.2.2 |
| 81 | DFCA | CONTINUING CONTRACTS | SUSPENSION/TERMINATION | 50 | 50 | 4.6.3.1 |
| 82 | DFD | TERMINATION OF EMPLOYMENT | HEARINGS BEFORE HEARING EXAMINER | 91 | 82 | 4.6.4 |
| 83 | DFE | TERMINATION OF EMPLOYMENT | RESIGNATION | 87 | 82 | 4.6.5 |
| 84 | DFF | TERMINATION OF EMPLOYMENT | REDUCTION IN FORCE | 92 | 82 | 4.6.6 |
| 85 | DGA | EMPLOYEE RIGHTS AND PRIVILEGES | FREEDOM OF ASSOCIATION | 68 | 71 | 4.7.1 |
| 86 | DGBA | PERSONNEL-MANAGEMENT RELATIONS | EMPLOYEE COMPLAINTS/GRIEVANCES | 71 | 54 | 4.7.2.1 |
| 87 | DGC | EMPLOYEE RIGHTS AND PRIVILEGES | IMMUNITY | 91 | 91 | 4.7.3 |
| 88 | DHB | EMPLOYEE STANDARDS OF CONDUCT | REPORTS TO STATE BOARD FOR EDUCATOR CERTIFICATION | 103 | 103 | 4.8.2 |
| 89 | DHC | EMPLOYEE STANDARDS OF CONDUCT | REPORTS TO TEXAS EDUCATION AGENCY | 114 | 114 | 4.8.3 |
| 90 | DHE | EMPLOYEE STANDARDS OF CONDUCT | SEARCHES AND ALCOHOL/DRUG TESTING | 60 | 60 | 4.8.5 |
| 91 | DIA | EMPLOYEE WELFARE | FREEDOM FROM DISCRIMINATION, HARASSMENT, AND RETALIATION | 83 | 83 | 4.9.1 |
| 92 | DLB | WORK LOAD | REQUIRED PLANS AND REPORTS | 71 | 71 | 4.12.2 |
| 93 | DMA | PROFESSIONAL DEVELOPMENT | REQUIRED STAFF DEVELOPMENT | 67 | 71 | 4.13.1 |
| 94 | DNA | PERFORMANCE APPRAISAL | EVALUATION OF TEACHERS | 53 | 53 | |
| 95 | DNB | PERFORMANCE APPRAISAL | EVALUATION OF CAMPUS ADMINISTRATORS | 105 | 105 | 4.14.2 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 96 | EEM | INSTRUCTIONAL ARRANGEMENTS | Juvenile Residential Facilities | 88 | 88 | |
| 97 | EFA | INSTRUCTIONAL RESOURCES | INSTRUCTIONAL MATERIALS | 108 | 91 | 5.6.1 |
| 98 | EFB | INSTRUCTIONAL RESOURCES | LIBRARY MATERIALS | 122 | 119 | 5.6.2 |
| 99 | EHBAA | SPECIAL EDUCATION | IDENTIFICATION, EVALUATION, AND ELIGIBILITY | 77 | 77 | 5.8.2.1.1 |
| 100 | EHBAB | SPECIAL EDUCATION | ARD COMMITTEE AND INDIVIDUALIZED EDUCATION PROGRAM | 84 | 84 | 5.8.2.1.2 |
| 101 | EHBAC | SPECIAL EDUCATION | STUDENTS IN NONDISTRICT PLACEMENT | 77 | 77 | 5.8.2.1.3 |
| 102 | EHBAD | SPECIAL EDUCATION | TRANSITION SERVICES | 77 | 77 | 5.8.2.1.4 |
| 103 | EHBAE | SPECIAL EDUCATION | PROCEDURAL REQUIREMENTS | 77 | 77 | 5.8.2.1.5 |
| 104 | EHBAF | SPECIAL EDUCATION | VIDEO/AUDIO MONITORING | 104 | 104 | 5.8.2.1.6 |
| 105 | EHBC | SPECIAL PROGRAMS | COMPENSATORY SERVICES AND INTENSIVE PROGRAMS | 121 | 121 | 5.8.2.3 |
| 106 | EHBCA | COMPENSATORY SERVICES AND INTENSIVE PROGRAMS | ACCELERATED INSTRUCTION | 121 | 121 | 5.8.2.3.1 |
| 107 | EHBD | SPECIAL PROGRAMS | FEDERAL TITLE I | 87 | 76 | 5.8.2.4 |
| 108 | EHBF | SPECIAL PROGRAMS | CAREER AND TECHNICAL EDUCATION | 88 | 88 | 5.8.2.6 |
| 109 | EHBG | SPECIAL PROGRAMS | PREKINDERGARTEN | 76 | 76 | 5.8.2.7 |
| 110 | EHBH | SPECIAL PROGRAMS | OTHER SPECIAL POPULATIONS | 50 | 50 | 5.8.2.8 |
| 111 | EHBJ | SPECIAL PROGRAMS | INNOVATIVE AND MAGNET PROGRAMS | 108 | 108 | 5.8.2.10 |
| 112 | EHBK | SPECIAL PROGRAMS | OTHER INSTRUCTIONAL INITIATIVES | 66 | 66 | 5.8.2.11 |
| 113 | EHBL | SPECIAL PROGRAMS | HIGH SCHOOL EQUIVALENCY | 79 | 79 | 5.8.2.12 |
| 114 | EHDC | ALTERNATIVE METHODS FOR EARNING CREDIT | CREDIT BY EXAMINATION WITHOUT PRIOR INSTRUCTION | 89 | 89 | 5.8.4.3 |
| 115 | EHDD | ALTERNATIVE METHODS FOR EARNING CREDIT | COLLEGE COURSE WORK/DUAL CREDIT | 89 | 89 | 5.8.4.4 |
| 116 | EHDE | ALTERNATIVE METHODS FOR EARNING CREDIT | DISTANCE LEARNING | 89 | 89 | 5.8.4.5 |
| 117 | EIA | ACADEMIC ACHIEVEMENT | GRADING/PROGRESS REPORTS TO PARENTS | 52 | 52 | 5.9.1 |
| 118 | EIE | ACADEMIC ACHIEVEMENT | RETENTION AND PROMOTION | 52 | 52 | 5.9.5 |
| 119 | EIF | ACADEMIC ACHIEVEMENT | GRADUATION | 52 | 52 | 5.9.6 |
| 120 | EKB | TESTING PROGRAMS | STATE ASSESSMENT | 78 | 76 | 5.11.2 |
| 121 | EKBA | STATE ASSESSMENT | ENGLISH LEARNERS/EMERGENT BILINGUAL STUDENTS | 118 | 118 | 5.11.2.1 |
| 122 | EKC | TESTING PROGRAMS | READING ASSESSMENT | 81 | 76 | 5.11.3 |
| 123 | EKD | TESTING PROGRAMS | MATHEMATICS ASSESSMENT | 87 | 76 | 5.11.4 |
| 124 | EL | CAMPUS OR PROGRAM CHARTERS | | 111 | 111 | 5.12 |
| 125 | ELA | CAMPUS OR PROGRAM CHARTERS | PARTNERSHIP CHARTERS | 111 | 111 | 5.12.1 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 126 | EMI | MISCELLANEOUS INSTRUCTIONAL POLICIES | STUDY OF RELIGION | 68 | 69 | 5.13.9 |
| 127 | FA | PARENT RIGHTS AND RESPONSIBILITIES | | 122 | 122 | 6.1 |
| 128 | FB | EQUAL EDUCATIONAL OPPORTUNITY | | 75 | 75 | 6.2 |
| 129 | FBA | EQUAL EDUCATIONAL OPPORTUNITY | SERVICE ANIMALS | 90 | 90 | 6.2.1 |
| 130 | FD | ADMISSIONS | | 69 | 69 | 6.4 |
| 131 | FDA | ADMISSIONS | INTERDISTRICT TRANSFERS | 71 | 71 | 6.4.1 |
| 132 | FDAA | INTERDISTRICT TRANSFERS | PUBLIC EDUCATION GRANTS | 50 | 50 | 6.4.1.1 |
| 133 | FDB | ADMISSIONS | INTRADISTRICT TRANSFERS AND CLASSROOM ASSIGNMENTS | 81 | 81 | 6.4.2 |
| 134 | FDC | ADMISSIONS | HOMELESS STUDENTS | 71 | 71 | 6.4.3 |
| 135 | FDD | ADMISSIONS | MILITARY DEPENDENTS | 86 | 86 | 6.4.4 |
| 136 | FDE | ADMISSIONS | SCHOOL SAFETY TRANSFERS | 86 | 86 | 6.4.5 |
| 137 | FEA | ATTENDANCE | COMPULSORY ATTENDANCE | 69 | 69 | 6.5.1 |
| 138 | FEB | ATTENDANCE | ATTENDANCE ACCOUNTING | 69 | 69 | 6.5.2 |
| 139 | FEC | ATTENDANCE | ATTENDANCE FOR CREDIT | 69 | 69 | 6.5.3 |
| 140 | FED | ATTENDANCE | ATTENDANCE ENFORCEMENT | 69 | 69 | 6.5.4 |
| 141 | FFA | STUDENT WELFARE | WELLNESS AND HEALTH SERVICES | 77 | 77 | 6.6.1 |
| 142 | FFAE | WELLNESS AND HEALTH SERVICES | SCHOOL-BASED HEALTH CENTERS | 89 | 77 | 6.6.1.5 |
| 143 | FFAF | WELLNESS AND HEALTH SERVICES | CARE PLANS | 103 | 94 | 6.6.1.6 |
| 144 | FFBA | CRISIS INTERVENTION | TRAUMA-INFORMED CARE | 114 | 114 | 6.6.2.1 |
| 145 | FFC | STUDENT WELFARE | STUDENT SUPPORT SERVICES | 71 | 71 | 6.6.3 |
| 146 | FFEA | COUNSELING AND MENTAL HEALTH | COUNSELING | 115 | 115 | 6.6.5.1 |
| 147 | FFEB | COUNSELING AND MENTAL HEALTH | MENTAL HEALTH | 115 | 115 | 6.6.5.2 |
| 148 | FFH | STUDENT WELFARE | FREEDOM FROM DISCRIMINATION, HARASSMENT, AND RETALIATION | 81 | 83 | 6.6.8 |
| 149 | FFI | STUDENT WELFARE | FREEDOM FROM BULLYING | 93 | 83 | 6.6.9 |
| 150 | FJ | STUDENT FUNDRAISING | | 107 | 107 | 6.1 |
| 151 | FMA | STUDENT ACTIVITIES | SCHOOL-SPONSORED PUBLICATIONS | 68 | 68 | 6.13.1 |
| 152 | FMH | STUDENT ACTIVITIES | COMMENCEMENT | 68 | 68 | 6.13.8 |
| 153 | FNA | STUDENT RIGHTS AND RESPONSIBILITIES | STUDENT EXPRESSION | 65 | 65 | 6.14.1 |
| 154 | FNAA | STUDENT EXPRESSION | DISTRIBUTION OF NONSCHOOL LITERATURE | 68 | 68 | 6.14.1.1 |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 155 | FNAB | STUDENT EXPRESSION | USE OF SCHOOL FACILITIES FOR NONSCHOOL PURPOSES | 68 | 68 | 6.14.1.2 |
| 156 | FNCC | STUDENT CONDUCT | PROHIBITED ORGANIZATIONS AND HAZING | 68 | 68 | 6.14.3.3 |
| 157 | FNCD | STUDENT CONDUCT | TOBACCO USE AND POSSESSION | 50 | 50 | 6.14.3.4 |
| 158 | FNCE | STUDENT CONDUCT | PERSONAL TELECOMMUNICATIONS/ELECTRONIC DEVICES | 90 | 90 | 6.14.3.5 |
| 159 | FNF | STUDENT RIGHTS AND RESPONSIBILITIES | INVESTIGATIONS AND SEARCHES | 113 | 113 | 6.14.6 |
| 160 | FNG | STUDENT RIGHTS AND RESPONSIBILITIES | STUDENT AND PARENT COMPLAINTS/GRIEVANCES | 73 | 75 | 6.14.7 |
| 161 | FOA | STUDENT DISCIPLINE | REMOVAL BY TEACHER OR BUS DRIVER | 98 | 98 | 6.15.1 |
| 162 | FOB | STUDENT DISCIPLINE | OUT-OF-SCHOOL SUSPENSION | 72 | 72 | 6.15.2 |
| 163 | FOC | STUDENT DISCIPLINE | PLACEMENT IN A DISCIPLINARY ALTERNATIVE EDUCATION SETTING | 72 | 72 | 6.15.3 |
| 164 | FOCA | PLACEMENT IN A DISCIPLINARY ALTERNATIVE EDUCATION SETTING | DISCIPLINARY ALTERNATIVE EDUCATION PROGRAM OPERATIONS | 72 | 72 | 6.15.3.1 |
| 165 | FODA | EXPULSION | JUVENILE JUSTICE ALTERNATIVE EDUCATION PROGRAM | 72 | 72 | 6.15.4.1 |
| 166 | FOE | STUDENT DISCIPLINE | EMERGENCY AND ALTERNATIVE PLACEMENT | 81 | 81 | 6.15.5 |
| 167 | FOF | STUDENT DISCIPLINE | STUDENTS WITH DISABILITIES | 72 | 72 | 6.15.6 |
| 168 | GA | ACCESS TO PROGRAMS, SERVICES, AND ACTIVITIES |  | 43 | 43 | 7.1 |
| 169 | GBA | PUBLIC INFORMATION PROGRAM | ACCESS TO PUBLIC INFORMATION | 50 | 50 | 7.2.1 |
| 170 | GBAA | ACCESS TO PUBLIC INFORMATION | REQUESTS FOR INFORMATION | 121 | 121 | 7.2.1.1 |
| 171 | GC | PUBLIC NOTICES |  | 93 | 93 | 7.3 |
| 172 | GE | RELATIONS WITH PARENT ORGANIZATIONS |  | 68 | 72 | 7.5 |
| 173 | GKB | COMMUNITY RELATIONS | ADVERTISING AND FUNDRAISING | 109 | 108 | 7.11.2 |
| 174 | GKC | COMMUNITY RELATIONS | VISITORS | 109 | 109 | 7.11.3 |
| 175 | GKD | COMMUNITY RELATIONS | NONSCHOOL USE OF SCHOOL FACILITIES | 72 | 72 | 7.11.4 |
| 176 | GKDA | NONSCHOOL USE OF SCHOOL FACILITIES | DISTRIBUTION OF NONSCHOOL LITERATURE | 72 | 72 | 7.11.4.1 |
| 177 | GKE | COMMUNITY RELATIONS | BUSINESS, CIVIC, AND YOUTH GROUPS | 109 | 43 | 7.11.5 |
| 178 | GKG | COMMUNITY RELATIONS | SCHOOL VOLUNTEER PROGRAM | 50 | 50 | 7.11.7 |
| 179 | GNA | RELATIONS WITH EDUCATIONAL ENTITIES | OTHER SCHOOLS AND DISTRICTS | 43 | 43 | 7.14.1 |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 180 | GNB | RELATIONS WITH EDUCATIONAL ENTITIES | REGIONAL EDUCATION SERVICE CENTERS | 43 | 43 | 7.14.2 |
| 181 | GNC | RELATIONS WITH EDUCATIONAL ENTITIES | COLLEGES AND UNIVERSITIES | 43 | 43 | 7.14.3 |
| 182 | GR | RELATIONS WITH GOVERNMENTAL ENTITIES |  | 43 | 43 | 7.18 |
| 183 | GRA | RELATIONS WITH GOVERNMENTAL ENTITIES | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | 91 | 91 | 7.18.1 |
| 184 | GRAA | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | LAW ENFORCEMENT AGENCIES | 91 | 91 | 7.18.1.1 |
| 185 | GRAC | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | JUVENILE SERVICE PROVIDERS | 91 | 91 | 7.18.1.3 |
| 186 | GRB | RELATIONS WITH GOVERNMENTAL ENTITIES | INTERLOCAL COOPERATION CONTRACTS | 87 | 87 | 7.18.2 |
| 187 | GRC | RELATIONS WITH GOVERNMENTAL ENTITIES | EMERGENCY MANAGEMENT | 87 | 87 | 7.18.3 |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 1 | Code | Topic | Subtopic | First Update with substantive (LEGAL) Framework content and current Letter Code, Topic and Subtopic | Update with First appearance in Index of current Letter Code, Topic and Subtopic | Creativity |
| 2 | AE | EDUCATIONAL PHILOSOPHY | | 81 | 81 | House Bill 2563 from the 80th legislative session required school boards to adopt a vision statement and comprehensive goals for the district and superintendent. This code was created to reflect that requirement and was named broadly to also allow districts to house other philosophical concepts here. Another reasonable and potentially more descriptive name for this code is "District Vision and Goals" or "Guiding Principles". |
| 3 | AF | INNOVATION DISTRICTS | | 103 | 103 | This new code was created to include provisions from HB 1842 from the 84th legislative session, which creates school districts of innovation. As there was no existing code that felt like a good fit for this content, TASB decided to add a new code to the manual to hold the content. As the statute uses the term "District of Innovation", that would have been a reasonable subtopic name. It would have also made sense to place the material in the B series since it could be considered a governance issue, and the team debated that placement extensively. |
| 4 | AG | HOME-RULE DISTRICTS | | 51 | 54 | In 1995, the Texas Legislature passed a law authorizing home-rule district charters as one of the types of charter arrangements under the Education Code. An alternative topic name for this code could be Home-Rule Charters or Home-Rule District Operations. |
| 5 | AIA | ACCOUNTABILITY | ACCREDITATION AND PERFORMANCE INDICATORS | 87 | 87 | GND previously held content related to accreditation and performance indicators. When TASB decided to bolster the AI series after new laws came into effect, AIA was created by the team to house all of the existing and new material. This code houses the A-F Performance rating information, which districts are highly interested in, so it would be reasonable to use a subtopic name of "Accreditation, Performance Indicators, and A-F Performance Ratings". |

|  | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 6 | AIB | ACCOUNTABILITY | PERFORMANCE REPORTING | 87 | 87 | As part of the reorganization of the AI series, TASB created this new code to collect authorities relating to performance reporting. Material was moved from BR and revised as a result of law changes. As most districts refer to the information in this code as the TAPR, a reasonable subtopic name would be "Texas Academic Performance Report". Another reasonable name would be "Reports on District and Campus Performance". |
| 7 | AIC | ACCOUNTABILITY | INTERVENTIONS AND SANCTIONS | 109 | 109 | The provisions in this new policy addressing investigations and sanctions in the accountability series were previously at GND. TASB decided to add detail from statutes regarding the process for conducting an on-site investigation. A reasonable alternative subtopic name would be "Commissioner Interventions and Sanctions" or "Interventions, Sanctions, and Management". |
| 8 | AID | ACCOUNTABILITY | FEDERAL ACCOUNTABILITY STANDARDS | 87 | 87 | Provisions from the No Child Left Behind Act addressing accountability and other requirements applicable to Title I, Part A schools were moved to this new code from EHBD. TASB Legal Services attorneys initially suggested a subtopic name reflecting the federal law, but the Policy division suggested a more descriptive subtopic for ease of school district use. A reasonable alternative subtopic name would be "Every Student Succeeds Act" since much of the code is committed to those statutory requirements. |
| 9 | AIE | ACCOUNTABILITY | INVESTIGATIONS | 118 | 118 | After Senate Bill 1365 passed during the 87th legislative session, material relating to special investigations and monitoring reviews, and activities was moved to this new Legal Framework document. The material could have been housed more broadly at AI and included all accountability information, but the material on accountability was divided into five subtopics by the team to ease reading and understanding. Another reasonable name would be "Investigations and Compliance Monitoring". |
| 10 | BBBA | ELECTIONS | CONDUCTING ELECTIONS | 110 | 110 | The team changed the subtopic name from Reporting Campaign Funds to Conducting Elections in order to reorganize the content for better flow and readability. Several bills from the 85th legislative session impacted the code. Another good subtopic name would be "Election Orders, Notices, and Filing" or "Election Logistics". These names are particularly appropriate since most districts do not conduct their own elections but instead partner with another governmental entity, like a county, that conducts the elections on their behalf. |
| 11 | BBBB | ELECTIONS | POST-ELECTION PROCEDURES | 110 | 110 | The team moved provisions on post-election procedures from BBB to BBBB and were reorganized for better readability. A reasonable subtopic name would be "Runoff Elections and Post-Election Requirements." |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 12 | BBBC | ELECTIONS | CAMPAIGN FINANCE | 110 | 110 | Update 110 saw the TASB team significantly restructure the election policies to break up the lengthy content into multiple policy codes, reorganize the provisions for better flow, and better present legal guidance. This code on campaign finance has material moved and reorganized from BBBA. A reasonable subtopic alternative for this code is "Campaign Treasurers, Contributions, Expenditures, and Required Internet Postings". |
| 13 | BBBD | ELECTIONS | CAMPAIGN ETHICS | 110 | 110 | Update 110 included a significant restructuring of the election policies by the team to break up the lengthy content into multiple policy codes, reorganize the provisions for better flow, and better present legal guidance. This code on campaign ethics incorporates material from BBBB and CPAB. A reasonable and more descriptive subtopic would have been "Electioneering, Political Advertising, and Nepotism". |
| 14 | BBFA | ETHICS | CONFLICT OF INTEREST DISCLOSURES | 78 | 77 | In Update 77 legislative changes were incorporated by the team and the word "disclosures" was added to the subtopic name to highlight a new local government requirement to file disclosure statements. Another reasonable subtopic name would have been to maintain the name of Conflict of Interest or to use Conflict of Interest Disclosure Requirements. |
| 15 | BBFB | ETHICS | PROHIBITED PRACTICES | 77 | 77 | This new code presents material dealing with specific violations of laws pertaining to ethics. Material in this code was previously in BBFA, and the decision was made to split the content into two separate codes (BBFA and BBFB) for clarity. A reasonable subtopic name would more closely track the statute and be Prohibited Activities by Public Servants. |
| 16 | BBI | BOARD MEMBERS | TECHNOLOGY RESOURCES AND ELECTRONIC COMMUNICATIONS | 98 | 90 | This code was created and nested under Board Members after House Bill 2414 from the 83rd legislative session prompted the team to make changes to present specific guidance relating to electronic communication. As there is already a topic called "Technology Resources" housed in the C section, it would have made sense to place this material in the C section to focus on the technology part of the policy rather than in the B section, which focuses on the target audience. The legal team feared that the this essential governance compliance matter was buried in the C section and might go unnoticed. Another reasonable subtopic name is "Electronic Messages and Assets". |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 17 | BDAA | OFFICERS AND OFFICIALS | DUTIES AND REQUIREMENTS OF BOARD OFFICERS | 67 | 67 | In an ongoing effort by the team to streamline the contents of the manual, the policy text from four different policy codes—dealing with the Board's election of its officers and their responsibilities—were combined into a single new code. Provisions previously found at BDA, BDAB, BDAC, and BDAD were combined into BDAA. A potentially better subtopic name for this code would be Selection and Duties of Board Officers. |
| 18 | BJCE | SUPERINTENDENT | SUSPENSION/TERMINATION DURING CONTRACT | 89 | 89 | In Update 89, the team changed the subtopic name of this code from Dismissal to Suspension/Termination During Contract. This adjustment was made as the content changed to more fully parallel, to the extent possible, code DFBA for other contract employees. As the Superintendent is also an employee, it would be reasonable to code this material at DFBA so all information regarding the termination of employees would be together. Another reasonable subtopic name would be Adverse Employment Action. |
| 19 | BJCG | SUPERINTENDENT | RESIGNATION | 91 | 91 | In Update 91 this code was amended by TASB to add new statutory requirements and the subtopic name was changed from Retirement or Resignation to simply Resignation. As retirement is a specific type of resignation, it would be reasonable to have maintained the previous subtopic name. It would also be reasonable to call this code Voluntary Resignation. |
| 20 | BQ | PLANNING AND DECISION-MAKING PROCESS | | 50 | 50 | Another reasonable topic name for this code is District and Campus Improvement Planning and Processes. It would be reasonable for this code to house both the district and campus plan requirements, thereby deleting the subtopics. |
| 21 | BQA | PLANNING AND DECISION-MAKING PROCESS | DISTRICT-LEVEL | 50 | 50 | Many educators understand the requirements in this code to be part of a committee called the District Education Improvement Committee. As that is a more commonly used term, it would be a reasonable and accurate subtopic name. |
| 22 | BQB | PLANNING AND DECISION-MAKING PROCESS | CAMPUS-LEVEL | 50 | 50 | Many educators understand the requirements in this code to be part of a committee called the Campus Education Improvement Committee. As that is a more commonly used term, it would be a reasonable and accurate subtopic name. |
| 23 | CCF | LOCAL REVENUE SOURCES | LOANS AND NOTES | 62 | 62 | The subtopic name of this code was changed by TASB from Short-Term Notes to Loans and Notes. Another reasonable subtopic name is Loans and Short-Term Obligations. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 24 | CCGA | AD VALOREM TAXES | EXEMPTIONS AND PAYMENTS | 112 | 112 | Update 112 includes a significant restructuring of the policies on ad valorem taxes to break up the lengthy content into multiple policy codes, reorganize the provisions for better flow, and better match statutory text. Material on ad valorem tax exemptions and payments was moved from CCG to this code, and new provisions relating to constitutional amendments were added. As ad valorem taxes are part of local revenue sources, it would have been reasonable to have named the code "Local Revenue Sources: Ad Valorem Taxes" and kept CCGA and CCGB content together. |
| 25 | CCGB | AD VALOREM TAXES | ECONOMIC DEVELOPMENT | 112 | 112 | Update 112 includes a significant restructuring of the policies on ad valorem taxes to break up the lengthy content into multiple policy codes, reorganize the provisions for better flow, and better match statutory text. Content relating to economic development moved from CCG to CCGB and was updated. As ad valorem taxes are part of local revenue sources, it would have been reasonable to have named the code "Local Revenue Sources: Ad Valorem Taxes" and kept CCGA and CCGB content together. |
| 26 | CDC | OTHER REVENUES | GIFTS AND SOLICITATIONS | 107 | 107 | This code's subtopic name used to be Grants from Private Sources. As this code is often referred to for the legal requirements around charitable raffles, a reasonable subtopic name would be Donations and Raffles. |
| 27 | CDH | OTHER REVENUES | PUBLIC AND PRIVATE FACILITIES | 93 | 93 | The subtopic name was adjusted by the team after statutory changes. Another reasonable subtopic name is Public and Private Facilities and Infrastructure Partnerships. |
| 28 | CEA | ANNUAL OPERATING BUDGET | FINANCIAL EXIGENCY | 91 | 91 | The CE series is about annual operating budgets. This code was created after the 82nd legislative session to address financial exigency covered in Senate Bill 8, as the team determined that the topic was too complex and lengthy to include in CE. The staff determined that it should go in the budget series instead of accounting because the required declaration under the law impacts decisions the district will make about the budget. As financial exigencies are most relevant when making employment decisions, it would be reasonable to house this material in the D section along with other termination provisions. A reasonable subtopic name for this code would be "Declaring a Financial Exigency" or "Financial Exigency Declarations" since the code is about those declarations. |
| 29 | CHE | PURCHASING AND ACQUISITION | VENDOR DISCLOSURES AND CONTRACTS | 117 | 117 | The subtopic name of this code was Vendor Relations before it was changed to Vendor Disclosures and Contracts. Another reasonable subtopic name would be Required Vendor Forms and Disclosures. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 30 | CHH | PURCHASING AND ACQUISITION | FINANCING PERSONAL PROPERTY PURCHASES | 62 | 62 | Another reasonable subtopic name for this code would be Public Property Financing, which would more closely align with the primary underpinning statutory authority. |
| 31 | CJ | CONTRACTED SERVICES | | 107 | 85 | After the federal Every Student Succeeds Act went into effect, the TASB team decided to create a new code relating to services for which the district contracts. As the code specifically addresses assisting individuals who engaged in sexual misconduct with a minor or student with getting new employment, these legal requirements could reasonably be coded in the D section with other employment matters and prohibited employee conduct. Another reasonable name for this code would have been Prohibited Employment Assistance. |
| 32 | CJA | CONTRACTED SERVICES | CRIMINAL HISTORY | 85 | 85 | New rules from the Texas Education Agency, effective in 2008, addressed criminal history checks of individuals who work for entities that contract with a district. The new rules and existing provisions on criminal history checks of contractors from CH, CNA, and CV were moved to this new code for ease of reference. After the 89th legislative session in 2025, the TASB team opted to change the name to Contracted Services: Background Checks and Required Reporting to better describe the current content. Another reasonable name for this code would be Service Provider Review and Misconduct Reporting. |
| 33 | CK | SAFETY PROGRAM/RISK MANAGEMENT | | 87 | 47 | TASB opted to create a new legal framework at CK to address safety broadly and flesh out subtopics to address details relating to specific aspects of school safety. It would have been reasonable to have kept material where it was, which was in part at CKC, or to have created a nested topic specific to safety and security committee meetings. As the largest component of the guidance relates to the committee and other required meetings, a reasonable topic name would be Safety and Security, and this policy could be divided to allow a nested subtopic of Required Committees and Meetings. As is currently structured, another reasonable topic name would be School Safety. |
| 34 | CKA | SAFETY PROGRAM/RISK MANAGEMENT | SAFETY AND SECURITY AUDITS AND MONITORING | 122 | 122 | After legislative changes, provisions from two other codes were moved into this one to consolidate information relating to security audits. Another reasonable subtopic name is Requirements for Security Audits. Other topics and subtopics that would reasonably describe the subject matter of this policy include: Safety and Security / Audits and Monitoring; Security / Compliance Audits; and Safety / Facility Safety and Security Audits. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 35 | CKD | SAFETY PROGRAM/RISK MANAGEMENT | EMERGENCY MEDICAL EQUIPMENT AND PROCEDURES | 81 | 81 | After Senate Bill 7 passed into law after the 80th legislative session, districts were required to make automated external defibrillators available at some athletic events. This code was created and named to allow for this provision but also any future medical equipment requirements. As the automated external defibrillators are required at certain facilities, it would be reasonable to code this material in the CS series on Facility Standards. Another reasonable subtopic name is Required Medical Equipment. |
| 36 | CKE | SAFETY PROGRAM/RISK MANAGEMENT | SECURITY PERSONNEL | 98 | 98 | TASB changed the subtopic name by removing the phrase "peace officers", as security personnel more broadly describes the content. A reasonable alternative subtopic name is Commissioned Peace Officers and Security Personnel. |
| 37 | CKEA | SECURITY PERSONNEL | COMMISSIONED PEACE OFFICERS | 114 | 114 | In 2019, the team decided that security arrangements was too broad for one policy code, so CKE was further divided into CKEA, CKEB, and CKEC to assist in understanding and make the different types of security arrangement options more clear to the reader. CKEA was created to address matters relating to commissioned peace officers. It would have also made sense to keep all of the security personnel information in one policy code rather than dividing it. CKE could have remained one code with various sub-parts so readers knew all security arrangements could be considered in one place. Another reasonable name would be "Peace Officers Commissioned by the Board" or "District Peace Officers". |
| 38 | CKEB | SECURITY PERSONNEL | SCHOOL MARSHALS | 114 | 114 | In 2019, TASB determined that security arrangements was too broad for one policy code, so CKE was further divided into CKEA, CKEB, and CKEC to assist in understanding and make the different types of security arrangement options clear to the reader. CKEB was created to address matters relating to school marshals. It would have also made sense to keep all of the security personnel information in one policy code rather than dividing it. CKE could have remained one code with various sub-parts so readers knew all security arrangements could be considered in one place. As marshals are, by definition, employees, this material could have also been reasonably coded in the D section. Another name for this code could have been "Armed Staff with TCOLE License". |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| | CKEC | SECURITY PERSONNEL | SCHOOL RESOURCE OFFICERS | 114 | 114 | In 2019, TASB decided that security arrangements were too broad for one policy code, so CKE was further divided into CKEA, CKEB, and CKEC to assist in understanding and make the different types of security arrangement options clearer to the reader. CKEC was created to address matters relating to school resource officers. It would have also made sense to keep all of the security personnel information in one policy code rather than dividing it. CKE could have remained one code with various sub-parts so readers knew all security arrangements could be considered in one place. Since school resource officers are employees of another governmental entity, this material could have also been reasonably coded in the G section. Another reasonable name would be "Officers Commissioned by Other Governmental Entities". |
| | CKED | SECURITY PERSONNEL | OTHER SECURITY ARRANGEMENTS | 123 | 121 | The team determined that Chapter 37 of the Education Code and the Occupations Code work together to allow a district to either hire security officers through a contractor or directly. A new code in the CKE series was created to flesh out those options. As this code is designed to pick up security arrangements that are not otherwise covered in the other CKE series of policies, that content could have reasonably been housed in the CKE parent policy without creating a new code. Further, the subtopic could have reasonably been "Hired and Contracted Security Personnel". |
| | CLE | BUILDINGS, GROUNDS, AND EQUIPMENT MANAGEMENT | FLAG DISPLAYS | 68 | 74 | This code was created in Update 68 to house specific provisions relating to flag displays that were previously found in EMDB. This decision was made after a discussion amongst staff as to where the material was best housed. It was decided that the display of the flag was more aligned with facility requirements than instructional requirements, so the material was recoded to the C section. After the 89th Legislative Session, the subtopic name was broadened to Required Displays to accommodate the requirement to post Ten Commandments posters. Another reasonable subtopic name is Required Patriotic and Religious Installations or simply Required Installations. |
| | CNB | TRANSPORTATION MANAGEMENT | DISTRICT VEHICLES | 67 | 67 | In Update 67 the subtopic name was changed from School Owned Vehicles to District Vehicles in large part because of the material regarding contracting with nonschool organizations for the use of school buses. Another reasonable subtopic name would be Vehicles Owned, Leased, or Borrowed by the District. |

|  | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 43 | CNC | TRANSPORTATION MANAGEMENT | TRANSPORTATION SAFETY | 84 | 84 | TASB created this code in Update 84 to pull together various bus and other safety components into one document. Another reasonable subtopic name would be Transportation Safety and Required Devices. Another subtopic name could be Transportation Safety and Requirements since the code includes information relating to required notices to the Texas Education Agency. |
| 44 | CO | FOOD AND NUTRITION MANAGEMENT |  | 112 | 112 | TASB changed the subtopic name of this code from Food Services to Food and Nutrition Management in Update 112. Another reasonable subtopic name would be Nutrition Programs and Procedures. |
| 45 | COA | FOOD AND NUTRITION MANAGEMENT | PROCUREMENT | 112 | 112 | TASB substantially revised this code in 2018, and the topic name was changed from Food Services to Food and Nutrition Management, and the subtopic name was changed from Food Purchasing to Procurement. Another reasonable name would be Procurement Requirements or to utilize the more user-friendly term and call it Purchasing. |
| 46 | COB | FOOD AND NUTRITION MANAGEMENT | FREE AND REDUCED-PRICE MEALS | 112 | 112 | The team changed the subtopic to make it more clear. As the code specifically covers meals and snacks, a reasonable subtopic name would be Free and Reduced-Price Meals and Snacks. |
| 47 | CPC | OFFICE MANAGEMENT | RECORDS MANAGEMENT | 80 | 81 | As the codes evolved, CPC is left being the only code with the topic name Office Management. It would be reasonable to restructure the CP series so this code does not stand alone. It would also be reasonable to group this code on records management with the material on the Public Information Act in the G series. A reasonable name for this policy would simply be a topic name of Records Management or Records Management Responsibilities. |
| 48 | CQ | TECHNOLOGY RESOURCES |  | 90 | 90 | The team changed the name of this code from Electronic Communication Management to Technology Resources. Another reasonable name for this code, considering much of it is addressing requirements around the Children's Internet Protection Act and the Uniform Electronic Transactions Act, would be Technology Requirements. |
| 49 | CQA | TECHNOLOGY RESOURCES | DISTRICT, CAMPUS, AND CLASSROOM WEBSITES | 103 | 107 | The subtopic for this code could be "Websites" since the indication of which types is unnecessary in light of the material covered in the code. As this code is most useful for the long list of required internet postings, another reasonable subtopic would be "Required Website Postings". An alternative way to organize the content in this policy would be to combine it with other required notices in other formats in a single "Required Notices and Website Postings" policy. |

