

Login

# Welcome to Conroe ISD

 Resource     Legal Links     District Home     Help

## Browse All Policies

🔽 Filter policy categories

🔍 Search Conroe ISD Policies

Welcome to Policy Connect Online!

Our online board policy manual, Policy Connect, is structured by topic, with corresponding policy letters listed in

**Section A — Basic District Foundations**



each section. The policies are divided into two main categories, as well as one additional category for exhibits:

1. **Local Policy:** These are board-adopted policies designed to fulfill legal obligations and mirror local values, practices, and expectations.
2. **Legal Reference:** This section offers pertinent legal information to inform local decision-making. Legal reference is not a substitute for board-adopted policy.
3. **Exhibit:** Supplementary resources such as regulations or exhibits may be accessible or linked.

Should you have any questions or concerns regarding board policy, please direct them to the district's administration.

| AA | School District Legal Status |
| AB | District Name |
| AC | Geographic Boundaries Of School District |
| AE | Educational Philosophy |
| AF | Innovation Districts |
| AG | Home Rule Districts |
| AIA | Accountability: Accreditation And Performance Indicators |
| AIB | Accountability: Performance Reporting |
| AIC | Accountability: Interventions And Sanctions |
| AID | Accountability: Federal Accountability Standards |
| AIE | Accountability: Investigations |

## Section B — Local Governance  —

| | |
|---|---|
| **BAA** | **Board Powers & Duties** |
| **BBA** | **Board Members: Eligibility/Qualifications** |
| **BBB** | **Board Members: Elections** |
| **BBBA** | **Conducting Elections** |
| **BBBB** | **Elections: Post-Election Procedures** |
| **BBBC** | **Elections: Campaign Finance** |
| **BBBD** | **Elections: Campaign Ethics** |
| **BBC** | **Board Members: Vacancies And Removal From Office** |
| **BBD** | **Board Members: Training And Orientation** |
| **BBE** | **Board Members: Authority** |
| **BBF** | **Board Members: Ethics** |

**BBFA**  Ethics: Conflict Of Interest Disclosures

**BBFB**  Ethics: Prohibited Practices

**BBG**  Board Members: Compensation And Expenses

**BBI**  Board Members: Technology Resources And Electronic Communications

**BDAA**  Officers And Officials: Duties And Requirements Of Board Officers

**BDAE**  Officers And Officials: Duties And Requirements Of Depository

**BDB**  Board Internal Organization: Internal Committees

**BDD**  Board Internal Organization: Attorney

**BDF**  Board Internal Organization: Citizen Advisory Committees

| BE | Board Meetings |
| BEC | Board Meetings: Closed Meetings |
| BED | Board Meetings: Public Participation |
| BF | Board Policies |
| BG | Board Self-Evaluation |
| BJA | Superintendent: Qualifications And Duties |
| BJB | Superintendent: Recruitment And Appointment |
| BJC | Superintendent: Contract |
| BJCB | Superintendent: Professional Development |
| BJCD | Superintendent: Evaluation |
| BJCE | Superintendent: Suspension/Termination During Contract |

| BJCF | **Superintendent: Nonrenewal** |
| BJCG | **Superintendent: Resignation** |
| BP | **Administrative Regulations** |
| BQ | **Planning And Decision-Making Process** |
| BQA | **Planning And Decision-Making Process: District-Level** |
| BQB | **Planning And Decision-Making Process: Campus-Level** |

## Section C — Business and Support Services      −

| CAA | **Fiscal Management Goals And Objectives: Financial Ethics** |
| CB | **State And Federal Revenue Sources** |
| CBA | **State And Federal Revenue Sources: State** |
| CBB | **State And Federal Revenue** |

