# Conroe Independent School District
# Board of Trustees Regular Board Meeting
# February 17, 2026

**OPENING**

A Regular Meeting of the Conroe Independent School District Board of Trustees was held on Tuesday, February 17, 2026, in the Ballroom of the Walter P. Jett Continuing Education Center located at 19043 David Memorial Drive, Shenandoah, TX 77385. Superintendent Dr. David Vinson and a quorum of the Board of Trustees attended the meeting: Misty Odenweller, Nicole May, Lindsay Dawson, Melissa Dungan, Melissa Semmler, Marianne Horton, and Aggie Gambino. Board President Misty Odenweller called the meeting to order at 5:01 p.m. Trustee Semmler led the invocation, and Trustee Gambino led the pledges.

**BOARD WORKSHOP**

**A. Construction Update**

Easy Foster, Executive Director of Planning and Construction, provided the Board with a Capital Improvements Update for campuses.

**SPECIAL RECOGNITION**

**A. 2026 Texas Music Educators Association All-state Musicians**

The Board of Trustees recognized 32 CISD All-state Student Musicians, from the following schools: College Park HS, Conroe HS, Grand Oaks HS, Oak Ridge HS, and The Woodlands HS.

The Board of Trustees agreed to revise the order of the agenda, moving Human Resources before Citizen Participation.

**HUMAN RESOURCES**

**A. Name Principal of Kacy Arnold Elementary**

**Motion #7601**

Melissa Semmler, seconded by Mariann Horton, moved: That the Board of Trustees name Jamie Almond as the Principal of Kacy Arnold Elementary.

Carried unanimously by a vote of 7-0.
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay
Melissa Dungan: Yay
Marianne Horton: Yay
Aggie Gambino: Yay
Misty Odenweller: Yay

**B. Name Principal of Janene Fowler Intermediate**

**Motion #7602**

Melissa Semmler, seconded by Nicole May, moved: That the Board of Trustees name Amber DeBeaumont as the Principal of Janene Fowler Intermediate.

Carried unanimously by a vote of 7-0.
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay
Melissa Dungan: Yay
Marianne Horton: Yay
Aggie Gambino: Yay
Misty Odenweller: Yay

**EXHIBIT**

**8**

C. **Name Principal of Timber Mill High School**
   **Motion #7603**
   Melissa Dungan, seconded by Lindsay Dawson, moved: That the Board of Trustees name Dr. Carlton Todd as the Principal of Timber Mill High School.

   **Carried unanimously by a vote of 7-0.**
   Nicole May: Yay
   Lindsay Dawson: Yay
   Melissa Semmler: Yay
   Melissa Dungan: Yay
   Marianne Horton: Yay
   Aggie Gambino: Yay
   Misty Odenweller: Yay

**The Board of Trustees ended open session at 6:58 p.m. for a break, reconvening at 7:09 p.m.**

**CITIZEN PARTICIPATION**
The following citizens registered and addressed the Board of Trustees:

| | | |
|---|---|---|
| Danelle Cass | Jason Witchet | Whalin Leahy |
| Dominique McLellan | Bea Gasca | Hailey Haynes |
| Mark Brooks | Ashley Hurley | Ryan Tsamouris |
| Mark Fusca | Sarah Fusca | Adriana Ruiz |
| Nikki Whitlow | Deborah Leiber | Lynee Walters |
| Teresa Kenney | Destinee Milton | Laurel Stevens |

**CONSENT AGENDA**
   **Motion #7604**
   Nicole May, seconded by Lindsay Dawson, moved: That the Board of Trustees approve the following items on the consent agenda as presented:
   - Consider and Approve Minutes
   - Consider and Approve Amendment to the Budget
   - Receive Human Resources Department Report and Consider and Approve Employment
   - Receive Monthly Financial Reports
   - Consider and Award Competitive Sealed Proposal of CSP #25r-10-01 Internal Connections – Campus Refresh – E Rate (CAT2)
   - Consider Award of CSP #25r-10-02 Internet and Data Transmission Services – E- Rate (CAT1)
   - Consider and Award Request for Proposal RFP #25-12-01 Musical Instruments and Supplies Vendor (s) and Authorize the Superintendent to Make Purchases in Accordance with Board Policy CH Purchasing and Acquisition

