

**CONROE**
INDEPENDENT
SCHOOL DISTRICT

Login

# Board Policy Manual

Home

‹ Previous Policy　**CKE** Safety Program/Risk Management: Security Personnel　Next Policy ›

**Local Policy**　　Legal Reference　　Exhibit

Copy Link　　Download Local Policy PDF　　Download Local Policy DOC

| | |
|---|---|
| **Reserve Police Officers** | The Board authorizes the chief of police of the school district police department to appoint reserve police officers for the district consistent with meeting safety needs and the availability of funds.<br>The District may provide an annual report to the Board on the appointment of reserve police. |
| **Authority** | A reserve police officer shall serve at the discretion of the chief of police of the school district police department and may be called into service at any time that the chief considers it necessary to have additional officers to preserve the peace and enforce the law.<br>The Chief of Police shall only authorize a reserve police officer who meets the qualifications outlined in Education Code 37.0816 and other relevant federal, state, and local laws and regulations. |

**EXHIBIT 10**

TEE013743

The Chief of Police shall be responsible for ensuring that reserve police officers comply with all applicable requirements, duties, and responsibilities as set forth in Education Code 37.0816 and other relevant federal, state, and local laws and regulations.

A reserve police officer, regardless of whether the reserve police officer holds a permanent peace officer license issued under Chapter 1701, Occupations Code, is not eligible for participation in any program provided by the District or the Board that is normally considered a financial benefit of full-time employment or for any pension fund created by statute for the benefit of full-time paid peace officers and is not exempt from Chapter 1702, Occupations Code.

CONROE-ISD
CKE(LOCAL POLICY)-P
UPDATE : 1
DATE ISSUED : 2026-02-17



**Policy Connect®**

Policy Connect© 2023–2024 by TEE, Inc. All rights reserved.

TEE013744