**From:** Julie Motomura <jmotomura@schulenburgisd.net>
**To:** John Petree <john.petree@texansforexcellence.org>
**Cc:** Lynne Machac <machacl@schulenburgisd.net>, Gema Padgett <gema@texansforexcellence.org>, Hava Armstrong <hava.armstrong@texansforexcellence.org>
**Subject:** Re: Schulenburg Services Agreement
**Date:** Wed, 4 Sep 2024 10:41:43 -0500
**Attachments:** Schulenburg_ISD_Policy_Connect_Services_Agreement.pdf; Schulenburg_Policy_Services_Services_Agreement.pdf

---

Here are the signed documents -

**Dr. Julie Motomura**
**Superintendent**
**Schulenburg ISD**
979-743-3448
www.schulenburgisd.net
521 Shorthorn Drive
Schulenburg, TX 78956

On Wed, Sep 4, 2024 at 9:01 AM John Petree <john.petree@texansforexcellence.org> wrote:
Good morning Schulenburg friends!  I wanted to circle back on this Policy/Policy connect services agreement. Since you haven't signed that original document I sent, I am sending two new ones.  In the original, we put Policy Services and online policy hosting (Policy Connect) into the same service agreement.  We have decided to separate those to give you even more flexibility if you ever found yourself in the situation to need one but not the other.  Please see attached and let me know if you have any questions.  Nothing changed about the terms, conditions, or pricing.

Your policy site is just about ready to go live—doing quality checks and will be doing branding today.  If you have a particular picture you would like to use for the banner photo, please send it my way.

Lynne, did you hear from Diligent yesterday about getting your onboarding training scheduled?

Have a great Wednesday everyone!

Best,

**John Petree**

President
**Texans for Excellence in Education**
A Fresh New Vision for Texas School Boards


john.petree@texansforexcellence.org
 432-557-6581
 https://www.texansforexcellence.org/



**EXHIBIT**

**15**

TEE005447



TEE005448