From: Meghan Cone <mcone@shermanisd.net>
To: John Petree <john.petree@texansforexcellence.org>
Subject: Re: Update and Compensation/Stipend Services Agreement
Date: Thu, 5 Sep 2024 19:31:52 +0000
Attachments: Sherman_Banner_Photo_Resize.jpg; Image_20240905_135017_011.png
Inline-Images: Sherman_ISD_Bold_Landscape_Logo.png

---

Thanks, John. Can you replace the banner with this resized image? Also, try this version of the logo please.

So you know for future reference, the logo/banner specs you provided below were not accurate.

We also noticed some odd spacing (justified-spaced text) with big gaps in the text on mobile especially (see attached image). Can this be modified? On desktop, it creates a large space on #2 between decision-making and legal reference.

It has been switched out on our website and changed to Board policy. https://www.shermanisd.net/board

**Meghan Cone** | *Chief Communications Officer*
903-718-0707 (mobile)

---

**From:** John Petree <john.petree@texansforexcellence.org>
**Sent:** Thursday, September 5, 2024 1:08 PM
**To:** Meghan Cone <mcone@shermanisd.net>
**Cc:** Carol McDaniel <camcdaniel@shermanisd.net>
**Subject:** Re: Update and Compensation/Stipend Services Agreement

> This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I forgot to include the URL: https://policyconnect.org/org/sherman-isd

I am updating now.
Best,
**John Petree**
President

**Texans for Excellence** in Education
A Fresh New Vision for Texas School Boards
✉
john.petree@texansforexcellence.org
📞
432-557-6581
🌐
https://www.texansforexcellence.org/



On Sep 5, 2024, at 12:59 PM, Meghan Cone <mcone@shermanisd.net> wrote:

Hi John,

Thanks for your patience. Attached is the logo and banner image we would like to use.

The hex color should be HEX: #651d32.

Can you tell me what the published URL will be of Sherman ISD's new Board policy website?

Thanks!

**Meghan Cone** | *Chief Communications Officer*
903-718-0707 (mobile)

---

**From:** John Petree <john.petree@texansforexcellence.org>
**Sent:** Thursday, September 5, 2024 8:14 AM
**To:** Meghan Cone <mcone@shermanisd.net>
**Subject:** Re: Update and Compensation/Stipend Services Agreement

> This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning!  Just touching base on your preference for banner photo.  We are trying to launch today as I think your TASB site will go dormant tomorrow morning.
Best,
**John Petree**
President

**Texans for Excellence** in Education
A Fresh New Vision for Texas School Boards
✉

TEE008467

**EXHIBIT**

**16**


On Sep 3, 2024, at 1:33 PM, John Petree <john.petree@texansforexcellence.org> wrote:

Megan, I was able to clarify the image requirements:

<Screenshot 2024-09-03 at 1.31.48 PM.png>
Best,

**John Petree**

President

**Texans for Excellence** in Education

A Fresh New Vision for Texas School Boards

✉️ john.petree@texansforexcellence.org

📞 432-557-6581

🌐 https://www.texansforexcellence.org/



On Aug 30, 2024, at 4:01 PM, Meghan Cone <mcone@shermanisd.net> wrote:

Thank you. I assume our logo would go where the TEE logo is currently and the banner would go where you see the picture of the elementary school?

**Meghan Cone** | *Chief Communications Officer*
903-718-0707 (mobile)

---

**From:** John Petree <john.petree@texansforexcellence.org>
**Sent:** Friday, August 30, 2024 3:41 PM
**To:** Meghan Cone <mcone@shermanisd.net>
**Cc:** Gema Padgett <gema@texansforexcellence.org>; Hava Armstrong <Hava.Armstrong@texansforexcellence.org>; Todd Kleiboer <tkleiboer@shermanisd.net>
**Subject:** Re: Update and Compensation/Stipend Services Agreement

> This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'm not positive on exact dimensions, but you can see our demo at the following link. Logo will be in top left and the photo is banner style that is mobile adaptive. I hope this helps.

policyconnect.org    <Outlook-cg55p1ft.png>

John Petree

432.557.6581 (Cell)

Sent from my iPhone

On Aug 30, 2024, at 1:32 PM, Meghan Cone <mcone@shermanisd.net> wrote:

Hi John,

Carol McDaniel asked me to follow up with you on items 2 listed below.

The hex codes for our official Sherman ISD colors are listed at the bottom of this webpage. Maroon and white are our primary colors with shades of gray as secondary. Black only when necessary. https://www.shermanisd.net/logos

Could you please let us know the dimensions of the web banner and also the size that the logo will appear? We will choose which version of our logo and what to include for the web banner based on this information. It may be helpful if there is a sample site we could see for instance. I'm wondering for instance, if the web banner is also supposed to be a version of our logo (a landscape version?).

Please let me know, thanks!



**Meghan Cone** | *Chief Communications Officer*
Sherman ISD
mcone@shermanisd.net
903-891-6403 ext. 2056 (work)
903-718-0707 (mobile)

TEE008468

**From:** John Petree <john.petree@texansforexcellence.org>
**Sent:** Friday, August 30, 2024 1:12 PM
**To:** Thomas O'Neal <toneal@shermanisd.net>; Carol McDaniel <camcdaniel@shermanisd.net>
**Cc:** Gema Padgett <gema@texansforexcellence.org>; Hava Armstrong <hava.armstrong@texansforexcellence.org>
**Subject:** Update and Compensation/Stipend Services Agreement

This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon!  A couple of updates:

1. I have attached an HR Compensation Services agreement for your review and consideration (compensation and stipend are included).  If you have any questions, please contact Gema Padgett directly.
2. If you have a preferred picture to be the banner picture of your policy site, please forward that to me.  Also, if you have an official copy of your logo, please forward that also.  We will incorporate these into your Policy Connect site over the weekend.  If you have any kind of branding guide with HEX codes, that would be helpful so that your Policy Connect site is exactly aligned with your district website.

Best,
**John Petree**
President
**Texans for Excellence** in Education
A Fresh New Vision for Texas School Boards

<~WRD0000.jpg>
john.petree@texansforexcellence.org
<~WRD0000.jpg>
432-557-6581
<~WRD0000.jpg>
https://www.texansforexcellence.org/

<~WRD0000.jpg>

<Sherman ISD Bold Square.png><Sherman ISD Banner Photo.jpg>



TEE008469