


**Texans for Excellence in Education (TEE) is a non-partisan, non-profit organization committed to delivering a high-quality education to all children in Texas focused on the core competencies of math, science, reading, and writing. TEE also seeks to foster maximum transparency between districts, parents, guardians and taxpayers.**

TEE provides model policy frameworks and implementation guidance to districts, as well as training, organization, and other resources designed to aid Texas independent school districts, their boards, administrators, and teachers in achieving these critical objectives.

We believe parents should be principally involved in the education and instruction of their children, and that school board trustees are elected to govern local schools independently and are wholly accountable to their community and taxpayers. We further believe that transparency should be practiced in word and in action through every decision school boards make and that world-class education should always be at the forefront of the agenda.

**Texans for Excellence in Education(TEE) is a free-market alternative to Texas Association of School Boards (TASB) that provides the following original resources to member districts:**

- Board Book
- Insurance
- Model Policies
- Legal Advisory Services

- Trustee Training
- Purchasing Co-Op
- Energy Co-Op
- Cash Management

texansforexcellence.org

**EXHIBIT**

**18**

TEE002998



**Texans for Excellence in Education**

# Why Should an ISD Leave TASB?

**TASB has shown itself to be anti-parent and anti-taxpayer, refuses to protect children from harmful ideologies in schools, and consistently promotes a national political agenda at the expense of local communities.**

- TASB recently released guidance for schools promoting the adoption of transgender policies that allowed men in girls bathrooms, conformity to "preferred pronouns," and even lying to parents. This legal advisory appears to encourage school districts to refrain from reporting child abuse and to obscure information regarding children exhibiting gender dysphoria from their parents.

- TASB refused to leave NSBA for nearly a year after they called engaged parents "terrorists", finally bowing to political pressure when it became too strong to ignore.

- TASB policies have been standard in all school districts and promote political ideology contrary to the safety and education of students and support of teachers.

- TASB promotes guidance and policies that shift control away from parents and even school board trustees into the hands of unelected administrators and even TASB itself.

- Laws intended to protect students and the quality of education they receive are minimized in TASB policies in order to deflect accountability away from its member districts.

- Year after year TASB squanders local taxpayer money to lobby the state legislature for more state taxpayer money, while failing to lobby for reforms that would result in better educational outcomes. TASB publishes and indoctrinates "Team of 8" which is nothing but a gaslight to gut school boards and transfer power to the superintendent and TASB.

- TASB teaches that once a school board trustee gets elected, they are responsible to and work for the district, not the voters and parents that sent them.



texansforexcellence.org

TEE002999