|  | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 50 | CQB | TECHNOLOGY RESOURCES | CYBERSECURITY | 114 | 114 | Cybersecurity was impacted by several laws in the 86th legislative session, so the team decided to carve out language from CQ related to the topic and create this new code relating to Cybersecurity. The code includes new material and provisions moved from CQ. It would have been reasonable to house this material in the CK series on safety programs, but the decision was made to place it with technology instead. It would have also been reasonable to keep the material in CQ. Another good way to name this code is "Cybersecurity and Electronic Communications". |
| 51 | CQC | TECHNOLOGY RESOURCES | EQUIPMENT | 114 | 114 | The team decided that the material at CQ was becoming too unwieldy, so discreet subtopics were broken out into new nested codes. This Legal Framework was developed to specifically address technology equipment, including relocated content relating to Technology Lending Program Grants. As this topic is specifically about equipment, it could have reasonably been placed within the CL series that includes equipment management. It would have also been reasonable to keep the material in CQ. Another name for the code could have been "Acquisition and Disposition of Equipment". |
| 52 | CSA | FACILITY STANDARDS | SAFETY AND SECURITY | 122 | 121 | The team moved provisions from CS, and new legal authority was added to create a new code specific to safety and security facility standards after House Bill 3 passed in 2023. The CK series relates to Safety Programs, and the information could have been housed there logically, but the determination was made that the material was more aligned to facility standards than safety programming. It would have been reasonable to leave the material at CS. Another reasonable name would be "Safety and Risk Management" or "Security Preparedness". Other topics and subtopics that would reasonably describe the subject matter of this policy include: Facility Requirements / School Safety; Facilities / Safety Measures; and Buildings / Usage and Safety |
| 53 | CSB | FACILITY STANDARDS | GAS AND PIPELINES |  | 121 | The team carved out material from CS(LEGAL) to create CSB(LEGAL) and specifically address gas and pipelines. The team deliberated between placing in the CK series and the CS series and ultimately decided on building out the CS series. It would have been reasonable to leave the material at CS. The relevant statutes describe the content as the "natural gas piping" system. TASB chose "gas and pipelines", which is more reader-friendly, but could have easily kept the terminology from the statute. Another reasonable option would have been "Pipeline Infrastructure" or "Natural Gas Infrastructure". |

|  | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 54 | CSC | FACILITY STANDARDS | ASBESTOS MANAGEMENT | 122 | 122 | The team deemed asbestos management important enough to create a new code with focused information on the topic and to present the material with more clarity. Content was moved from CKA to this newly created code. It would have been reasonable to expand the scope of the subtopic to hazardous materials to cover asbestos but also items like lead that also constitute a safety risk in facilities. It would have also been reasonable to leave the content in CKA. Other topics and subtopics that would reasonably describe the subject matter of this policy include: Facility Requirements / Asbestos Hazard Emergency Response; Buildings / Asbestos Health Protection; and Buildings and Facilities / Asbestos Remediation. Note: Asbestos is a safety measure, so it could reasonably be in CSA and not a separate code. |
| 55 | CVA | FACILITIES CONSTRUCTION | COMPETITIVE BIDDING | 57 | 57 | The team created this new code to house material previously at CHC that pertains to facility construction projects. It would be reasonable to have left the material at CHC. It would be reasonable to reference the phrase "procurement method" in either the topic name or subtopic name, such as Competitive Bidding Procurement Method. |
| 56 | CVB | FACILITIES CONSTRUCTION | COMPETITIVE SEALED PROPOSALS | 57 | 57 | SB 583 from the 75th legislative session allows districts to use competitive sealed proposals to select a contractor for construction services, to select a construction manager, or to award a job order contract. The team revised the code to address these changes. Another reasonable subtopic name is Procedures for Competitive Sealed Proposals. |
| 57 | CVC | FACILITIES CONSTRUCTION | CONSTRUCTION MANAGER-AGENT | 91 | 91 | TASB restructured the CV series in Update 91 after legislative changes. Another reasonable subtopic name for this code is Processes Relating to Construction Manager-Agent Method. |
| 58 | CVD | FACILITIES CONSTRUCTION | CONSTRUCTION MANAGER-AT-RISK | 91 | 91 | SB 583 from the 75th legislative session provides for the use of a construction manager-at-risk method for the construction and modification of school facilities. TASB created this new code for the procedures that a District must follow when selecting this method as the best value for the District. Another reasonable subtopic name is Construction Manager-at-Risk Method Procedures. |
| 59 | CVE | FACILITIES CONSTRUCTION | DESIGN-BUILD | 91 | 91 | SB 583 from the 75th legislative session provides for the use of a construction manager-at-risk method for the construction and modification to school facilities. The team opted to create this new code to include the procedures that a District must follow when selecting this method as the best value for the District. Another reasonable subtopic name is Procedures for Design-Build Project Delivery Method. |
| 60 | CVF | FACILITIES CONSTRUCTION | JOB ORDER CONTRACTS | 57 | 57 | TASB incorporated new legislative changes into the policy and renamed the subtopic to more clearly describe the revised content. Another reasonable subtopic name is Job Order Contracting Processes. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 61 | CX | CONTRACTS FOR FACILITIES | | 116 | 116 | The team chose to change the subtopic name to more clearly reflect the subject matter. After reflection, the team decided not to mirror the Education Code name ("Contracts for Athletic Facilities") but to expand to include more content than just athletic facilities within the code. |
| 62 | CY | INTELLECTUAL PROPERTY | | 90 | 90 | TASB created this new code to assist districts with intellectual property issues. Some material was pulled from existing EFE, and additional material was added to flesh out the topic. As Intellectual Property is a term of art not all educators or community members will necessarily understand, it would be reasonable to name this code "Copyright, Trademark, and Patent". Another reasonable name is "Intellectual Property Ownership and Infringement". |
| 63 | DAB | EMPLOYMENT OBJECTIVES | GENETIC NONDISCRIMINATION | 93 | 93 | TASB created this new code to explain the federal Genetic Information Nondiscrmination Act. It would be reasonable to have included this material in DAA and cover all nondiscrimination issues in one code rather than parsing out this particular type of nondiscrimination for its own code. Another reasonable subtopic name would be to mirror the statute language and call it Genertic Information Nondiscrimination. |
| 64 | DBAA | EMPLOYMENT REQUIREMENTS AND RESTRICTIONS | PRE-EMPLOYMENT REVIEWS | 114 | 115 | New legal provisions from House Bill 3 changed the way pre-employment criminal history reviews were conducted. TASB changed the subtopic name to more effectively reflect the evolving legal landscape. TASB could have changed its taxonomy to match legislation but, as often happens, placed new legal provisions into the TASB taxonomy and adjusted the subtopic name to reflect the new content. Other reasonable subtopic names would be Criminal History Reviews or Do Not Hire Registry. |
| 65 | DC | EMPLOYMENT PRACTICES | | 50 | 50 | Another reasonable topic name for this code is Required Employment Policies and Processes. The topic name could also be Employment Requirements. |
| 66 | DCA | EMPLOYMENT PRACTICES | PROBATIONARY CONTRACTS | 50 | 50 | Another reasonable subtopic name for this code would be Entering Probationary Contracts. When TASB created the subtopics DCA to DCD under DC in Update 50, there were other ways it could have restructured the laws under the topic of Employment Practices. It could have restructured the codes by phase of employment rather than type of contract. For example, there could be a code that was just for Hiring Contract Employees, and another code for Termination of Contract employees. |
| 67 | DCB | EMPLOYMENT PRACTICES | TERM CONTRACTS | 50 | 50 | Another reasonable subtopic name for this code would be Entering Term Contracts. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 68 | DCC | EMPLOYMENT PRACTICES | CONTINUING CONTRACTS | 50 | 50 | Another reasonable subtopic name for this code would be Entering Continuing Contracts. |
| 69 | DCD | EMPLOYMENT PRACTICES | AT-WILL EMPLOYMENT | 50 | 50 | Another reasonable subtopic name for this code would be Entering At-Will Employment Arrangements. |
| 70 | DCE | EMPLOYMENT PRACTICES | OTHER TYPES OF CONTRACTS | 58 | 58 | TASB Legal Services had long advised that individuals who are not required to receive contracts compliant with Chapter 21 of the Education Code should not receive Chapter 21 contracts but should either be at-will or employed under a different contract. As Districts continued to use the Chapter 21 contracts for these employees, TASB decided that a separate policy setting out the parameters of those employment arrangements was appropriate. As most educators call this category of employees "Non-Chapter 21", it would be reasonable and possibly preferable to use that phrase as the subtopic name. |
| 71 | DEA | COMPENSATION AND BENEFITS | COMPENSATION PLAN | 102 | 102 | The subtopic name was changed from Wage and Hour Laws to Compensation Plan in Update 102 after the team decided to recode much of the content in the DEA series. Another reasonable subtopic name for this code is Compensation Requirements and Processes. |
| 72 | DEAA | COMPENSATION PLAN | INCENTIVES AND STIPENDS | 102 | 102 | In Update 102 the team reorganized the DEA series which changed the topic name to Compensation Plan. The previous topic name of Compensation and Benefits was moved to DEE. Another reasonable topic name would be simply "Compensation", as Plan is not necessary to relay the meaning of the code topic. |
| 73 | DEAB | COMPENSATION PLAN | WAGE AND HOUR LAWS | 102 | 102 | As part of the reorganization of the DEA series, the team changed the topic name of this policy to Compensation Plan, and the subtopic has been changed to Wage and Hour Laws. Material from DEA moved into this code. As the code is really about the Fair Labor Standards Act, it would have been reasonable to use that as the subtopic. |
| 74 | DECA | LEAVES AND ABSENCES | FAMILY AND MEDICAL LEAVE | 85 | 85 | Update 85 saw the expansion of the leaves and absences series of policy codes to include DECA and DECB. As a result of new FMLA regulations, the team amended provisions from DEC to create this new code. It would have been reasonable to leave the material in DEC. Rather than mirror the name of the statute, it would be reasonable to use a subtopic name of Health-Related Leave. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| | DECB | LEAVES AND ABSENCES | MILITARY LEAVE | 85 | 85 | The team expanded the leaves and absences series of policy codes to include DECA and DECB in Update 85. Material from DEC was moved to this code to address military leave in one location. It would be reasonable to use the subtopic name "Federal and State Military Leave" to ensure it is clear to the reader that USERRA is not the only applicable law. The team could have reasonably chosen to leave the material in DEC. It would also be reasonable to create a military topic and include admissions information, leave information, etc. Military families would likely prefer all of their pertinent policies to be grouped together. |
| | DF | TERMINATION OF EMPLOYMENT | | 81 | 82 | This code was previously named Termination of Contract and the team changed it to Termination of Employment as some of the legal references in this code apply to all employees and not just contract employees. The team wanted to be clear that the law applies to all and not some district employees. Another reasonable name for this code would be Employment Ineligibility and Termination. |
| | DFAB | PROBATIONARY CONTRACTS | TERMINATION AT END OF YEAR | 50 | 50 | Another reasonable subtopic name for this code would be Exiting Probationary Contracts. |
| | DFAC | PROBATIONARY CONTRACTS | RETURN TO PROBATIONARY STATUS | 53 | 53 | The team moved material from DNB to create and consolidate information relating to processes and requirements when an employee is returned to probationary contract status. The team could have reasonably decided not to make the revision and leave the material at DNB. Another reasonable subtopic name for this code is Voluntary Return to Probationary Contract. |
| | DFBA | TERM CONTRACTS | SUSPENSION/TERMINATION DURING CONTRACT | 50 | 50 | Another reasonable subtopic name for this code would be Terminating Term Contracts and Suspensions. |
| | DFBB | TERM CONTRACTS | NONRENEWAL | 50 | 50 | Another reasonable subtopic name for this code would be Exiting Term Contracts at End of Year. |
| | DFCA | CONTINUING CONTRACTS | SUSPENSION/TERMINATION | 50 | 50 | Another reasonable subtopic name for this code would be Terminating Continuing Contracts and Suspensions. |
| | DFD | TERMINATION OF EMPLOYMENT | HEARINGS BEFORE HEARING EXAMINER | 91 | 82 | Another reasonable subtopic name for this code would be Termination Hearings. |
| | DFE | TERMINATION OF EMPLOYMENT | RESIGNATION | 87 | 82 | Another reasonable subtopic name that would also be more descriptive is Resignation and Contract Abandonment. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 84 | DFF | TERMINATION OF EMPLOYMENT | REDUCTION IN FORCE | 92 | 82 | The team created DFF to hold information on reduction in force (RIF), and it includes preexisting commissioner of education decisions and statutory provisions, as well as new provisions from SB 8 from the 82nd legislative session. Since a RIF hinges on either a financial exigency or a program change, this material could have been housed in the C section with or near CEA which deals with financial exigencies.  In the current manual, the concept of financial exigencies can be found in codes like CEA, DFF, DFBA, BJCG, and others. Alternatively, it would have been reasonable to combine these materials into one financial exigency code. |
| 85 | DGA | EMPLOYEE RIGHTS AND PRIVILEGES | FREEDOM OF ASSOCIATION | 68 | 71 | TASB moved some topics to this code from DGB and changed the subtopic to more clearly reflect the revised subject matter. TASB could have rationally chosen to leave the material at DGB. Another reasonable subtopic name would be Political and Association Participation. |
| 86 | DGBA | PERSONNEL-MANAGEMENT RELATIONS | EMPLOYEE COMPLAINTS/GRIEVANCES | 71 | 54 | TASB's decision to create three separate codes for complaints and grievances based on the complaining party was a creative decision that was not driven by legal need but was based on member use of the manual. That decision continues to be deliberated and reconsidered by the TASB team to this date. Another reasonable subtopic name for this code is simply Employee Grievances, as that is the term used in the Texas and United States Constitutions. Another reasoanble subtopic name would be Grievance Processes. Other reasonable subtopic names are Complaints and Grievances or Personnel Complaints and Grievances or Staff Complaints/Grievances. |
| 87 | DGC | EMPLOYEE RIGHTS AND PRIVILEGES | IMMUNITY | 91 | 91 | The team created this new code to cover immunity as part of the employee rights and privileges series. Much of the material moved, unchanged, from DG, and additional information from Senate Bill 471 from the 82nd legislative session related to child abuse and maltreatment was added. An alternative subtopic name would be  "Liability and Immunity" because some of the provisions are related to liability and not immunity, specifically. |
| 88 | DHB | EMPLOYEE STANDARDS OF CONDUCT | REPORTS TO STATE BOARD FOR EDUCATOR CERTIFICATION | 103 | 103 | TASB added this new code to include all relevant provisions on reports to the State Board for Educator Certification. The material at this code was moved from DH, DF, and DFE and modified as a result of HB 1783 from the 84th legislative session. As reports to SBEC are not specifically related to standards of conduct and may incorporate more, it would have been reasonable to have created a specific topic series on "Reporting Bad Acts" that could have also included DHC material as well. |

|  | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| DHC | EMPLOYEE STANDARDS OF CONDUCT | REPORTS TO TEXAS EDUCATION AGENCY | 114 | 114 | After House Bill 3 from the 86th legislative session passed, the team decided to create this new code relating to reporting terminations and resignations following allegations of misconduct of noncertified employees that parallels the content in DHB. The material could have reasonably been placed with the termination of employment in the DF series, but the decision was made to carve out this requirement relating to ending the employment relationship into its own code. This makes sense to ensure there is no confusion about the statutory requirements for terminating contract employees that are not true for noncertified employees. The subtopic name could have reasonably been "Reports to Government Agencies" or "Noncertified Employee Misconduct". |
| DHE | EMPLOYEE STANDARDS OF CONDUCT | SEARCHES AND ALCOHOL/DRUG TESTING | 60 | 60 | After team consideration, policy provisions previously found at DBBA and dealing exclusively with drug and alcohol testing required by the U.S. Department of Transportation were moved to this new code which covers all employee searches. A reasonable subtopic name would simply be Searches. Another option would be to track the Constitutional language and use the subtopic name Searches and Seizures. |
| DIA | EMPLOYEE WELFARE | FREEDOM FROM DISCRIMINATION, HARASSMENT, AND RETALIATION | 83 | 83 | The subtopic name was revised to coordinate with the material in the recommended local policy recommendation. There was notable planning around leaving the nondiscrimination and retaliation provisions at DAA, but adding references in the text to direct readers to the relevant provisions. As the legal framework and local policy recommendations work together, the subtopic name was revised to accommodate. It would be reasonable to address both student and employee provisions in one policy code rather than dividing them. Another appropriate subtopic name is Discrimination and Harassment Grievances and Coordinators. |
| DLB | WORK LOAD | REQUIRED PLANS AND REPORTS | 71 | 71 | This code was created by TASB during Update 71 after new legal requirements went into effect. It was determined that the material on required plans and reports should nest under the work load requirements in the DL series. A potentially better subtopic name is Restrictions on Written Reports. |
| DMA | PROFESSIONAL DEVELOPMENT | REQUIRED STAFF DEVELOPMENT | 67 | 71 | The TASB team opted to expand this code to include required staff development relating to gifted and talented education and adult education so the subtopic name was revised. Another reasonable subtopic name would be Required Staff Training. As the law requires boards to adopt a professional development policy, another reasonable subtopic name is Professional Development Policy and Staff Development Requirements. |

|  | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 94 | DNA | PERFORMANCE APPRAISAL | EVALUATION OF TEACHERS | 53 | 53 | Before the current subtopic was coined, this code's subtopic name was Performance Appraisal. The team decided to restructure the material so DNA would only apply to the appraisal of teachers. The subtopic name could reasonably be the name of the actual teacher evaluation tool provided by the state, which is T-TESS. Another reasonable subtopic name is Teacher Evaluations. It would also be reasonable to code both teacher and administrator evaluations in one location. |
| 95 | DNB | PERFORMANCE APPRAISAL | EVALUATION OF CAMPUS ADMINISTRATORS | 105 | 105 | The team changed the subtopic name from Evaluation of Other Professional Employees to Evaluation of Campus Administrators. Another reasonable subtopic name for this code would be Other Required Evaluations, as the legal content also covers employees who are not campus administrators, including school counselors and nurses. |
| 96 | EEM | INSTRUCTIONAL ARRANGEMENTS | Juvenile Residential Facilities | 88 | 88 | The TASB team thought about whether these provisions should be coded in the F section since they stem from Chapter 37 discipline matters but ultimately landed on the E section because it addresses educational services. The attorneys also considered whether it should be placed with instructional arrangements or special programs and opted for instructional arrangements. Another reasonable coding decision would be to place with attendance, as the state-issued Student Attendance Handbook also covers some of the material. Another reasonable subtopic name would be more specific and something like Pre- and Post-Adjudication Court Ordered Placements. |
| 97 | EFA | INSTRUCTIONAL RESOURCES | INSTRUCTIONAL MATERIALS | 108 | 91 | Provisions addressing selection and adoption of instructional materials have been relocated from EFAA to this policy code as a part of the reworking of the EF series. This decision was considered well in advance of the move and the code structure was set up in an index before the policy language was adjusted to fill the code. Another subtopic name could be Instructional Materials Selection and Review. |
| 98 | EFB | INSTRUCTIONAL RESOURCES | LIBRARY MATERIALS | 122 | 119 | The subtopic name was Library Media Programs before it was registered in the Update 122 copyright submission and changed to Library Materials. This restructuring was considered and decided upon a few updates before the text of the policy was created, and is reflected in index revisions to hold space for the material. School Library Programs is the term used by the Texas State Library and Archives Commission, and that would be a reasonable subtopic name for this code. Other topics and subtopics that would reasonably describe the subject matter of this policy include: Books / Libraries; Instructional and Library Materials / Library Standards and Requirements; and Reading Materials / Library |

|  | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 99 | EHBAA | SPECIAL EDUCATION | IDENTIFICATION, EVALUATION, AND ELIGIBILITY | 77 | 77 | TASB responded to changes brought on by the reauthorization of the Individuals with Disabilities Act in Update 56 by creating four different codes (EHBAA, EHBAB, EHBAC, and EHBAD) to enact different aspects of IDEA. By creating the different subtopics, TASB hoped to reduce the page count of subsequent revisions. Another reasonable name for this subtopic would be Identification, Evaluation, and Reevaluation Procedures. TASB subsequently reevaluated the scope and content of the policies in the EHBA series Update 77 and changed the topic from Special Education Students to Special Education. |
| 100 | EHBAB | SPECIAL EDUCATION | ARD COMMITTEE AND INDIVIDUALIZED EDUCATION PROGRAM | 84 | 84 | Along with additional revisions to the text, the team changed the subtopic name in Update 84. It would have been reasonable to leave the subtopic as Individualized Education Program and ARDs. Another appropriate subtopic name would be Committee Meetings and Individualized Plans. It would also be reasonable to divide this policy into two parts – one for the committee information and one for the plan information. |
| 101 | EHBAC | SPECIAL EDUCATION | STUDENTS IN NONDISTRICT PLACEMENT | 77 | 77 | Legislative changes led the team to make revisions to this policy and the topic name, which changed from Special Education Students to Special Education. Another reasonable topic name would be have been to keep Special Education Students or Students Receiving Special Education. |
| 102 | EHBAD | SPECIAL EDUCATION | TRANSITION SERVICES | 77 | 77 | The scope and subtopic name were revised at this update (Update 77) to address transition services for students who receive special education services. Special education is special program so it houses in the EHB section, and special education is grouped in EHBA series. Districts know to look in that series for all information relating to special education services. Another reasonable subtopic name would be Individual Transition Planning. |
| 103 | EHBAE | SPECIAL EDUCATION | PROCEDURAL REQUIREMENTS | 77 | 77 | TASB's redirection of policy code EHBAD prompted the creation of this new code to address special education procedural requirements that were previously found at EHBAD. Material was redeveloped for clarity and to update statutory provisions. Another reasonable subtopic would be Procedural Safeguards and Requirements or Required Procedures. |
| 104 | EHBAF | SPECIAL EDUCATION | VIDEO/AUDIO MONITORING | 104 | 104 | TASB decided to create this code after legislative changes created new video monitoring requirements for special education classrooms. It would have been reasonable to have coded this material in the C section since it is about a required installation in the room and not the students specifically. Another reasonable subtopic name would be Video Surveillance Upon Request. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 105 | EHBC | SPECIAL PROGRAMS | COMPENSATORY SERVICES AND INTENSIVE PROGRAMS | 121 | 121 | TASB reorganized the EHB series in update 121 and part of that restructuring saw a subtopic name change at this code. While contemplating the new name, the assigned attorney considered COMPENSATORY SERVICES AND SUPPLEMENTAL PROGRAMS, but she did not want to make it to be confused with compensatory education funding since some of the included programs are likely not funded through that source. The attorney settled on this subtopic name based on the first section of the document, which is a general statement about districts using programs for certain students. Another reasonable subtopic name would be Intensive Programs for Struggling Students. |
| 106 | EHBCA | COMPENSATORY SERVICES AND INTENSIVE PROGRAMS | ACCELERATED INSTRUCTION | 121 | 121 | Content from EHBC moved over to centralize authorities on accelerated instruction and accelerated learning committees. The material could have logically been placed in EHBB with gifted and talented students, but it was determined that accelerated instruction applied more broadly and warranted its own code. Another reasonable description for this topic would be "Academic Interventions", "Focused Interventions", or "Learning Recovery". |
| 107 | EHBD | SPECIAL PROGRAMS | FEDERAL TITLE I | 87 | 76 | The subtopic name was changed by the team from Federal Title I Programs to Federal Title I. The word Programs was deemed superfluous since it is in the topic name as well. As most educators use the term Title I and the word Federal is rarely used and unnecessary, another reasonable subtopic name would simply be Title I. |
| 108 | EHBF | SPECIAL PROGRAMS | CAREER AND TECHNICAL EDUCATION | 88 | 88 | The team changed the subtopic name from Career and Technology Education to Career and Technical Education after the team determined that this new subtopic more clearly described the content. The team took into consideration that state law and federal law use different terms for the same legal concepts. It would be reasonable to have left the subtopic name Career and Technology Education to more closely align to the state terminology. As educators generally refer to these special programs as CTE, that would also be a reasonable user-friendly subtopic name. |
| 109 | EHBG | SPECIAL PROGRAMS | PREKINDERGARTEN | 76 | 76 | TASB created this new code to specifically focus on prekindergarten programs and moved provisions, previously found at FD and elsewhere, to this new policy that nests within the special programs EHB series. A more descriptive subtopic name would be Tuition-Free and Tuition-Supported Prekindergarten. |
| 110 | EHBH | SPECIAL PROGRAMS | OTHER SPECIAL POPULATIONS | 50 | 50 | Another reasonable subtopic name for this code would be Deaf or Hard of Hearing, as the provisions in the code only address that specific special population. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| | EHBJ | SPECIAL PROGRAMS | INNOVATIVE AND MAGNET PROGRAMS | 108 | 108 | TASB created this new code to house information relating to innovative and magnet programs that existed in code EGA before. It would have been reasonable for the team to leave the material at EGA. A reasonable subtopic name would have been "Innovative Courses and Programs". Since the material is closely aligned to curriculum design, it would have made sense to keep the material with the topic name "curriculum design" or create a sub-series called "Innovative Curriculum." |
| | EHBK | SPECIAL PROGRAMS | OTHER INSTRUCTIONAL INITIATIVES | 66 | 66 | Mandated observance and recognition days are housed all over various statutes and rules. TASB aims to pull those provisions together into one location in this code to allow schools to easily assess and plan for those required instructional initiatives. A potentially better subtopic name is Mandatory Recognition Dates and Student Elections. |
| | EHBL | SPECIAL PROGRAMS | HIGH SCHOOL EQUIVALENCY | 79 | 79 | Material previously housed in EK was moved and updated to create this new code specifically about high school equivalency, including GED testing. Over time, the EHB series on special programs in the instruction section was built out to include discrete codes for everything from prekindergarten to adult and community education. A reasonable subtopic name would be to follow the statutory language and call it the High School Equivalency Program. |
| | EHDC | ALTERNATIVE METHODS FOR EARNING CREDIT | CREDIT BY EXAMINATION WITHOUT PRIOR INSTRUCTION | 89 | 89 | The material in this code was recoded by the team from a previous EEJA on Individualized Learning. As credit by examination without prior instruction is generally part of an acceleration strategy, a reasonable subtopic name for this code would be Acceleration Credits or Credits for Acceleration. |
| | EHDD | ALTERNATIVE METHODS FOR EARNING CREDIT | COLLEGE COURSE WORK/DUAL CREDIT | 89 | 89 | In Update 89 the team decided to change the topic name from Extended Instructional Programs to Alternative Methods for Earning Credit. Another reasonable subtopic name would be College Credits. |
| | EHDE | ALTERNATIVE METHODS FOR EARNING CREDIT | DISTANCE LEARNING | 89 | 89 | As a part of the restructuring of the EHD series, the team changed the topic name and this particular code was structured to focus on distance learning. Material was recoded from EEJC so that the various types of distance learning are located in one policy. A potentially better subtopic name is Virtual and Hybrid Learning. |
| | EIA | ACADEMIC ACHIEVEMENT | GRADING/PROGRESS REPORTS TO PARENTS | 52 | 52 | The team decided to deactive code EIAB on Progress Reports to Parents and include the notice to parents provisions into EIA. The subtopic was previously Grading/Permanent Record. As most parents use the term "report card" a reasonable subtopic name would be Grading/Report Cards. |
| | EIE | ACADEMIC ACHIEVEMENT | RETENTION AND PROMOTION | 52 | 52 | TASB chose to change the subtopic name from Promotion, Retention, and Placement to Retention and Promotion. As most parents call retention "holding back", it would be reasonable to use a subtopic name of Holding Back and Promoting Grade Levels. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 119 | EIF | ACADEMIC ACHIEVEMENT | GRADUATION | 52 | 52 | Provisions from EIED were moved to this code to create one code that focuses on graduation. Another good subtopic name for this code is Graduation Requirements. |
| 120 | EKB | TESTING PROGRAMS | STATE ASSESSMENT | 78 | 76 | As parents think of the state assessment program as "standardized testing" or "state testing", a reasonable subtopic name is Standardized Testing or State Testing Requirements. |
| 121 | EKBA | STATE ASSESSMENT | ENGLISH LEARNERS/EMERGENT BILINGUAL STUDENTS | 118 | 118 | The team adjusted the subtopic name to match the current terminology for emergent bilingual students. The subtopic could have remained the same, because not all legal provisions had changed vocabulary, but it was determined that it was time to adjust the language to reflect emerging terminology. It would be reasonable to group this material with the other bilingual education material at EHBE. Another appropriate subtopic name for this code would be Primary Language Other than English. |
| 122 | EKC | TESTING PROGRAMS | READING ASSESSMENT | 81 | 76 | The topic name changed from Testing Program to Testing Programs. Making the topic name plural was appropriate since there are now multiple testing programs mandated by the state. Another reasonable topic name would be Assessment Instruments. The subtopic for this code could also be Reading Readiness and Early Literacy. |
| 123 | EKD | TESTING PROGRAMS | MATHEMATICS ASSESSMENT | 87 | 76 | TASB created this new code to house provisions associated with a mathematics initiative enacted in 2001. The subtopic is sufficiently broad to include other mathematics assessment initiatives and programs. As the statute refers to foundational numeracy skills, a reasonable subtopic name would be Assessing Mathematics Numeracy Skills. |
| 124 | EL | CAMPUS OR PROGRAM CHARTERS | | 111 | 111 | While recoding some material to another location, the team decided to change the subtopic name from Campus Charters to Campus or Program Charters to better reflect the content. Another reasonable subtopic name would be Campus or Program Charter School Establishment or Campus or Program Charter Requirements. |
| 125 | ELA | CAMPUS OR PROGRAM CHARTERS | PARTNERSHIP CHARTERS | 111 | 111 | After relevant administrative rules were put into place, the team decided to pull information relating to partnership charters from EL and update it to create a new code here. Considering how relatively rare these types of charters are, it would have also been reasonable to leave the material in EL and simply point readers to more detailed information in the statute. Another reasonable name would be "Contracts with Charter Partners". |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 126 | EMI | MISCELLANEOUS INSTRUCTIONAL POLICIES | STUDY OF RELIGION | 68 | 69 | After attorney deliberations, the team decided the content of this code should focus on instructional issues related to religion and not religion more broadly, so the subtopic name was changed from Religion in Schools to Study of Religion. Other material related to religion was recoded to the FNA series. Another reasonable subtopic name is Elective Religion Courses. |
| 127 | FA | PARENT RIGHTS AND RESPONSIBILITIES | | 122 | 122 | TASB created this new code to specifically address Chapter 26 of the Education Code and pull all parental rights information into a single location. The team deliberated the use of a subtopic for informational purposes but decided against it for stylistic consistency. The scope of coverage was carefully considered in determining the topic name. Another reasonable name would have been "Parent Rights and Obligations" or "Rights and Requirements of Parents". As parents are not technically students, and the F series focuses on students, the material could have also been housed in either the G section relating to the broader community or the B section relating to broader governance decisions. Other topics and subtopics that would reasonably describe the subject matter of this policy include: Parental Rights; and Parental Rights and Engagement. |
| 128 | FB | EQUAL EDUCATIONAL OPPORTUNITY | | 75 | 75 | In Update 75 TASB made substantial substantive revisions to the FB Legal Framework, which included changing the name to Equal Educational Opportunity. As this code houses several different types of prohibited discrimination, it would be reasonable to code all of the types into nested codes. It would also be reasonable to have used the subtopic name Prohibited Discrimination. |
| 129 | FBA | EQUAL EDUCATIONAL OPPORTUNITY | SERVICE ANIMALS | 90 | 90 | In 2010, the Department of Justice amended regulations implementing Titles II and III of the Americans with Disabilities Act. As a result of these regulations, the team decided to create a new code specifically about service animals as a subtopic of equal educational opportunity rather than fitting it into an existing code. As service animals may be utilized by anyone, it would also have been reasonable to place these provisions in the G section |
| 130 | FD | ADMISSIONS | | 69 | 69 | The team decided that FD will be devoted to admissions policies and anything relating to attendance would be recoded to the FE series, so the subtopic name changed from Admissions and Attendance to Admissions. Another reasonable subtopic name would be Admissions Eligibility or Admissions Eligibility and Requirements. |
| 131 | FDA | ADMISSIONS | INTERDISTRICT TRANSFERS | 71 | 71 | The policy manual uses subtopic names interdistrict transfers and intradistrict transfers. Individuals are often confused as to what these terms use and apply to. Another reasonable subtopic name would be Transfers from Out of District. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 132 | FDAA | INTERDISTRICT TRANSFERS | PUBLIC EDUCATION GRANTS | 50 | 50 | Another reasonable topic name for this code would be Transfers from Out of District, and another reasonable subtopic name would be Funding. |
| 133 | FDB | ADMISSIONS | INTRADISTRICT TRANSFERS AND CLASSROOM ASSIGNMENTS | 81 | 81 | In Update 81 the team decided the existing subtopic name of Intradistrict Transfers was misleading since the code includes both campus-to-campus and classroom-to-classroom transfers and campus and classroom assignments in general. Another reasonable subtopic name would be Inner District and Classroom Assignments. |
| 134 | FDC | ADMISSIONS | HOMELESS STUDENTS | 71 | 71 | This code was formerly retired but was reactivated in Update 71 with its current content relating to homeless students and requirements of the McKinney-Vento Act. The team decided to house the material within the admissions series at FD. The subtopic could have been Students Experiencing Homelessness or Children Who Are Homeless. It would also be reasonable to identify the material by using a subtopic name that tracks the primary statute, which would be Students Protected by the McKinney-Vento Act. |
| 135 | FDD | ADMISSIONS | MILITARY DEPENDENTS | 86 | 86 | With SB 90, from the 81st legislative session, Texas joined the Interstate Compact on Educational Opportunity for Military Students. The purpose of the Compact is to remove barriers to educational success imposed on children of military families because of frequent moves and deployment of their parents. As a result, TASB changed the subtopic name of this policy to focus on law specific to military dependents and moved to FDE the provisions on school safety that were previously in this code. As the statute refers to "children of military families", it would be reasonable to use a subtopic name of "Children of Military Families". |
| 136 | FDE | ADMISSIONS | SCHOOL SAFETY TRANSFERS | 86 | 86 | The FD series was restructured by the TASB team to make room for a code specifically for military dependents. Code FDE was created to specifically address school safety transfers. Another reasonable subtopic name is Safety Transfers. |
| 137 | FEA | ATTENDANCE | COMPULSORY ATTENDANCE | 69 | 69 | As part of the coding changes for the attendance policies in the update, this new policy contains legally referenced provisions pertaining to compulsory attendance previously found at FDC, which was decommissioned. Another reasonable subtopic name is "Required Attendance", which may be more easily understood by the public. |
| 138 | FEB | ATTENDANCE | ATTENDANCE ACCOUNTING | 69 | 69 | This new policy contains legally referenced provisions pertaining to attendance accounting previously found at FDD. Recoding the text allowed us to add new material from various rules. A subtopic that is more closely aligned to the terminology used by state agencies would be Student Attendance Accounting. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| 139 | FEC | ATTENDANCE | ATTENDANCE FOR CREDIT | 69 | 69 | As part of the coding changes for the attendance policies in the update, this new policy contains legally referenced provisions pertaining to attendance for credit previously found at FDD which now houses information relating to military dependents. As most educators refer to the content of this policy as the Ninety Percent Rule, that would be a reasonable subtopic name. |
| 140 | FED | ATTENDANCE | ATTENDANCE ENFORCEMENT | 69 | 69 | As part of the coding changes for the attendance policies in the update, this new policy contains legally referenced provisions pertaining to attendance enforcement previously found at FDE, which was decommissioned. Another subtopic name could be Failure to Attend. It would also be reasonable to simply use Truancy, as that is a widely used term of art that is not found in any code's name. |
| 141 | FFA | STUDENT WELFARE | WELLNESS AND HEALTH SERVICES | 77 | 77 | The team changed the subtopic name from Health Requirements and Services to Wellness and Health Services. Another reasonable subtopic name is Health and Wellness. |
| 142 | FFAE | WELLNESS AND HEALTH SERVICES | SCHOOL-BASED HEALTH CENTERS | 89 | 77 | TASB changed the topic name from Student Welfare to Wellness and Health Services. The drafting attorney noted that the part of the document is no longer solely about school based health centers so the topic name should be broader. As the word "wellness" is not in the document at all, a reasonable topic name would be Health Services. |
| 143 | FFAF | WELLNESS AND HEALTH SERVICES | CARE PLANS | 103 | 94 | The team expanded the suptopic to accommodate more than just individualized health plans. Another reasonable (and more descriptive) suptopic name would Diabetes, Anaphylaxis, and Seizure Plans. |
| 144 | FFBA | CRISIS INTERVENTION | TRAUMA-INFORMED CARE | 114 | 114 | Senate Bill 11 from the 86th legislative session required school boards to adopt a policy relating to trauma-informed care. The team created this code to organize and house all content relating to that requirement. The material would have been reasonably placed with counseling and mental health at FFEA or FFEB. Another possible organization option would have been to house in the broader FF series on Student Welfare. It could have also been called "Trauma-Informed Care Policy and Reporting". |
| 145 | FFC | STUDENT WELFARE | STUDENT SUPPORT SERVICES | 71 | 71 | The team changed the subtopic name from Social Services Availability to Student Support Services when the team incorporated provisions relating to homeless students into this code. As much of the code deals with liaisons for specific student populations, aa reasonable subtopic name would be Student Support Liaisons and Services. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| | FFEA | COUNSELING AND MENTAL HEALTH | COUNSELING | 115 | 115 | In Update 115, the team reorganized and coded material in the FFE series. The previous topic name wwsa Student Assistance Programs/Counseling and the subtopic name was Comprehensive Guidance Program. The cdoe addresses the Comprehensive School Counseling Program, as that term is used by the state, so that would be another reasonable subtopic name. Another reasonable subtopic name would be Counseling Requirements and Processes. |
| | FFEB | COUNSELING AND MENTAL HEALTH | MENTAL HEALTH | 115 | 115 | After House Bill 18 passed during the 86th legislative session, TASB created this new Legal Framework document to house student mental health program information. Material relating to relevant evaluations was moved from FFAC to this newly created code. Mental health could have reasonably been placed in the FF series relating to student welfare more broadly, but the team decided to place the information in a new code specific to this subtopic. As FFEA covers counseling, it would have been reasonable and potentially easier to house all of the counseling and mental health information in one code rather than dividing them. |
| | FFH | STUDENT WELFARE | FREEDOM FROM DISCRIMINATION, HARASSMENT, AND RETALIATION | 81 | 83 | In this update, material on dating violence was incorporated into the language of the document, and the name was expanded to include not just harassment but also discrimination and retaliation. As the code primarily addresses Dating Violence and Sexual Harassment, that would be an appropriate subtopic name. |
| | FFI | STUDENT WELFARE | FREEDOM FROM BULLYING | 93 | 83 | House Bill 1942 from the 82nd legislative session required school districts to adopt a policy that met specific criteria. TASB created this new code to house these new requirements relating to bullying rather than try to incorporate the content into an existing code. The subtopic could have just been "Bullying" or "Anti-Bullying". As bullying is conduct that is to be disciplined, the topic could have also been part of the Student Discipline series at FO. |
| | FJ | STUDENT FUNDRAISING | | 107 | 107 | As part of the analysis relating to food and beverage fundraisers, the team decided to move charitable raffle information to CDC relating to gifts and solicitations. As student fundraising is also a solicitation, it would be reasonable to have coded this material in the C section rather than in the F section. Another reasonable subtopic name would be Food and Beverage Fundraisers, as that is the only legal content at this code. |