Sources: Federal

| | |
|---|---|
| CCA | Local Revenue Sources: Bond Issues |
| CCB | Local Revenue Sources: Time Warrants |
| CCC | Local Revenue Sources: Certificates Of Indebtedness |
| CCD | Local Revenue Sources: Recreational Facilities Bonds |
| CCE | Local Revenue Sources: Athletic Stadium Authority |
| CCF | Local Revenue Sources Loans And Notes |
| CCGA | Ad Valorem Taxes: Exemptions And Payments |
| CCGB | Ad Valorem Taxes: Economic Development |
| CCH | Local Revenue Sources Appraisal District |
| CDA | Other Revenues: Investments |

| CDB | Other Revenues: Sale, Lease, Or Exchange Of School-Owned Property |
|---|---|
| CDBA | Sale, Lease, Or Exchange Of School-Owned Property Revenue Bonds From Proceeds |
| CDC | Other Revenues: Gifts And Solicitations |
| CDH | Other Revenues Public And Private Facilities |
| CE | Annual Operating Budget |
| CEA | Annual Operating Budget Financial Exigency |
| CFA | Accounting: Financial Reports And Statements |
| CFB | Accounting: Inventories |
| CFC | Accounting: Audits |
| CFD | Accounting: Activity Funds Management |

| CFEA | Payroll Procedures: Salary Deductions And Reductions |
| CH | Purchasing And Acquisition |
| CHE | Purchasing And Acquisition: Vendor Disclosures And Contracts |
| CHF | Purchasing And Acquisition: Payment Procedures |
| CHG | Purchasing And Acquisition: Real Property And Improvements |
| CHH | Purchasing And Acquisition: Financing Personal Property Purchases |
| CI | School Properties Disposal |
| CJ | Contracted Services |
| CJA | Contracted Services: Criminal History |

| CK | Safety Program/Risk Management |
|---|---|
| CKA | Safety Program/Risk Management Safety And Security Audits And Monitoring |
| CKB | Safety Program/Risk Management: Accident Prevention And Reports |
| CKC | Safety Program/Risk Management: Emergency Plans |
| CKD | Safety Program/Risk Management: Emergency Medical Equipment And Procedures |
| CKE | Safety Program/Risk Management: Security Personnel |
| CKEA | Security Personnel: Commissioned Peace Officers |
| CKEB | Security Personnel: School Marshals |

| | |
|---|---|
| **CKEC** | **Security Personnel: School Resource Officers** |
| **CKED** | **Security Personnel: Other Security Arrangements** |
| **CL** | **Buildings, Grounds, And Equipment Management** |
| **CLA** | **Buildings, Grounds, And Equipment Management Security** |
| **CLB** | **Buildings, Grounds, And Equipment Management: Maintenance** |
| **CLC** | **Buildings, Grounds, And Equipment Management: Traffic And Parking Controls** |
| **CLE** | **Buildings, Grounds, And Equipment Management: Flag Displays** |
| **CMD** | **Equipment And Supplies Management: Instructional Materials Care And Accounting** |

| | |
|---|---|
| **CNA** | **Transportation Management: Student Transportation** |
| **CNB** | **Transportation Management: District Vehicles** |
| **CNC** | **Transportation Management: Transportation Safety** |
| **CO** | **Food And Nutrition Management** |
| **COA** | **Food And Nutrition Management: Procurement** |
| **COB** | **Food And Nutrition Management: Free And Reduced-Price Meals** |
| **CPAB** | **Office Communications: Mail And Delivery** |
| **CPC** | **Office Management: Records Management** |
| **CQ** | **Technology Resources** |
| **CQA** | **Office Management: Records Management** |

| CQB | Technology Resources: Cybersecurity |
| CQC | Technology Resources: Equipment |
| CR | Insurance And Annuities Management |
| CRB | Insurance And Annuities Management: Liability Insurance |
| CRD | Insurance And Annuities Management: Health And Life Insurance |
| CRE | Insurance And Annuities Management: Workers' Compensation |
| CRF | Insurance And Annuities Management: Unemployment Insurance |
| CRG | Insurance And Annuities Management: Deferred Compensation And Annuities |

| CS | Facility Standards |
|---|---|
| CSA | Facility Standards: Safety And Security |
| CSB | Facility Standards: Gas And Pipelines |
| CSC | Facility Standards: Asbestos Management |
| CV | Facilities Construction |
| CVA | Facilities Construction: Competitive Bidding |
| CVB | Facilities Construction: Competitive Sealed Proposals |
| CVC | Facilities Construction: Construction Manager–Agent |
| CVD | Facilities Construction: Construction Manager–At–Risk |
| CVE | Facilities Construction: Design–Build |

| | |
|---|---|
| CVF | Facilities Construction: Job Order Contracts |
| CX | Contracts For Facilities |
| CY | Intellectual Property |
| CFE | Accounting: Payroll Procedures |
| CW | Naming Facilities |