   **Carried unanimously by a vote of 7-0.**
   Nicole May: Yay
   Lindsay Dawson: Yay
   Melissa Semmler: Yay
   Melissa Dungan: Yay
   Marianne Horton: Yay
   Aggie Gambino: Yay
   Misty Odenweller: Yay

**ADMINISTRATION**

**A** - **Receive Information Regarding the Campus Mascot and School Colors for Kacy Arnold Elementary School**

Information was provided to the Board of Trustees by Dr. Shellie Winkler, Assistant Superintendent of Elementary Schools. No action was taken


**B** - **Receive Information Regarding the Campus Mascot and School Colors for Lynn Cartwright Junior High School**

Information was provided to the Board of Trustees by Dr. Paula Klapesky, Assistant Superintendent of Intermediate Schools. No action was taken


**C** - **Discussion and Possible Action on Grand Oaks Junior High School Mascot and Colors**

**Motion #7605**

Lindsay Dawson, seconded by Melissa Dungan, moved: That the Board approve the mascot and colors for Grand Oaks Junior High as presented by Dr. Paula Klapesky, Assistant Superintendent of Intermediate Schools.

**Carried unanimously by a vote of 7-0.**
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay
Melissa Dungan: Yay
Marianne Horton: Yay
Aggie Gambino: Yay
Misty Odenweller: Yay


**D - Discussion and Possible Action on Timber Mill High School Mascot and Colors**

**Motion #7606**

Lindsay Dawson, seconded by Nicole May, moved: That the Board approve the mascot and colors for Timber Mill High School as presented by Dr. Mark Murrell, Assistant Superintendent of Elementary Schools.

**Carried unanimously by a vote of 7-0.**
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay
Melissa Dungan: Yay
Marianne Horton: Yay
Aggie Gambino: Yay
Misty Odenweller: Yay


**E Discussion and Possible Action to Authorize the Superintendent to Develop and Implement a Conroe ISD Special Education Parent Advisory Council (SEPAC)**

**Motion #7606**

Nicole May, seconded by Lindsay Dawson, moved: That the Board approve the development and implement a Conroe ISD Special Education Parent Advisory Council (SEPAC) as presented by Kendra Wiggins, Executive Director of Special Education.

**Carried unanimously by a vote of 6-0-1**
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay

Melissa Dungan: Yay
Marianne Horton: Yay
Aggie Gambino: Abstained
Misty Odenweller: Yay

**TEACHING AND LEARNING**

    A. **Discussion and Possible Action Regarding the Adoption of High Quality Instructional Materials (HQIM) for Mathematics K-12**

    <u>**Motion #7607**</u>

Melissa Semmler, seconded by Marianne Horton, moved: that the Board of Trustees approve the adoption of Savvas Learning Company for four years, Grades K-Algebra II, as submitted by Dr. Hedith Upshaw, Assistant Superintendent of Teaching and Learning.

**Carried by a vote of 6-1.**
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay
Melissa Dungan: No
Marianne Horton: Yay
Aggie Gambino: Yay
Misty Odenweller: Yay

    <u>**Motion #7608**</u>

Melissa Semmler, seconded by Marianne Horton, moved: that the Board of Trustees approve the adoption of McGraw LLC Hill Texas & Cosenza & Associates for Pre Calculus and Algebraic Reasoning for four years as submitted by Dr. Hedith Upshaw, Assistant Superintendent of Teaching and Learning.