|  | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| | FMA | STUDENT ACTIVITIES | SCHOOL-SPONSORED PUBLICATIONS | 68 | 68 | TASB opted to change the subtopic name from Publications and Prior Review to School Sponsored Publications so the content could focus appropriately on those publications as distinguished from districution of non-school literature by students and from distribution of material by non-student community members. Another reasonable suboptic name is School-Sponsored Expressive Activities. Another option would be District-Sponsored Publications. |
| | FMH | STUDENT ACTIVITIES | COMMENCEMENT | 68 | 68 | TASB reorganized the FM series relating to student activities in Update 58. Provisions pertaining to commencement activities have been moved to this new policy code from EIG, as the team determined that commencement should be part of the F section rather than the E section on instruction. An alternative subtopic would be Graduation, as that is a more commonly used term for the ceremony. |
| | FNA | STUDENT RIGHTS AND RESPONSIBILITIES | STUDENT EXPRESSION | 65 | 65 | The team recoded material from FM to create this new code. A reasonable subtopic name for this code would be Student First Amendment Protections. |
| | FNAA | STUDENT EXPRESSION | DISTRIBUTION OF NONSCHOOL LITERATURE | 68 | 68 | Update 68 saw the TASB team reorganizing the coding structure and its contents of the FN series to more fully address First Amendment issues relating to student rights. Provisions regarding student distribution of nonschool literature previously found at FMA were reconstructed and moved to this new policy code. This material could be combined with the material in FNA to create a policy code for student First Amendment issues. A reasonable subtopic name for this code would be Written First Amendment Expression. |
| | FNAB | STUDENT EXPRESSION | USE OF SCHOOL FACILITIES FOR NONSCHOOL PURPOSES | 68 | 68 | The team reorganized the coding structure of the FN series in Update 68 sto more fully address First Amendment issues relating to student rights. This new code was created to address meetings of noncurriculum-related student groups on school premises during non-instructional time. This material was previously covered at FNA. Another reasonable subtopic name would be Equal Access Act or Noncurricular Use of Space. |
| | FNCC | STUDENT CONDUCT | PROHIBITED ORGANIZATIONS AND HAZING | 68 | 68 | The TASB attorney who updated this policy determined that 'hazing' no longer adequately described the content, and it was decided to change it to Prohibited Organizations and Hazing. Another reasonable subtopic name is Fratenral Organizations, Hazing, and Gangs. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| | FNCD | STUDENT CONDUCT | TOBACCO USE AND POSSESSION | 50 | 50 | TASB decided to change the subtopic name in Update 50 to emphasize that both use and possession of tobacco is now prohibited. The previous subtopic only noted the prohibition of use. Another reasonable subtopic name would be Tobacco Possession, as you cannot use without possessing. Another reasonable subtopic name would simply be Tobacco. It would also be reasonable to combine the material in this code with other possession prohibitions like drugs and weapons to create a code with the topic name Prohibited Possession or Prohibited Items. |
| | FNCE | STUDENT CONDUCT | PERSONAL TELECOMMUNICATIONS/ELECTRONIC DEVICES | 90 | 90 | TASB changed the subtopic name to emphasize that the content covers personal telecommunications and electronic devices rather than district-owned or -issued devices. As communication devices are electronic devices, it would be reasonable to use the subtopic "Personal Electronic Devices". Also, "telecommunication devices" is an antiquated term, so using something more like "Cell Phones" would also be appropriate. |
| | FNF | STUDENT RIGHTS AND RESPONSIBILITIES | INVESTIGATIONS AND SEARCHES | 113 | 113 | In Update 113 the TASB team decided to change the term Interrogations to Investigations. The legal framework at this code deals with Constitutional issues associated with searches, but the recommended local language includes information about district official questioning students. As "interrogations" is usually more of a policy officer term, investigations was deemed a more appropriate term in this context. As the legal framework only deals with searches, it would be reasonable to detach the questioning and code those local provisions elsewhere then use the subtopic name Searches. As the policy includes provisions on drug testing, which are searches but some individuals may not see as being included, it would also be reasonable for this subtopic to be Searches and Drug Testing. |
| | FNG | STUDENT RIGHTS AND RESPONSIBILITIES | STUDENT AND PARENT COMPLAINTS/GRIEVANCES | 73 | 75 | TASB determined that this code should focus exclusively on grievances and material relating to parental rights was recoded to tighten the focus of this document. The subtopic name was changed from Student and Parent Complaints. Another reasonable subtopic name would be Student and Parent Grievances. Another reasonable suboptic name would be Resolving Student and Parent Complaints. |
| | FOA | STUDENT DISCIPLINE | REMOVAL BY TEACHER OR BUS DRIVER | 98 | 98 | Senate Bill 1541 from the 83rd legislative session permits bus drivers to remove students from buses to maintain discipline. Rather than creating a new code, TASB decided to modify the subtopic name to be broader and allow for the inclusion of the new legal material. It would have been reasonable to have broadened further to account for any future changes and used the subtopic "Removal by Teacher or Other Staff". |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| | FOB | STUDENT DISCIPLINE | OUT-OF-SCHOOL SUSPENSION | 72 | 72 | As part of a reorganization of the discipline provisions, the TASB team determined that FOB was going to be dedicated to out-of-school suspension only and the subtopic name was changed from Suspension to its current more specific name. Another reasonable subtopic name is Authorized Suspensions. |
| | FOC | STUDENT DISCIPLINE | PLACEMENT IN A DISCIPLINARY ALTERNATIVE EDUCATION SETTING | 72 | 72 | As part of the TASB restructuring of the discipline material in the FO series, the subtopic name of this code was changed from Emergency Placement or Expulsion to Placement in a Disciplinary Alternative Education Setting. Another reasonable subtopic name for this code is DAEP Placements, as that is what most educators, students, and parents call the placement location. |
| | FOCA | PLACEMENT IN A DISCIPLINARY ALTERNATIVE EDUCATION SETTING | DISCIPLINARY ALTERNATIVE EDUCATION PROGRAM OPERATIONS | 72 | 72 | Update 72 saw a substantial reorganization of the FO series due to legislative changes. The restructure of the series was a purposeful decision to better represent the material after those legislative changes. This code now addresses disciplinary alternative education program operations and provisions that were previously at FOAB. Another subtopic name might be Administration of a Disciplinary Alternative Education Program. |
| | FODA | EXPULSION | JUVENILE JUSTICE ALTERNATIVE EDUCATION PROGRAM | 72 | 72 | Update 72 saw a substantial reorganization of the FO series due to legislative changes. The restructure of the series was a purposeful decision to better represent the material after those legislative changes. This new code now holds provisions regarding the juvenile justice alternative education program. As this code is the only subdivided part, it could reasonably be incorporated into FOD with one code for Expulsion. As it exists, a reasonable alternative subtopic would be Out of District to delineate that the expulsion material covered does not include expulsions to a disciplinary alternative education program within the district. |
| | FOE | STUDENT DISCIPLINE | EMERGENCY AND ALTERNATIVE PLACEMENT | 81 | 81 | TASB made revisions to the content and subtopic name of this code after legislative changes. An alternative and more descriptive subtopic would be Emergency Placements, Title 5 Felonies, and Registered Sex Offenders. |
| | FOF | STUDENT DISCIPLINE | STUDENTS WITH DISABILITIES | 72 | 72 | Update 72 saw a substantial reorganization of the FO series due to legislative changes. Provisions now at this code were previously found at FOE. The restructure of the series was a purposeful decision to better represent the material after those legislative changes. FOF relates to discipline for students with disabilities and it housed with other discipline policies. It would also make sense to code this with special education material in the EHBA series. The subtopic could be more specific and be Students Receiving Special Education or 504 Services. |

| | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| | GA | ACCESS TO PROGRAMS, SERVICES, AND ACTIVITIES | | 43 | 43 | Another reasonable subtopic name for this code would be Access to Services and Activities, as this would sufficiently describe the content. Another reasonable subtopic name is Accessibility and Nondiscrimination. |
| | GBA | PUBLIC INFORMATION PROGRAM | ACCESS TO PUBLIC INFORMATION | 50 | 50 | After legislative changes, the TASB team restructured the GBA series. In that process, the team decided to change the subtopic name from Public Records to Access to Public Information. Another reasonable subtopic name would more closely align to the statutory language: Availaiblity of Pubic Information. |
| | GBAA | ACCESS TO PUBLIC INFORMATION | REQUESTS FOR INFORMATION | 121 | 121 | Update 121 saw a restructuring of the GB series, which included adjusting the topic and subtopic names across the series. This code's topic name was adjusted to more accurately account for the content. A reasonable topic name would follow the statutory language and be "Public Information Act".  With the word information in the topic name, it is unnecessary in the subtopic and the subtopic could simply be "Requests" or "Access". |
| | GC | PUBLIC NOTICES | | 93 | 93 | This new Legal Framework code includes provisions from HB 1812 from the 82nd legislative session that governs newspaper publications of notices when the law does not specify the manner of publication. The team considered placing at BR, but it was decided that the G section was more appropriate, and a reader would more likely look in the G section for this material. An appropriate alternate topic name would be "Notice Publications" because the statute specifically refers to the publication of notices. Another reasonable alternative would be "Newspaper Notices" since that more accurately describes the content of the code. |
| | GE | RELATIONS WITH PARENT ORGANIZATIONS | | 68 | 72 | The team changed the subtopic name from Relations With Parents or Parents' Organizations to Relations with Parent Organizations to be more clear. As the code solely addresses parent-teacher organizations, another reasonable subtopic name is Parent-Teacher Organizations. |
| | GKB | COMMUNITY RELATIONS | ADVERTISING AND FUNDRAISING | 109 | 108 | TASB changed the subtopic name from Advertising and Fund Raising in the Schools to Advertising and Fundraising. Another reasonable subtopic name would be Commerical Signs and Charitable Raffles. |
| | GKC | COMMUNITY RELATIONS | VISITORS | 109 | 109 | The team determined that the phrase "to the schools" was not necessary in the subtopic name and eliminated it to leave the subtopic name Visitors. As the majority of this code grapples with how to handle visitors who are registered sex offenders and processes around other types of visitors, another reasonable subtopic name is Procedures for Visitors. |

|  | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| | GKD | COMMUNITY RELATIONS | NONSCHOOL USE OF SCHOOL FACILITIES | 72 | 72 | The team changed the subtopic name from Use of School Facilities to Nonschool Use of School Facilities to more accurately reflect the content of the code while dividing content into two separate codes. Another reasonable subtopic name is Nonschool Use of School Facilities Processes and Requirements. |
| | GKDA | NONSCHOOL USE OF SCHOOL FACILITIES | DISTRIBUTION OF NONSCHOOL LITERATURE | 72 | 72 | In Update 72 the TASB team decided to split material relating to sharing of documents unrelated to school out of the GKD code which now specifically relates to use of school facilities. It would have been reasonable to keep the material housed together at GKD as both codes relate to the use of facilities for purposes unrelated to school business. In the current coding decision, another reasonable subtopic name would be Creation of Limited Public Forums, which would more closely align to the Constitutional underpinning of most of this code. |
| | GKE | COMMUNITY RELATIONS | BUSINESS, CIVIC, AND YOUTH GROUPS | 109 | 43 | As this code primarily deals with Learning Pods and Patriotic Society Access to Students, a reasonable subtopic name would be more specific about the content and could be something like Learning Pods and Special Access for Patriotic Societies. |
| | GKG | COMMUNITY RELATIONS | SCHOOL VOLUNTEER PROGRAM | 50 | 50 | Another reasonable subtopic name for this could would be Volunteer Program Requirements and Guidelines. |
| | GNA | RELATIONS WITH EDUCATIONAL ENTITIES | OTHER SCHOOLS AND DISTRICTS | 43 | 43 | This code deals with school districts operating a school or program outside the boundaries of the district. The material could be coded in the C section since it specifically talks addresses facilities and where programs will be offered. A reasonable subtopic name for this code is Operation Outside District. |
| | GNB | RELATIONS WITH EDUCATIONAL ENTITIES | REGIONAL EDUCATION SERVICE CENTERS | 43 | 43 | As most educators call Regional Education Service Centers either ESCs or Region Service Centers, a reasonable subtopic name for this code is Delegation of Functions to Education Service Centers. |
| | GNC | RELATIONS WITH EDUCATIONAL ENTITIES | COLLEGES AND UNIVERSITIES | 43 | 43 | As the word "university" is not used in the language of the code, it would be reasonable to remove it from the subtopic name. Another reasonable name for the code is Community College Partnerships and Dropout Recovery. |
| | GR | RELATIONS WITH GOVERNMENTAL ENTITIES | | 43 | 43 | As this code addresses municipal annexation and ordinances all as well as federal level lobbyists, another reasonable subtopic name for this code is Municipal Authority and Government Relations Consultants. |

|  | A | B | C | D | E | G |
|---|---|---|---|---|---|---|
| | GRA | RELATIONS WITH GOVERNMENTAL ENTITIES | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | 91 | 91 | The TASB legal team decided to revise this code to only deal with child protection services and taking students into custody. In that process, the team determined that the name should be State and Local Governmental Authorities and not just Local Governmental Authorities. Another reasonable subtopic name for this code is Department of Family and Protective Services and Students in Custody. |
| | GRAA | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | LAW ENFORCEMENT AGENCIES | 91 | 91 | This code was created in Update 91 to house information on notices to and from law enforcement and sharing of law enforcement notices to employees. Another reasonable subtopic name for this code is Law Enforcement Notices and Missing Children. |
| | GRAC | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | JUVENILE SERVICE PROVIDERS | 91 | 91 | This is also a new code that was developed by TASB as the GRA series was redeveloped in Update 91. The code explains how to handle the exchange of information to and from juvenile service providers. Another reasonable subtopic name for this code is Disclosure of Information to and from Juvenile Service Providers. |
| | GRB | RELATIONS WITH GOVERNMENTAL ENTITIES | INTERLOCAL COOPERATION CONTRACTS | 87 | 87 | TASB created this code in Update 87 after the Legal team decided non-purchasing material relating to interlocal contract material should be housed together. Another reasonable subtopic name for this code is Interlocal Agreements. |
| | GRC | RELATIONS WITH GOVERNMENTAL ENTITIES | EMERGENCY MANAGEMENT | 87 | 87 | Another reasonable subtopic name for this code is Emergency Assistance and Mutual Aid. |

**EXHIBIT INT-9**
**TASB v. TEE – TASB Interrogatory Responses**
**Carroll ISD Local policies when it left TASB in 10/2023**

| | | |
|---|---|---|
| AB(L)-A | CLB(L)-A | DGA(L)-A |
| AE(L)-X-220919 | CLE(L)-A | DGBA(E)-X-220919 |
| AF(L)-IDA | CNA(L)-X-220919 | DGBA(L)-X-220919 |
| BBB(L)-X-220919 | CNB(L)-A | DH(E)-P |
| BBD(E)-P | CO(L)-A | DH(L)-X-220919 |
| BBD(L)-A | COA(L)-A | DHE(L)-A2 |
| BBE(L)-A | COB(L)-A | DIA(E)-B1 |
| BBF(L)-A | CPAB(L)-A | DIA(L)-X-220919 |
| BBFA(L)-A | CPC(L)-A | DK(E)-ID |
| BBG(L)-A | CQ(L)-A | DK(L)-X-220919 |
| BBI(L)-A | CQA(L)-X-220919 | DLB(L)-A |
| BDAA(L)-B | CQB(L)-A | DMA(L)-A |
| BDAE(L)-A | CRD(L)-A | DN(L)-A |
| BDB(L)-X-220919 | CRF(L)-A | DNA(L)-X-220919 |
| BDD(L)-A | CS(L)-X-220919 | DNB(L)-A1 |
| BE(L)-X-220919 | CV(L)-A1 | DP(L)-A |
| BED(L)-A | CVA(L)-A | EB(L)-X-220919 |
| BF(L)-A | CVB(L)-A | EC(L)-A |
| BJA(L)-A | CW(L)-X-220919 | EEH(L)-X-220919 |
| BJCD(L)-A | CY(L)-A | EFA(L)-X-220919 |
| BJCF(L)-X-220919 | DBA(L)-X-220919 | EFB(L)-X-220919 |
| BP(L)-X-220919 | DBAA(L)-A | EH(L)-X-220919 |
| BQ(L)-A1 | DBB(L)-A | EHAA(L)-A |
| BQA(L)-X-220919 | DBD(L)-A | EHB(L)-A |
| BQB(L)-X-220919 | DC(L)-X-220919 | EHBAA(L)-A |
| CAA(L)-A | DCB(L)-C1 | EHBAF(L)-A |
| CB(L)-A1 | DCD(L)-A | EHBB(L)-B |
| CCGA(L)-A | DCE(L)-X-220919 | EHBC(L)-A |
| CDA(L)-X-220919 | DEA(L)-B | EHBD(L)-B |
| CDC(L)-A | DEAA(L)-A | EHBE(L)-A |
| CDG(L)-X-220919 | DEAB(L)-X-220919 | EHDB(L)-A |
| CE(L)-X-220919 | DEC(L)-X-220919 | EHDC(L)-X-220919 |
| CFB(L)-A | DEE(L)-X-220919 | EHDD(L)-A |
| CFD(L)-A | DF(L)-A | EHDE(L)-A |
| CH(L)-X-220919 | DFAA(L)-A | EI(L)-A |
| CI(L)-X-220919 | DFBA(L)-A | EIA(L)-B |
| CJ(L)-A | DFBB(E)-D1 | EIC(L)-X-220919 |
| CJA(L)-A | DFBB(L)-X-220919 | EIE(L)-X-220919 |
| CK(L)-A | DFD(L)-A | EIF(L)-X-220919 |
| CKB(L)-A | DFE(L)-A | EL(L)-A |
| CKC(L)-A | DFFA(L)-A | EMB(L)-A |
| CKEC(L)-SRO | DFFB(L)-A | EMI(L)-A |

FB(E)-A1
FB(L)-A
FD(L)-A
FDA(L)-X-220919
FDB(L)-X-220919
FDC(L)-A
FDE(L)-A
FEA(L)-A
FEB(L)-A
FEC(L)-A
FEF(L)-X-220919
FFAA(L)-A2
FFAC(L)-X-220919
FFAF(L)-A
FFB(L)-A
FFBA(L)-A
FFC(E)-A
FFF(L)-A
FFG(L)-A
FFH(E)-A1
FFH(L)-X-220919
FFI(L)-X-220919
FI(L)-X-220919
FJ(L)-A
FL(L)-X-220919
FM(L)-X-220919
FMA(L)-A
FMG(L)-X-220919
FMH(L)-A
FN(L)-A
FNA(L)-X-220919
FNAA(L)-A1
FNAB(L)-A1
FNCA(L)-A
FNCE(L)-X-220919
FNE(L)-A
FNF(L)-X-220919
FNG(L)-X-220919
FO(L)-X-220919
FP(L)-A
GBAA(L)-A
GBBA(L)-A

GE(L)-X-220919
GF(E)-X-220919
GF(L)-X-220919
GKA(L)-A
GKB(L)-X-220919
GKC(L)-A
GKD(L)-X-220919
GKDA(L)-X-220919
GKE(L)-A
GRA(L)-X-220919

# Exhibit 1 (Revised) to Motion for Preliminary Injunction
## Page 1 of 7

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | Code | Topic | Subtopic | First Update with substantive (LEGAL) Framework content and current Letter Code, Topic and Subtopic | Update with First appearance in Index of current Letter Code, Topic and Subtopic | Numeric Code |
| 2 | AE | EDUCATIONAL PHILOSOPHY | | 81 | 81 | 1.5 |
| 3 | AF | INNOVATION DISTRICTS | | 103 | 103 | 1.6 |
| 4 | AG | HOME-RULE DISTRICTS | | 51 | 54 | 1.7 |
| 5 | AIA | ACCOUNTABILITY | ACCREDITATION AND PERFORMANCE INDICATORS | 87 | 87 | 1.9.1 |
| 6 | AIB | ACCOUNTABILITY | PERFORMANCE REPORTING | 87 | 87 | 1.9.2 |
| 7 | AIC | ACCOUNTABILITY | INTERVENTIONS AND SANCTIONS | 109 | 109 | 1.9.3 |
| 8 | AID | ACCOUNTABILITY | FEDERAL ACCOUNTABILITY STANDARDS | 87 | 87 | 1.9.4 |
| 9 | AIE | ACCOUNTABILITY | INVESTIGATIONS | 118 | 118 | 1.9.5 |
| 10 | BBBA | ELECTIONS | CONDUCTING ELECTIONS | 110 | 110 | 2.2.2.1 |
| 11 | BBBB | ELECTIONS | POST-ELECTION PROCEDURES | 110 | 110 | 2.2.2.2 |
| 12 | BBBC | ELECTIONS | CAMPAIGN FINANCE | 110 | 110 | 2.2.2.3 |
| 13 | BBBD | ELECTIONS | CAMPAIGN ETHICS | 110 | 110 | 2.2.2.4 |
| 14 | BBFA | ETHICS | CONFLICT OF INTEREST DISCLOSURES | 78 | 77 | 2.2.6.1 |
| 15 | BBFB | ETHICS | PROHIBITED PRACTICES | 77 | 77 | 2.2.6.2 |
| 16 | BBI | BOARD MEMBERS | TECHNOLOGY RESOURCES AND ELECTRONIC COMMUNICATIONS | 98 | 90 | 2.2.9 |
| 17 | BDAA | OFFICERS AND OFFICIALS | DUTIES AND REQUIREMENTS OF BOARD OFFICERS | 67 | 67 | 2.4.1.1 |
| 18 | BJCE | SUPERINTENDENT | SUSPENSION/TERMINATION DURING CONTRACT | 89 | 89 | 2.10.3.5 |
| 19 | BJCG | SUPERINTENDENT | RESIGNATION | 91 | 91 | 2.10.3.7 |
| 20 | BQ | PLANNING AND DECISION-MAKING PROCESS | | 50 | 50 | 2.17 |
| 21 | BQA | PLANNING AND DECISION-MAKING PROCESS | DISTRICT-LEVEL | 50 | 50 | 2.17.1 |
| 22 | BQB | PLANNING AND DECISION-MAKING PROCESS | CAMPUS-LEVEL | 50 | 50 | 2.17.2 |
| 23 | CCF | LOCAL REVENUE SOURCES | LOANS AND NOTES | 62 | 62 | 3.3.6 |
| 24 | CCGA | AD VALOREM TAXES | EXEMPTIONS AND PAYMENTS | 112 | 112 | 3.3.7.1 |
| 25 | CCGB | AD VALOREM TAXES | ECONOMIC DEVELOPMENT | 112 | 112 | 3.3.7.2 |
| 26 | CDC | OTHER REVENUES | GIFTS AND SOLICITATIONS | 107 | 107 | 3.4.3 |
| 27 | CDH | OTHER REVENUES | PUBLIC AND PRIVATE FACILITIES | 93 | 93 | 3.4.8 |
| 28 | CEA | ANNUAL OPERATING BUDGET | FINANCIAL EXIGENCY | 91 | 91 | 3.5.1 |
| 29 | CHE | PURCHASING AND ACQUISITION | VENDOR DISCLOSURES AND CONTRACTS | 117 | 117 | 3.8.5 |
| 30 | CHH | PURCHASING AND ACQUISITION | FINANCING PERSONAL PROPERTY PURCHASES | 62 | 62 | 3.8.8 |

# Exhibit 1 (Revised) to Motion for Preliminary Injunction
## Page 2 of 7

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 31 | CJ | CONTRACTED SERVICES |  | 107 | 85 | 3.10 |
| 32 | CJA | CONTRACTED SERVICES | CRIMINAL HISTORY | 85 | 85 | 3.10.1 |
| 33 | CK | SAFETY PROGRAM/RISK MANAGEMENT |  | 87 | 47 | 3.11 |
| 34 | CKA | SAFETY PROGRAM/RISK MANAGEMENT | SAFETY AND SECURITY AUDITS AND MONITORING | 122 | 122 | 3.11.1 |
| 35 | CKD | SAFETY PROGRAM/RISK MANAGEMENT | EMERGENCY MEDICAL EQUIPMENT AND PROCEDURES | 81 | 81 | 3.11.4 |
| 36 | CKE | SAFETY PROGRAM/RISK MANAGEMENT | SECURITY PERSONNEL | 98 | 98 | 3.11.5 |
| 37 | CKEA | SECURITY PERSONNEL | COMMISSIONED PEACE OFFICERS | 114 | 114 | 3.11.5.1 |
| 38 | CKEB | SECURITY PERSONNEL | SCHOOL MARSHALS | 114 | 114 | 3.11.5.2 |
| 39 | CKEC | SECURITY PERSONNEL | SCHOOL RESOURCE OFFICERS | 114 | 114 | 3.11.5.3 |
| 40 | CKED | SECURITY PERSONNEL | OTHER SECURITY ARRANGEMENTS | 123 | 121 | 3.11.5.4 |
| 41 | CLE | BUILDINGS, GROUNDS, AND EQUIPMENT MANAGEMENT | FLAG DISPLAYS | 68 | 74 | 3.12.5 |
| 42 | CNB | TRANSPORTATION MANAGEMENT | DISTRICT VEHICLES | 67 | 67 | 3.14.2 |
| 43 | CNC | TRANSPORTATION MANAGEMENT | TRANSPORTATION SAFETY | 84 | 84 | 3.14.3 |
| 44 | CO | FOOD AND NUTRITION MANAGEMENT |  | 112 | 112 | 3.15 |
| 45 | COA | FOOD AND NUTRITION MANAGEMENT | PROCUREMENT | 112 | 112 | 3.15.1 |
| 46 | COB | FOOD AND NUTRITION MANAGEMENT | FREE AND REDUCED-PRICE MEALS | 112 | 112 | 3.15.2 |
| 47 | CPC | OFFICE MANAGEMENT | RECORDS MANAGEMENT | 80 | 81 | 3.16.3 |
| 48 | CQ | TECHNOLOGY RESOURCES |  | 90 | 90 | 3.17 |
| 49 | CQA | TECHNOLOGY RESOURCES | DISTRICT, CAMPUS, AND CLASSROOM WEBSITES | 103 | 107 | 3.17.1 |
| 50 | CQB | TECHNOLOGY RESOURCES | CYBERSECURITY | 114 | 114 | 3.17.2 |
| 51 | CQC | TECHNOLOGY RESOURCES | EQUIPMENT | 114 | 114 | 3.17.3 |
| 52 | CSA | FACILITY STANDARDS | SAFETY AND SECURITY | 122 | 121 | 3.19.1 |
| 53 | CSB | FACILITY STANDARDS | GAS AND PIPELINES |  | 121 | 3.19.2 |
| 54 | CSC | FACILITY STANDARDS | ASBESTOS MANAGEMENT | 122 | 122 | 3.19.3 |
| 55 | CVA | FACILITIES CONSTRUCTION | COMPETITIVE BIDDING | 57 | 57 | 3.22.1 |
| 56 | CVB | FACILITIES CONSTRUCTION | COMPETITIVE SEALED PROPOSALS | 57 | 57 | 3.22.2 |
| 57 | CVC | FACILITIES CONSTRUCTION | CONSTRUCTION MANAGER-AGENT | 91 | 91 | 3.22.3 |
| 58 | CVD | FACILITIES CONSTRUCTION | CONSTRUCTION MANAGER-AT-RISK | 91 | 91 | 3.22.4 |
| 59 | CVE | FACILITIES CONSTRUCTION | DESIGN-BUILD | 91 | 91 | 3.22.5 |
| 60 | CVF | FACILITIES CONSTRUCTION | JOB ORDER CONTRACTS | 57 | 57 | 3.22.6 |
| 61 | CX | CONTRACTS FOR FACILITIES |  | 116 | 116 | 3.24 |
| 62 | CY | INTELLECTUAL PROPERTY |  | 90 | 90 | 3.25 |
| 63 | DAB | EMPLOYMENT OBJECTIVES | GENETIC NONDISCRIMINATION | 93 | 93 |  |
| 64 | DBAA | EMPLOYMENT REQUIREMENTS AND RESTRICTIONS | PRE-EMPLOYMENT REVIEWS | 114 | 115 | 4.2.1.1 |
| 65 | DC | EMPLOYMENT PRACTICES |  | 50 | 50 | 4.3 |
| 66 | DCA | EMPLOYMENT PRACTICES | PROBATIONARY CONTRACTS | 50 | 50 | 4.3.1 |
| 67 | DCB | EMPLOYMENT PRACTICES | TERM CONTRACTS | 50 | 50 | 4.3.2 |

# Exhibit 1 (Revised) to Motion for Preliminary Injunction
## Page 3 of 7

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 68 | DCC | EMPLOYMENT PRACTICES | CONTINUING CONTRACTS | 50 | 50 | 4.3.3 |
| 69 | DCD | EMPLOYMENT PRACTICES | AT-WILL EMPLOYMENT | 50 | 50 | 4.3.4 |
| 70 | DCE | EMPLOYMENT PRACTICES | OTHER TYPES OF CONTRACTS | 58 | 58 | 4.3.5 |
| 71 | DEA | COMPENSATION AND BENEFITS | COMPENSATION PLAN | 102 | 102 | 4.5.1 |
| 72 | DEAA | COMPENSATION PLAN | INCENTIVES AND STIPENDS | 102 | 102 | 4.5.1.1 |
| 73 | DEAB | COMPENSATION PLAN | WAGE AND HOUR LAWS | 102 | 102 | 4.5.1.2 |
| 74 | DECA | LEAVES AND ABSENCES | FAMILY AND MEDICAL LEAVE | 85 | 85 | 4.5.3.1 |
| 75 | DECB | LEAVES AND ABSENCES | MILITARY LEAVE | 85 | 85 | 4.5.3.2 |
| 76 | DF | TERMINATION OF EMPLOYMENT | | 81 | 82 | 4.6 |
| 77 | DFAB | PROBATIONARY CONTRACTS | TERMINATION AT END OF YEAR | 50 | 50 | 4.6.1.2 |
| 78 | DFAC | PROBATIONARY CONTRACTS | RETURN TO PROBATIONARY STATUS | 53 | 53 | 4.6.1.3 |
| 79 | DFBA | TERM CONTRACTS | SUSPENSION/TERMINATION DURING CONTRACT | 50 | 50 | 4.6.2.1 |
| 80 | DFBB | TERM CONTRACTS | NONRENEWAL | 50 | 50 | 4.6.2.2 |
| 81 | DFCA | CONTINUING CONTRACTS | SUSPENSION/TERMINATION | 50 | 50 | 4.6.3.1 |
| 82 | DFD | TERMINATION OF EMPLOYMENT | HEARINGS BEFORE HEARING EXAMINER | 91 | 82 | 4.6.4 |
| 83 | DFE | TERMINATION OF EMPLOYMENT | RESIGNATION | 87 | 82 | 4.6.5 |
| 84 | DFF | TERMINATION OF EMPLOYMENT | REDUCTION IN FORCE | 92 | 82 | 4.6.6 |
| 85 | DGA | EMPLOYEE RIGHTS AND PRIVILEGES | FREEDOM OF ASSOCIATION | 68 | 71 | 4.7.1 |
| 86 | DGBA | PERSONNEL-MANAGEMENT RELATIONS | EMPLOYEE COMPLAINTS/GRIEVANCES | 71 | 54 | 4.7.2.1 |
| 87 | DGC | EMPLOYEE RIGHTS AND PRIVILEGES | IMMUNITY | 91 | 91 | 4.7.3 |
| 88 | DHB | EMPLOYEE STANDARDS OF CONDUCT | REPORTS TO STATE BOARD FOR EDUCATOR CERTIFICATION | 103 | 103 | 4.8.2 |
| 89 | DHC | EMPLOYEE STANDARDS OF CONDUCT | REPORTS TO TEXAS EDUCATION AGENCY | 114 | 114 | 4.8.3 |
| 90 | DHE | EMPLOYEE STANDARDS OF CONDUCT | SEARCHES AND ALCOHOL/DRUG TESTING | 60 | 60 | 4.8.5 |
| 91 | DIA | EMPLOYEE WELFARE | FREEDOM FROM DISCRIMINATION, HARASSMENT, AND RETALIATION | 83 | 83 | 4.9.1 |
| 92 | DLB | WORK LOAD | REQUIRED PLANS AND REPORTS | 71 | 71 | 4.12.2 |
| 93 | DMA | PROFESSIONAL DEVELOPMENT | REQUIRED STAFF DEVELOPMENT | 67 | 71 | 4.13.1 |
| 94 | DNA | PERFORMANCE APPRAISAL | EVALUATION OF TEACHERS | 53 | 53 | |
| 95 | DNB | PERFORMANCE APPRAISAL | EVALUATION OF CAMPUS ADMINISTRATORS | 105 | 105 | 4.14.2 |