## Section D — Personnel

| | |
|---|---|
| DAA | Employment Objectives: Equal Employment Opportunity |
| DAB | Employment Objectives: Genetic Nondiscrimination |
| DBA | Employment Requirements And Restrictions: Credentials And Records |
| DBAA | Employment Requirements And Restrictions: Pre-Employment Reviews |

| DBB | Employment Requirements And Restrictions: Medical Examinations And Communicable Diseases |
| DBD | Employment Requirements And Restrictions: Conflict Of Interest |
| DBE | Employment Requirements And Restrictions: Nepotism |
| DC | Employment Practices |
| DCA | Employment Practices: Probationary Contracts |
| DCB | Employment Practices: Term Contracts |
| DCC | Employment Practices: Continuing Contracts |
| DCD | Employment Practices: At-Will Employment |
| DCE | Employment Practices: Other Types Of Contracts |

| DEA | Compensation And Benefits: Compensation Plan |
| DEAA | Compensation Plan: Incentives And Stipends |
| DEAB | Compensation Plan: Wage And Hour Laws |
| DEB | Compensation And Benefits: Fringe Benefits |
| DEC | Compensation And Benefits: Leaves And Absences |
| DECA | Leaves And Absences: Family And Medical Leave |
| DECB | Leaves And Absences: Military Leave |
| DED | Compensation And Benefits: Vacations And Holidays |
| DEE | Compensation And Benefits: Expense Reimbursement |
| DF | Termination Of Employment |

| | |
|---|---|
| **DFAA** | **Probationary Contracts: Suspension/Termination During Contract** |
| **DFAB** | **Probationary Contracts: Termination At End Of Year** |
| **DFAC** | **Probationary Contracts: Return To Probationary Status** |
| **DFBA** | **Term Contracts: Suspension/Termination During Contract** |
| **DFBB** | **Term Contracts: Nonrenewal** |
| **DFCA** | **Continuing Contracts: Suspension/Termination** |
| **DFD** | **Termination Of Employment: Hearings Before Hearing Examiner** |
| **DFE** | **Termination Of Employment: Resignation** |
| **DFF** | **Termination Of Employment: Reduction In Force** |

| DFFA | Reduction In Force: Financial Exigency |
| DFFB | Reduction In Force: Program Change |
| DG | Employee Rights And Privileges |
| DGA | Employee Rights And Privileges: Freedom Of Association |
| DGBA | Personnel-Management Relations: Employee Complaints/Grievances |
| DGC | Employee Rights And Privileges: Immunity |
| DH | Employee Standards Of Conduct |
| DHB | Employee Standards Of Conduct: Reports To State Board For Educator Certification |
| DHC | Employee Standards Of Conduct: Reports To Texas |

| | |
|---|---|
| | Education Agency |
| DHE | Employee Standards Of Conduct: Searches And Alcohol/Drug Testing |
| DI | Employee Welfare |
| DIA | Employee Welfare: Freedom From Discrimination, Harassment, And Retaliation |
| DK | Assignment And Schedules |
| DL | Work Load |
| DLB | Work Load: Required Plans And Reports |
| DMA | Professional Development: Required Staff Development |
| DN | Performance Appraisal |
| DNA | Performance Appraisal: Evaluation Of Teachers |
| DNB | Performance Appraisal: Evaluation Of Campus |

Administrators

DP      **Personnel Positions**

DPB      **Personnel Positions: Substitute, Temporary, And Part-Time Positions**

## Section E — Instruction    −

EA      **Instructional Goals And Objectives**

EB      **School Year**

EC      **School Day**

EEB      **Instructional Arrangements And Class Size**

EEH      **Instructional Arrangements: Homebound Instruction**

EEL      **Instructional Arrangements: Contracts With Outside Agencies**

| | |
|---|---|
| **EEM** | **Instructional Arrangements: Juvenile Residential Facilities** |
| **EF** | **Instructional Resources** |
| **EFA** | **Instructional Resources: Instructional Materials** |
| **EFB** | **Instructional Resources: Library Materials** |
| **EHA** | **Curriculum Design: Basic Instructional Program** |
| **EHAA** | **Basic Instructional Program: Required Instruction (All Levels)** |
| **EHAB** | **Basic Instructional Program: Required Instruction (Elementary)** |
| **EHAC** | **Basic Instructional Program: Required Instruction (Secondary)** |
| **EHAD** | **Basic Instructional Program: Elective Instruction** |
| **EHB** | **Curriculum Design: Special** |