**Carried unanimously by a vote of 7-0.**
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay
Melissa Dungan: Yay
Marianne Horton: Yay
Aggie Gambino: Yay
Misty Odenweller: Yay

    <u>**Motion #7609**</u>

Marianne Horton, seconded by Melissa Semmler, moved: that the Board of Trustees approve the adoption of BFW Publishers: AP Statistics/Pearson Higher Education: AP Calculus AB & BC, Savvas: Multivariable Calculus for High School Advanced Mathematics for four years as submitted by Dr. Hedith Upshaw, Assistant Superintendent of Teaching and Learning.

**Carried unanimously by a vote of 7-0.**
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay
Melissa Dungan: Yay
Marianne Horton: Yay
Aggie Gambino: Yay
Misty Odenweller: Yay

**B. Discussion and Possible Action to Approve Library Materials in Accordance with Texas Education Code §33.026, School Board Policy EFB, and Senate Bill 13**

**Motion #7610**

Marianne Horton, seconded by Melissa Semmler, moved: that the Board of Trustees approve the library materials in Accordance with Texas Education Code §33.026, School Board Policy EFB, and Senate Bill 13 as presented by Dr. Hedith Upshaw, Assistant Superintendent of Teaching and Learning.

**Carried unanimously by a vote of 7-0.**
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay
Melissa Dungan: Yay
Marianne Horton: Yay
Aggie Gambino: Yay
Misty Odenweller: Yay

**The Board of Trustees ended open session at 9:59 p.m. for a break, reconvening at 10:19 p.m.**

**C. Public Hearing on the 2024-2025 Annual Texas Academic Performance Report (TAPR)**

The Board of Trustees received information on the 2024-2025 Annual Texas Academic Performance Report (TAPR) provided by TEA, informing the general public about the educational performance of the district and each campus. This hearing was conducted by Dr. Ted Landry, the Deputy Superintendent of Schools. Informational only, no action was taken.

**BOARD POLICY ACTION ITEMS**

**A. Discuss and Possibly Adopt Revisions to Board Policy CH (Local) - Purchasing and Acquisition**

**B. Discuss and Possibly Adopt Revisions to Board Policy CKC (Local) - Safety Program/Risk Management: Emergency Plans**

**C. Discuss and Possibly Adopt Revisions to Board Policy CKE (Local) - Program/Risk Management: Security Personnel**

**D. Discuss and Possibly Adopt Revisions to Board Policy CL (Local) - Buildings, Grounds, And Equipment Management**

**E. Discuss and Possibly Adopt Revisions to Board Policy DGC (Local) - Employee Rights And Privileges: Immunity**

**F. Discuss and Possibly Adopt Revisions to Board Policy EIA (Local) - Academic Achievement: Grading/Progress Reports to Parents**

**G. Discuss and Possibly Adopt Revisions to Board Policy FFAC (Local) - Wellness and Health Services: Medical Treatment**

**H. Discuss and Possibly Adopt Revisions to Board Policy FFB (Local) - Student Welfare: Crisis Intervention**

**Motion #7611**

Lindsay Dawson, seconded by Aggie Gambino, moved: that the Board of Trustees adopt the revisions to local board polices items A-H as presented.

**Carried unanimously by a vote of 7-0.**
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay

Melissa Dungan: Yay
Marianne Horton: Yay
Aggie Gambino: Yay
Misty Odenweller: Yay

**I. Discuss Revisions to Board Policy FFG (Local) - Student Welfare: Child Abuse and Neglect**
   **Motion #7612**
   Lindsay Dawson, seconded by Nicole May, moved: that the Board of Trustees amend local board policy FFG, sentence five under Definitions: or a member of the governing body of an open-enrollment charter school be stricken from the policy being that it is not applicable to CISD and also to amend under the Training section expanding the language to include Professional School Employees and Employees as required, ensuring both professional and employees are both receiving the required training.

**Carried unanimously by a vote of 7-0.**
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay
Melissa Dungan: Yay
Marianne Horton: Yay
Aggie Gambino: Yay
Misty Odenweller: Yay

   **Motion #7613**
   Lindsay Dawson, seconded by Nicole May, moved: that the Board of Trustees adopt local board policy FFG, as presented with the approved amendments.