# Exhibit 1 (Revised) to Motion for Preliminary Injunction
## Page 4 of 7

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 96 | EEM | INSTRUCTIONAL ARRANGEMENTS | Juvenile Residential Facilities | 88 | 88 | |
| 97 | EFA | INSTRUCTIONAL RESOURCES | INSTRUCTIONAL MATERIALS | 108 | 91 | 5.6.1 |
| 98 | EFB | INSTRUCTIONAL RESOURCES | LIBRARY MATERIALS | 122 | 119 | 5.6.2 |
| 99 | EHBAA | SPECIAL EDUCATION | IDENTIFICATION, EVALUATION, AND ELIGIBILITY | 77 | 77 | 5.8.2.1.1 |
| 100 | EHBAB | SPECIAL EDUCATION | ARD COMMITTEE AND INDIVIDUALIZED EDUCATION PROGRAM | 84 | 84 | 5.8.2.1.2 |
| 101 | EHBAC | SPECIAL EDUCATION | STUDENTS IN NONDISTRICT PLACEMENT | 77 | 77 | 5.8.2.1.3 |
| 102 | EHBAD | SPECIAL EDUCATION | TRANSITION SERVICES | 77 | 77 | 5.8.2.1.4 |
| 103 | EHBAE | SPECIAL EDUCATION | PROCEDURAL REQUIREMENTS | 77 | 77 | 5.8.2.1.5 |
| 104 | EHBAF | SPECIAL EDUCATION | VIDEO/AUDIO MONITORING | 104 | 104 | 5.8.2.1.6 |
| 105 | EHBC | SPECIAL PROGRAMS | COMPENSATORY SERVICES AND INTENSIVE PROGRAMS | 121 | 121 | 5.8.2.3 |
| 106 | EHBCA | COMPENSATORY SERVICES AND INTENSIVE PROGRAMS | ACCELERATED INSTRUCTION | 121 | 121 | 5.8.2.3.1 |
| 107 | EHBD | SPECIAL PROGRAMS | FEDERAL TITLE I | 87 | 76 | 5.8.2.4 |
| 108 | EHBF | SPECIAL PROGRAMS | CAREER AND TECHNICAL EDUCATION | 88 | 88 | 5.8.2.6 |
| 109 | EHBG | SPECIAL PROGRAMS | PREKINDERGARTEN | 76 | 76 | 5.8.2.7 |
| 110 | EHBH | SPECIAL PROGRAMS | OTHER SPECIAL POPULATIONS | 50 | 50 | 5.8.2.8 |
| 111 | EHBJ | SPECIAL PROGRAMS | INNOVATIVE AND MAGNET PROGRAMS | 108 | 108 | 5.8.2.10 |
| 112 | EHBK | SPECIAL PROGRAMS | OTHER INSTRUCTIONAL INITIATIVES | 66 | 66 | 5.8.2.11 |
| 113 | EHBL | SPECIAL PROGRAMS | HIGH SCHOOL EQUIVALENCY | 79 | 79 | 5.8.2.12 |
| 114 | EHDC | ALTERNATIVE METHODS FOR EARNING CREDIT | CREDIT BY EXAMINATION WITHOUT PRIOR INSTRUCTION | 89 | 89 | 5.8.4.3 |
| 115 | EHDD | ALTERNATIVE METHODS FOR EARNING CREDIT | COLLEGE COURSE WORK/DUAL CREDIT | 89 | 89 | 5.8.4.4 |
| 116 | EHDE | ALTERNATIVE METHODS FOR EARNING CREDIT | DISTANCE LEARNING | 89 | 89 | 5.8.4.5 |
| 117 | EIA | ACADEMIC ACHIEVEMENT | GRADING/PROGRESS REPORTS TO PARENTS | 52 | 52 | 5.9.1 |
| 118 | EIE | ACADEMIC ACHIEVEMENT | RETENTION AND PROMOTION | 52 | 52 | 5.9.5 |
| 119 | EIF | ACADEMIC ACHIEVEMENT | GRADUATION | 52 | 52 | 5.9.6 |
| 120 | EKB | TESTING PROGRAMS | STATE ASSESSMENT | 78 | 76 | 5.11.2 |
| 121 | EKBA | STATE ASSESSMENT | ENGLISH LEARNERS/EMERGENT BILINGUAL STUDENTS | 118 | 118 | 5.11.2.1 |
| 122 | EKC | TESTING PROGRAMS | READING ASSESSMENT | 81 | 76 | 5.11.3 |
| 123 | EKD | TESTING PROGRAMS | MATHEMATICS ASSESSMENT | 87 | 76 | 5.11.4 |
| 124 | EL | CAMPUS OR PROGRAM CHARTERS | | 111 | 111 | 5.12 |
| 125 | ELA | CAMPUS OR PROGRAM CHARTERS | PARTNERSHIP CHARTERS | 111 | 111 | 5.12.1 |

**Exhibit 1 (Revised) to Motion for Preliminary Injunction**
**Page 5 of 7**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 126 | EMI | MISCELLANEOUS INSTRUCTIONAL POLICIES | STUDY OF RELIGION | 68 | 69 | 5.13.9 |
| 127 | FA | PARENT RIGHTS AND RESPONSIBILITIES | | 122 | 122 | 6.1 |
| 128 | FB | EQUAL EDUCATIONAL OPPORTUNITY | | 75 | 75 | 6.2 |
| 129 | FBA | EQUAL EDUCATIONAL OPPORTUNITY | SERVICE ANIMALS | 90 | 90 | 6.2.1 |
| 130 | FD | ADMISSIONS | | 69 | 69 | 6.4 |
| 131 | FDA | ADMISSIONS | INTERDISTRICT TRANSFERS | 71 | 71 | 6.4.1 |
| 132 | FDAA | INTERDISTRICT TRANSFERS | PUBLIC EDUCATION GRANTS | 50 | 50 | 6.4.1.1 |
| 133 | FDB | ADMISSIONS | INTRADISTRICT TRANSFERS AND CLASSROOM ASSIGNMENTS | 81 | 81 | 6.4.2 |
| 134 | FDC | ADMISSIONS | HOMELESS STUDENTS | 71 | 71 | 6.4.3 |
| 135 | FDD | ADMISSIONS | MILITARY DEPENDENTS | 86 | 86 | 6.4.4 |
| 136 | FDE | ADMISSIONS | SCHOOL SAFETY TRANSFERS | 86 | 86 | 6.4.5 |
| 137 | FEA | ATTENDANCE | COMPULSORY ATTENDANCE | 69 | 69 | 6.5.1 |
| 138 | FEB | ATTENDANCE | ATTENDANCE ACCOUNTING | 69 | 69 | 6.5.2 |
| 139 | FEC | ATTENDANCE | ATTENDANCE FOR CREDIT | 69 | 69 | 6.5.3 |
| 140 | FED | ATTENDANCE | ATTENDANCE ENFORCEMENT | 69 | 69 | 6.5.4 |
| 141 | FFA | STUDENT WELFARE | WELLNESS AND HEALTH SERVICES | 77 | 77 | 6.6.1 |
| 142 | FFAE | WELLNESS AND HEALTH SERVICES | SCHOOL-BASED HEALTH CENTERS | 89 | 77 | 6.6.1.5 |
| 143 | FFAF | WELLNESS AND HEALTH SERVICES | CARE PLANS | 103 | 94 | 6.6.1.6 |
| 144 | FFBA | CRISIS INTERVENTION | TRAUMA-INFORMED CARE | 114 | 114 | 6.6.2.1 |
| 145 | FFC | STUDENT WELFARE | STUDENT SUPPORT SERVICES | 71 | 71 | 6.6.3 |
| 146 | FFEA | COUNSELING AND MENTAL HEALTH | COUNSELING | 115 | 115 | 6.6.5.1 |
| 147 | FFEB | COUNSELING AND MENTAL HEALTH | MENTAL HEALTH | 115 | 115 | 6.6.5.2 |
| 148 | FFH | STUDENT WELFARE | FREEDOM FROM DISCRIMINATION, HARASSMENT, AND RETALIATION | 81 | 83 | 6.6.8 |
| 149 | FFI | STUDENT WELFARE | FREEDOM FROM BULLYING | 93 | 83 | 6.6.9 |
| 150 | FJ | STUDENT FUNDRAISING | | 107 | 107 | 6.1 |
| 151 | FMA | STUDENT ACTIVITIES | SCHOOL-SPONSORED PUBLICATIONS | 68 | 68 | 6.13.1 |
| 152 | FMH | STUDENT ACTIVITIES | COMMENCEMENT | 68 | 68 | 6.13.8 |
| 153 | FNA | STUDENT RIGHTS AND RESPONSIBILITIES | STUDENT EXPRESSION | 65 | 65 | 6.14.1 |
| 154 | FNAA | STUDENT EXPRESSION | DISTRIBUTION OF NONSCHOOL LITERATURE | 68 | 68 | 6.14.1.1 |

# Exhibit 1 (Revised) to Motion for Preliminary Injunction
## Page 6 of 7

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 155 | FNAB | STUDENT EXPRESSION | USE OF SCHOOL FACILITIES FOR NONSCHOOL PURPOSES | 68 | 68 | 6.14.1.2 |
| 156 | FNCC | STUDENT CONDUCT | PROHIBITED ORGANIZATIONS AND HAZING | 68 | 68 | 6.14.3.3 |
| 157 | FNCD | STUDENT CONDUCT | TOBACCO USE AND POSSESSION | 50 | 50 | 6.14.3.4 |
| 158 | FNCE | STUDENT CONDUCT | PERSONAL TELECOMMUNICATIONS/ELECTRONIC DEVICES | 90 | 90 | 6.14.3.5 |
| 159 | FNF | STUDENT RIGHTS AND RESPONSIBILITIES | INVESTIGATIONS AND SEARCHES | 113 | 113 | 6.14.6 |
| 160 | FNG | STUDENT RIGHTS AND RESPONSIBILITIES | STUDENT AND PARENT COMPLAINTS/GRIEVANCES | 73 | 75 | 6.14.7 |
| 161 | FOA | STUDENT DISCIPLINE | REMOVAL BY TEACHER OR BUS DRIVER | 98 | 98 | 6.15.1 |
| 162 | FOB | STUDENT DISCIPLINE | OUT-OF-SCHOOL SUSPENSION | 72 | 72 | 6.15.2 |
| 163 | FOC | STUDENT DISCIPLINE | PLACEMENT IN A DISCIPLINARY ALTERNATIVE EDUCATION SETTING | 72 | 72 | 6.15.3 |
| 164 | FOCA | PLACEMENT IN A DISCIPLINARY ALTERNATIVE EDUCATION SETTING | DISCIPLINARY ALTERNATIVE EDUCATION PROGRAM OPERATIONS | 72 | 72 | 6.15.3.1 |
| 165 | FODA | EXPULSION | JUVENILE JUSTICE ALTERNATIVE EDUCATION PROGRAM | 72 | 72 | 6.15.4.1 |
| 166 | FOE | STUDENT DISCIPLINE | EMERGENCY AND ALTERNATIVE PLACEMENT | 81 | 81 | 6.15.5 |
| 167 | FOF | STUDENT DISCIPLINE | STUDENTS WITH DISABILITIES | 72 | 72 | 6.15.6 |
| 168 | GA | ACCESS TO PROGRAMS, SERVICES, AND ACTIVITIES | | 43 | 43 | 7.1 |
| 169 | GBA | PUBLIC INFORMATION PROGRAM | ACCESS TO PUBLIC INFORMATION | 50 | 50 | 7.2.1 |
| 170 | GBAA | ACCESS TO PUBLIC INFORMATION | REQUESTS FOR INFORMATION | 121 | 121 | 7.2.1.1 |
| 171 | GC | PUBLIC NOTICES | | 93 | 93 | 7.3 |
| 172 | GE | RELATIONS WITH PARENT ORGANIZATIONS | | 68 | 72 | 7.5 |
| 173 | GKB | COMMUNITY RELATIONS | ADVERTISING AND FUNDRAISING | 109 | 108 | 7.11.2 |
| 174 | GKC | COMMUNITY RELATIONS | VISITORS | 109 | 109 | 7.11.3 |
| 175 | GKD | COMMUNITY RELATIONS | NONSCHOOL USE OF SCHOOL FACILITIES | 72 | 72 | 7.11.4 |
| 176 | GKDA | NONSCHOOL USE OF SCHOOL FACILITIES | DISTRIBUTION OF NONSCHOOL LITERATURE | 72 | 72 | 7.11.4.1 |
| 177 | GKE | COMMUNITY RELATIONS | BUSINESS, CIVIC, AND YOUTH GROUPS | 109 | 43 | 7.11.5 |
| 178 | GKG | COMMUNITY RELATIONS | SCHOOL VOLUNTEER PROGRAM | 50 | 50 | 7.11.7 |
| 179 | GNA | RELATIONS WITH EDUCATIONAL ENTITIES | OTHER SCHOOLS AND DISTRICTS | 43 | 43 | 7.14.1 |

**Exhibit 1 (Revised) to Motion for Preliminary Injunction**
**Page 7 of 7**

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 180 | GNB | RELATIONS WITH EDUCATIONAL ENTITIES | REGIONAL EDUCATION SERVICE CENTERS | 43 | 43 | 7.14.2 |
| 181 | GNC | RELATIONS WITH EDUCATIONAL ENTITIES | COLLEGES AND UNIVERSITIES | 43 | 43 | 7.14.3 |
| 182 | GR | RELATIONS WITH GOVERNMENTAL ENTITIES | | 43 | 43 | 7.18 |
| 183 | GRA | RELATIONS WITH GOVERNMENTAL ENTITIES | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | 91 | 91 | 7.18.1 |
| 184 | GRAA | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | LAW ENFORCEMENT AGENCIES | 91 | 91 | 7.18.1.1 |
| 185 | GRAC | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | JUVENILE SERVICE PROVIDERS | 91 | 91 | 7.18.1.3 |
| 186 | GRB | RELATIONS WITH GOVERNMENTAL ENTITIES | INTERLOCAL COOPERATION CONTRACTS | 87 | 87 | 7.18.2 |
| 187 | GRC | RELATIONS WITH GOVERNMENTAL ENTITIES | EMERGENCY MANAGEMENT | 87 | 87 | 7.18.3 |

# Exhibit 3 (Revised) to Motion for Preliminary Injunction
## Page 1 of 22

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Code | Topic | Subtopic | First Update with substantive (LEGAL) Framework content and current Letter Code, Topic and Subtopic | Update with First appearance in Index of current Letter Code, Topic and Subtopic | TASB (LEGAL) Framework (Exhibit 9) | TASB Explanatory Notes (Exhibit 9) | TASB Section Index (Exhibit 9) | Creativity |
| 2 | AE | EDUCATIONAL PHILOSOPHY | | 81 | 81 | U81, Exh. 9, p. 593 | U81, Exh. 9, 573 | U81, Exh. 9, p. 592 | House Bill 2563 from the 80th legislative session required school boards to adopt a vision statement and comprehensive goals for the district and superintendent. This code was created to reflect that requirement and was named broadly to also allow districts to house other philosophical concepts here. Another reasonable and potentially more descriptive name for this code is "District Vision and Goals" or "Guiding Principles". |
| 3 | AF | INNOVATION DISTRICTS | | 103 | 103 | U103, Exh. 9, p. 1124 | U103, Exh. 9, p. 1095 | U103, Exh. 9, p. 1123 | This new code was created to include provisions from HB 1842 from the 84th legislative session, which creates school districts of innovation. As there was no existing code that felt like a good fit for this content, TASB decided to add a new code to the manual to hold the content. As the statute uses the term "District of Innovation", that would have been a reasonable subtopic name. It would have also made sense to place the material in the B series since it could be considered a governance issue, and the team debated that placement extensively. |
| 4 | AG | HOME-RULE DISTRICTS | | 51 | 54 | U51, Exh. 9, p. 46 | U51, Exh. 9, p. 54 | U54, Exh. 9, p. 118 | In 1995, the Texas Legislature passed a law authorizing home-rule district charters as one of the types of charter arrangements under the Education Code. An alternative topic name for this code could be Home-Rule Charters or Home-Rule District Operations. |
| 5 | AIA | ACCOUNTABILITY | ACCREDITATION AND PERFORMANCE INDICATORS | 87 | 87 | U87, Exh. 9, p. 774 | U87, Exh. 9, p. 755 | U87, Exh. 9, p. 773 | GND previously held content related to accreditation and performance indicators. When TASB decided to bolster the AI series after new laws came into effect, AIA was created by the team to house all of the existing and new material. This code houses the A-F Performance rating information, which districts are highly interested in, so it would be reasonable to use a subtopic name of "Accreditation, Performance Indicators, and A-F Performance Ratings". |
| 6 | AIB | ACCOUNTABILITY | PERFORMANCE REPORTING | 87 | 87 | U87, Exh. 9, p. 779 | U87, Exh. 9, p. 755 | U87, Exh. 9, p. 773 | As part of the reorganization of the AI series, TASB created this new code to collect authorities relating to performance reporting. Material was moved from BR and revised as a result of law changes. As most districts refer to the information in this code as the TAPR, a reasonable subtopic name would be "Texas Academic Performance Report". Another reasonable name would be "Reports on District and Campus Performance". |
| 7 | AIC | ACCOUNTABILITY | INTERVENTIONS AND SANCTIONS | 109 | 109 | | U109, Exh. 9, p. 1208 | | The provisions in this new policy addressing investigations and sanctions in the accountability series were previously at GND. TASB decided to add detail from statutes regarding the process for conducting an on-site investigation. A reasonable alternative subtopic name would be "Commissioner Interventions and Sanctions" or "Interventions, Sanctions, and Management". |

**Exhibit 3 (Revised) to Motion for Preliminary Injunction**
**Page 2 of 22**

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 8 | AID | ACCOUNTABILITY | FEDERAL ACCOUNTABILITY STANDARDS | 87 | 87 | U87, Exh. 9, p. 791 | U87, Exh. 9, p. 757 | U87, Exh. 9, p. 773 | Provisions from the No Child Left Behind Act addressing accountability and other requirements applicable to Title I, Part A schools were moved to this new code from EHBD. TASB Legal Services attorneys initially suggested a subtopic name reflecting the federal law, but the Policy division suggested a more descriptive subtopic for ease of school district use. A reasonable alternative subtopic name would be "Every Student Succeeds Act" since much of the code is committed to those statutory requirements. |
| 9 | AIE | ACCOUNTABILITY | INVESTIGATIONS | 118 | 118 | U118, Exh. 9, p. 1478 | U118, Exh. 9, p. 1460 | U118, Exh. 9, p. 1477 | After Senate Bill 1365 passed during the 87th legislative session, material relating to special investigations and monitoring reviews, and activities was moved to this new Legal Framework document. The material could have been housed more broadly at AI and included all accountability information, but the material on accountability was divided into five subtopics by the team to ease reading and understanding. Another reasonable name would be "Investigations and Compliance Monitoring". |
| 10 | BBBA | ELECTIONS | CONDUCTING ELECTIONS | 110 | 110 | U110, Exh. 9, p. 1241 | U110, Exh. 9, p. 1237 | U110, Exh. 9, p. 1239 | The team changed the subtopic name from Reporting Campaign Funds to Conducting Elections in order to reorganize the content for better flow and readability. Several bills from the 85th legislative session impacted the code. Another good subtopic name would be "Election Orders, Notices, and Filing" or "Election Logistics". These names are particularly appropriate since most districts do not conduct their own elections but instead partner with another governmental entity, like a county, that conducts the elections on their behalf. |
| 11 | BBBB | ELECTIONS | POST-ELECTION PROCEDURES | 110 | 110 | U110, Exh. 9, p. 1249 | U110, Exh. 9, p. 1238 | U110, Exh. 9, p. 1239 | The team moved provisions on post-election procedures from BBB to BBBB and were reorganized for better readability. A reasonable subtopic name would be "Runoff Elections and Post-Election Requirements." |
| 12 | BBBC | ELECTIONS | CAMPAIGN FINANCE | 110 | 110 | U110, Exh. 9, p. 1253 | U110, Exh. 9, p. 1238 | U110, Exh. 9, p. 1239 | Update 110 saw the TASB team significantly restructure the election policies to break up the lengthy content into multiple policy codes, reorganize the provisions for better flow, and better present legal guidance. This code on campaign finance has material moved and reorganized from BBBA. A reasonable subtopic alternative for this code is "Campaign Treasurers, Contributions, Expenditures, and Required Internet Postings". |
| 13 | BBBD | ELECTIONS | CAMPAIGN ETHICS | 110 | 110 | U110, Exh. 9, p. 1256 | U110, Exh. 9, p. 1238 | U110, Exh. 9, p. 1239 | Update 110 included a significant restructuring of the election policies by the team to break up the lengthy content into multiple policy codes, reorganize the provisions for better flow, and better present legal guidance. This code on campaign ethics incorporates material from BBBB and CPAB. A reasonable and more descriptive subtopic would have been "Electioneering, Political Advertising, and Nepotism". |
| 14 | BBFA | ETHICS | CONFLICT OF INTEREST DISCLOSURES | 78 | 77 | U78, Exh. 9, p. 530 | U78, Exh. 9, p. 523 | U77, Exh. 9, p. 486 | In Update 77 legislative changes were incorporated by the team and the word "disclosures" was added to the subtopic name to highlight a new local government requirement to file disclosure statements. Another reasonable subtopic name would have been to maintain the name of Conflict of Interest or to use Conflict of Interest Disclosure Requirements. |
| 15 | BBFB | ETHICS | PROHIBITED PRACTICES | 77 | 77 | U77, Exh. 9, p. 488 | U77, Exh. 9, p. 473 | U77, Exh. 9, p. 486 | This new code presents material dealing with specific violations of laws pertaining to ethics. Material in this code was previously in BBFA, and the decision was made to split the content into two separate codes (BBFA and BBFB) for clarity. A reasonable subtopic name would more closely track the statute and be Prohibited Activities by Public Servants. |

**Exhibit 3 (Revised) to Motion for Preliminary Injunction**
**Page 3 of 22**

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 16 | BBI | BOARD MEMBERS | TECHNOLOGY RESOURCES AND ELECTRONIC COMMUNICATIONS | 98 | 90 | U98, Exh. 9, p. 1052 | U98, Exh. 9, p. 1030 | U90, Exh. 9, p. 876 | This code was created and nested under Board Members after House Bill 2414 from the 83rd legislative session prompted the team to make changes to present specific guidance relating to electronic communication. As there is already a topic called "Technology Resources" housed in the C section, it would have made sense to place this material in the C section to focus on the technology part of the policy rather than in the B section, which focuses on the target audience. The legal team feared that the this essential governance compliance matter was buried in the C section and might go unnoticed. Another reasonable subtopic name is "Electronic Messages and Assets". |
| 17 | BDAA | OFFICERS AND OFFICIALS | DUTIES AND REQUIREMENTS OF BOARD OFFICERS | 67 | 67 | U67, Exh. 9, p. 243 | U67, Exh. 9, p. 230 | U67, Exh. 9, p. 241 | In an ongoing effort by the team to streamline the contents of the manual, the policy text from four different policy codes—dealing with the Board's election of its officers and their responsibilities—were combined into a single new code. Provisions previously found at BDA, BDAB, BDAC, and BDAD were combined into BDAA. A potentially better subtopic name for this code would be Selection and Duties of Board Officers. |
| 18 | BJCE | SUPERINTENDENT | SUSPENSION/TERMINATION DURING CONTRACT | 89 | 89 | U89, Exh. 9, p. 845 | U89, Exh. 9, p. 835 | U89, Exh. 9, p. 844 | In Update 89, the team changed the subtopic name of this code from Dismissal to Suspension/Termination During Contract. This adjustment was made as the content changed to more fully parallel, to the extent possible, code DFBA for other contract employees. As the Superintendent is also an employee, it would be reasonable to code this material at DFBA so all information regarding the termination of employees would be together. Another reasonable subtopic name would be Adverse Employment Action. |
| 19 | BJCG | SUPERINTENDENT | RESIGNATION | 91 | 91 | U91, Exh. 9, p. 944 | U91, Exh. 9, p. 909 | U91, Exh. 9, p. 943 | In Update 91 this code was amended by TASB to add new statutory requirements and the subtopic name was changed from Retirement or Resignation to simply Resignation. As retirement is a specific type of resignation, it would be reasonable to have maintained the previous subtopic name. It would also be reasonable to call this code Voluntary Resignation. |
| 20 | BQ | PLANNING AND DECISION-MAKING PROCESS | | 50 | 50 | U50, Exh. 9, p. 1636 | | U50, Exh. 9, p. 1634 | Another reasonable topic name for this code is District and Campus Improvement Planning and Processes. It would be reasonable for this code to house both the district and campus plan requirements, thereby deleting the subtopics. |
| 21 | BQA | PLANNING AND DECISION-MAKING PROCESS | DISTRICT-LEVEL | 50 | 50 | U50, Exh. 9, p. 1640 | | U50, Exh. 9, p. 1634 | Many educators understand the requirements in this code to be part of a committee called the District Education Improvement Committee. As that is a more commonly used term, it would be a reasonable and accurate subtopic name. |
| 22 | BQB | PLANNING AND DECISION-MAKING PROCESS | CAMPUS-LEVEL | 50 | 50 | U50, Exh. 9, p. 1642 | | U50, Exh. 9, p. 1634 | Many educators understand the requirements in this code to be part of a committee called the Campus Education Improvement Committee. As that is a more commonly used term, it would be a reasonable and accurate subtopic name. |
| 23 | CCF | LOCAL REVENUE SOURCES | LOANS AND NOTES | 62 | 62 | U62, Exh. 9, p. 191 | U62, Exh. 9, p. 180 | U62, Exh. 9, p. 188 | The subtopic name of this code was changed by TASB from Short-Term Notes to Loans and Notes. Another reasonable subtopic name is Loans and Short-Term Obligations. |
| 24 | CCGA | AD VALOREM TAXES | EXEMPTIONS AND PAYMENTS | 112 | 112 | U112, Exh. 9, p. 1294 | U112, Exh. 9, p. 1284 | U112, Exh. 9, p. 1291 | Update 112 includes a significant restructuring of the policies on ad valorem taxes to break up the lengthy content into multiple policy codes, reorganize the provisions for better flow, and better match statutory text. Material on ad valorem tax exemptions and payments was moved from CCG to this code, and new provisions relating to constitutional amendments were added. As ad valorem taxes are part of local revenue sources, it would have been reasonable to have named the code "Local Revenue Sources: Ad Valorem Taxes" and kept CCGA and CCGB content together. |

**Exhibit 3 (Revised) to Motion for Preliminary Injunction**
**Page 4 of 22**

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 25 | CCGB | AD VALOREM TAXES | ECONOMIC DEVELOPMENT | 112 | 112 | U112, Exh. 9, p. 1305 | U112, Exh. 9, p. 1285 | U112, Exh. 9, p. 1291 | Update 112 includes a significant restructuring of the policies on ad valorem taxes to break up the lengthy content into multiple policy codes, reorganize the provisions for better flow, and better match statutory text. Content relating to economic development moved from CCG to CCGB and was updated. As ad valorem taxes are part of local revenue sources, it would have been reasonable to have named the code "Local Revenue Sources: Ad Valorem Taxes" and kept CCGA and CCGB content together. |
| 26 | CDC | OTHER REVENUES | GIFTS AND SOLICITATIONS | 107 | 107 | U107, Exh. 9, p. 1187 | U107, Exh. 9, p. 1177 | U107, Exh. 9, p. 1184 | This code's subtopic name used to be Grants from Private Sources. As this code is often referred to for the legal requirements around charitable raffles, a reasonable subtopic name would be Donations and Raffles. |
| 27 | CDH | OTHER REVENUES | PUBLIC AND PRIVATE FACILITIES | 93 | 93 | U93, Exh. 9, p. 1006 | U93, Exh. 9, p. 993 | U93, Exh. 9, p. 1003 | The subtopic name was adjusted by the team after statutory changes. Another reasonable subtopic name is Public and Private Facilities and Infrastructure Partnerships. |
| 28 | CEA | ANNUAL OPERATING BUDGET | FINANCIAL EXIGENCY | 91 | 91 | U91, Exh. 9, p. 948 | U91, Exh. 9, p. 914 | U91, Exh. 9, p. 945 | The CE series is about annual operating budgets. This code was created after the 82nd legislative session to address financial exigency covered in Senate Bill 8, as the team determined that the topic was too complex and lengthy to include in CE. The staff determined that it should go in the budget series instead of accounting because the required declaration under the law impacts decisions the district will make about the budget. As financial exigencies are most relevant when making employment decisions, it would be reasonable to house this material in the D section along with other termination provisions. A reasonable subtopic name for this code would be "Declaring a Financial Exigency" or "Financial Exigency Declarations" since the code is about those declarations. |
| 29 | CHE | PURCHASING AND ACQUISITION | VENDOR DISCLOSURES AND CONTRACTS | 117 | 117 | U117, Exh. 9, p. 1450 | U117, Exh. 9, p. 1443 | U117, Exh. 9, p. 1448 | The subtopic name of this code was Vendor Relations before it was changed to Vendor Disclosures and Contracts. Another reasonable subtopic name would be Required Vendor Forms and Disclosures. |
| 30 | CHH | PURCHASING AND ACQUISITION | FINANCING PERSONAL PROPERTY PURCHASES | 62 | 62 | U62, Exh. 9, p. 193 | U62, Exh. 9, p. 182 | U62, Exh. 9, p. 189 | Another reasonable subtopic name for this code would be Public Property Financing, which would more closely align with the primary underpinning statutory authority. |
| 31 | CJ | CONTRACTED SERVICES | | 107 | 85 | U107, Exh. 9, p. 1674 | U107, Exh. 9, p. 1178 | U85, Exh. 9, p. 693 | After the federal Every Student Succeeds Act went into effect, the TASB team decided to create a new code relating to services for which the district contracts. As the code specifically addresses assisting individuals who engaged in sexual misconduct with a minor or student with getting new employment, these legal requirements could reasonably be coded in the D section with other employment matters and prohibited employee conduct. Another reasonable name for this code would have been Prohibited Employment Assistance. |
| 32 | CJA | CONTRACTED SERVICES | CRIMINAL HISTORY | 85 | 85 | U85, Exh. 9, p. 695 | U85, Exh. 9, p. 682 | U85, Exh. 9, p. 693 | New rules from the Texas Education Agency, effective in 2008, addressed criminal history checks of individuals who work for entities that contract with a district. The new rules and existing provisions on criminal history checks of contractors from CH, CNA, and CV were moved to this new code for ease of reference. After the 89th legislative session in 2025, the TASB team opted to change the name to Contracted Services: Background Checks and Required Reporting to better describe the current content. Another reasonable name for this code would be Service Provider Review and Misconduct Reporting. |

# Exhibit 3 (Revised) to Motion for Preliminary Injunction
## Page 5 of 22

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 33 | CK | SAFETY PROGRAM/RISK MANAGEMENT | | 87 | 47 | U87, Exh. 9, p. 1666 | U87, Exh. 9, p. 763 | U47, Exh. 9, p. 1624 | TASB opted to create a new legal framework at CK to address safety broadly and flesh out subtopics to address details relating to specific aspects of school safety. It would have been reasonable to have kept material where it was, which was in part at CKC, or to have created a nested topic specific to safety and security committee meetings. As the largest component of the guidance relates to the committee and other required meetings, a reasonable topic name would be Safety and Security, and this policy could be divided to allow a nested subtopic of Required Committees and Meetings. As is currently structured, another reasonable topic name would be School Safety. |
| 34 | CKA | SAFETY PROGRAM/RISK MANAGEMENT | SAFETY AND SECURITY AUDITS AND MONITORING | 122 | 122 | U122, Exh. 9, p. 1576 | U122, Exh. 9, p. 1556 | U122, Exh. 9, p. 1574 | ==After legislative changes, provisions from two other codes were moved into this one to consolidate information relating to security audits. Another reasonable subtopic name is Requirements for Security Audits. Other topics and subtopics that would reasonably describe the subject matter of this policy include: Safety and Security / Audits and Monitoring; Security / Compliance Audits; and Safety / Facility Safety and Security Audits.== |
| 35 | CKD | SAFETY PROGRAM/RISK MANAGEMENT | EMERGENCY MEDICAL EQUIPMENT AND PROCEDURES | 81 | 81 | U81, Exh. 9, p. 597 | U81, Exh. 9, p. 578 | U81, Exh. 9, p. 595 | After Senate Bill 7 passed into law after the 80th legislative session, districts were required to make automated external defibrillators available at some athletic events. This code was created and named to allow for this provision but also any future medical equipment requirements. As the automated external defibrillators are required at certain facilities, it would be reasonable to code this material in the CS series on Facility Standards. Another reasonable subtopic name is Required Medical Equipment. |
| 36 | CKE | SAFETY PROGRAM/RISK MANAGEMENT | SECURITY PERSONNEL | 98 | 98 | U98, Exh. 9, p. 1056 | U98, Exh. 9, p. 1035 | U98, Exh. 9, p. 1054 | TASB changed the subtopic name by removing the phrase "peace officers", as security personnel more broadly describes the content. A reasonable alternative subtopic name is Commissioned Peace Officers and Security Personnel. |
| 37 | CKEA | SECURITY PERSONNEL | COMMISSIONED PEACE OFFICERS | 114 | 114 | U114, Exh. 9, p. 1365 | ==U114, Exh. 9, p. 1347== | U114, Exh. 9, p. 1363 | In 2019, the team decided that security arrangements was too broad for one policy code, so CKE was further divided into CKEA, CKEB, and CKEC to assist in understanding and make the different types of security arrangement options more clear to the reader. CKEA was created to address matters relating to commissioned peace officers. It would have also made sense to keep all of the security personnel information in one policy code rather than dividing it. CKE could have remained one code with various sub-parts so readers knew all security arrangements could be considered in one place. Another reasonable name would be "Peace Officers Commissioned by the Board" or "District Peace Officers". |
| 38 | CKEB | SECURITY PERSONNEL | SCHOOL MARSHALS | 114 | 114 | U114, Exh. 9, p. 1370 | U114, Exh. 9, p. 1347 | U114, Exh. 9, p. 1363 | In 2019, TASB determined that security arrangements was too broad for one policy code, so CKE was further divided into CKEA, CKEB, and CKEC to assist in understanding and make the different types of security arrangement options clear to the reader. CKEB was created to address matters relating to school marshals. It would have also made sense to keep all of the security personnel information in one policy code rather than dividing it. CKE could have remained one code with various sub-parts so readers knew all security arrangements could be considered in one place. As marshals are, by definition, employees, this material could have also been reasonably coded in the D section. Another name for this code could have been "Armed Staff with TCOLE License". |

# Exhibit 3 (Revised) to Motion for Preliminary Injunction
## Page 6 of 22

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 39 | CKEC | SECURITY PERSONNEL | SCHOOL RESOURCE OFFICERS | 114 | 114 | U114, Exh. 9, p. 1374 | U114, Exh. 9, p. 1347 | U114, Exh. 9, p. 1363 | In 2019, TASB decided that security arrangements were too broad for one policy code, so CKE was further divided into CKEA, CKEB, and CKEC to assist in understanding and make the different types of security arrangement options clearer to the reader. CKEC was created to address matters relating to school resource officers. It would have also made sense to keep all of the security personnel information in one policy code rather than dividing it. CKE could have remained one code with various sub-parts so readers knew all security arrangements could be considered in one place. Since school resource officers are employees of another governmental entity, this material could have also been reasonably coded in the G section. Another reasonable name would be "Officers Commissioned by Other Governmental Entities". |
| 40 | CKED | SECURITY PERSONNEL | OTHER SECURITY ARRANGEMENTS | 123 | 121 | U123, Exh. 9, p. 1615 | U123, Exh. 9, p. 1612 | U121, Exh. 9, p. 1531 | The team determined that Chapter 37 of the Education Code and the Occupations Code work together to allow a district to either hire security officers through a contractor or directly. A new code in the CKE series was created to flesh out those options. As this code is designed to pick up security arrangements that are not otherwise covered in the other CKE series of policies, that content could have reasonably been housed in the CKE parent policy without creating a new code. Further, the subtopic could have reasonably been "Hired and Contracted Security Personnel". |
| 41 | CLE | BUILDINGS, GROUNDS, AND EQUIPMENT MANAGEMENT | FLAG DISPLAYS | 68 | 74 | U68, Exh. 9, p. 262 | U68, Exh. 9, p. 256 | U74, Exh. 9, p. 431 | This code was created in Update 68 to house specific provisions relating to flag displays that were previously found in EMDB. This decision was made after a discussion amongst staff as to where the material was best housed. It was decided that the display of the flag was more aligned with facility requirements than instructional requirements, so the material was recoded to the C section. After the 89th Legislative Session, the subtopic name was broadened to Required Displays to accommodate the requirement to post Ten Commandments posters. Another reasonable subtopic name is Required Patriotic and Religious Installations or simply Required Installations. |
| 42 | CNB | TRANSPORTATION MANAGEMENT | DISTRICT VEHICLES | 67 | 67 | U67, Exh. 9, p. 248 | U67, Exh. 9, p. 233 | U67, Exh. 9, p. 246 | In Update 67 the subtopic name was changed from School Owned Vehicles to District Vehicles in large part because of the material regarding contracting with nonschool organizations for the use of school buses. Another reasonable subtopic name would be Vehicles Owned, Leased, or Borrowed by the District. |
| 43 | CNC | TRANSPORTATION MANAGEMENT | TRANSPORTATION SAFETY | 84 | 84 | U84, Exh. 9, p. 665 | U84, Exh. 9, p. 651 | U84, Exh. 9, p. 663 | TASB created this code in Update 84 to pull together various bus and other safety components into one document. Another reasonable subtopic name would be Transportation Safety and Required Devices. Another subtopic name could be Transportation Safety and Requirements since the code includes information relating to required notices to the Texas Education Agency. |
| 44 | CO | FOOD AND NUTRITION MANAGEMENT | | 112 | 112 | U112, Exh. 9, p. 1327 | U112, Exh. 9, p. 1286 | U112, Exh. 9, p. 1292 | TASB changed the subtopic name of this code from Food Services to Food and Nutrition Management in Update 112. Another reasonable subtopic name would be Nutrition Programs and Procedures. |
| 45 | COA | FOOD AND NUTRITION MANAGEMENT | PROCUREMENT | 112 | 112 | U112, Exh. 9, p. 1331 | U112, Exh. 9, p. 1286 | U112, Exh. 9, p. 1292 | TASB substantially revised this code in 2018, and the topic name was changed from Food Services to Food and Nutrition Management, and the subtopic name was changed from Food Purchasing to Procurement. Another reasonable name would be Procurement Requirements or to utilize the more user-friendly term and call it Purchasing. |
| 46 | COB | FOOD AND NUTRITION MANAGEMENT | FREE AND REDUCED-PRICE MEALS | 112 | 112 | U112, Exh. 9, p. 1336 | U112, Exh. 9, p. 1286 | U112, Exh. 9, p. 1292 | The team changed the subtopic to make it more clear. As the code specifically covers meals and snacks, a reasonable subtopic name would be Free and Reduced-Price Meals and Snacks. |