Programs

| | |
|---|---|
| EHBA | Special Programs: Special Education |
| EHBAA | Special Education: Identification, Evaluation, And Eligibility |
| EHBAB | Special Education: ARD Committee And Individualized Education Program |
| EHBAC | Special Education: Students In Nondistrict Placement |
| EHBAD | Special Education: Transition Services |
| EHBAE | Special Education: Procedural Requirements. |
| EHBAF | Special Education: Video/Audio Monitoring |
| EHBAG | Special Education Legal Cost Transparency |
| EHBB | Special Programs: Gifted And Talented Students |

| | |
|---|---|
| EHBC | Special Programs: Compensatory Services And Intensive Programs |
| EHBCA | Compensatory Services And Intensive Programs: Accelerated Instruction |
| EHBD | Special Programs: Federal Title I |
| EHBE | Special Programs: Bilingual Education/ESL |
| EHBF | Special Programs: Career And Technical Education |
| EHBG | Special Programs: Kindergarten |
| EHBH | Special Programs: Other Special Populations |
| EHDC | Alternative Methods For Earning Credit: Credit By Examination Without Prior Instruction |
| EHBI | Special Programs: Adult And Community Education |

| EHBJ | Special Programs: Innovative And Magnet Programs |
| EHBK | Special Programs: Other Instructional Initiatives |
| EHBL | Special Programs: High School Equivalency |
| EHDB | Alternative Methods For Earning Credit: Credit By Examination With Prior Instruction |
| EHDD | Alternative Methods For Earning Credit: College Course Work/Dual Credit |
| EHDE | Alternative Methods For Earning Credit: Distance Learning |
| EI | Academic Achievement |
| EIA | Academic Achievement: Grading/Progress Reports To Parents |
| EIC | Academic Achievement: Class Ranking |

| EIE | Academic Achievement: Retention And Promotion |
|---|---|
| EIF | Academic Achievement: Graduation |
| EK | Testing Programs |
| EKB | Testing Programs: State Assessment |
| EKBA | State Assessment: English Learners/Emergent Bilingual Students |
| EKC | Testing Programs: Reading Assessment |
| EKD | Testing Programs: Mathematics Assessment |
| EL | Campus Or Program Charters |
| ELA | Campus Or Program Charters: Partnership Charters |
| EMB | Miscellaneous Instructional Policies: Teaching About Controversial Issues |

| EMI | Miscellaneous Instructional Policies: Study Of Religion |
|-----|--------------------------------------------------|
| EMIA | Study Of Religion: Released Time Course |

## Section F — Students

| FA | Parent Rights And Responsibilities |
|-----|--------------------------------------------------|
| FB | Equal Educational Opportunity |
| FBA | Equal Educational Opportunity Service Animals |
| FD | Admissions |
| FDA | Admissions: Interdistrict Transfers |
| FDC | Admissions: Homeless Students |
| FDAA | Interdistrict Transfers: Public Education Grants |

| FDB | Admissions: Intradistrict Transfers And Classroom Assignments |
| FDD | Admissions: Military Dependents |
| FDE | Admissions: School Safety Transfers |
| FEA | Attendance: Compulsory Attendance |
| FEB | Attendance: Attendance Accounting |
| FEC | Attendance: Attendance For Credit |
| FED | Attendance: Attendance Enforcement |
| FEF | Attendance: Released Time |
| FFA | Student Welfare: Wellness And Health Services |
| FFAA | Wellness And Health Services: Physical Examinations |

| FFAB | Wellness And Health Services: Immunizations |
|------|---------------------------------------------|
| FFAC | Wellness And Health Services: Medical Treatment |
| FFAD | Wellness And Health Services: Communicable Diseases |
| FFAE | Wellness And Health Services: School-Based Health Centers |
| FFAF | Wellness And Health Services: Care Plans |
| FFB | Student Welfare: Crisis Intervention |
| FFBA | Crisis Intervention: Trauma-Informed Care |
| FFC | Student Welfare: Student Support Services |
| FFD | Student Welfare: Student Insurance |
| FFEA | Counseling And Mental Health: Counseling |