**Carried unanimously by a vote of 7-0.**
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay
Melissa Dungan: Yay
Marianne Horton: Yay
Aggie Gambino: Yay
Misty Odenweller: Yay

**BOARD POLICY DISCUSSION ITEMS**
   **A. Discuss Revisions to Board Policy GKD (Local) – Community Relations: Nonschool Use of School Facilities**
   Discussion item only. No action was taken

   **Motion #7614**
   Melissa Semmler, seconded by Marianne Horton, moved: that the Board of Trustees discuss the Written Challenge to the Library Materials: Anne of West Philly by Noelle Weir and An Angry Spirit: A Ghost Story by Anita Cray in Open Session.

**Carried by a vote of 4-3.**
Nicole May: Yay
Lindsay Dawson: Yay

Melissa Semmler: Yay
Melissa Dungan: No
Marianne Horton: Yay
Aggie Gambino: No
Misty Odenweller: No

**The Open Session ended at 11:21 p.m.**


**CLOSED SESSION**

**The Open Session reconvened at 12:22 a.m.**


**ACTION ON CLOSED SESSION ITEM**

**A**. **Discuss and Possible Action on the Purchase, Exchange, Lease, or Value of Real Property**
No action taken

**B. Discuss and Possible Action on the Written Challenge to the Library Material: Anne of West Philly by Ivy Noelle Weir**

**C. Discuss and Possible Action on the Written Challenge to the Library Material: An Angry Spirit: A Ghost Story by Anita Cray**
**Motion #7615**
Nicole May, seconded by Marianne Horton, moved: that the Board of Trustees not accept the Written Challenge to the Library Materials: Anne of West Philly by Ivy Noelle Weir and An Angry Spirit: A Ghost Story by Anita Cray.

**Carried by a vote of 5-2.**
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay
Melissa Dungan: No
Marianne Horton: Yay
Aggie Gambino: Yay
Misty Odenweller: No


**D. Discuss Texas Education Code §25.0823(a-1) Requirements**
**Motion #7616**
Melissa Dungan, seconded by Nicole May, moved: that Conroe ISD not adopt the Resolution according to Texas Education Code §25.0823(a-1).

**Carried unanimously by a vote of 7-0.**
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay
Melissa Dungan: Yay
Marianne Horton: Yay
Aggie Gambino: Yay
Misty Odenweller: Yay

**E. Discuss Possible Annexation and Detachment of Montgomery Trace 4**
**Motion #7617**
Misty Odenweller, seconded by Melissa Dungan, moved: to establish March 2, 2026, as the date for the Hearing Regarding the Detachment and Annexation of certain Conroe ISD property.

**Carried unanimously by a vote of 7-0.**
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: Yay
Melissa Dungan: Yay
Marianne Horton: Yay
Aggie Gambino: Yay
Misty Odenweller: Yay

**F. Discuss and Possible Action to Authorize the Superintendent to Develop and Implement a Conroe ISD Special Education Parent Advisory Council (SEPAC)**
No action taken

**G. Discuss and Possible Action related to Board Duties**
**Motion #7618**
Aggie Gambino, seconded by Nicole May, moved: to establish clear standards in the Board Policy for reimbursement for advocacy and training expenses for Trustees.

**Carried unanimously by a vote of 5-2.**
Nicole May: Yay
Lindsay Dawson: Yay
Melissa Semmler: No
Melissa Dungan: Yay
Marianne Horton: No
Aggie Gambino: Yay
Misty Odenweller: Yay

**TAKE REQUESTS FROM TRUSTEES REGARDING FUTURE BOARD AGENDA ITEMS**
None taken

**ADJOURN**
President Odenweller adjourned the meeting at 12:57 a.m

**Approved: March 17, 2026, by:**

_____          _____
President, Board of Trustees                              Secretary, Board of Trustees