# Exhibit 3 (Revised) to Motion for Preliminary Injunction
## Page 7 of 22

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 47 | CPC | OFFICE MANAGEMENT | RECORDS MANAGEMENT | 80 | 81 | U80, Exh. 9, p. 568 | U80, Exh. 9, p. 562 | U81, Exh. 9, p. 596 | As the codes evolved, CPC is left being the only code with the topic name Office Management. It would be reasonable to restructure the CP series so this code does not stand alone. It would also be reasonable to group this code on records management with the material on the Public Information Act in the G series. A reasonable name for this policy would simply be a topic name of Records Management or Records Management Responsibilities. |
| 48 | CQ | TECHNOLOGY RESOURCES | | 90 | 90 | U90, Exh. 9, p. 881 | U90, Exh. 9, p. 866 | U90, Exh. 9, p. 880 | The team changed the name of this code from Electronic Communication Management to Technology Resources. Another reasonable name for this code, considering much of it is addressing requirements around the Children's Internet Protection Act and the Uniform Electronic Transactions Act, would be Technology Requirements. |
| 49 | CQA | TECHNOLOGY RESOURCES | DISTRICT, CAMPUS, AND CLASSROOM WEBSITES | 103 | 107 | U103, Exh. 9, p. 1127 | U103, Exh. 9, p. 1103 | U107, Exh. 9, p. 1186 | The subtopic for this code could be "Websites" since the indication of which types is unnecessary in light of the material covered in the code. As this code is most useful for the long list of required internet postings, another reasonable subtopic would be "Required Website Postings". An alternative way to organize the content in this policy would be to combine it with other required notices in other formats in a single "Required Notices and Website Postings" policy. |
| 50 | CQB | TECHNOLOGY RESOURCES | CYBERSECURITY | 114 | 114 | U114, Exh. 9, p. 1376 | U114, Exh. 9, p. 1348 | U114, Exh. 9, p. 1364 | Cybersecurity was impacted by several laws in the 86th legislative session, so the team decided to carve out language from CQ related to the topic and create this new code relating to Cybersecurity. The code includes new material and provisions moved from CQ. It would have been reasonable to house this material in the CK series on safety programs, but the decision was made to place it with technology instead. It would have also been reasonable to keep the material in CQ. Another good way to name this code is "Cybersecurity and Electronic Communications". |
| 51 | CQC | TECHNOLOGY RESOURCES | EQUIPMENT | 114 | 114 | U114, Exh. 9, p. 1385 | U114, Exh. 9, p. 1349 | U114, Exh. 9, p. 1364 | The team decided that the material at CQ was becoming too unwieldy, so discreet subtopics were broken out into new nested codes. This Legal Framework was developed to specifically address technology equipment, including relocated content relating to Technology Lending Program Grants. As this topic is specifically about equipment, it could have reasonably been placed within the CL series that includes equipment management. It would have also been reasonable to keep the material in CQ. Another name for the code could have been "Acquisition and Disposition of Equipment". |
| 52 | CSA | FACILITY STANDARDS | SAFETY AND SECURITY | 122 | 121 | U122, Exh. 9, p. 1579 | U122, Exh. 9, p. 1559 | U121, Exh. 9, p. 1532 | The team moved provisions from CS, and new legal authority was added to create a new code specific to safety and security facility standards after House Bill 3 passed in 2023. The CK series relates to Safety Programs, and the information could have been housed there logically, but the determination was made that the material was more aligned to facility standards than safety programming. It would have been reasonable to leave the material at CS. Another reasonable name would be "Safety and Risk Management" or "Security Preparedness". Other topics and subtopics that would reasonably describe the subject matter of this policy include: Facility Requirements / School Safety; Facilities / Safety Measures; and Buildings / Usage and Safety |

**Exhibit 3 (Revised) to Motion for Preliminary Injunction**
**Page 8 of 22**

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 53 | CSB | FACILITY STANDARDS | GAS AND PIPELINES | | 121 | | U, Exh. 9, p. 1559 | U121, Exh. 9, p. 1532 | The team carved out material from CS(LEGAL) to create CSB(LEGAL) and specifically address gas and pipelines. The team deliberated between placing in the CK series and the CS series and ultimately decided on building out the CS series. It would have been reasonable to leave the material at CS. The relevant statutes describe the content as the "natural gas piping" system. TASB chose "gas and pipelines", which is more reader-friendly, but could have easily kept the terminology from the statute. Another reasonable option would have been "Pipeline Infrastructure" or "Natural Gas Infrastructure". |
| 54 | CSC | FACILITY STANDARDS | ASBESTOS MANAGEMENT | 122 | 122 | U122, Exh. 9, p. 1593 | U122, Exh. 9, p. 1559 | U122, Exh. 9, p. 1575 | The team deemed asbestos management important enough to create a new code with focused information on the topic and to present the material with more clarity. Content was moved from CKA to this newly created code. It would have been reasonable to expand the scope of the subtopic to hazardous materials to cover asbestos but also items like lead that also constitute a safety risk in facilities. It would have also been reasonable to leave the content in CKA. Other topics and subtopics that would reasonably describe the subject matter of this policy include: Facility Requirements / Asbestos Hazard Emergency Response; Buildings / Asbestos Health Protection; and Buildings and Facilities / Asbestos Remediation. Note: Asbestos is a safety measure, so it could reasonably be in CSA and not a separate code. |
| 55 | CVA | FACILITIES CONSTRUCTION | COMPETITIVE BIDDING | 57 | 57 | U57, Exh. 9, p. 144 | U57, Exh. 9, p. 130 | U57, Exh. 9, p. 143 | The team created this new code to house material previously at CHC that pertains to facility construction projects. It would be reasonable to have left the material at CHC. It would be reasonable to reference the phrase "procurement method" in either the topic name or subtopic name, such as Competitive Bidding Procurement Method. |
| 56 | CVB | FACILITIES CONSTRUCTION | COMPETITIVE SEALED PROPOSALS | 57 | 57 | U57, Exh. 9, p. 146 | U57, Exh. 9, p. 130 | U57, Exh. 9, p. 143 | SB 583 from the 75th legislative session allows districts to use competitive sealed proposals to select a contractor for construction services, to select a construction manager, or to award a job order contract. The team revised the code to address these changes. Another reasonable subtopic name is Procedures for Competitive Sealed Proposals. |
| 57 | CVC | FACILITIES CONSTRUCTION | CONSTRUCTION MANAGER-AGENT | 91 | 91 | U91, Exh. 9, p. 949 | U91, Exh. 9, p. 920 | U91, Exh. 9, p. 947 | TASB restructured the CV series in Update 91 after legislative changes. Another reasonable subtopic name for this code is Processes Relating to Construction Manager-Agent Method. |
| 58 | CVD | FACILITIES CONSTRUCTION | CONSTRUCTION MANAGER-AT-RISK | 91 | 91 | U91, Exh. 9, p. 951 | U91, Exh. 9, p. 920 | U91, Exh. 9, p. 947 | SB 583 from the 75th legislative session provides for the use of a construction manager-at-risk method for the construction and modification of school facilities. TASB created this new code for the procedures that a District must follow when selecting this method as the best value for the District. Another reasonable subtopic name is Construction Manager-at-Risk Method Procedures. |
| 59 | CVE | FACILITIES CONSTRUCTION | DESIGN-BUILD | 91 | 91 | U91, Exh. 9, p. 955 | U91, Exh. 9, p. 921 | U91, Exh. 9, p. 947 | SB 583 from the 75th legislative session provides for the use of a construction manager-at-risk method for the construction and modification to school facilities. The team opted to create this new code to include the procedures that a District must follow when selecting this method as the best value for the District. Another reasonable subtopic name is Procedures for Design-Build Project Delivery Method. |
| 60 | CVF | FACILITIES CONSTRUCTION | JOB ORDER CONTRACTS | 57 | 57 | U57, Exh. 9, p. 148 | U57, Exh. 9, p. 130 | U57, Exh. 9, p. 143 | TASB incorporated new legislative changes into the policy and renamed the subtopic to more clearly describe the revised content. Another reasonable subtopic name is Job Order Contracting Processes. |
| 61 | CX | CONTRACTS FOR FACILITIES | | 116 | 116 | U116, Exh. 9, p. 1440 | U116, Exh. 9, p. 1434 | U116, Exh. 9, p. 1439 | The team chose to change the subtopic name to more clearly reflect the subject matter. After reflection, the team decided not to mirror the Education Code name ("Contracts for Athletic Facilities") but to expand to include more content than just athletic facilities within the code. |

**Exhibit 3 (Revised) to Motion for Preliminary Injunction**
**Page 9 of 22**

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 62 | CY | INTELLECTUAL PROPERTY | | 90 | 90 | U90, Exh. 9, p. 890 | U90, Exh. 9, p. 867 | U90, Exh. 9, p. 880 | TASB created this new code to assist districts with intellectual property issues. Some material was pulled from existing EFE, and additional material was added to flesh out the topic. As Intellectual Property is a term of art not all educators or community members will necessarily understand, it would be reasonable to name this code "Copyright, Trademark, and Patent". Another reasonable name is "Intellectual Property Ownership and Infringement". |
| 63 | DAB | EMPLOYMENT OBJECTIVES | GENETIC NONDISCRIMINATION | 93 | 93 | U93, Exh. 9, p. 1009 | U93, Exh. 9, p. 995 | U93, Exh. 9, p. 1007 | TASB created this new code to explain the federal Genetic Information Nondiscrmination Act. It would be reasonable to have included this material in DAA and cover all nondiscrimination issues in one code rather than parsing out this particular type of nondiscrimination for its own code. Another reasonable subtopic name would be to mirror the statute language and call it Genertic Information Nondiscrimination. |
| 64 | DBAA | EMPLOYMENT REQUIREMENTS AND RESTRICTIONS | PRE-EMPLOYMENT REVIEWS | 114 | 115 | U114, Exh. 9, p. 1389 | U114, Exh. 9, p. 1349 | U115, Exh. 9, p. 1418 | New legal provisions from House Bill 3 changed the way pre-employment criminal history reviews were conducted. TASB changed the subtopic name to more effectively reflect the evolving legal landscape. TASB could have changed its taxonomy to match legislation but, as often happens, placed new legal provisions into the TASB taxonomy and adjusted the subtopic name to reflect the new content. Other reasonable subtopic names would be Criminal History Reviews or Do Not Hire Registry. |
| 65 | DC | EMPLOYMENT PRACTICES | | 50 | 50 | U50, Exh. 9, p. 1646 | | U50, Exh. 9, p. 1644 | Another reasonable topic name for this code is Required Employment Policies and Processes. The topic name could also be Employment Requirements. |
| 66 | DCA | EMPLOYMENT PRACTICES | PROBATIONARY CONTRACTS | 50 | 50 | U50, Exh. 9, p. 1649 | | U50, Exh. 9, p. 1644 | Another reasonable subtopic name for this code would be Entering Probationary Contracts. When TASB created the subtopics DCA to DCD under DC in Update 50, there were other ways it could have restructured the laws under the topic of Employment Practices. It could have restructured the codes by phase of employment rather than type of contract.  For example, there could be a code that was just for Hiring Contract Employees, and another code for Termination of Contract employees. |
| 67 | DCB | EMPLOYMENT PRACTICES | TERM CONTRACTS | 50 | 50 | U50, Exh. 9, p. 1650 | | U50, Exh. 9, p. 1644 | Another reasonable subtopic name for this code would be Entering Term Contracts. |
| 68 | DCC | EMPLOYMENT PRACTICES | CONTINUING CONTRACTS | 50 | 50 | U50, Exh. 9, p. 1651 | | U50, Exh. 9, p. 1644 | Another reasonable subtopic name for this code would be Entering Continuing Contracts. |
| 69 | DCD | EMPLOYMENT PRACTICES | AT-WILL EMPLOYMENT | 50 | 50 | U50, Exh. 9, p. 1653 | | U50, Exh. 9, p. 1644 | Another reasonable subtopic name for this code would be Entering  At-Will Employment Arrangements. |
| 70 | DCE | EMPLOYMENT PRACTICES | OTHER TYPES OF CONTRACTS | 58 | 58 | U58, Exh. 9, p. 160 | U58, Exh. 9, p. 153 | U58, Exh. 9, p. 158 | TASB Legal Services had long advised that individuals who are not required to receive contracts compliant with Chapter 21 of the Education Code should not receive Chapter 21 contracts but should either be at-will or employed under a different contract. As Districts continued to use the Chapter 21 contracts for these employees, TASB decided that a separate policy setting out the parameters of those employment arrangements was appropriate. As most educators call this category of employees "Non-Chapter 21", it would be reasonable and possibly preferable to use that phrase as the subtopic name. |
| 71 | DEA | COMPENSATION AND BENEFITS | COMPENSATION PLAN | 102 | 102 | U102, Exh. 9, p. 1077 | U102, Exh. 9, p. 1068 | U102, Exh. 9, p. 1075 | The subtopic name was changed from Wage and Hour Laws to Compensation Plan in Update 102 after the team decided to recode much of the content in the DEA series. Another reasonable subtopic name for this code is Compensation Requirements and Processes. |
| 72 | DEAA | COMPENSATION PLAN | INCENTIVES AND STIPENDS | 102 | 102 | U102, Exh. 9, p. 1084 | U102, Exh. 9, p. 1069 | U102, Exh. 9, p. 1075 | In Update 102 the team reorganized the DEA series which changed the topic name to Compensation Plan. The previous topic name of Compensation and Benefits was moved to DEE. Another reasonable topic name would be simply "Compensation", as Plan is not necessary to relay the meaning of the code topic. |

# Exhibit 3 (Revised) to Motion for Preliminary Injunction
## Page 10 of 22

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 73 | DEAB | COMPENSATION PLAN | WAGE AND HOUR LAWS | 102 | 102 | U102, Exh. 9, p. 1089 | U102, Exh. 9, p. 1069 | U102, Exh. 9, p. 1075 | As part of the reorganization of the DEA series, the team changed the topic name of this policy to Compensation Plan, and the subtopic has been changed to Wage and Hour Laws. Material from DEA moved into this code. As the code is really about the Fair Labor Standards Act, it would have been reasonable to use that as the subtopic. |
| 74 | DECA | LEAVES AND ABSENCES | FAMILY AND MEDICAL LEAVE | 85 | 85 | U85, Exh. 9, p. 701 | U85, Exh. 9, p. 686 | U85, Exh. 9, p. 699 | Update 85 saw the expansion of the leaves and absences series of policy codes to include DECA and DECB. As a result of new FMLA regulations, the team amended provisions from DEC to create this new code. It would have been reasonable to leave the material in DEC. Rather than mirror the name of the statute, it would be reasonable to use a subtopic name of Health-Related Leave. |
| 75 | DECB | LEAVES AND ABSENCES | MILITARY LEAVE | 85 | 85 | U85, Exh. 9, p. 719 | U85, Exh. 9, p. 688 | U85, Exh. 9, p. 699 | The team expanded the leaves and absences series of policy codes to include DECA and DECB in Update 85. Material from DEC was moved to this code to address military leave in one location. It would be reasonable to use the subtopic name "Federal and State Military Leave" to ensure it is clear to the reader that USERRA is not the only applicable law. The team could have reasonably chosen to leave the material in DEC. It would also be reasonable to create a military topic and include admissions information, leave information, etc. Military families would likely prefer all of their pertinent policies to be grouped together. |
| 76 | DF | TERMINATION OF EMPLOYMENT | | 81 | 82 | U81, Exh. 9, p. 601 | U81, Exh. 9, 581 | U82, Exh. 9, p. 633 | This code was previously named Termination of Contract and the team changed it to Termination of Employment as some of the legal references in this code apply to all employees and not just contract employees. The team wanted to be clear that the law applies to all and not some district employees. Another reasonable name for this code would be Employment Ineligibility and Termination. |
| 77 | DFAB | PROBATIONARY CONTRACTS | TERMINATION AT END OF YEAR | 50 | 50 | U50, Exh. 9, p. 1654 | | U50, Exh. 9, p. 1644 | Another reasonable subtopic name for this code would be Exiting Probationary Contracts. |
| 78 | DFAC | PROBATIONARY CONTRACTS | RETURN TO PROBATIONARY STATUS | 53 | 53 | U53, Exh. 9, p. 116 | U53, Exh. 9, p. 111 | U53, Exh. 9, p. 114 | The team moved material from DNB to create and consolidate information relating to processes and requirements when an employee is returned to probationary contract status. The team could have reasonably decided not to make the revision and leave the material at DNB. Another reasonable subtopic name for this code is Voluntary Return to Probationary Contract. |
| 79 | DFBA | TERM CONTRACTS | SUSPENSION/TERMINATION DURING CONTRACT | 50 | 50 | U50, Exh. 9, p. 1655 | | U50, Exh. 9, p. 1644 | Another reasonable subtopic name for this code would be Terminating Term Contracts and Suspensions. |
| 80 | DFBB | TERM CONTRACTS | NONRENEWAL | 50 | 50 | U50, Exh. 9, p. 1656 | | U50, Exh. 9, p. 1644 | Another reasonable subtopic name for this code would be Exiting Term Contracts at End of Year. |
| 81 | DFCA | CONTINUING CONTRACTS | SUSPENSION/TERMINATION | 50 | 50 | U50, Exh. 9, p. 1658 | | U50, Exh. 9, p. 1644 | Another reasonable subtopic name for this code would be Terminating Continuing Contracts and Suspensions. |
| 82 | DFD | TERMINATION OF EMPLOYMENT | HEARINGS BEFORE HEARING EXAMINER | 91 | 82 | U91, Exh. 9, p. 1669 | U91, Exh. 9, p. 926 | U82, Exh. 9, p. 633 | Another reasonable subtopic name for this code would be Termination Hearings. |
| 83 | DFE | TERMINATION OF EMPLOYMENT | RESIGNATION | 87 | 82 | U87, Exh. 9, p. 1667 | U87, Exh. 9, 765 | U82, Exh. 9, p. 633 | Another reasonable subtopic name that would also be more descriptive is Resignation and Contract Abandonment. |

# Exhibit 3 (Revised) to Motion for Preliminary Injunction
## Page 11 of 22

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 84 | DFF | TERMINATION OF EMPLOYMENT | REDUCTION IN FORCE | 92 | 82 | U92, Exh. 9, p. 988 | U92, Exh. 9, p. 985 | U82, Exh. 9, p. 633 | The team created DFF to hold information on reduction in force (RIF), and it includes preexisting commissioner of education decisions and statutory provisions, as well as new provisions from SB 8 from the 82nd legislative session. Since a RIF hinges on either a financial exigency or a program change, this material could have been housed in the C section with or near CEA which deals with financial exigencies. In the current manual, the concept of financial exigencies can be found in codes like CEA, DFF, DFBA, BJCG, and others. Alternatively, it would have been reasonable to combine these materials into one financial exigency code. |
| 85 | DGA | EMPLOYEE RIGHTS AND PRIVILEGES | FREEDOM OF ASSOCIATION | 68 | 71 | U68, Exh. 9, p. 263 | U68, Exh. 9, 257 | U71, Exh. 9, p. 325 | TASB moved some topics to this code from DGB and changed the subtopic to more clearly reflect the revised subject matter. TASB could have rationally chosen to leave the material at DGB. Another reasonable subtopic name would be Political and Association Participation. |
| 86 | DGBA | PERSONNEL-MANAGEMENT RELATIONS | EMPLOYEE COMPLAINTS/GRIEVANCES | 71 | 54 | U71, Exh. 9, p. 326 | U71, Exh. 9, p. 318 | U54, Exh. 9, p. 120 | TASB's decision to create three separate codes for complaints and grievances based on the complaining party was a creative decision that was not driven by legal need but was based on member use of the manual. That decision continues to be deliberated and reconsidered by the TASB team to this date. Another reasonable subtopic name for this code is simply Employee Grievances, as that is the term used in the Texas and United States Constitutions. Another reasoanble subtopic name would be Grievance Processes. Other reasonable subtopic names are Complaints and Grievances or Personnel Complaints and Grievances or Staff Complaints/Grievances. |
| 87 | DGC | EMPLOYEE RIGHTS AND PRIVILEGES | IMMUNITY | 91 | 91 | U91, Exh. 9, p. 961 | U91, Exh. 9, p. 926 | U91, Exh. 9, p. 960 | The team created this new code to cover immunity as part of the employee rights and privileges series. Much of the material moved, unchanged, from DG, and additional information from Senate Bill 471 from the 82nd legislative session related to child abuse and maltreatment was added. An alternative subtopic name would be "Liability and Immunity" because some of the provisions are related to liability and not immunity, specifically. |
| 88 | DHB | EMPLOYEE STANDARDS OF CONDUCT | REPORTS TO STATE BOARD FOR EDUCATOR CERTIFICATION | 103 | 103 | U103, Exh. 9, p. 1133 | U103, Exh. 9, p. 1108 | U103, Exh. 9, p. 1132 | TASB added this new code to include all relevant provisions on reports to the State Board for Educator Certification. The material at this code was moved from DH, DF, and DFE and modified as a result of HB 1783 from the 84th legislative session. As reports to SBEC are not specifically related to standards of conduct and may incorporate more, it would have been reasonable to have created a specific topic series on "Reporting Bad Acts" that could have also included DHC material as well. |
| 89 | DHC | EMPLOYEE STANDARDS OF CONDUCT | REPORTS TO TEXAS EDUCATION AGENCY | 114 | 114 | U114, Exh. 9, p. 1398 | U114, Exh. 9, p. 1351 | U114, Exh. 9, p. 1388 | After House Bill 3 from the 86th legislative session passed, the team decided to create this new code relating to reporting terminations and resignations following allegations of misconduct of noncertified employees that parallels the content in DHB. The material could have reasonably been placed with the termination of employment in the DF series, but the decision was made to carve out this requirement relating to ending the employment relationship into its own code. This makes sense to ensure there is no confusion about the statutory requirements for terminating contract employees that are not true for noncertified employees. The subtopic name could have reasonably been "Reports to Government Agencies" or "Noncertified Employee Misconduct". |
| 90 | DHE | EMPLOYEE STANDARDS OF CONDUCT | SEARCHES AND ALCOHOL/DRUG TESTING | 60 | 60 | U60, Exh. 9, p. 169 | U60, Exh. 9, p. 164 | U60, Exh. 9, p. 168 | After team consideration, policy provisions previously found at DBBA and dealing exclusively with drug and alcohol testing required by the U.S. Department of Transportation were moved to this new code which covers all employee searches. A reasonable subtopic name would simply be Searches. Another option would be to track the Constitutional language and use the subtopic name Searches and Seizures. |

**Exhibit 3 (Revised) to Motion for Preliminary Injunction**
**Page 12 of 22**

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| | DIA | EMPLOYEE WELFARE | FREEDOM FROM DISCRIMINATION, HARASSMENT, AND RETALIATION | 83 | 83 | U83, Exh. 9, p. 645 | U83, Exh. 9, p. 639 | U83, Exh. 9, p. 644 | The subtopic name was revised to coordinate with the material in the recommended local policy recommendation. There was notable planning around leaving the nondiscrimination and retaliation provisions at DAA, but adding references in the text to direct readers to the relevant provisions. As the legal framework and local policy recommendations work together, the subtopic name was revised to accommodate. It would be reasonable to address both student and employee provisions in one policy code rather than dividing them. Another appropriate subtopic name is Discrimination and Harassment Grievances and Coordinators. |
| | DLB | WORK LOAD | REQUIRED PLANS AND REPORTS | 71 | 71 | U71, Exh. 9, p. 328 | U71, Exh. 9, p. 318 | U71, Exh. 9, p. 325 | This code was created by TASB during Update 71 after new legal requirements went into effect. It was determined that the material on required plans and reports should nest under the work load requirements in the DL series. A potentially better subtopic name is Restrictions on Written Reports. |
| | DMA | PROFESSIONAL DEVELOPMENT | REQUIRED STAFF DEVELOPMENT | 67 | 71 | U67, Exh. 9, p. 251 | U67, Exh. 9, p. 234 | U71, Exh. 9, p. 325 | The TASB team opted to expand this code to include required staff development relating to gifted and talented education and adult education so the subtopic name was revised. Another reasonable subtopic name would be Required Staff Training. As the law requires boards to adopt a professional development policy, another reasonable subtopic name is Professional Development Policy and Staff Development Requirements. |
| | DNA | PERFORMANCE APPRAISAL | EVALUATION OF TEACHERS | 53 | 53 | U53, Exh. 9, p. 1660 | U53, Exh. 9, p. 112 | U53, Exh. 9, p. 115 | Before the current subtopic was coined, this code's subtopic name was Performance Appraisal. The team decided to restructure the material so DNA would only apply to the appraisal of teachers. The subtopic name could reasonably be the name of the actual teacher evaluation tool provided by the state, which is T-TESS. Another reasonable subtopic name is Teacher Evaluations. It would also be reasonable to code both teacher and administrator evaluations in one location. |
| | DNB | PERFORMANCE APPRAISAL | EVALUATION OF CAMPUS ADMINISTRATORS | 105 | 105 | U105, Exh. 9, p. 1170 | U105, Exh. 9, p. 1159 | U105, Exh. 9, p. 1169 | The team changed the subtopic name from Evaluation of Other Professional Employees to Evaluation of Campus Administrators. Another reasonable subtopic name for this code would be Other Required Evaluations, as the legal content also covers employees who are not campus administrators, including school counselors and nurses. |
| | EEM | INSTRUCTIONAL ARRANGEMENTS | Juvenile Residential Facilities | 88 | 88 | U88, Exh. 9, p. 825 | U88, Exh. 9, p. 815 | U88, Exh. 9, p. 823 | The TASB team thought about whether these provisions should be coded in the F section since they stem from Chapter 37 discipline matters but ultimately landed on the E section because it addresses educational services. The attorneys also considered whether it should be placed with instructional arrangements or special programs and opted for instructional arrangements. Another reasonable coding decision would be to place with attendance, as the state-issued Student Attendance Handbook also covers some of the material. Another reasonable subtopic name would be more specific and something like Pre- and Post-Adjudication Court Ordered Placements. |
| | EFA | INSTRUCTIONAL RESOURCES | INSTRUCTIONAL MATERIALS | 108 | 91 | U108, Exh. 9, p. 1200 | U108, Exh. 9, p. 1195 | U91, Exh. 9, p. 964 | Provisions addressing selection and adoption of instructional materials have been relocated from EFAA to this policy code as a part of the reworking of the EF series. This decision was considered well in advance of the move and the code structure was set up in an index before the policy language was adjusted to fill the code. Another subtopic name could be Instructional Materials Selection and Review. |

**Exhibit 3 (Revised) to Motion for Preliminary Injunction**
**Page 13 of 22**

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 98 | EFB | INSTRUCTIONAL RESOURCES | LIBRARY MATERIALS | 122 | 119 | U122, Exh. 9, p. 1599 | U122, Exh. 9, p. 1562 | U119, Exh. 9, p. 1522 | The subtopic name was Library Media Programs before it was registered in the Update 122 copyright submission and changed to Library Materials. This restructuring was considered and decided upon a few updates before the text of the policy was created, and is reflected in index revisions to hold space for the material. School Library Programs is the term used by the Texas State Library and Archives Commission, and that would be a reasonable subtopic name for this code. Other topics and subtopics that would reasonably describe the subject matter of this policy include: Books / Libraries; Instructional and Library Materials / Library Standards and Requirements; and Reading Materials / Library |
| 99 | EHBAA | SPECIAL EDUCATION | IDENTIFICATION, EVALUATION, AND ELIGIBILITY | 77 | 77 | U77, Exh. 9, p. 494 | U77, Exh. 9, p. 478 | U77, Exh. 9, p. 492 | TASB responded to changes brought on by the reauthorization of the Individuals with Disabilities Act in Update 56 by creating four different codes (EHBAA, EHBAB, EHBAC, and EHBAD) to enact different aspects of IDEA. By creating the different subtopics, TASB hoped to reduce the page count of subsequent revisions. Another reasonable name for this subtopic would be Identification, Evaluation, and Reevaluation Procedures. TASB subsequently reevaluated the scope and content of the policies in the EHBA series Update 77 and changed the topic from Special Education Students to Special Education. |
| 100 | EHBAB | SPECIAL EDUCATION | ARD COMMITTEE AND INDIVIDUALIZED EDUCATION PROGRAM | 84 | 84 | U84, Exh. 9, p. 671 | U84, Exh. 9, p. 655 | U84, Exh. 9, p. 669 | Along with additional revisions to the text, the team changed the subtopic name in Update 84. It would have been reasonable to leave the subtopic as Individualized Education Program and ARDs. Another appropriate subtopic name would be Committee Meetings and Individualized Plans. It would also be reasonable to divide this policy into two parts – one for the committee information and one for the plan information. |
| 101 | EHBAC | SPECIAL EDUCATION | STUDENTS IN NONDISTRICT PLACEMENT | 77 | 77 | U77, Exh. 9, p. 506 | U77, Exh. 9, p. 479 | U77, Exh. 9, p. 492 | Legislative changes led the team to make revisions to this policy and the topic name, which changed from Special Education Students to Special Education. Another reasonable topic name would be have been to keep Special Education Students or Students Receiving Special Education. |
| 102 | EHBAD | SPECIAL EDUCATION | TRANSITION SERVICES | 77 | 77 | U77, Exh. 9, p. 512 | U77, Exh. 9, p. 479 | U77, Exh. 9, p. 492 | The scope and subtopic name were revised at this update (Update 77) to address transition services for students who receive special education services. Special education is special program so it houses in the EHB section, and special education is grouped in EHBA series. Districts know to look in that series for all information relating to special education services. Another reasonable subtopic name would be Individual Transition Planning. |
| 103 | EHBAE | SPECIAL EDUCATION | PROCEDURAL REQUIREMENTS | 77 | 77 | U77, Exh. 9, p. 514 | U77, Exh. 9, p. 480 | U77, Exh. 9, p. 492 | TASB's redirection of policy code EHBAD prompted the creation of this new code to address special education procedural requirements that were previously found at EHBAD. Material was redeveloped for clarity and to update statutory provisions. Another reasonable subtopic would be Procedural Safeguards and Requirements or Required Procedures. |
| 104 | EHBAF | SPECIAL EDUCATION | VIDEO/AUDIO MONITORING | 104 | 104 | U104, Exh. 9, p. 1150 | U104, Exh. 9, p. 1145 | U104, Exh. 9, p. 1148 | TASB decided to create this code after legislative changes created new video monitoring requirements for special education classrooms. It would have been reasonable to have coded this material in the C section since it is about a required installation in the room and not the students specifically. Another reasonable subtopic name would be Video Surveillance Upon Request. |

# Exhibit 3 (Revised) to Motion for Preliminary Injunction
## Page 14 of 22

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| | EHBC | SPECIAL PROGRAMS | COMPENSATORY SERVICES AND INTENSIVE PROGRAMS | 121 | 121 | U121, Exh. 9, p. 1535 | U121, Exh. 9, p. 1527 | U121, Exh. 9, p. 1533 | TASB reorganized the EHB series in update 121 and part of that restructuring saw a subtopic name change at this code. While contemplating the new name, the assigned attorney considered COMPENSATORY SERVICES AND SUPPLEMENTAL PROGRAMS, but she did not want to make it to be confused with compensatory education funding since some of the included programs are likely not funded through that source. The attorney settled on this subtopic name based on the first section of the document, which is a general statement about districts using programs for certain students. Another reasonable subtopic name would be Intensive Programs for Struggling Students. |
| | EHBCA | COMPENSATORY SERVICES AND INTENSIVE PROGRAMS | ACCELERATED INSTRUCTION | 121 | 121 | U121, Exh. 9, p. 1545 | U121, Exh. 9, p. 1527 | U121, Exh. 9, p. 1533 | Content from EHBC moved over to centralize authorities on accelerated instruction and accelerated learning committees. The material could have logically been placed in EHBB with gifted and talented students, but it was determined that accelerated instruction applied more broadly and warranted its own code. Another reasonable description for this topic would be "Academic Interventions", "Focused Interventions", or "Learning Recovery". |
| | EHBD | SPECIAL PROGRAMS | FEDERAL TITLE I | 87 | 76 | U87, Exh. 9, p. 799 | U87, Exh. 9, p. 767 | U76, Exh. 9, p. 467 | The subtopic name was changed by the team from Federal Title I Programs to Federal Title I. The word Programs was deemed superfluous since it is in the topic name as well. As most educators use the term Title I and the word Federal is rarely used and unnecessary, another reasonable subtopic name would simply be Title I. |
| | EHBF | SPECIAL PROGRAMS | CAREER AND TECHNICAL EDUCATION | 88 | 88 | U88, Exh. 9, p. 828 | U88, Exh. 9, p. 816 | U88, Exh. 9, p. 824 | The team changed the subtopic name from Career and Technology Education to Career and Technical Education after the team determined that this new subtopic more clearly described the content. The team took into consideration that state law and federal law use different terms for the same legal concepts. It would be reasonable to have left the subtopic name Career and Technology Education to more closely align to the state terminology. As educators generally refer to these special programs as CTE, that would also be a reasonable user-friendly subtopic name. |
| | EHBG | SPECIAL PROGRAMS | PREKINDERGARTEN | 76 | 76 | U76, Exh. 9, p. 468 | U76, Exh. 9, p. 457 | U76, Exh. 9, p. 467 | TASB created this new code to specifically focus on prekindergarten programs and moved provisions, previously found at FD and elsewhere, to this new policy that nests within the special programs EHB series. A more descriptive subtopic name would be Tuition-Free and Tuition-Supported Prekindergarten. |
| | EHBH | SPECIAL PROGRAMS | OTHER SPECIAL POPULATIONS | 50 | 50 | U50, Exh. 9, p. 26 | | U50, Exh. 9, p. 25 | Another reasonable subtopic name for this code would be Deaf or Hard of Hearing, as the provisions in the code only address that specific special population. |
| | EHBJ | SPECIAL PROGRAMS | INNOVATIVE AND MAGNET PROGRAMS | 108 | 108 | U108, Exh. 9, p. 1204 | U108, Exh. 9, p. 1196 | U108, Exh. 9, p. 1199 | TASB created this new code to house information relating to innovative and magnet programs that existed in code EGA before. It would have been reasonable for the team to leave the material at EGA. A reasonable subtopic name would have been "Innovative Courses and Programs". Since the material is closely aligned to curriculum design, it would have made sense to keep the material with the topic name "curriculum design" or create a sub-series called "Innovative Curriculum." |
| | EHBK | SPECIAL PROGRAMS | OTHER INSTRUCTIONAL INITIATIVES | 66 | 66 | U66, Exh. 9, p. 226 | U66, Exh. 9, p. 218 | U66, Exh. 9, p. 225 | Mandated observance and recognition days are housed all over various statutes and rules. TASB aims to pull those provisions together into one location in this code to allow schools to easily assess and plan for those required instructional initiatives. A potentially better subtopic name is Mandatory Recognition Dates and Student Elections. |