FFEB    Counseling And Mental Health: Mental Health

FFF    Student Welfare: Student Safety

FFG    Student Welfare: Child Abuse And Neglect

FFH    Student Welfare: Freedom From Discrimination, Harassment, And Retaliation

FFI    Student Welfare: Freedom From Bullying

FJ    Student Fundraising

FL    Student Records

FM    Student Activities

FMA    Student Activities: School-Sponsored Publications

FMG    Student Activities: Travel

FMH    Student Activities:

Commencement

| FN | Student Rights And Responsibilities |
|---|---|
| FNA | Student Rights And Responsibilities: Student Expression |
| FNAA | Student Expression: Distribution Of Nonschool Literature |
| FNAB | Student Expression: Use Of School Facilities For Nonschool Purposes |
| FNC | Student Rights And Responsibilities Student Conduct |
| FNCA | Student Conduct: Dress Code |
| FNCB | Student Conduct: Care Of School Property |
| FNCC | Student Conduct: Prohibited Organizations And Hazing |

| FNCD | Student Conduct: Tobacco Use And Possession |
| FNCE | Student Conduct: Personal Telecommunications/Electronic Devices |
| FNCF | Student Conduct: Alcohol And Drug Use |
| FNCG | Student Conduct: Weapons |
| FNCI | Student Conduct: Disruptions |
| FND | Student Rights And Responsibilities: Married Students |
| FNE | Student Rights And Responsibilities: Pregnant Students |
| FNF | Student Rights And Responsibilities: Investigations And Searches |
| FNG | Student Rights And Responsibilities: Student And Parent Complaints/Grievances |

| FO | Student Discipline |
|---|---|
| FOA | Student Discipline: Removal By Teacher Or Bus Driver |
| FOB | Student Discipline: Out-Of-School Suspension |
| FOCA | Student Discipline: Placement In A Disciplinary Alternative Education Setting |
| FOD | Student Discipline: Expulsion |
| FODA | Expulsion: Juvenile Justice Alternative Education Program |
| FOE | Student Discipline: Emergency And Alternative Placement |
| FOF | Student Discipline: Students With Disabilities |
| FOG | Student Discipline: In-School Suspension |
| FEE | Attendance: Open/Closed Campus |

| | |
|---|---|
| FOC | **Student Discipline: Placement In A Disciplinary Alternative Education Setting** |
| FP | **Student Fees, Fines, And Charges** |

## Section G — Community and Governmental Relations —

| | |
|---|---|
| GA | **Access To Programs, Services, And Activities** |
| GB | **Public Information Program** |
| GBA | **Public Information Program: Access To Public Information** |
| GBAA | **Access To Public Information: Requests For Information** |
| GBBA | **School Communications Program: News Media Relations** |
| GC | **Public Notices** |
| GE | **Relations With Parent Organizations** |

| GF | Public Complaints |
|----|-------------------|
| GKA | Community Relations: Conduct On School Premises |
| GKB | Community Relations: Advertising And Fundraising |
| GKC | Community Relations: Visitors |
| GKD | Community Relations: Nonschool Use Of School Facilities |
| GKDA | Nonschool Use Of School Facilities: Distribution Of Nonschool Literature |
| GKE | Community Relations: Business, Civic, And Youth Groups |
| GKG | Community Relations: School Volunteer Program |
| GNA | Relations With Educational Entities: Other Schools And Districts |

| GNB | Relations With Educational Entities: Regional Education Service Centers |
| --- | --- |
| GNC | Relations With Educational Entities Colleges And Universities |
| GR | Relations With Governmental Entities |
| GRA | Relations With Governmental Entities: State And Local Governmental Authorities |
| GRAA | State And Local Governmental Authorities Law Enforcement Agencies |
| GRAC | State And Local Governmental Authorities: Juvenile Service Providers |
| GRB | Relations With Governmental Entities: Interlocal Cooperation Contracts |

| GRC | Relations With Governmental Entities: Emergency Management |
| --- | --- |



# Policy Connect®

Policy Connect© 2023-2024 by TEE, Inc. All rights reserved.