# Exhibit 3 (Revised) to Motion for Preliminary Injunction
## Page 15 of 22

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 113 | EHBL | SPECIAL PROGRAMS | HIGH SCHOOL EQUIVALENCY | 79 | 79 | U79, Exh. 9, p. 557 | U79, Exh. 9, p. 552 | U79, Exh. 9, p. 556 | Material previously housed in EK was moved and updated to create this new code specifically about high school equivalency, including GED testing. Over time, the EHB series on special programs in the instruction section was built out to include discrete codes for everything from prekindergarten to adult and community education. A reasonable subtopic name would be to follow the statutory language and call it the High School Equivalency Program. |
| 114 | EHDC | ALTERNATIVE METHODS FOR EARNING CREDIT | CREDIT BY EXAMINATION WITHOUT PRIOR INSTRUCTION | 89 | 89 | U89, Exh. 9, p. 849 | U89, Exh. 9, p. 840 | U89, Exh. 9, p. 848 | The material in this code was recoded by the team from a previous EEJA on Individualized Learning. As credit by examination without prior instruction is generally part of an acceleration strategy, a reasonable subtopic name for this code would be Acceleration Credits or Credits for Acceleration. |
| 115 | EHDD | ALTERNATIVE METHODS FOR EARNING CREDIT | COLLEGE COURSE WORK/DUAL CREDIT | 89 | 89 | U89, Exh. 9, p. 850 | U89, Exh. 9, p. 840 | U89, Exh. 9, p. 848 | In Update 89 the team decided to change the topic name from Extended Instructional Programs to Alternative Methods for Earning Credit. Another reasonable subtopic name would be College Credits. |
| 116 | EHDE | ALTERNATIVE METHODS FOR EARNING CREDIT | DISTANCE LEARNING | 89 | 89 | U89, Exh. 9, p. 854 | U89, Exh. 9, p. 841 | U89, Exh. 9, p. 848 | As a part of the restructuring of the EHD series, the team changed the topic name and this particular code was structured to focus on distance learning. Material was recoded from EEJC so that the various types of distance learning are located in one policy. A potentially better subtopic name is Virtual and Hybrid Learning. |
| 117 | EIA | ACADEMIC ACHIEVEMENT | GRADING/PROGRESS REPORTS TO PARENTS | 52 | 52 | U52, Exh. 9, p. 86 | U52, Exh. 9, p. 76 | U52, Exh. 9, p. 84 | The team decided to deactive code EIAB on Progress Reports to Parents and include the notice to parents provisions into EIA. The subtopic was previously Grading/Permanent Record. As most parents use the term "report card" a reasonable subtopic name would be Grading/Report Cards. |
| 118 | EIE | ACADEMIC ACHIEVEMENT | RETENTION AND PROMOTION | 52 | 52 | U52, Exh. 9, p. 87 | U52, Exh. 9, p. 77 | U52, Exh. 9, p. 84 | TASB chose to change the subtopic name from Promotion, Retention, and Placement to Retention and Promotion. As most parents call retention "holding back", it would be reasonable to use a subtopic name of Holding Back and Promoting Grade Levels. |
| 119 | EIF | ACADEMIC ACHIEVEMENT | GRADUATION | 52 | 52 | U52, Exh. 9, p. 88 | U52, Exh. 9, p. 77 | U52, Exh. 9, p. 84 | Provisions from EIED were moved to this code to create one code that focuses on graduation. Another good subtopic name for this code is Graduation Requirements. |
| 120 | EKB | TESTING PROGRAMS | STATE ASSESSMENT | 78 | 76 | U78, Exh. 9, p. 535 | U78, Exh. 9, p. 527 | U76, Exh. 9, p. 467 | As parents think of the state assessment program as "standardized testing" or "state testing", a reasonable subtopic name is Standardized Testing or State Testing Requirements. |
| 121 | EKBA | STATE ASSESSMENT | ENGLISH LEARNERS/EMERGENT BILINGUAL STUDENTS | 118 | 118 | U118, Exh. 9, p. 1484 | U118, Exh. 9, p. 1471 | U118, Exh. 9, p. 1483 | The team adjusted the subtopic name to match the current terminology for emergent bilingual students. The subtopic could have remained the same, because not all legal provisions had changed vocabulary, but it was determined that it was time to adjust the language to reflect emerging terminology. It would be reasonable to group this material with the other bilingual education material at EHBE. Another appropriate subtopic name for this code would be Primary Language Other than English. |
| 122 | EKC | TESTING PROGRAMS | READING ASSESSMENT | 81 | 76 | U81, Exh. 9, p. 605 | U81, Exh. 9, p. 584 | U76, Exh. 9, p. 467 | The topic name changed from Testing Program to Testing Programs. Making the topic name plural was appropriate since there are now multiple testing programs mandated by the state. Another reasonable topic name would be Assessment Instruments. The subtopic for this code could also be Reading Readiness and Early Literacy. |
| 123 | EKD | TESTING PROGRAMS | MATHEMATICS ASSESSMENT | 87 | 76 | U87, Exh. 9, p. 802 | U87, Exh. 9, p. 767 | U76, Exh. 9, p. 467 | TASB created this new code to house provisions associated with a mathematics initiative enacted in 2001. The subtopic is sufficiently broad to include other mathematics assessment initiatives and programs. As the statute refers to foundational numeracy skills, a reasonable subtopic name would be Assessing Mathematics Numeracy Skills. |

# Exhibit 3 (Revised) to Motion for Preliminary Injunction
## Page 16 of 22

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 124 | EL | CAMPUS OR PROGRAM CHARTERS | | 111 | 111 | U111, Exh. 9, p. 1269 | U111, Exh. 9, p. 1265 | U111, Exh. 9, p. 1268 | While recoding some material to another location, the team decided to change the subtopic name from Campus Charters to Campus or Program Charters to better reflect the content. Another reasonable subtopic name would be Campus or Program Charter School Establishment or Campus or Program Charter Requirements. |
| 125 | ELA | CAMPUS OR PROGRAM CHARTERS | PARTNERSHIP CHARTERS | 111 | 111 | U111, Exh. 9, p. 1276 | U111, Exh. 9, p. 1265 | U111, Exh. 9, p. 1268 | After relevant administrative rules were put into place, the team decided to pull information relating to partnership charters from EL and update it to create a new code here. Considering how relatively rare these types of charters are, it would have also been reasonable to leave the material in EL and simply point readers to more detailed information in the statute. Another reasonable name would be "Contracts with Charter Partners". |
| 126 | EMI | MISCELLANEOUS INSTRUCTIONAL POLICIES | STUDY OF RELIGION | 68 | 69 | U68, Exh. 9, p. 264 | U68, Exh. 9, p. 258 | U69, Exh. 9, p. 291 | After attorney deliberations, the team decided the content of this code should focus on instructional issues related to religion and not religion more broadly, so the subtopic name was changed from Religion in Schools to Study of Religion. Other material related to religion was recoded to the FNA series. Another reasonable subtopic name is Elective Religion Courses. |
| 127 | FA | PARENT RIGHTS AND RESPONSIBILITIES | | 122 | 122 | U122, Exh. 9, p. 1604 | U122, Exh. 9, p. 1566 | U122, Exh. 9, p. 1601 | TASB created this new code to specifically address Chapter 26 of the Education Code and pull all parental rights information into a single location. The team deliberated the use of a subtopic for informational purposes but decided against it for stylistic consistency. The scope of coverage was carefully considered in determining the topic name. Another reasonable name would have been "Parent Rights and Obligations" or "Rights and Requirements of Parents". As parents are not technically students, and the F series focuses on students, the material could have also been housed in either the G section relating to the broader community or the B section relating to broader governance decisions. Other topics and subtopics that would reasonably describe the subject matter of this policy include: Parental Rights; and Parental Rights and Engagement. |
| 128 | FB | EQUAL EDUCATIONAL OPPORTUNITY | | 75 | 75 | U75, Exh. 9, p. 444 | U75, Exh. 9, p. 439 | U75, Exh. 9, p. 442 | In Update 75 TASB made substantial substantive revisions to the FB Legal Framework, which included changing the name to Equal Educational Opportunity. As this code houses several different types of prohibited discrimination, it would be reasonable to code all of the types into nested codes. It would also be reasonable to have used the subtopic name Prohibited Discrimination. |
| 129 | FBA | EQUAL EDUCATIONAL OPPORTUNITY | SERVICE ANIMALS | 90 | 90 | U90, Exh. 9, p. 902 | U90, Exh. 9, p. 873 | U90, Exh. 9, p. 900 | In 2010, the Department of Justice amended regulations implementing Titles II and III of the Americans with Disabilities Act. As a result of these regulations, the team decided to create a new code specifically about service animals as a subtopic of equal educational opportunity rather than fitting it into an existing code. As service animals may be utilized by anyone, it would also have been reasonable to place these provisions in the G section |
| 130 | FD | ADMISSIONS | | 69 | 69 | U69, Exh. 9, p. 294 | U69, Exh. 9, p. 286 | U69, Exh. 9, p. 292 | The team decided that FD will be devoted to admissions policies and anything relating to attendance would be recoded to the FE series, so the subtopic name changed from Admissions and Attendance to Admissions. Another reasonable subtopic name would be Admissions Eligibility or Admissions Eligibility and Requirements. |
| 131 | FDA | ADMISSIONS | INTERDISTRICT TRANSFERS | 71 | 71 | U71, Exh. 9, p. 331 | U71, Exh. 9, p. 321 | U71, Exh. 9, p. 329 | The policy manual uses subtopic names interdistrict transfers and intradistrict transfers. Individuals are often confused as to what these terms use and apply to. Another reasonable subtopic name would be Transfers from Out of District. |
| 132 | FDAA | INTERDISTRICT TRANSFERS | PUBLIC EDUCATION GRANTS | 50 | 50 | U50, Exh. 9, p. 30 | | U50, Exh. 9, p. 28 | Another reasonable topic name for this code would be Transfers from Out of District, and another reasonable subtopic name would be Funding. |

# Exhibit 3 (Revised) to Motion for Preliminary Injunction
## Page 17 of 22

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 133 | FDB | ADMISSIONS | INTRADISTRICT TRANSFERS AND CLASSROOM ASSIGNMENTS | 81 | 81 | U81, Exh. 9, p. 609 | U81, Exh. 9, 585 | U81, Exh. 9, p. 607 | In Update 81 the team decided the existing subtopic name of Intradistrict Transfers was misleading since the code includes both campus-to-campus and classroom-to-classroom transfers and campus and classroom assignments in general. Another reasonable subtopic name would be Inner District and Classroom Assignments. |
| 134 | FDC | ADMISSIONS | HOMELESS STUDENTS | 71 | 71 | U71, Exh. 9, p. 334 | U71, Exh. 9, p. 321 | U71, Exh. 9, p. 329 | This code was formerly retired but was reactivated in Update 71 with its current content relating to homeless students and requirements of the McKinney-Vento Act. The team decided to house the material within the admissions series at FD. The subtopic could have been Students Experiencing Homelessness or Children Who Are Homeless. It would also be reasonable to identify the material by using a subtopic name that tracks the primary statute, which would be Students Protected by the McKinney-Vento Act. |
| 135 | FDD | ADMISSIONS | MILITARY DEPENDENTS | 86 | 86 | U86, Exh. 9, p. 748 | U86, Exh. 9, p. 739 | U86, Exh. 9, p. 746 | With SB 90, from the 81st legislative session, Texas joined the Interstate Compact on Educational Opportunity for Military Students. The purpose of the Compact is to remove barriers to educational success imposed on children of military families because of frequent moves and deployment of their parents. As a result, TASB changed the subtopic name of this policy to focus on law specific to military dependents and moved to FDE the provisions on school safety that were previously in this code. As the statute refers to "children of military families", it would be reasonable to use a subtopic name of "Children of Military Families". |
| 136 | FDE | ADMISSIONS | SCHOOL SAFETY TRANSFERS | 86 | 86 | U86, Exh. 9, p. 752 | U86, Exh. 9, p. 739 | U86, Exh. 9, p. 746 | The FD series was restructured by the TASB team to make room for a code specifically for military dependents. Code FDE was created to specifically address school safety transfers. Another reasonable subtopic name is Safety Transfers. |
| 137 | FEA | ATTENDANCE | COMPULSORY ATTENDANCE | 69 | 69 | U69, Exh. 9, p. 301 | U69, Exh. 9, p. 286 | U69, Exh. 9, p. 292 | As part of the coding changes for the attendance policies in the update, this new policy contains legally referenced provisions pertaining to compulsory attendance previously found at FDC, which was decommissioned. Another reasonable subtopic name is "Required Attendance", which may be more easily understood by the public. |
| 138 | FEB | ATTENDANCE | ATTENDANCE ACCOUNTING | 69 | 69 | U69, Exh. 9, p. 306 | U69, Exh. 9, p. 287 | U69, Exh. 9, p. 292 | This new policy contains legally referenced provisions pertaining to attendance accounting previously found at FDD. Recoding the text allowed us to add new material from various rules. A subtopic that is more closely aligned to the terminology used by state agencies would be Student Attendance Accounting. |
| 139 | FEC | ATTENDANCE | ATTENDANCE FOR CREDIT | 69 | 69 | U69, Exh. 9, p. 309 | U69, Exh. 9, p. 287 | U69, Exh. 9, p. 292 | As part of the coding changes for the attendance policies in the update, this new policy contains legally referenced provisions pertaining to attendance for credit previously found at FDD which now houses information relating to military dependents. As most educators refer to the content of this policy as the Ninety Percent Rule, that would be a reasonable subtopic name. |
| 140 | FED | ATTENDANCE | ATTENDANCE ENFORCEMENT | 69 | 69 | U69, Exh. 9, p. 310 | U69, Exh. 9, p. 287 | U69, Exh. 9, p. 292 | As part of the coding changes for the attendance policies in the update, this new policy contains legally referenced provisions pertaining to attendance enforcement previously found at FDE, which was decommissioned. Another subtopic name could be Failure to Attend. It would also be reasonable to simply use Truancy, as that is a widely used term of art that is not found in any code's name. |
| 141 | FFA | STUDENT WELFARE | WELLNESS AND HEALTH SERVICES | 77 | 77 | U77, Exh. 9, p. 520 | U77, Exh. 9, p. 481 | U77, Exh. 9, p. 518 | The team changed the subtopic name from Health Requirements and Services to Wellness and Health Services. Another reasonable subtopic name is Health and Wellness. |

**Exhibit 3 (Revised) to Motion for Preliminary Injunction**
**Page 18 of 22**

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 142 | FFAE | WELLNESS AND HEALTH SERVICES | SCHOOL-BASED HEALTH CENTERS | 89 | 77 | U89, Exh. 9, p. 859 | U89, Exh. 9, p. 842 | U77, Exh. 9, p. 518 | TASB changed the topic name from Student Welfare to Wellness and Health Services. The drafting attorney noted that the part of the document is no longer solely about school based health centers so the topic name should be broader. As the word "wellness" is not in the document at all, a reasonable topic name would be Health Services. |
| 143 | FFAF | WELLNESS AND HEALTH SERVICES | CARE PLANS | 103 | 94 | U103, Exh. 9, p. 1137 | U103, Exh. 9, p. 1118 | U94, Exh. 9, p. 1025 | The team expanded the suptopic to accommodate more than just individualized health plans. Another reasonable (and more descriptive) suptopic name would be Diabetes, Anaphylaxis, and Seizure Plans. |
| 144 | FFBA | CRISIS INTERVENTION | TRAUMA-INFORMED CARE | 114 | 114 | U114, Exh. 9, p. 1403 | U114, Exh. 9, p. 1357 | U114, Exh. 9, p. 1400 | Senate Bill 11 from the 86th legislative session required school boards to adopt a policy relating to trauma-informed care. The team created this code to organize and house all content relating to that requirement. The material would have been reasonably placed with counseling and mental health at FFEA or FFEB. Another possible organization option would have been to house in the broader FF series on Student Welfare. It could have also been called "Trauma-Informed Care Policy and Reporting". |
| 145 | FFC | STUDENT WELFARE | STUDENT SUPPORT SERVICES | 71 | 71 | U71, Exh. 9, p. 338 | U71, Exh. 9, p. 323 | U71, Exh. 9, p. 329 | The team changed the subtopic name from Social Services Availability to Student Support Services when the team incorporated provisions relating to homeless students into this code. As much of the code deals with liaisons for specific student populations, aa reasonable subtopic name would be Student Support Liaisons and Services. |
| 146 | FFEA | COUNSELING AND MENTAL HEALTH | COUNSELING | 115 | 115 | U115, Exh. 9, p. 1423 | U115, Exh. 9, p. 1415 | U115, Exh. 9, p. 1420 | In Update 115, the team reorganized and coded material in the FFE series. The previous topic name wwsa Student Assistance Programs/Counseling and the subtopic name was Comprehensive Guidance Program. The cdoe addresses the Comprehensive School Counseling Program, as that term is used by the state, so that would be another reasonable subtopic name. Another reasonable subtopic name would be Counseling Requirements and Processes. |
| 147 | FFEB | COUNSELING AND MENTAL HEALTH | MENTAL HEALTH | 115 | 115 | U115, Exh. 9, p. 1426 | U115, Exh. 9, p. 1416 | U115, Exh. 9, p. 1420 | After House Bill 18 passed during the 86th legislative session, TASB created this new Legal Framework document to house student mental health program information. Material relating to relevant evaluations was moved from FFAC to this newly created code. Mental health could have reasonably been placed in the FF series relating to student welfare more broadly, but the team decided to place the information in a new code specific to this subtopic. As FFEA covers counseling, it would have been reasonable and potentially easier to house all of the counseling and mental health information in one code rather than dividing them. |
| 148 | FFH | STUDENT WELFARE | FREEDOM FROM DISCRIMINATION, HARASSMENT, AND RETALIATION | 81 | 83 | U81, Exh. 9, p. 614 | U81, Exh. 9, p. 587 | U83, Exh. 9, p. 647 | In this update, material on dating violence was incorporated into the language of the document, and the name was expanded to include not just harassment but also discrimination and retaliation. As the code primarily addresses Dating Violence and Sexual Harassment, that would be an appropriate subtopic name. |
| 149 | FFI | STUDENT WELFARE | FREEDOM FROM BULLYING | 93 | 83 | U93, Exh. 9, p. 1018 | U93, Exh. 9, p. 1000 | U83, Exh. 9, p. 647 | House Bill 1942 from the 82nd legislative session required school districts to adopt a policy that met specific criteria. TASB created this new code to house these new requirements relating to bullying rather than try to incorporate the content into an existing code. The subtopic could have just been "Bullying" or "Anti-Bullying". As bullying is conduct that is to be disciplined, the topic could have also been part of the Student Discipline series at FO. |
| 150 | FJ | STUDENT FUNDRAISING | | 107 | 107 | U107, Exh. 9, p. 1190 | U107, Exh. 9, p. 1182 | U107, Exh. 9, p. 1189 | As part of the analysis relating to food and beverage fundraisers, the team decided to move charitable raffle information to CDC relating to gifts and solicitations. As student fundraising is also a solicitation, it would be reasonable to have coded this material in the C section rather than in the F section. Another reasonable subtopic name would be Food and Beverage Fundraisers, as that is the only legal content at this code. |

**Exhibit 3 (Revised) to Motion for Preliminary Injunction**
**Page 19 of 22**

|  | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 151 | FMA | STUDENT ACTIVITIES | SCHOOL-SPONSORED PUBLICATIONS | 68 | 68 | U68, Exh. 9, p. 267 | U68, Exh. 9, p. 258 | U68, Exh. 9, p. 266 | TASB opted to change the subtopic name from Publications and Prior Review to School Sponsored Publications so the content could focus appropriately on those publications as distinguished from districution of non-school literature by students and from distribution of material by non-student community members. Another reasonable suboptic name is School-Sponsored Expressive Activities. Another option would be District-Sponsored Publications. |
| 152 | FMH | STUDENT ACTIVITIES | COMMENCEMENT | 68 | 68 | U68, Exh. 9, p. 268 | U68, Exh. 9, p. 259 | U68, Exh. 9, p. 266 | TASB reorganized the FM series relating to student activities in Update 58. Provisions pertaining to commencement activities have been moved to this new policy code from EIG, as the team determined that commencement should be part of the F section rather than the E section on instruction. An alternative subtopic would be Graduation, as that is a more commonly used term for the ceremony. |
| 153 | FNA | STUDENT RIGHTS AND RESPONSIBILITIES | STUDENT EXPRESSION | 65 | 65 | U65, Exh. 9, p. 204 | U65, Exh. 9, 201 | U65, Exh. 9, p. 203 | The team recoded material from FM to create this new code. A reasonable subtopic name for this code would be Student First Amendment Protections. |
| 154 | FNAA | STUDENT EXPRESSION | DISTRIBUTION OF NONSCHOOL LITERATURE | 68 | 68 | U68, Exh. 9, p. 269 | U68, Exh. 9, p. 260 | U68, Exh. 9, p. 266 | Update 68 saw the TASB team reorganizing the coding structure and its contents of the FN series to more fully address First Amendment issues relating to student rights. Provisions regarding student distribution of nonschool literature previously found at FMA were reconstructed and moved to this new policy code. This material could be combined with the material in FNA to create a policy code for student First Amendment issues. A reasonable subtopic name for this code would be Written First Amendment Expression. |
| 155 | FNAB | STUDENT EXPRESSION | USE OF SCHOOL FACILITIES FOR NONSCHOOL PURPOSES | 68 | 68 | U68, Exh. 9, p. 270 | U68, Exh. 9, p. 260 | U68, Exh. 9, p. 266 | The team reorganized the coding structure of the FN series in Update 68 sto more fully address First Amendment issues relating to student rights. This new code was created to address meetings of noncurriculum-related student groups on school premises during non-instructional time. This material was previously covered at FNA. Another reasonable subtopic name would be Equal Access Act or Noncurricular Use of Space. |
| 156 | FNCC | STUDENT CONDUCT | PROHIBITED ORGANIZATIONS AND HAZING | 68 | 68 | U68, Exh. 9, p. 272 | U68, Exh. 9, p. 260 | U68, Exh. 9, p. 266 | The TASB attorney who updated this policy determined that 'hazing' no longer adequately described the content, and it was decided to change it to Prohibited Organizations and Hazing. Another reasonable subtopic name is Fratenral Organizations, Hazing, and Gangs. |
| 157 | FNCD | STUDENT CONDUCT | TOBACCO USE AND POSSESSION | 50 | 50 | U50, Exh. 9, p. 1659 |  | U50, Exh. 9, p. 29 | TASB decided to change the subtopic name in Update 50 to emphasize that both use and possession of tobacco is now prohibited. The previous subtopic only noted the prohibition of use. Another reasonable subtopic name would be Tobacco Possession, as you cannot use without possessing. Another reasonable subtopic name would simply be Tobacco. It would also be reasonable to combine the material in this code with other possession prohibitions like drugs and weapons to create a code with the topic name Prohibited Possession or Prohibited Items. |
| 158 | FNCE | STUDENT CONDUCT | PERSONAL TELECOMMUNICATIONS/ELECTRONIC DEVICES | 90 | 90 | U90, Exh. 9, p. 906 | U90, Exh. 9, p. 875 | U90, Exh. 9, p. 901 | TASB changed the subtopic name to emphasize that the content covers personal telecommunications and electronic devices rather than district-owned or -issued devices. As communication devices are electronic devices, it would be reasonable to use the subtopic "Personal Electronic Devices". Also, "telecommunication devices" is an antiquated term, so using something more like "Cell Phones" would also be appropriate. |

# Exhibit 3 (Revised) to Motion for Preliminary Injunction
## Page 20 of 22

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| | FNF | STUDENT RIGHTS AND RESPONSIBILITIES | INVESTIGATIONS AND SEARCHES | 113 | 113 | U113, Exh. 9, p. 1684 | U113, Exh. 9, p. 1680 | U113, Exh. 9, p. 1682 | In Update 113 the TASB team decided to change the term Interrogations to Investigations. The legal framework at this code deals with Constitutional issues associated with searches, but the recommended local language includes information about district official questioning students. As "interrogations" is usually more of a policy officer term, investigations was deemed a more appropriate term in this context. As the legal framework only deals with searches, it would be reasonable to detach the questioning and code those local provisions elsewhere then use the subtopic name Searches. As the policy includes provisions on drug testing, which are searches but some individuals may not see as being included, it would also be reasonable for this subtopic to be Searches and Drug Testing. |
| | FNG | STUDENT RIGHTS AND RESPONSIBILITIES | STUDENT AND PARENT COMPLAINTS/GRIEVANCES | 73 | 75 | U73, Exh. 9, p. 418 | U73, Exh. 9, p. 414 | U75, Exh. 9, p. 443 | TASB determined that this code should focus exclusively on grievances and material relating to parental rights was recoded to tighten the focus of this document. The subtopic name was changed from Student and Parent Complaints. Another reasonable subtopic name would be Student and Parent Grievances. Another reasonable suboptic name would be Resolving Student and Parent Complaints. |
| | FOA | STUDENT DISCIPLINE | REMOVAL BY TEACHER OR BUS DRIVER | 98 | 98 | U98, Exh. 9, p. 1064 | U98, Exh. 9, p. 1050 | U98, Exh. 9, p. 1063 | Senate Bill 1541 from the 83rd legislative session permits bus drivers to remove students from buses to maintain discipline. Rather than creating a new code, TASB decided to modify the subtopic name to be broader and allow for the inclusion of the new legal material. It would have been reasonable to have broadened further to account for any future changes and used the subtopic "Removal by Teacher or Other Staff". |
| | FOB | STUDENT DISCIPLINE | OUT-OF-SCHOOL SUSPENSION | 72 | 72 | U72, Exh. 9, p. 367 | U72, Exh. 9, p. 359 | U72, Exh. 9, p. 366 | As part of a reorganization of the discipline provisions, the TASB team determined that FOB was going to be dedicated to out-of-school suspension only and the subtopic name was changed from Suspension to its current more specific name. Another reasonable subtopic name is Authorized Suspensions. |
| | FOC | STUDENT DISCIPLINE | PLACEMENT IN A DISCIPLINARY ALTERNATIVE EDUCATION SETTING | 72 | 72 | U72, Exh. 9, p. 368 | U72, Exh. 9, p. 359 | U72, Exh. 9, p. 366 | As part of the TASB restructuring of the discipline material in the FO series, the subtopic name of this code was changed from Emergency Placement or Expulsion to Placement in a Disciplinary Alternative Education Setting. Another reasonable subtopic name for this code is DAEP Placements, as that is what most educators, students, and parents call the placement location. |
| | FOCA | PLACEMENT IN A DISCIPLINARY ALTERNATIVE EDUCATION SETTING | DISCIPLINARY ALTERNATIVE EDUCATION PROGRAM OPERATIONS | 72 | 72 | U72, Exh. 9, p. 377 | U72, Exh. 9, p. 360 | U72, Exh. 9, p. 366 | Update 72 saw a substantial reorganization of the FO series due to legislative changes. The restructure of the series was a purposeful decision to better represent the material after those legislative changes. This code now addresses disciplinary alternative education program operations and provisions that were previously at FOAB. Another subtopic name might be Administration of a Disciplinary Alternative Education Program. |
| | FODA | EXPULSION | JUVENILE JUSTICE ALTERNATIVE EDUCATION PROGRAM | 72 | 72 | U72, Exh. 9, p. 380 | U72, Exh. 9, p. 361 | U72, Exh. 9, p. 366 | Update 72 saw a substantial reorganization of the FO series due to legislative changes. The restructure of the series was a purposeful decision to better represent the material after those legislative changes. This new code now holds provisions regarding the juvenile justice alternative education program. As this code is the only subdivided part, it could reasonably be incorporated into FOD with one code for Expulsion. As it exists, a reasonable alternative subtopic would be Out of District to delineate that the expulsion material covered does not include expulsions to a disciplinary alternative education program within the district. |
| | FOE | STUDENT DISCIPLINE | EMERGENCY AND ALTERNATIVE PLACEMENT | 81 | 81 | U81, Exh. 9, p. 615 | U81, Exh. 9, p. 588 | U81, Exh. 9, p. 608 | TASB made revisions to the content and subtopic name of this code after legislative changes. An alternative and more descriptive subtopic would be Emergency Placements, Title 5 Felonies, and Registered Sex Offenders. |

# Exhibit 3 (Revised) to Motion for Preliminary Injunction
## Page 21 of 22

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| | FOF | STUDENT DISCIPLINE | STUDENTS WITH DISABILITIES | 72 | 72 | U72, Exh. 9, p. 386 | U72, Exh. 9, p. 362 | U72, Exh. 9, p. 366 | Update 72 saw a substantial reorganization of the FO series due to legislative changes. Provisions now at this code were previously found at FOE. The restructure of the series was a purposeful decision to better represent the material after those legislative changes. FOF relates to discipline for students with disabilities and it housed with other discipline policies. It would also make sense to code this with special education material in the EHBA series. The subtopic could be more specific and be Students Receiving Special Education or 504 Services. |
| | GA | ACCESS TO PROGRAMS, SERVICES, AND ACTIVITIES | | 43 | 43 | U43, Exh. 9, p. 15 | | U43, Exh. 9, p. 14 | Another reasonable subtopic name for this code would be Access to Services and Activities, as this would sufficiently describe the content. Another reasonable subtopic name is Accessibility and Nondiscrimination. |
| | GBA | PUBLIC INFORMATION PROGRAM | ACCESS TO PUBLIC INFORMATION | 50 | 50 | U50, Exh. 9, p. 32 | | U50, Exh. 9, p. 31 | After legislative changes, the TASB team restructured the GBA series. In that process, the team decided to change the subtopic name from Public Records to Access to Public Information. Another reasonable subtopic name would more closely align to the statutory language: Availaiblity of Pubic Information. |
| | GBAA | ACCESS TO PUBLIC INFORMATION | REQUESTS FOR INFORMATION | 121 | 121 | | U121, Exh. 9, p. 1529 | U121, Exh. 9, p. 1552 | Update 121 saw a restructuring of the GB series, which included adjusting the topic and subtopic names across the series. This code's topic name was adjusted to more accurately account for the content. A reasonable topic name would follow the statutory language and be "Public Information Act". With the word information in the topic name, it is unnecessary in the subtopic and the subtopic could simply be "Requests" or "Access". |
| | GC | PUBLIC NOTICES | | 93 | 93 | U93, Exh. 9, p. 1021 | U93, Exh. 9, p. 1002 | U93, Exh. 9, p. 1020 | This new Legal Framework code includes provisions from HB 1812 from the 82nd legislative session that governs newspaper publications of notices when the law does not specify the manner of publication. The team considered placing at BR, but it was decided that the G section was more appropriate, and a reader would more likely look in the G section for this material. An appropriate alternate topic name would be "Notice Publications" because the statute specifically refers to the publication of notices. Another reasonable alternative would be "Newspaper Notices" since that more accurately describes the content of the code. |
| | GE | RELATIONS WITH PARENT ORGANIZATIONS | | 68 | 72 | U68, Exh. 9, p. 274 | U68, Exh. 9, p. 260 | U72, Exh. 9, p. 400 | The team changed the subtopic name from Relations With Parents or Parents' Organizations to Relations with Parent Organizations to be more clear. As the code solely addresses parent-teacher organizations, another reasonable subtopic name is Parent-Teacher Organizations. |
| | GKB | COMMUNITY RELATIONS | ADVERTISING AND FUNDRAISING | 109 | 108 | U109, Exh. 9, p. 1230 | U109, Exh. 9, p. 1227 | U108, Exh. 9, p. 1205 | TASB changed the subtopic name from Advertising and Fund Raising in the Schools to Advertising and Fundraising. Another reasonable subtopic name would be Commerical Signs and Charitable Raffles. |
| | GKC | COMMUNITY RELATIONS | VISITORS | 109 | 109 | U109, Exh. 9, p. 1233 | U109, Exh. 9, p. 1227 | U109, Exh. 9, p. 1229 | The team determined that the phrase "to the schools" was not necessary in the subtopic name and eliminated it to leave the subtopic name Visitors. As the majority of this code grapples with how to handle visitors who are registered sex offenders and processes around other types of visitors, another reasonable subtopic name is Procedures for Visitors. |
| | GKD | COMMUNITY RELATIONS | NONSCHOOL USE OF SCHOOL FACILITIES | 72 | 72 | U72, Exh. 9, p. 401 | U72, Exh. 9, p. 363 | U72, Exh. 9, p. 400 | The team changed the subtopic name from Use of School Facilities to Nonschool Use of School Facilities to more accurately reflect the content of the code while dividing content into two separate codes. Another reasonable subtopic name is Nonschool Use of School Facilities Processes and Requirements. |

**Exhibit 3 (Revised) to Motion for Preliminary Injunction**
**Page 22 of 22**

| | A | B | C | D | E | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| | GKDA | NONSCHOOL USE OF SCHOOL FACILITIES | DISTRIBUTION OF NONSCHOOL LITERATURE | 72 | 72 | U72, Exh. 9, p. 1665 | U72, Exh. 9, p. 363 | U72, Exh. 9, p. 400 | In Update 72 the TASB team decided to split material relating to sharing of documents unrelated to school out of the GKD code which now specifically relates to use of school facilities. It would have been reasonable to keep the material housed together at GKD as both codes relate to the use of facilities for purposes unrelated to school business. In the current coding decision, another reasonable subtopic name would be Creation of Limited Public Forums, which would more closely align to the Constitutional underpinning of most of this code. |
| | GKE | COMMUNITY RELATIONS | BUSINESS, CIVIC, AND YOUTH GROUPS | 109 | 43 | U109, Exh. 9, p. 1235 | U109, Exh. 9, p. 1228 | U43, Exh. 9, p. 1229 | As this code primarily deals with Learning Pods and Patriotic Society Access to Students, a reasonable subtopic name would be more specific about the content and could be something like Learning Pods and Special Access for Patriotic Societies. |
| | GKG | COMMUNITY RELATIONS | SCHOOL VOLUNTEER PROGRAM | 50 | 50 | U50, Exh. 9, p. 43 | | U50, Exh. 9, p. 31 | Another reasonable subtopic name for this could would be Volunteer Program Requirements and Guidelines. |
| | GNA | RELATIONS WITH EDUCATIONAL ENTITIES | OTHER SCHOOLS AND DISTRICTS | 43 | 43 | U43, Exh. 9, p. 17 | | U43, Exh. 9, p. 14 | This code deals with school districts operating a school or program outside the boundaries of the district. The material could be coded in the C section since it specifically talks addresses facilities and where programs will be offered. A reasonable subtopic name for this code is Operation Outside District. |
| | GNB | RELATIONS WITH EDUCATIONAL ENTITIES | REGIONAL EDUCATION SERVICE CENTERS | 43 | 43 | U43, Exh. 9, p. 18 | | U43, Exh. 9, p. 14 | As most educators call Regional Education Service Centers either ESCs or Region Service Centers, a reasonable subtopic name for this code is Delegation of Functions to Education Service Centers. |
| | GNC | RELATIONS WITH EDUCATIONAL ENTITIES | COLLEGES AND UNIVERSITIES | 43 | 43 | U43, Exh. 9, p. 19 | | U43, Exh. 9, p. 14 | As the word "university" is not used in the language of the code, it would be reasonable to remove it from the subtopic name. Another reasonable name for the code is Community College Partnerships and Dropout Recovery. |
| | GR | RELATIONS WITH GOVERNMENTAL ENTITIES | | 43 | 43 | U43, Exh. 9, p. 21 | | U43, Exh. 9, p. 14 | As this code addresses municipal annexation and ordinances all as well as federal level lobbyists, another reasonable subtopic name for this code is Municipal Authority and Government Relations Consultants. |
| | GRA | RELATIONS WITH GOVERNMENTAL ENTITIES | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | 91 | 91 | U91, Exh. 9, p. 967 | U91, Exh. 9, p. 939 | U91, Exh. 9, p. 966 | The TASB legal team decided to revise this code to only deal with child protection services and taking students into custody. In that process, the team determined that the name should be State and Local Governmental Authorities and not just Local Governmental Authorities. Another reasonable subtopic name for this code is Department of Family and Protective Services and Students in Custody. |
| | GRAA | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | LAW ENFORCEMENT AGENCIES | 91 | 91 | U91, Exh. 9, p. 970 | U91, Exh. 9, p. 940 | U91, Exh. 9, p. 966 | This code was created in Update 91 to house information on notices to and from law enforcement and sharing of law enforcement notices to employees. Another reasonable subtopic name for this code is Law Enforcement Notices and Missing Children. |
| | GRAC | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | JUVENILE SERVICE PROVIDERS | 91 | 91 | U91, Exh. 9, p. 979 | U91, Exh. 9, p. 941 | U91, Exh. 9, p. 966 | This is also a new code that was developed by TASB as the GRA series was redeveloped in Update 91. The code explains how to handle the exchange of information to and from juvenile service providers. Another reasonable subtopic name for this code is Disclosure of Information to and from Juvenile Service Providers. |
| | GRB | RELATIONS WITH GOVERNMENTAL ENTITIES | INTERLOCAL COOPERATION CONTRACTS | 87 | 87 | U87, Exh. 9, p. 804 | U87, Exh. 9, p. 771 | U87, Exh. 9, p. 803 | TASB created this code in Update 87 after the Legal team decided non-purchasing material relating to interlocal contract material should be housed together. Another reasonable subtopic name for this code is Interlocal Agreements. |
| | GRC | RELATIONS WITH GOVERNMENTAL ENTITIES | EMERGENCY MANAGEMENT | 87 | 87 | U87, Exh. 9, p. 805 | U87, Exh. 9, p. 772 | U87, Exh. 9, p. 803 | Another reasonable subtopic name for this code is Emergency Assistance and Mutual Aid. |

**Exhibit 7 (Revised) to Motion for Preliminary Injunction**
**Page 1 of 11**

| | A | B | C | D | E | F | J | K | L | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Code | Topic | Subtopic | First Update with substantive (LEGAL) Framework content and current Letter Code, Topic and Subtopic | Update with First appearance in Index of current Letter Code, Topic and Subtopic | TEE Numeric Code | TASB (LEGAL) Framework (Exhibit 9) | TASB Explanatory Notes (Exhibit 9) | TASB Section Index (Exhibit 9) | TEE CISD Browse Box (Exhibit 16) | TEE Midland ISD Browse Box (Exhibit 15) | TEE CISD Browse Box Numeric (Exhibit 14) | TEE CISD Update 1 (FAC Ex. Y, ECF Doc. 12-25) |
| 2 | AE | EDUCATIONAL PHILOSOPHY | | 81 | 81 | 1.5 | U81, Exh. 9, p. 593 | U81, Exh. 9, p. 573 | U81, Exh. 9, p. 592 | Ex. 16, p. 1 | Ex. 15, p. 1 | Exh. 14, p. 1 | ECF Doc. 12-25, p. 4 |
| 3 | AF | INNOVATION DISTRICTS | | 103 | 103 | 1.6 | U103, Exh. 9, p. 1124 | U103, Exh. 9, p. 1095 | U103, Exh. 9, p. 1123 | Ex. 16, p. 1 | Ex. 15, p. 1 | Exh. 14, p. 1 | ECF Doc. 12-25, p. 5 |
| 4 | AG | HOME-RULE DISTRICTS | | 51 | 54 | 1.7 | U51, Exh. 9, p. 46 | U51, Exh. 9, p. 54 | U54, Exh. 9, p. 118 | Ex. 16, p. 1 | Ex. 15, p. 1 | Exh. 14, p. 1 | ECF Doc. 12-25, p. 6 |
| 5 | AIA | ACCOUNTABILITY | ACCREDITATION AND PERFORMANCE INDICATORS | 87 | 87 | 1.9.1 | U87, Exh. 9, p. 774 | U87, Exh. 9, p. 755 | U87, Exh. 9, p. 773 | Ex. 16, p. 2 | Ex. 15, p. 2 | Exh. 14, p. 1 | ECF Doc. 12-25, p. 7 |
| 6 | AIB | ACCOUNTABILITY | PERFORMANCE REPORTING | 87 | 87 | 1.9.2 | U87, Exh. 9, p. 779 | U87, Exh. 9, p. 755 | U87, Exh. 9, p. 773 | Ex. 16, p. 2 | Ex. 15, p. 2 | Exh. 14, p. 1 | ECF Doc. 12-25, p. 8 |
| 7 | AIC | ACCOUNTABILITY | INTERVENTIONS AND SANCTIONS | 109 | 109 | 1.9.3 | | U109, Exh. 9, p. 1208 | | Ex. 16, p. 2 | Ex. 15, p. 2 | Exh. 14, p. 1 | ECF Doc. 12-25, p. 9 |
| 8 | AID | ACCOUNTABILITY | FEDERAL ACCOUNTABILITY STANDARDS | 87 | 87 | 1.9.4 | U87, Exh. 9, p. 791 | U87, Exh. 9, p. 757 | U87, Exh. 9, p. 773 | Ex. 16, p. 2 | Ex. 15, p. 2 | Exh. 14, p. 1 | ECF Doc. 12-25, p. 10 |
| 9 | AIE | ACCOUNTABILITY | INVESTIGATIONS | 118 | 118 | 1.9.5 | U118, Exh. 9, p. 1478 | U118, Exh. 9, p. 1460 | U118, Exh. 9, p. 1477 | Ex. 16, p. 2 | Ex. 15, p. 2 | Exh. 14, p. 1 | ECF Doc. 12-25, p. 11 |
| 10 | BBBA | ELECTIONS | CONDUCTING ELECTIONS | 110 | 110 | 2.2.2.1 | U110, Exh. 9, p. 1241 | U110, Exh. 9, p. 1237 | U110, Exh. 9, p. 1239 | Ex. 16, p. 2 | Ex. 15, p. 2 | Exh. 14, p. 2 | ECF Doc. 12-25, p. 15 |
| 11 | BBBB | ELECTIONS | POST-ELECTION PROCEDURES | 110 | 110 | 2.2.2.2 | U110, Exh. 9, p. 1249 | U110, Exh. 9, p. 1238 | U110, Exh. 9, p. 1239 | Ex. 16, p. 2 | Ex. 15, p. 2 | Exh. 14, p. 2 | ECF Doc. 12-25, p. 16 |
| 12 | BBBC | ELECTIONS | CAMPAIGN FINANCE | 110 | 110 | 2.2.2.3 | U110, Exh. 9, p. 1253 | U110, Exh. 9, p. 1238 | U110, Exh. 9, p. 1239 | Ex. 16, p. 2 | Ex. 15, p. 2 | Exh. 14, p. 2 | ECF Doc. 12-25, p. 17 |
| 13 | BBBD | ELECTIONS | CAMPAIGN ETHICS | 110 | 110 | 2.2.2.4 | U110, Exh. 9, p. 1256 | U110, Exh. 9, p. 1238 | U110, Exh. 9, p. 1239 | Ex. 16, p. 2 | Ex. 15, p. 2 | Exh. 14, p. 2 | ECF Doc. 12-25, p. 18 |
| 14 | BBFA | ETHICS | CONFLICT OF INTEREST DISCLOSURES | 78 | 77 | 2.2.6.1 | U78, Exh. 9, p. 530 | U78, Exh. 9, p. 523 | U77, Exh. 9, p. 486 | Ex. 16, p. 3 | Ex. 15, p. 3 | Exh. 14, p. 2 | ECF Doc. 12-25, p. 22 |
| 15 | BBFB | ETHICS | PROHIBITED PRACTICES | 77 | 77 | 2.2.6.2 | U77, Exh. 9, p. 488 | U77, Exh. 9, p. 473 | U77, Exh. 9, p. 486 | Ex. 16, p. 3 | Ex. 15, p. 3 | Exh. 14, p. 2 | ECF Doc. 12-25, p. 23 |

# Exhibit 7 (Revised) to Motion for Preliminary Injunction
## Page 2 of 11

| | A | B | C | D | E | F | J | K | L | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | BBI | BOARD MEMBERS | TECHNOLOGY RESOURCES AND ELECTRONIC COMMUNICATIONS | 98 | 90 | 2.2.9 | U98, Exh. 9, p. 1052 | U98, Exh. 9, p. 1030 | U90, Exh. 9, p. 876 | Ex. 16, p. 3 | Ex. 15, p. 3 | | ECF Doc. 12-25, p. 25 |
| 17 | BDAA | OFFICERS AND OFFICIALS | DUTIES AND REQUIREMENTS OF BOARD OFFICERS | 67 | 67 | 2.4.1.1 | U67, Exh. 9, p. 243 | U67, Exh. 9, p. 230 | U67, Exh. 9, p. 241 | Ex. 16, p. 3 | Ex. 15, p. 3 | Exh. 14, p. 2 | ECF Doc. 12-25, p. 26 |
| 18 | BJCE | SUPERINTENDENT | SUSPENSION/TERMINATION DURING CONTRACT | 89 | 89 | 2.10.3.5 | U89, Exh. 9, p. 845 | U89, Exh. 9, p. 835 | U89, Exh. 9, p. 844 | Ex. 16, p. 4 | Ex. 15, p. 4 | Exh. 14, p. 3 | ECF Doc. 12-25, p. 41 |
| 19 | BJCG | SUPERINTENDENT | RESIGNATION | 91 | 91 | 2.10.3.7 | U91, Exh. 9, p. 944 | U91, Exh. 9, p. 909 | U91, Exh. 9, p. 943 | Ex. 16, p. 5 | Ex. 15, p. 4 | Exh. 14, p. 3 | ECF Doc. 12-25, p. 43 |
| 20 | BQ | PLANNING AND DECISION-MAKING PROCESS | | 50 | 50 | 2.17 | U50, Exh. 9, p. 1636 | | U50, Exh. 9, p. 1634 | Ex. 16, p. 5 | Ex. 15, p. 4 | Exh. 14, p. 3 | ECF Doc. 12-25, p. 45 |
| 21 | BQA | PLANNING AND DECISION-MAKING PROCESS | DISTRICT-LEVEL | 50 | 50 | 2.17.1 | U50, Exh. 9, p. 1640 | | U50, Exh. 9, p. 1634 | Ex. 16, p. 5 | Ex. 15, p. 4 | Exh. 14, p. 3 | ECF Doc. 12-25, p. 46 |
| 22 | BQB | PLANNING AND DECISION-MAKING PROCESS | CAMPUS-LEVEL | 50 | 50 | 2.17.2 | U50, Exh. 9, p. 1642 | | U50, Exh. 9, p. 1634 | Ex. 16, p. 5 | Ex. 15, p. 5 | Exh. 14, p. 3 | ECF Doc. 12-25, p. 47 |
| 23 | CCF | LOCAL REVENUE SOURCES | LOANS AND NOTES | 62 | 62 | 3.3.6 | U62, Exh. 9, p. 191 | U62, Exh. 9, p. 180 | U62, Exh. 9, p. 188 | Ex. 16, p. 6 | Ex. 15, p. 5 | Exh. 14, p. 4 | ECF Doc. 12-25, p. 55 |
| 24 | CCGA | AD VALOREM TAXES | EXEMPTIONS AND PAYMENTS | 112 | 112 | 3.3.7.1 | U112, Exh. 9, p. 1294 | U112, Exh. 9, p. 1284 | U112, Exh. 9, p. 1291 | Ex. 16, p. 6 | Ex. 15, p. 5 | Exh. 14, p. 4 | ECF Doc. 12-25, p. 56 |
| 25 | CCGB | AD VALOREM TAXES | ECONOMIC DEVELOPMENT | 112 | 112 | 3.3.7.2 | U112, Exh. 9, p. 1305 | U112, Exh. 9, p. 1285 | U112, Exh. 9, p. 1291 | Ex. 16, p. 6 | Ex. 15, p. 6 | Exh. 14, p. 4 | ECF Doc. 12-25, p. 57 |
| 26 | CDC | OTHER REVENUES | GIFTS AND SOLICITATIONS | 107 | 107 | 3.4.3 | U107, Exh. 9, p. 1187 | U107, Exh. 9, p. 1177 | U107, Exh. 9, p. 1184 | Ex. 16, p. 6 | Ex. 15, p. 6 | Exh. 14, p. 4 | ECF Doc. 12-25, p. 61 |
| 27 | CDH | OTHER REVENUES | PUBLIC AND PRIVATE FACILITIES | 93 | 93 | 3.4.8 | U93, Exh. 9, p. 1006 | U93, Exh. 9, p. 993 | U93, Exh. 9, p. 1003 | Ex. 16, p. 7 | Ex. 15, p. 6 | Exh. 14, p. 4 | ECF Doc. 12-25, p. 62 |
| 28 | CEA | ANNUAL OPERATING BUDGET | FINANCIAL EXIGENCY | 91 | 91 | 3.5.1 | U91, Exh. 9, p. 948 | U91, Exh. 9, p. 914 | U91, Exh. 9, p. 945 | Ex. 16, p. 7 | Ex. 15, p. 6 | Exh. 14, p. 5 | ECF Doc. 12-25, p. 64 |
| 29 | CHE | PURCHASING AND ACQUISITION | VENDOR DISCLOSURES AND CONTRACTS | 117 | 117 | 3.8.5 | U117, Exh. 9, p. 1450 | ==U117, Exh. 9, p. 1443== | U117, Exh. 9, p. 1448 | Ex. 16, p. 7 | Ex. 15, p. 7 | Exh. 14, p. 5 | ECF Doc. 12-25, p. 70 |
| 30 | CHH | PURCHASING AND ACQUISITION | FINANCING PERSONAL PROPERTY PURCHASES | 62 | 62 | 3.8.8 | U62, Exh. 9, p. 193 | ==U62, Exh. 9, p. 182== | U62, Exh. 9, p. 189 | Ex. 16, p. 8 | Ex. 15, p. 7 | Exh. 14, p. 5 | ECF Doc. 12-25, p. 73 |

# Exhibit 7 (Revised) to Motion for Preliminary Injunction
## Page 3 of 11

| | A | B | C | D | E | F | J | K | L | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | CJ | CONTRACTED SERVICES | | 107 | 85 | 3.10 | U107, Exh. 9, p. 1674 | U107, Exh. 9, p. 1178 | U85, Exh. 9, p. 693 | Ex. 16, p. 8 | Ex. 15, p. 7 | Exh. 14, p. 5 | ECF Doc. 12-25, p. 75 |
| 32 | CJA | CONTRACTED SERVICES | CRIMINAL HISTORY | 85 | 85 | 3.10.1 | U85, Exh. 9, p. 695 | U85, Exh. 9, p. 682 | U85, Exh. 9, p. 693 | Ex. 16, p. 8 | Ex. 15, p. 7 | Exh. 14, p. 5 | ECF Doc. 12-25, p. 76 |
| 33 | CK | SAFETY PROGRAM/RISK MANAGEMENT | | 87 | 47 | 3.11 | U87, Exh. 9, p. 1666 | U87, Exh. 9, p. 763 | U47, Exh. 9, p. 1624 | Ex. 16, p. 8 | Ex. 15, p. 7 | Exh. 14, p. 5 | ECF Doc. 12-25, p. 77 |
| 34 | CKA | SAFETY PROGRAM/RISK MANAGEMENT | SAFETY AND SECURITY AUDITS AND MONITORING | 122 | 122 | 3.11.1 | U122, Exh. 9, p. 1576 | U122, Exh. 9, p. 1556 | U122, Exh. 9, p. 1574 | Ex. 16, p. 8 | Ex. 15, p. 7 | | ECF Doc. 12-25, p. 78 |
| 35 | CKD | SAFETY PROGRAM/RISK MANAGEMENT | EMERGENCY MEDICAL EQUIPMENT AND PROCEDURES | 81 | 81 | 3.11.4 | U81, Exh. 9, p. 597 | U81, Exh. 9, p. 578 | U81, Exh. 9, p. 595 | Ex. 16, p. 8 | Ex. 15, p. 8 | Exh. 14, p. 6 | ECF Doc. 12-25, p. 81 |
| 36 | CKE | SAFETY PROGRAM/RISK MANAGEMENT | SECURITY PERSONNEL | 98 | 98 | 3.11.5 | U98, Exh. 9, p. 1056 | U98, Exh. 9, p. 1035 | U98, Exh. 9, p. 1054 | Ex. 16, p. 8 | Ex. 15, p. 8 | Exh. 14, p. 6 | ECF Doc. 12-25, p. 82 |
| 37 | CKEA | SECURITY PERSONNEL | COMMISSIONED PEACE OFFICERS | 114 | 114 | 3.11.5.1 | U114, Exh. 9, p. 1365 | ==U114, Exh. 9, p. 1347== | U114, Exh. 9, p. 1363 | Ex. 16, p. 9 | Ex. 15, p. 8 | Exh. 14, p. 6 | ECF Doc. 12-25, p. 83 |
| 38 | CKEB | SECURITY PERSONNEL | SCHOOL MARSHALS | 114 | 114 | 3.11.5.2 | U114, Exh. 9, p. 1370 | U114, Exh. 9, p. 1347 | U114, Exh. 9, p. 1363 | Ex. 16, p. 9 | Ex. 15, p. 8 | Exh. 14, p. 6 | ECF Doc. 12-25, p. 84 |
| 39 | CKEC | SECURITY PERSONNEL | SCHOOL RESOURCE OFFICERS | 114 | 114 | 3.11.5.3 | U114, Exh. 9, p. 1374 | U114, Exh. 9, p. 1347 | U114, Exh. 9, p. 1363 | Ex. 16, p. 9 | Ex. 15, p. 8 | Exh. 14, p. 6 | ECF Doc. 12-25, p. 85 |
| 40 | CKED | SECURITY PERSONNEL | OTHER SECURITY ARRANGEMENTS | 123 | 121 | 3.11.5.4 | U123, Exh. 9, p. 1615 | U123, Exh. 9, p. 1612 | U121, Exh. 9, p. 1531 | Ex. 16, p. 9 | Ex. 15, p. 8 | Exh. 14, p. 6 | ECF Doc. 12-25, p. 86 |
| 41 | CLE | BUILDINGS, GROUNDS, AND EQUIPMENT MANAGEMENT | FLAG DISPLAYS | 68 | 74 | 3.12.5 | U68, Exh. 9, p. 262 | U68, Exh. 9, p. 256 | U74, Exh. 9, p. 431 | Ex. 16, p. 9 | Ex. 15, p. 8 | Exh. 14, p. 6 | ECF Doc. 12-25, p. 91 |
| 42 | CNB | TRANSPORTATION MANAGEMENT | DISTRICT VEHICLES | 67 | 67 | 3.14.2 | U67, Exh. 9, p. 248 | U67, Exh. 9, p. 233 | U67, Exh. 9, p. 246 | Ex. 16, p. 9 | Ex. 15, p. 9 | Exh. 14, p. 6 | ECF Doc. 12-25, p. 93 |
| 43 | CNC | TRANSPORTATION MANAGEMENT | TRANSPORTATION SAFETY | 84 | 84 | 3.14.3 | U84, Exh. 9, p. 665 | U84, Exh. 9, p. 651 | U84, Exh. 9, p. 663 | Ex. 16, p. 10 | Ex. 15, p. 9 | Exh. 14, p. 6 | ECF Doc. 12-25, p. 94 |
| 44 | CO | FOOD AND NUTRITION MANAGEMENT | | 112 | 112 | 3.15 | U112, Exh. 9, p. 1327 | U112, Exh. 9, p. 1286 | U112, Exh. 9, p. 1292 | Ex. 16, p. 10 | Ex. 15, p. 9 | Exh. 14, p. 6 | ECF Doc. 12-25, p. 95 |
| 45 | COA | FOOD AND NUTRITION MANAGEMENT | PROCUREMENT | 112 | 112 | 3.15.1 | U112, Exh. 9, p. 1331 | U112, Exh. 9, p. 1286 | U112, Exh. 9, p. 1292 | Ex. 16, p. 10 | Ex. 15, p. 9 | Exh. 14, p. 6 | ECF Doc. 12-25, p. 96 |
| 46 | COB | FOOD AND NUTRITION MANAGEMENT | FREE AND REDUCED-PRICE MEALS | 112 | 112 | 3.15.2 | U112, Exh. 9, p. 1336 | U112, Exh. 9, p. 1286 | U112, Exh. 9, p. 1292 | Ex. 16, p. 10 | Ex. 15, p. 9 | Exh. 14, p. 6 | ECF Doc. 12-25, p. 97 |
| 47 | CPC | OFFICE MANAGEMENT | RECORDS MANAGEMENT | 80 | 81 | 3.16.3 | U80, Exh. 9, p. 568 | U80, Exh. 9, p. 562 | U81, Exh. 9, p. 596 | Ex. 16, p. 10 | Ex. 15, p. 9 | Exh. 14, p. 7 | ECF Doc. 12-25, p. 99 |
| 48 | CQ | TECHNOLOGY RESOURCES | | 90 | 90 | 3.17 | U90, Exh. 9, p. 881 | U90, Exh. 9, p. 866 | U90, Exh. 9, p. 880 | Ex. 16, p. 10 | Ex. 15, p. 9 | Exh. 14, p. 7 | ECF Doc. 12-25, p. 100 |

# Exhibit 7 (Revised) to Motion for Preliminary Injunction
## Page 4 of 11

| | A | B | C | D | E | F | J | K | L | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | CQA | TECHNOLOGY RESOURCES | DISTRICT, CAMPUS, AND CLASSROOM WEBSITES | 103 | 107 | 3.17.1 | U103, Exh. 9, p. 1127 | U103, Exh. 9, p. 1103 | U107, Exh. 9, p. 1186 | Ex. 16, p. 10 | Ex. 15, p. 9 | Exh. 14, p. 7 | ECF Doc. 12-25, p. 101 |
| 50 | CQB | TECHNOLOGY RESOURCES | CYBERSECURITY | 114 | 114 | 3.17.2 | U114, Exh. 9, p. 1376 | U114, Exh. 9, p. 1348 | U114, Exh. 9, p. 1364 | Ex. 16, p. 10 | Ex. 15, p. 9 | Exh. 14, p. 7 | ECF Doc. 12-25, p. 102 |
| 51 | CQC | TECHNOLOGY RESOURCES | EQUIPMENT | 114 | 114 | 3.17.3 | U114, Exh. 9, p. 1385 | U114, Exh. 9, p. 1349 | U114, Exh. 9, p. 1364 | Ex. 16, p. 10 | Ex. 15, p. 10 | Exh. 14, p. 7 | ECF Doc. 12-25, p. 103 |
| 52 | CSA | FACILITY STANDARDS | SAFETY AND SECURITY | 122 | 121 | 3.19.1 | U122, Exh. 9, p. 1579 | U122, Exh. 9, p. 1559 | U121, Exh. 9, p. 1532 | Ex. 16, p. 11 | Ex. 15, p. 10 | Exh. 14, p. 7 | ECF Doc. 12-25, p. 111 |
| 53 | CSB | FACILITY STANDARDS | GAS AND PIPELINES | | 121 | 3.19.2 | | U, Exh. 9, p. 1559 | U121, Exh. 9, p. 1532 | Ex. 16, p. 11 | Ex. 15, p. 10 | Exh. 14, p. 7 | ECF Doc. 12-25, p. 112 |
| 54 | CSC | FACILITY STANDARDS | ASBESTOS MANAGEMENT | 122 | 122 | 3.19.3 | U122, Exh. 9, p. 1593 | U122, Exh. 9, p. 1559 | U122, Exh. 9, p. 1575 | Ex. 16, p. 11 | Ex. 15, p. 10 | Exh. 14, p. 7 | ECF Doc. 12-25, p. 113 |
| 55 | CVA | FACILITIES CONSTRUCTION | COMPETITIVE BIDDING | 57 | 57 | 3.22.1 | U57, Exh. 9, p. 144 | U57, Exh. 9, p. 130 | U57, Exh. 9, p. 143 | Ex. 16, p. 11 | Ex. 15, p. 10 | Exh. 14, p. 7 | ECF Doc. 12-25, p. 115 |
| 56 | CVB | FACILITIES CONSTRUCTION | COMPETITIVE SEALED PROPOSALS | 57 | 57 | 3.22.2 | U57, Exh. 9, p. 146 | U57, Exh. 9, p. 130 | U57, Exh. 9, p. 143 | Ex. 16, p. 11 | Ex. 15, p. 11 | Exh. 14, p. 8 | ECF Doc. 12-25, p. 116 |
| 57 | CVC | FACILITIES CONSTRUCTION | CONSTRUCTION MANAGER-AGENT | 91 | 91 | 3.22.3 | U91, Exh. 9, p. 949 | U91, Exh. 9, p. 920 | U91, Exh. 9, p. 947 | Ex. 16, p. 11 | Ex. 15, p. 11 | Exh. 14, p. 8 | ECF Doc. 12-25, p. 117 |
| 58 | CVD | FACILITIES CONSTRUCTION | CONSTRUCTION MANAGER-AT-RISK | 91 | 91 | 3.22.4 | U91, Exh. 9, p. 951 | U91, Exh. 9, p. 920 | U91, Exh. 9, p. 947 | Ex. 16, p. 12 | Ex. 15, p. 11 | Exh. 14, p. 8 | ECF Doc. 12-25, p. 118 |
| 59 | CVE | FACILITIES CONSTRUCTION | DESIGN-BUILD | 91 | 91 | 3.22.5 | U91, Exh. 9, p. 955 | U91, Exh. 9, p. 921 | U91, Exh. 9, p. 947 | Ex. 16, p. 12 | Ex. 15, p. 11 | Exh. 14, p. 8 | ECF Doc. 12-25, p. 119 |
| 60 | CVF | FACILITIES CONSTRUCTION | JOB ORDER CONTRACTS | 57 | 57 | 3.22.6 | U57, Exh. 9, p. 148 | U57, Exh. 9, p. 130 | U57, Exh. 9, p. 143 | Ex. 16, p. 12 | Ex. 15, p. 11 | Exh. 14, p. 8 | ECF Doc. 12-25, p. 120 |
| 61 | CX | CONTRACTS FOR FACILITIES | | 116 | 116 | 3.24 | U116, Exh. 9, p. 1440 | U116, Exh. 9, p. 1434 | U116, Exh. 9, p. 1439 | Ex. 16, p. 12 | Ex. 15, p. 11 | Exh. 14, p. 8 | ECF Doc. 12-25, p. 121 |
| 62 | CY | INTELLECTUAL PROPERTY | | 90 | 90 | 3.25 | U90, Exh. 9, p. 890 | U90, Exh. 9, p. 867 | U90, Exh. 9, p. 880 | Ex. 16, p. 12 | Ex. 15, p. 11 | Exh. 14, p. 8 | ECF Doc. 12-25, p. 122 |
| 63 | DAB | EMPLOYMENT OBJECTIVES | GENETIC NONDISCRIMINATION | 93 | 93 | 4.1.2 | U93, Exh. 9, p. 1009 | U93, Exh. 9, p. 995 | U93, Exh. 9, p. 1007 | Ex. 16, p. 12 | Ex. 15, p. 11 | Exh. 14, p. 8 | ECF Doc. 12-25, p. 134 |
| 64 | DBAA | EMPLOYMENT REQUIREMENTS AND RESTRICTIONS | PRE-EMPLOYMENT REVIEWS | 114 | 115 | 4.2.1.1 | U114, Exh. 9, p. 1389 | U114, Exh. 9, p. 1349 | U115, Exh. 9, p. 1418 | Ex. 16, p. 12 | Ex. 15, p. 11 | Exh. 14, p. 8 | ECF Doc. 12-25, p. 126 |
| 65 | DC | EMPLOYMENT PRACTICES | | 50 | 50 | 4.3 | U50, Exh. 9, p. 1646 | | U50, Exh. 9, p. 1644 | Ex. 16, p. 13 | Ex. 15, p. 12 | Exh. 14, p. 8 | ECF Doc. 12-25, p. 130 |
| 66 | DCA | EMPLOYMENT PRACTICES | PROBATIONARY CONTRACTS | 50 | 50 | 4.3.1 | U50, Exh. 9, p. 1649 | | U50, Exh. 9, p. 1644 | Ex. 16, p. 13 | Ex. 15, p. 12 | Exh. 14, p. 8 | ECF Doc. 12-25, p. 131 |
| 67 | DCB | EMPLOYMENT PRACTICES | TERM CONTRACTS | 50 | 50 | 4.3.2 | U50, Exh. 9, p. 1650 | | U50, Exh. 9, p. 1644 | Ex. 16, p. 13 | Ex. 15, p. 12 | Exh. 14, p. 8 | ECF Doc. 12-25, p. 132 |
| 68 | DCC | EMPLOYMENT PRACTICES | CONTINUING CONTRACTS | 50 | 50 | 4.3.3 | U50, Exh. 9, p. 1651 | | U50, Exh. 9, p. 1644 | Ex. 16, p. 13 | Ex. 15, p. 12 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 133 |

# Exhibit 7 (Revised) to Motion for Preliminary Injunction
## Page 5 of 11

| | A | B | C | D | E | F | J | K | L | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 | DCD | EMPLOYMENT PRACTICES | AT-WILL EMPLOYMENT | 50 | 50 | 4.3.4 | U50, Exh. 9, p. 1653 | | U50, Exh. 9, p. 1644 | Ex. 16, p. 13 | Ex. 15, p. 12 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 134 |
| 70 | DCE | EMPLOYMENT PRACTICES | OTHER TYPES OF CONTRACTS | 58 | 58 | 4.3.5 | U58, Exh. 9, p. 160 | U58, Exh. 9, p. 153 | U58, Exh. 9, p. 158 | Ex. 16, p. 13 | Ex. 15, p. 12 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 135 |
| 71 | DEA | COMPENSATION AND BENEFITS | COMPENSATION PLAN | 102 | 102 | 4.5.1 | U102, Exh. 9, p. 1077 | U102, Exh. 9, p. 1068 | U102, Exh. 9, p. 1075 | Ex. 16, p. 13 | Ex. 15, p. 12 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 136 |
| 72 | DEAA | COMPENSATION PLAN | INCENTIVES AND STIPENDS | 102 | 102 | 4.5.1.1 | U102, Exh. 9, p. 1084 | U102, Exh. 9, p. 1069 | U102, Exh. 9, p. 1075 | Ex. 16, p. 13 | Ex. 15, p. 12 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 137 |
| 73 | DEAB | COMPENSATION PLAN | WAGE AND HOUR LAWS | 102 | 102 | 4.5.1.2 | U102, Exh. 9, p. 1089 | U102, Exh. 9, p. 1069 | U102, Exh. 9, p. 1075 | Ex. 16, p. 13 | Ex. 15, p. 12 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 138 |
| 74 | DECA | LEAVES AND ABSENCES | FAMILY AND MEDICAL LEAVE | 85 | 85 | 4.5.3.1 | U85, Exh. 9, p. 701 | U85, Exh. 9, p. 686 | U85, Exh. 9, p. 699 | Ex. 16, p. 14 | Ex. 15, p. 13 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 141 |
| 75 | DECB | LEAVES AND ABSENCES | MILITARY LEAVE | 85 | 85 | 4.5.3.2 | U85, Exh. 9, p. 719 | U85, Exh. 9, p. 688 | U85, Exh. 9, p. 699 | Ex. 16, p. 14 | Ex. 15, p. 13 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 142 |
| 76 | DF | TERMINATION OF EMPLOYMENT | | 81 | 82 | 4.6 | U81, Exh. 9, p. 601 | U81, Exh. 9, p. 581 | ==U82, Exh. 9, p. 633== | Ex. 16, p. 14 | Ex. 15, p. 13 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 144 |
| 77 | DFAB | PROBATIONARY CONTRACTS | TERMINATION AT END OF YEAR | 50 | 50 | 4.6.1.2 | U50, Exh. 9, p. 1654 | | U50, Exh. 9, p. 1644 | Ex. 16, p. 14 | Ex. 15, p. 13 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 146 |
| 78 | DFAC | PROBATIONARY CONTRACTS | RETURN TO PROBATIONARY STATUS | 53 | 53 | 4.6.1.3 | U53, Exh. 9, p. 116 | U53, Exh. 9, p. 111 | U53, Exh. 9, p. 114 | Ex. 16, p. 14 | Ex. 15, p. 13 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 147 |
| 79 | DFBA | TERM CONTRACTS | SUSPENSION/TERMINATION DURING CONTRACT | 50 | 50 | 4.6.2.1 | U50, Exh. 9, p. 1655 | | U50, Exh. 9, p. 1644 | Ex. 16, p. 14 | Ex. 15, p. 13 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 148 |
| 80 | DFBB | TERM CONTRACTS | NONRENEWAL | 50 | 50 | 4.6.2.2 | U50, Exh. 9, p. 1656 | | U50, Exh. 9, p. 1644 | Ex. 16, p. 14 | Ex. 15, p. 13 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 149 |
| 81 | DFCA | CONTINUING CONTRACTS | SUSPENSION/TERMINATION | 50 | 50 | 4.6.3.1 | U50, Exh. 9, p. 1658 | | U50, Exh. 9, p. 1644 | Ex. 16, p. 14 | Ex. 15, p. 13 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 150 |
| 82 | DFD | TERMINATION OF EMPLOYMENT | HEARINGS BEFORE HEARING EXAMINER | 91 | 82 | 4.6.4 | U91, Exh. 9, p. 1669 | U91, Exh. 9, p. 926 | U82, Exh. 9, p. 633 | Ex. 16, p. 14 | Ex. 15, p. 14 | Exh. 14, p. 9 | ECF Doc. 12-25, p. 151 |
| 83 | DFE | TERMINATION OF EMPLOYMENT | RESIGNATION | 87 | 82 | 4.6.5 | U87, Exh. 9, p. 1667 | U87, Exh. 9, p. 765 | U82, Exh. 9, p. 633 | Ex. 16, p. 15 | Ex. 15, p. 14 | Exh. 14, p. 10 | ECF Doc. 12-25, p. 152 |
| 84 | DFF | TERMINATION OF EMPLOYMENT | REDUCTION IN FORCE | 92 | 82 | 4.6.6 | U92, Exh. 9, p. 988 | U92, Exh. 9, p. 985 | U82, Exh. 9, p. 633 | Ex. 16, p. 15 | Ex. 15, p. 14 | Exh. 14, p. 10 | ECF Doc. 12-25, p. 153 |
| 85 | DGA | EMPLOYEE RIGHTS AND PRIVILEGES | FREEDOM OF ASSOCIATION | 68 | 71 | 4.7.1 | U68, Exh. 9, p. 263 | U68, Exh. 9, p. 257 | U71, Exh. 9, p. 325 | Ex. 16, p. 15 | Ex. 15, p. 14 | Exh. 14, p. 10 | ECF Doc. 12-25, p. 155 |
| 86 | DGBA | PERSONNEL-MANAGEMENT RELATIONS | EMPLOYEE COMPLAINTS/GRIEVANCES | 71 | 54 | 4.7.2.1 | U71, Exh. 9, p. 326 | U71, Exh. 9, p. 318 | U54, Exh. 9, p. 120 | Ex. 16, p. 15 | Ex. 15, p. 14 | Exh. 14, p. 10 | ECF Doc. 12-25, p. 156 |
| 87 | DGC | EMPLOYEE RIGHTS AND PRIVILEGES | IMMUNITY | 91 | 91 | 4.7.3 | U91, Exh. 9, p. 961 | U91, Exh. 9, p. 926 | U91, Exh. 9, p. 960 | Ex. 16, p. 15 | Ex. 15, p. 14 | Exh. 14, p. 10 | ECF Doc. 12-25, p. 157 |

**Exhibit 7 (Revised) to Motion for Preliminary Injunction**
**Page 6 of 11**

| | A | B | C | D | E | F | J | K | L | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | DHB | EMPLOYEE STANDARDS OF CONDUCT | REPORTS TO STATE BOARD FOR EDUCATOR CERTIFICATION | 103 | 103 | 4.8.2 | U103, Exh. 9, p. 1133 | U103, Exh. 9, p. 1108 | U103, Exh. 9, p. 1132 | Ex. 16, p. 15 | Ex. 15, p. 14 | Exh. 14, p. 10 | ECF Doc. 12-25, p. 159 |
| 89 | DHC | EMPLOYEE STANDARDS OF CONDUCT | REPORTS TO TEXAS EDUCATION AGENCY | 114 | 114 | 4.8.3 | U114, Exh. 9, p. 1398 | U114, Exh. 9, p. 1351 | U114, Exh. 9, p. 1388 | Ex. 16, p. 16 | Ex. 15, p. 14 | Exh. 14, p. 10 | ECF Doc. 12-25, p. 160 |
| 90 | DHE | EMPLOYEE STANDARDS OF CONDUCT | SEARCHES AND ALCOHOL/DRUG TESTING | 60 | 60 | 4.8.5 | U60, Exh. 9, p. 169 | U60, Exh. 9, p. 164 | U60, Exh. 9, p. 168 | Ex. 16, p. 16 | Ex. 15, p. 15 | Exh. 14, p. 10 | ECF Doc. 12-25, p. 161 |
| 91 | DIA | EMPLOYEE WELFARE | FREEDOM FROM DISCRIMINATION, HARASSMENT, AND RETALIATION | 83 | 83 | 4.9.1 | U83, Exh. 9, p. 645 | U83, Exh. 9, p. 639 | U83, Exh. 9, p. 644 | Ex. 16, p. 16 | Ex. 15, p. 15 | Exh. 14, p. 10 | ECF Doc. 12-25, p. 163 |
| 92 | DLB | WORK LOAD | REQUIRED PLANS AND REPORTS | 71 | 71 | 4.12.2 | U71, Exh. 9, p. 328 | U71, Exh. 9, p. 318 | U71, Exh. 9, p. 325 | Ex. 16, p. 16 | Ex. 15, p. 15 | Exh. 14, p. 11 | ECF Doc. 12-25, p. 166 |
| 93 | DMA | PROFESSIONAL DEVELOPMENT | REQUIRED STAFF DEVELOPMENT | 67 | 71 | 4.13.1 | U67, Exh. 9, p. 251 | U67, Exh. 9, p. 234 | U71, Exh. 9, p. 325 | Ex. 16, p. 16 | Ex. 15, p. 15 | Exh. 14, p. 11 | ECF Doc. 12-25, p. 167 |
| 94 | DNA | PERFORMANCE APPRAISAL | EVALUATION OF TEACHERS | 53 | 53 | 4.14.1 | U53, Exh. 9, p. 1660 | U53, Exh. 9, p. 112 | U53, Exh. 9, p. 115 | Ex. 16, p. 16 | Ex. 15, p. 15 | Exh. 14, p. 11 | ECF Doc. 12-25, p. 304 |
| 95 | DNB | PERFORMANCE APPRAISAL | EVALUATION OF CAMPUS ADMINISTRATORS | 105 | 105 | 4.14.2 | U105, Exh. 9, p. 1170 | U105, Exh. 9, p. 1159 | U105, Exh. 9, p. 1169 | Ex. 16, p. 16 | Ex. 15, p. 15 | Exh. 14, p. 11 | ECF Doc. 12-25, p. 168 |
| 96 | EEM | INSTRUCTIONAL ARRANGEMENTS | Juvenile Residential Facilities | 88 | 88 | 5.5.13 | U88, Exh. 9, p. 825 | U88, Exh. 9, p. 815 | U88, Exh. 9, p. 823 | Ex. 16, p. 17 | Ex. 15, p. 16 | Exh. 14, p. 11 | ECF Doc. 12-25, p. 176 |
| 97 | EFA | INSTRUCTIONAL RESOURCES | INSTRUCTIONAL MATERIALS | 108 | 91 | 5.6.1 | U108, Exh. 9, p. 1200 | U108, Exh. 9, p. 1195 | U91, Exh. 9, p. 964 | Ex. 16, p. 17 | Ex. 15, p. 16 | Exh. 14, p. 11 | ECF Doc. 12-25, p. 177 |
| 98 | EFB | INSTRUCTIONAL RESOURCES | LIBRARY MATERIALS | 122 | 119 | 5.6.2 | U122, Exh. 9, p. 1599 | U122, Exh. 9, p. 1562 | U119, Exh. 9, p. 1522 | Ex. 16, p. 17 | Ex. 15, p. 16 | Exh. 14, p. 11 | ECF Doc. 12-25, p. 178 |
| 99 | EHBAA | SPECIAL EDUCATION | IDENTIFICATION, EVALUATION, AND ELIGIBILITY | 77 | 77 | 5.8.2.1.1 | U77, Exh. 9, p. 494 | U77, Exh. 9, p. 478 | U77, Exh. 9, p. 492 | Ex. 16, p. 18 | Ex. 15, p. 17 | Exh. 14, p. 12 | ECF Doc. 12-25, p. 186 |
| 100 | EHBAB | SPECIAL EDUCATION | ARD COMMITTEE AND INDIVIDUALIZED EDUCATION PROGRAM | 84 | 84 | 5.8.2.1.2 | U84, Exh. 9, p. 671 | U84, Exh. 9, p. 655 | U84, Exh. 9, p. 669 | Ex. 16, p. 18 | Ex. 15, p. 17 | Exh. 14, p. 12 | ECF Doc. 12-25, p. 187 |
| 101 | EHBAC | SPECIAL EDUCATION | STUDENTS IN NONDISTRICT PLACEMENT | 77 | 77 | 5.8.2.1.3 | U77, Exh. 9, p. 506 | U77, Exh. 9, p. 479 | U77, Exh. 9, p. 492 | Ex. 16, p. 18 | Ex. 15, p. 17 | Exh. 14, p. 12 | ECF Doc. 12-25, p. 188 |
| 102 | EHBAD | SPECIAL EDUCATION | TRANSITION SERVICES | 77 | 77 | 5.8.2.1.4 | U77, Exh. 9, p. 512 | U77, Exh. 9, p. 479 | U77, Exh. 9, p. 492 | Ex. 16, p. 18 | Ex. 15, p. 17 | Exh. 14, p. 12 | ECF Doc. 12-25, p. 189 |
| 103 | EHBAE | SPECIAL EDUCATION | PROCEDURAL REQUIREMENTS | 77 | 77 | 5.8.2.1.5 | U77, Exh. 9, p. 514 | U77, Exh. 9, p. 480 | U77, Exh. 9, p. 492 | Ex. 16, p. 19 | Ex. 15, p. 17 | Exh. 14, p. 12 | ECF Doc. 12-25, p. 190 |
| 104 | EHBAF | SPECIAL EDUCATION | VIDEO/AUDIO MONITORING | 104 | 104 | 5.8.2.1.6 | U104, Exh. 9, p. 1150 | U104, Exh. 9, p. 1145 | U104, Exh. 9, p. 1148 | Ex. 16, p. 19 | Ex. 15, p. 17 | Exh. 14, p. 12 | ECF Doc. 12-25, p. 191 |

**Exhibit 7 (Revised) to Motion for Preliminary Injunction**
**Page 7 of 11**

|  | A | B | C | D | E | F | J | K | L | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105 | EHBC | SPECIAL PROGRAMS | COMPENSATORY SERVICES AND INTENSIVE PROGRAMS | 121 | 121 | 5.8.2.3 | U121, Exh. 9, p. 1535 | U121, Exh. 9, p. 1527 | U121, Exh. 9, p. 1533 | Ex. 16, p. 19 | Ex. 15, p. 17 | Exh. 14, p. 12 | ECF Doc. 12-25, p. 193 |
| 106 | EHBCA | COMPENSATORY SERVICES AND INTENSIVE PROGRAMS | ACCELERATED INSTRUCTION | 121 | 121 | 5.8.2.3.1 | U121, Exh. 9, p. 1545 | U121, Exh. 9, p. 1527 | U121, Exh. 9, p. 1533 | Ex. 16, p. 19 | Ex. 15, p. 17 | Exh. 14, p. 12 | ECF Doc. 12-25, p. 194 |
| 107 | EHBD | SPECIAL PROGRAMS | FEDERAL TITLE I | 87 | 76 | 5.8.2.4 | U87, Exh. 9, p. 799 | U87, Exh. 9, p. 767 | U76, Exh. 9, p. 467 | Ex. 16, p. 19 | Ex. 15, p. 18 | Exh. 14, p. 12 | ECF Doc. 12-25, p. 195 |
| 108 | EHBF | SPECIAL PROGRAMS | CAREER AND TECHNICAL EDUCATION | 88 | 88 | 5.8.2.6 | U88, Exh. 9, p. 828 | U88, Exh. 9, p. 816 | U88, Exh. 9, p. 824 | Ex. 16, p. 19 | Ex. 15, p. 18 | Exh. 14, p. 13 | ECF Doc. 12-25, p. 197 |
| 109 | EHBG | SPECIAL PROGRAMS | PREKINDERGARTEN | 76 | 76 | 5.8.2.7 | U76, Exh. 9, p. 468 | U76, Exh. 9, p. 457 | U76, Exh. 9, p. 467 | Ex. 16, p. 19 | Ex. 15, p. 18 | Exh. 14, p. 13 | ECF Doc. 12-25, p. 198 |
| 110 | EHBH | SPECIAL PROGRAMS | OTHER SPECIAL POPULATIONS | 50 | 50 | 5.8.2.8 | U50, Exh. 9, p. 26 |  | U50, Exh. 9, p. 25 | Ex. 16, p. 19 | Ex. 15, p. 18 | Exh. 14, p. 13 | ECF Doc. 12-25, p. 199 |
| 111 | EHBJ | SPECIAL PROGRAMS | INNOVATIVE AND MAGNET PROGRAMS | 108 | 108 | 5.8.2.10 | U108, Exh. 9, p. 1204 | U108, Exh. 9, p. 1196 | U108, Exh. 9, p. 1199 | Ex. 16, p. 19 | Ex. 15, p. 18 | Exh. 14, p. 13 | ECF Doc. 12-25, p. 201 |
| 112 | EHBK | SPECIAL PROGRAMS | OTHER INSTRUCTIONAL INITIATIVES | 66 | 66 | 5.8.2.11 | U66, Exh. 9, p. 226 | U66, Exh. 9, p. 218 | U66, Exh. 9, p. 225 | Ex. 16, p. 20 | Ex. 15, p. 18 | Exh. 14, p. 13 | ECF Doc. 12-25, p. 202 |
| 113 | EHBL | SPECIAL PROGRAMS | HIGH SCHOOL EQUIVALENCY | 79 | 79 | 5.8.2.12 | U79, Exh. 9, p. 557 | U79, Exh. 9, p. 552 | U79, Exh. 9, p. 556 | Ex. 16, p. 20 | Ex. 15, p. 18 | Exh. 14, p. 13 | ECF Doc. 12-25, p. 203 |
| 114 | EHDC | ALTERNATIVE METHODS FOR EARNING CREDIT | CREDIT BY EXAMINATION WITHOUT PRIOR INSTRUCTION | 89 | 89 | 5.8.4.3 | U89, Exh. 9, p. 849 | U89, Exh. 9, p. 840 | U89, Exh. 9, p. 848 | Ex. 16, p. 20 | Ex. 15, p. 18 | Exh. 14, p. 13 | ECF Doc. 12-25, p. 204 |
| 115 | EHDD | ALTERNATIVE METHODS FOR EARNING CREDIT | COLLEGE COURSE WORK/DUAL CREDIT | 89 | 89 | 5.8.4.4 | U89, Exh. 9, p. 850 | U89, Exh. 9, p. 840 | U89, Exh. 9, p. 848 | Ex. 16, p. 20 | Ex. 15, p. 18 | Exh. 14, p. 13 | ECF Doc. 12-25, p. 205 |
| 116 | EHDE | ALTERNATIVE METHODS FOR EARNING CREDIT | DISTANCE LEARNING | 89 | 89 | 5.8.4.5 | U89, Exh. 9, p. 854 | U89, Exh. 9, p. 841 | U89, Exh. 9, p. 848 | Ex. 16, p. 20 | Ex. 15, p. 19 | Exh. 14, p. 13 | ECF Doc. 12-25, p. 206 |
| 117 | EIA | ACADEMIC ACHIEVEMENT | GRADING/PROGRESS REPORTS TO PARENTS | 52 | 52 | 5.9.1 | U52, Exh. 9, p. 86 | U52, Exh. 9, p. 76 | U52, Exh. 9, p. 84 | Ex. 16, p. 20 | Ex. 15, p. 19 | Exh. 14, p. 13 | ECF Doc. 12-25, p. 208 |
| 118 | EIE | ACADEMIC ACHIEVEMENT | RETENTION AND PROMOTION | 52 | 52 | 5.9.5 | U52, Exh. 9, p. 87 | U52, Exh. 9, p. 77 | U52, Exh. 9, p. 84 | Ex. 16, p. 20 | Ex. 15, p. 19 | Exh. 14, p. 13 | ECF Doc. 12-25, p. 210 |
| 119 | EIF | ACADEMIC ACHIEVEMENT | GRADUATION | 52 | 52 | 5.9.6 | U52, Exh. 9, p. 88 | U52, Exh. 9, p. 77 | U52, Exh. 9, p. 84 | Ex. 16, p. 20 | Ex. 15, p. 19 | Exh. 14, p. 13 | ECF Doc. 12-25, p. 211 |
| 120 | EKB | TESTING PROGRAMS | STATE ASSESSMENT | 78 | 76 | 5.11.2 | U78, Exh. 9, p. 535 | U78, Exh. 9, p. 527 | U76, Exh. 9, p. 467 | Ex. 16, p. 21 |  | Exh. 14, p. 13 | ECF Doc. 12-25, p. 213 |
| 121 | EKBA | STATE ASSESSMENT | ENGLISH LEARNERS/EMERGENT BILINGUAL STUDENTS | 118 | 118 | 5.11.2.1 | U118, Exh. 9, p. 1484 | U118, Exh. 9, p. 1471 | U118, Exh. 9, p. 1483 | Ex. 16, p. 21 | Ex. 15, p. 19 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 214 |

**Exhibit 7 (Revised) to Motion for Preliminary Injunction**
**Page 8 of 11**

| | A | B | C | D | E | F | J | K | L | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 122 | EKC | TESTING PROGRAMS | READING ASSESSMENT | 81 | 76 | 5.11.3 | U81, Exh. 9, p. 605 | U81, Exh. 9, p. 584 | U76, Exh. 9, p. 467 | Ex. 16, p. 21 | Ex. 15, p. 19 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 215 |
| 123 | EKD | TESTING PROGRAMS | MATHEMATICS ASSESSMENT | 87 | 76 | 5.11.4 | U87, Exh. 9, p. 802 | U87, Exh. 9, p. 767 | U76, Exh. 9, p. 467 | Ex. 16, p. 21 | Ex. 15, p. 19 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 216 |
| 124 | EL | CAMPUS OR PROGRAM CHARTERS | | 111 | 111 | 5.12 | U111, Exh. 9, p. 1269 | U111, Exh. 9, p. 1265 | U111, Exh. 9, p. 1268 | Ex. 16, p. 21 | Ex. 15, p. 19 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 217 |
| 125 | ELA | CAMPUS OR PROGRAM CHARTERS | PARTNERSHIP CHARTERS | 111 | 111 | 5.12.1 | U111, Exh. 9, p. 1276 | U111, Exh. 9, p. 1265 | U111, Exh. 9, p. 1268 | Ex. 16, p. 21 | Ex. 15, p. 19 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 218 |
| 126 | EMI | MISCELLANEOUS INSTRUCTIONAL POLICIES | STUDY OF RELIGION | 68 | 69 | 5.13.9 | U68, Exh. 9, p. 264 | U68, Exh. 9, p. 258 | U69, Exh. 9, p. 291 | Ex. 16, p. 21 | Ex. 15, p. 20 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 220 |
| 127 | FA | PARENT RIGHTS AND RESPONSIBILITIES | | 122 | 122 | 6.1 | U122, Exh. 9, p. 1604 | U122, Exh. 9, p. 1566 | U122, Exh. 9, p. 1601 | Ex. 16, p. 21 | Ex. 15, p. 20 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 221 |
| 128 | FB | EQUAL EDUCATIONAL OPPORTUNITY | | 75 | 75 | 6.2 | U75, Exh. 9, p. 444 | U75, Exh. 9, p. 439 | U75, Exh. 9, p. 442 | Ex. 16, p. 21 | Ex. 15, p. 20 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 222 |
| 129 | FBA | EQUAL EDUCATIONAL OPPORTUNITY | SERVICE ANIMALS | 90 | 90 | 6.2.1 | U90, Exh. 9, p. 902 | U90, Exh. 9, p. 873 | U90, Exh. 9, p. 900 | Ex. 16, p. 21 | Ex. 15, p. 20 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 223 |
| 130 | FD | ADMISSIONS | | 69 | 69 | 6.4 | U69, Exh. 9, p. 294 | U69, Exh. 9, p. 286 | U69, Exh. 9, p. 292 | Ex. 16, p. 22 | Ex. 15, p. 20 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 224 |
| 131 | FDA | ADMISSIONS | INTERDISTRICT TRANSFERS | 71 | 71 | 6.4.1 | U71, Exh. 9, p. 331 | U71, Exh. 9, p. 321 | U71, Exh. 9, p. 329 | Ex. 16, p. 22 | Ex. 15, p. 20 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 225 |
| 132 | FDAA | INTERDISTRICT TRANSFERS | PUBLIC EDUCATION GRANTS | 50 | 50 | 6.4.1.1 | U50, Exh. 9, p. 30 | | U50, Exh. 9, p. 28 | Ex. 16, p. 22 | Ex. 15, p. 20 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 226 |
| 133 | FDB | ADMISSIONS | INTRADISTRICT TRANSFERS AND CLASSROOM ASSIGNMENTS | 81 | 81 | 6.4.2 | U81, Exh. 9, p. 609 | U81, Exh. 9, p. 585 | U81, Exh. 9, p. 607 | Ex. 16, p. 22 | Ex. 15, p. 20 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 227 |
| 134 | FDC | ADMISSIONS | HOMELESS STUDENTS | 71 | 71 | 6.4.3 | U71, Exh. 9, p. 334 | U71, Exh. 9, p. 321 | U71, Exh. 9, p. 329 | Ex. 16, p. 22 | Ex. 15, p. 20 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 228 |
| 135 | FDD | ADMISSIONS | MILITARY DEPENDENTS | 86 | 86 | 6.4.4 | U86, Exh. 9, p. 748 | U86, Exh. 9, p. 739 | U86, Exh. 9, p. 746 | Ex. 16, p. 22 | Ex. 15, p. 20 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 229 |
| 136 | FDE | ADMISSIONS | SCHOOL SAFETY TRANSFERS | 86 | 86 | 6.4.5 | U86, Exh. 9, p. 752 | U86, Exh. 9, p. 739 | U86, Exh. 9, p. 746 | Ex. 16, p. 22 | Ex. 15, p. 20 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 230 |
| 137 | FEA | ATTENDANCE | COMPULSORY ATTENDANCE | 69 | 69 | 6.5.1 | U69, Exh. 9, p. 301 | U69, Exh. 9, p. 286 | U69, Exh. 9, p. 292 | Ex. 16, p. 22 | Ex. 15, p. 20 | Exh. 14, p. 14 | ECF Doc. 12-25, p. 231 |
| 138 | FEB | ATTENDANCE | ATTENDANCE ACCOUNTING | 69 | 69 | 6.5.2 | U69, Exh. 9, p. 306 | U69, Exh. 9, p. 287 | U69, Exh. 9, p. 292 | Ex. 16, p. 22 | Ex. 15, p. 21 | Exh. 14, p. 15 | ECF Doc. 12-25, p. 232 |
| 139 | FEC | ATTENDANCE | ATTENDANCE FOR CREDIT | 69 | 69 | 6.5.3 | U69, Exh. 9, p. 309 | U69, Exh. 9, p. 287 | U69, Exh. 9, p. 292 | Ex. 16, p. 22 | Ex. 15, p. 21 | | ECF Doc. 12-25, p. 233 |
| 140 | FED | ATTENDANCE | ATTENDANCE ENFORCEMENT | 69 | 69 | 6.5.4 | U69, Exh. 9, p. 310 | U69, Exh. 9, p. 287 | U69, Exh. 9, p. 292 | Ex. 16, p. 22 | Ex. 15, p. 21 | Exh. 14, p. 15 | ECF Doc. 12-25, p. 234 |

**Exhibit 7 (Revised) to Motion for Preliminary Injunction**
**Page 9 of 11**

| | A | B | C | D | E | F | J | K | L | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | FFA | STUDENT WELFARE | WELLNESS AND HEALTH SERVICES | 77 | 77 | 6.6.1 | U77, Exh. 9, p. 520 | U77, Exh. 9, p. 481 | U77, Exh. 9, p. 518 | Ex. 16, p. 22 | Ex. 15, p. 21 | Exh. 14, p. 15 | ECF Doc. 12-25, p. 235 |
| 142 | FFAE | WELLNESS AND HEALTH SERVICES | SCHOOL-BASED HEALTH CENTERS | 89 | 77 | 6.6.1.5 | U89, Exh. 9, p. 859 | U89, Exh. 9, p. 842 | U77, Exh. 9, p. 518 | Ex. 16, p. 23 | Ex. 15, p. 21 | Exh. 14, p. 15 | ECF Doc. 12-25, p. 240 |
| 143 | FFAF | WELLNESS AND HEALTH SERVICES | CARE PLANS | 103 | 94 | 6.6.1.6 | U103, Exh. 9, p. 1137 | U103, Exh. 9, p. 1118 | U94, Exh. 9, p. 1025 | Ex. 16, p. 23 | Ex. 15, p. 21 | Exh. 14, p. 15 | ECF Doc. 12-25, p. 241 |
| 144 | FFBA | CRISIS INTERVENTION | TRAUMA-INFORMED CARE | 114 | 114 | 6.6.2.1 | U114, Exh. 9, p. 1403 | U114, Exh. 9, p. 1357 | U114, Exh. 9, p. 1400 | Ex. 16, p. 23 | Ex. 15, p. 21 | Exh. 14, p. 15 | ECF Doc. 12-25, p. 243 |
| 145 | FFC | STUDENT WELFARE | STUDENT SUPPORT SERVICES | 71 | 71 | 6.6.3 | U71, Exh. 9, p. 338 | U71, Exh. 9, p. 323 | U71, Exh. 9, p. 329 | Ex. 16, p. 23 | Ex. 15, p. 22 | Exh. 14, p. 15 | ECF Doc. 12-25, p. 244 |
| 146 | FFEA | COUNSELING AND MENTAL HEALTH | COUNSELING | 115 | 115 | 6.6.5.1 | U115, Exh. 9, p. 1423 | U115, Exh. 9, p. 1415 | U115, Exh. 9, p. 1420 | Ex. 16, p. 23 | Ex. 15, p. 22 | | ECF Doc. 12-25, p. 246 |
| 147 | FFEB | COUNSELING AND MENTAL HEALTH | MENTAL HEALTH | 115 | 115 | 6.6.5.2 | U115, Exh. 9, p. 1426 | U115, Exh. 9, p. 1416 | U115, Exh. 9, p. 1420 | Ex. 16, p. 23 | Ex. 15, p. 22 | Exh. 14, p. 15 | ECF Doc. 12-25, p. 247 |
| 148 | FFH | STUDENT WELFARE | FREEDOM FROM DISCRIMINATION, HARASSMENT, AND RETALIATION | 81 | 83 | 6.6.8 | U81, Exh. 9, p. 614 | U81, Exh. 9, p. 587 | U83, Exh. 9, p. 647 | Ex. 16, p. 24 | Ex. 15, p. 22 | Exh. 14, p. 16 | ECF Doc. 12-25, p. 250 |
| 149 | FFI | STUDENT WELFARE | FREEDOM FROM BULLYING | 93 | 83 | 6.6.9 | U93, Exh. 9, p. 1018 | U93, Exh. 9, p. 1000 | U83, Exh. 9, p. 647 | Ex. 16, p. 24 | Ex. 15, p. 22 | Exh. 14, p. 16 | ECF Doc. 12-25, p. 251 |
| 150 | FJ | STUDENT FUNDRAISING | | 107 | 107 | 6.1 | U107, Exh. 9, p. 1190 | U107, Exh. 9, p. 1182 | U107, Exh. 9, p. 1189 | Ex. 16, p. 24 | Ex. 15, p. 22 | Exh. 14, p. 16 | ECF Doc. 12-25, p. 252 |
| 151 | FMA | STUDENT ACTIVITIES | SCHOOL-SPONSORED PUBLICATIONS | 68 | 68 | 6.13.1 | U68, Exh. 9, p. 267 | U68, Exh. 9, p. 258 | U68, Exh. 9, p. 266 | Ex. 16, p. 24 | Ex. 15, p. 22 | Exh. 14, p. 16 | ECF Doc. 12-25, p. 255 |
| 152 | FMH | STUDENT ACTIVITIES | COMMENCEMENT | 68 | 68 | 6.13.8 | U68, Exh. 9, p. 268 | U68, Exh. 9, p. 259 | U68, Exh. 9, p. 266 | Ex. 16, p. 24 | Ex. 15, p. 22 | Exh. 14, p. 16 | ECF Doc. 12-25, p. 256 |
| 153 | FNA | STUDENT RIGHTS AND RESPONSIBILITIES | STUDENT EXPRESSION | 65 | 65 | 6.14.1 | U65, Exh. 9, p. 204 | U65, Exh. 9, p. 201 | U65, Exh. 9, p. 203 | Ex. 16, p. 24 | Ex. 15, p. 23 | Exh. 14, p. 16 | ECF Doc. 12-25, p. 257 |
| 154 | FNAA | STUDENT EXPRESSION | DISTRIBUTION OF NONSCHOOL LITERATURE | 68 | 68 | 6.14.1.1 | U68, Exh. 9, p. 269 | U68, Exh. 9, p. 260 | U68, Exh. 9, p. 266 | Ex. 16, p. 25 | Ex. 15, p. 23 | Exh. 14, p. 16 | ECF Doc. 12-25, p. 258 |
| 155 | FNAB | STUDENT EXPRESSION | USE OF SCHOOL FACILITIES FOR NONSCHOOL PURPOSES | 68 | 68 | 6.14.1.2 | U68, Exh. 9, p. 270 | U68, Exh. 9, p. 260 | U68, Exh. 9, p. 266 | Ex. 16, p. 25 | Ex. 15, p. 23 | Exh. 14, p. 16 | ECF Doc. 12-25, p. 259 |
| 156 | FNCC | STUDENT CONDUCT | PROHIBITED ORGANIZATIONS AND HAZING | 68 | 68 | 6.14.3.3 | U68, Exh. 9, p. 272 | U68, Exh. 9, p. 260 | U68, Exh. 9, p. 266 | Ex. 16, p. 25 | Ex. 15, p. 23 | Exh. 14, p. 16 | ECF Doc. 12-25, p. 263 |
| 157 | FNCD | STUDENT CONDUCT | TOBACCO USE AND POSSESSION | 50 | 50 | 6.14.3.4 | U50, Exh. 9, p. 1659 | | U50, Exh. 9, p. 29 | Ex. 16, p. 25 | Ex. 15, p. 23 | Exh. 14, p. 16 | ECF Doc. 12-25, p. 264 |

**Exhibit 7 (Revised) to Motion for Preliminary Injunction**
**Page 10 of 11**

| | A | B | C | D | E | F | J | K | L | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 158 | FNCE | STUDENT CONDUCT | PERSONAL TELECOMMUNICATIONS/ELECTRONIC DEVICES | 90 | 90 | 6.14.3.5 | U90, Exh. 9, p. 906 | U90, Exh. 9, p. 875 | U90, Exh. 9, p. 901 | Ex. 16, p. 25 | Ex. 15, p. 23 | Exh. 14, p. 16 | ECF Doc. 12-25, p. 264 |
| 159 | FNF | STUDENT RIGHTS AND RESPONSIBILITIES | INVESTIGATIONS AND SEARCHES | 113 | 113 | 6.14.6 | U113, Exh. 9, p. 1684 | U113, Exh. 9, p. 1680 | U113, Exh. 9, p. 1682 | Ex. 16, p. 26 | Ex. 15, p. 24 | Exh. 14, p. 17 | ECF Doc. 12-25, p. 271 |
| 160 | FNG | STUDENT RIGHTS AND RESPONSIBILITIES | STUDENT AND PARENT COMPLAINTS/GRIEVANCES | 73 | 75 | 6.14.7 | U73, Exh. 9, p. 418 | U73, Exh. 9, p. 414 | U75, Exh. 9, p. 443 | Ex. 16, p. 26 | Ex. 15, p. 24 | Exh. 14, p. 17 | ECF Doc. 12-25, p. 272 |
| 161 | FOA | STUDENT DISCIPLINE | REMOVAL BY TEACHER OR BUS DRIVER | 98 | 98 | 6.15.1 | U98, Exh. 9, p. 1064 | U98, Exh. 9, p. 1050 | U98, Exh. 9, p. 1063 | Ex. 16, p. 26 | Ex. 15, p. 24 | Exh. 14, p. 17 | ECF Doc. 12-25, p. 274 |
| 162 | FOB | STUDENT DISCIPLINE | OUT-OF-SCHOOL SUSPENSION | 72 | 72 | 6.15.2 | U72, Exh. 9, p. 367 | U72, Exh. 9, p. 359 | U72, Exh. 9, p. 366 | Ex. 16, p. 26 | Ex. 15, p. 24 | Exh. 14, p. 17 | ECF Doc. 12-25, p. 275 |
| 163 | FOC | STUDENT DISCIPLINE | PLACEMENT IN A DISCIPLINARY ALTERNATIVE EDUCATION SETTING | 72 | 72 | 6.15.3 | U72, Exh. 9, p. 368 | U72, Exh. 9, p. 359 | U72, Exh. 9, p. 366 | Ex. 16, p. 26 | Ex. 15, p. 24 | Exh. 14, p. 17 | ECF Doc. 12-25, p. 276 |
| 164 | FOCA | PLACEMENT IN A DISCIPLINARY ALTERNATIVE EDUCATION SETTING | DISCIPLINARY ALTERNATIVE EDUCATION PROGRAM OPERATIONS | 72 | 72 | 6.15.3.1 | U72, Exh. 9, p. 377 | U72, Exh. 9, p. 360 | U72, Exh. 9, p. 366 | Ex. 16, p. 26 | | Exh. 14, p. 17 | ECF Doc. 12-25, p. 277 |
| 165 | FODA | EXPULSION | JUVENILE JUSTICE ALTERNATIVE EDUCATION PROGRAM | 72 | 72 | 6.15.4.1 | U72, Exh. 9, p. 380 | U72, Exh. 9, p. 361 | U72, Exh. 9, p. 366 | Ex. 16, p. 26 | Ex. 15, p. 24 | Exh. 14, p. 17 | ECF Doc. 12-25, p. 279 |
| 166 | FOE | STUDENT DISCIPLINE | EMERGENCY AND ALTERNATIVE PLACEMENT | 81 | 81 | 6.15.5 | U81, Exh. 9, p. 615 | U81, Exh. 9, p. 588 | U81, Exh. 9, p. 608 | Ex. 16, p. 27 | Ex. 15, p. 25 | Exh. 14, p. 17 | ECF Doc. 12-25, p. 280 |
| 167 | FOF | STUDENT DISCIPLINE | STUDENTS WITH DISABILITIES | 72 | 72 | 6.15.6 | U72, Exh. 9, p. 386 | U72, Exh. 9, p. 362 | U72, Exh. 9, p. 366 | Ex. 16, p. 27 | Ex. 15, p. 25 | Exh. 14, p. 17 | ECF Doc. 12-25, p. 281 |
| 168 | GA | ACCESS TO PROGRAMS, SERVICES, AND ACTIVITIES | | 43 | 43 | 7.1 | U43, Exh. 9, p. 15 | | U43, Exh. 9, p. 14 | Ex. 16, p. 27 | Ex. 15, p. 25 | Exh. 14, p. 18 | ECF Doc. 12-25, p. 283 |
| 169 | GBA | PUBLIC INFORMATION PROGRAM | ACCESS TO PUBLIC INFORMATION | 50 | 50 | 7.2.1 | U50, Exh. 9, p. 32 | | U50, Exh. 9, p. 31 | Ex. 16, p. 27 | Ex. 15, p. 25 | Exh. 14, p. 18 | ECF Doc. 12-25, p. 285 |
| 170 | GBAA | ACCESS TO PUBLIC INFORMATION | REQUESTS FOR INFORMATION | 121 | 121 | 7.2.1.1 | | U121, Exh. 9, p. 1529 | U121, Exh. 9, p. 1552 | Ex. 16, p. 27 | Ex. 15, p. 25 | Exh. 14, p. 18 | ECF Doc. 12-25, p. 286 |
| 171 | GC | PUBLIC NOTICES | | 93 | 93 | 7.3 | U93, Exh. 9, p. 1021 | U93, Exh. 9, p. 1002 | U93, Exh. 9, p. 1020 | Ex. 16, p. 27 | Ex. 15, p. 25 | Exh. 14, p. 18 | ECF Doc. 12-25, p. 287 |

# Exhibit 7 (Revised) to Motion for Preliminary Injunction
## Page 11 of 11

| | A | B | C | D | E | F | J | K | L | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 172 | GE | RELATIONS WITH PARENT ORGANIZATIONS | | 68 | 72 | 7.5 | U68, Exh. 9, p. 274 | U68, Exh. 9, p. 260 | U72, Exh. 9, p. 400 | Ex. 16, p. 27 | Ex. 15, p. 25 | Exh. 14, p. 18 | ECF Doc. 12-25, p. 288 |
| 173 | GKB | COMMUNITY RELATIONS | ADVERTISING AND FUNDRAISING | 109 | 108 | 7.11.2 | U109, Exh. 9, p. 1230 | U109, Exh. 9, p. 1227 | ==U108, Exh. 9, p. 1205== | Ex. 16, p. 27 | Ex. 15, p. 26 | Exh. 14, p. 18 | ECF Doc. 12-25, p. 290 |
| 174 | GKC | COMMUNITY RELATIONS | VISITORS | 109 | 109 | 7.11.3 | U109, Exh. 9, p. 1233 | U109, Exh. 9, p. 1227 | U109, Exh. 9, p. 1229 | Ex. 16, p. 28 | Ex. 15, p. 26 | Exh. 14, p. 18 | ECF Doc. 12-25, p. 291 |
| 175 | GKD | COMMUNITY RELATIONS | NONSCHOOL USE OF SCHOOL FACILITIES | 72 | 72 | 7.11.4 | U72, Exh. 9, p. 401 | U72, Exh. 9, p. 363 | U72, Exh. 9, p. 400 | Ex. 16, p. 28 | Ex. 15, p. 26 | Exh. 14, p. 18 | ECF Doc. 12-25, p. 292 |
| 176 | GKDA | NONSCHOOL USE OF SCHOOL FACILITIES | DISTRIBUTION OF NONSCHOOL LITERATURE | 72 | 72 | 7.11.4.1 | U72, Exh. 9, p. 1665 | U72, Exh. 9, p. 363 | U72, Exh. 9, p. 400 | Ex. 16, p. 29 | Ex. 15, p. 26 | Exh. 14, p. 18 | ECF Doc. 12-25, p. 305 |
| 177 | GKE | COMMUNITY RELATIONS | BUSINESS, CIVIC, AND YOUTH GROUPS | 109 | 43 | 7.11.5 | U109, Exh. 9, p. 1235 | U109, Exh. 9, p. 1228 | U43, Exh. 9, p. 1229 | Ex. 16, p. 28 | Ex. 15, p. 26 | Exh. 14, p. 18 | ECF Doc. 12-25, p. 293 |
| 178 | GKG | COMMUNITY RELATIONS | SCHOOL VOLUNTEER PROGRAM | 50 | 50 | 7.11.7 | U50, Exh. 9, p. 43 | | U50, Exh. 9, p. 31 | Ex. 16, p. 28 | Ex. 15, p. 26 | Exh. 14, p. 18 | ECF Doc. 12-25, p. 294 |
| 179 | GNA | RELATIONS WITH EDUCATIONAL ENTITIES | OTHER SCHOOLS AND DISTRICTS | 43 | 43 | 7.14.1 | U43, Exh. 9, p. 17 | | U43, Exh. 9, p. 14 | Ex. 16, p. 28 | Ex. 15, p. 26 | Exh. 14, p. 18 | ECF Doc. 12-25, p. 295 |
| 180 | GNB | RELATIONS WITH EDUCATIONAL ENTITIES | REGIONAL EDUCATION SERVICE CENTERS | 43 | 43 | 7.14.2 | U43, Exh. 9, p. 18 | | U43, Exh. 9, p. 14 | Ex. 16, p. 28 | Ex. 15, p. 26 | Exh. 14, p. 18 | ECF Doc. 12-25, p. 296 |
| 181 | GNC | RELATIONS WITH EDUCATIONAL ENTITIES | COLLEGES AND UNIVERSITIES | 43 | 43 | 7.14.3 | U43, Exh. 9, p. 19 | | U43, Exh. 9, p. 14 | Ex. 16, p. 28 | Ex. 15, p. 26 | Exh. 14, p. 18 | ECF Doc. 12-25, p. 297 |
| 182 | GR | RELATIONS WITH GOVERNMENTAL ENTITIES | | 43 | 43 | 7.18 | U43, Exh. 9, p. 21 | | U43, Exh. 9, p. 14 | Ex. 16, p. 28 | Ex. 15, p. 26 | Exh. 14, p. 19 | ECF Doc. 12-25, p. 298 |
| 183 | GRA | RELATIONS WITH GOVERNMENTAL ENTITIES | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | 91 | 91 | 7.18.1 | U91, Exh. 9, p. 967 | U91, Exh. 9, p. 939 | U91, Exh. 9, p. 966 | Ex. 16, p. 28 | Ex. 15, p. 26 | Exh. 14, p. 19 | ECF Doc. 12-25, p. 299 |
| 184 | GRAA | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | LAW ENFORCEMENT AGENCIES | 91 | 91 | 7.18.1.1 | U91, Exh. 9, p. 970 | U91, Exh. 9, p. 940 | U91, Exh. 9, p. 966 | Ex. 16, p. 29 | Ex. 15, p. 27 | Exh. 14, p. 19 | ECF Doc. 12-25, p. 300 |
| 185 | GRAC | STATE AND LOCAL GOVERNMENTAL AUTHORITIES | JUVENILE SERVICE PROVIDERS | 91 | 91 | 7.18.1.3 | U91, Exh. 9, p. 979 | U91, Exh. 9, p. 941 | U91, Exh. 9, p. 966 | Ex. 16, p. 29 | Ex. 15, p. 27 | Exh. 14, p. 19 | ECF Doc. 12-25, p. 301 |
| 186 | GRB | RELATIONS WITH GOVERNMENTAL ENTITIES | INTERLOCAL COOPERATION CONTRACTS | 87 | 87 | 7.18.2 | U87, Exh. 9, p. 804 | U87, Exh. 9, p. 771 | U87, Exh. 9, p. 803 | Ex. 16, p. 29 | Ex. 15, p. 27 | Exh. 14, p. 19 | ECF Doc. 12-25, p. 302 |
| 187 | GRC | RELATIONS WITH GOVERNMENTAL ENTITIES | EMERGENCY MANAGEMENT | 87 | 87 | 7.18.3 | U87, Exh. 9, p. 805 | U87, Exh. 9, p. 772 | U87, Exh. 9, p. 803 | Ex. 16, p. 29 | Ex. 15, p. 27 | Exh. 14, p. 19 | ECF Doc. 12-25, p. 303 |