**From:** John Petree <john.petree@texansforexcellence.org>
      **To:** "Misty A. Odenweller" <modenweller@conroeisd.net>
  **Subject:** Re: [EXTERNAL] TEE Services Update
      **Date:** Tue, 8 Apr 2025 19:10:58 -0500
  **Attachments:** Conroe_ISD_Policy_Connect_Services_Agreement.pdf; Conroe_ISD_Policy_Services_Services_Agreement.pdf

---

Misty:  Thank you so much for your kind words.  It is our privilege to serve the trustees in Conroe ISD.  We applaud all of the good work you guys are pioneering!

I have attached the service agreements for your review.  Let me know if you have any questions.

Best,

## John Petree

President

**Texans for Excellence in Education**
A Fresh New Vision for Texas School Boards


john.petree@texansforexcellence.org

432-557-6581

https://www.texansforexcellence.org/



Texans for
Excellence
in Education

On Apr 8, 2025, at 7:01 PM, Misty A. Odenweller <modenweller@conroeisd.net> wrote:

Good evening, John.
I'd like to begin by thanking you and your team for the immense amount of time you have devoted to our board.  I know personally that our policy committee has spent many hours working with and asking questions of Hava Armstrong.

I have only spoken to TASB one time regarding a policy question.  I was treated rudely and as if I had no idea what I was talking about and I was told I WAS WRONG.  In reality, THEY WERE WRONG.  They had to pull the agenda item.  In their update to us, they were advising us to accept a change regarding our elections.  I told them the language was not how we ran our elections.  They told me I was wrong and that the changes were made years in advance and all we were doing was changing a term.  Needless to say, our policies said we ran our Board elections one way, but our district ran the elections a totally different way.  Thankfully, my research indicates it didn't affect any of our elections!

My experiences with TEE have been nothing but professional, polite, respectful, and accurate.  Thank you.

But I digress...Could you please send me the agreements for Policy Services and Policy Connect.  I want to get them signed and recorded Thursday at the administration office.

Thank you again,
Misty

---



### Misty Odenweller
*School Board President*
Board of Trustees
**Conroe Independent School District**

P $\frac{936-709-}{7752}$     E modenweller@conroeisd.net

---

**From:** John Petree <john.petree@texansforexcellence.org>
**Sent:** Sunday, February 16, 2025 7:42 PM

Confidential

**To:** Curtis Null <cnull@conroeisd.net>
**Cc:** Hava Armstrong <hava.armstrong@texansforexcellence.org>; Gema Padgett <gema@texansforexcellence.org>
**Subject:** [EXTERNAL] TEE Services Update

**EXTERNAL EMAIL: Forward suspicious items to security@conroeisd.net**

Conroe ISD Trustees and Dr. Null:

I wanted to take a moment to update you on each of the services Conroe ISD may wish to consider with TEE. I know from attending your meeting last month that being able to have access to proposed contracts, services, agreements, and specific deliverables is important to this board, so I wanted you to have access to everything in advance. We have created as much of a risk-free environment as possible to help orientate and onboard Conroe ISD to services (please note the various areas below that we were able waive the fee for the remainder of the 24-25 school year). Please let me know if you have any questions.

**1. Document Folder:** You can access all of the documents mentioned in this email (contracts, agreements, deliverables, etc...) as well as the presentation given during the board meeting at the following link (please note that these agreements/contracts have been updated to reflect some of the specific language your legal counsel and I negotiated when executing your membership agreement and training agreement):

https://drive.google.com/drive/folders/1PMvYueptKWBFHM_wkFj4hKgaIASYQumo?usp=sharing

2. **Service/Contracts Current Status Summary:**

- **Membership Agreement**; Fee Waived for the remainder of 24-25 year; Complete and services in process
- **Training Connect**; $▮▮▮▮ Complete and services in process
- **Policy Services**; Fee Waived for the remainder of 24-25 year; Board Consideration
- **Policy Connect** (Policy Online comparable); Fee Waived for the remainder of 24-25 year; Board Consideration; *Please note that moving to Policy Connect right away provides you direct access to the actual law in Legal Reference rather than an interpretation of law done by an Austin-based attorney*
  - Please see below for a sampling of ISD's currently using Policy Connect:
    - https://policyconnect.org/org/sherman-isd
    - https://policyconnect.org/org/schulenburg-isd
    - https://policyconnect.org/org/carroll-isd
- **HR Connect**; Fee Waived for the remainder of 24-25 year; Board Consideration
- **Board Connect** (Boardbook comparable); $▮▮▮▮ Board Consideration
  - Please see below for a sampling of ISD's currently using Board Connect:
    - https://southlakecarroll.diligent.community/Portal/
    - https://shermanisd.diligent.community/Portal/
    - https://schulenburgisd.diligent.community/portal/
- **School Finance Connect**; $▮▮▮▮ Board Consideration
- **Efficiency Audit Services**; FEE to be determined by the scope of audit requested (finance, operations, HR, staffing, transportation, etc...); Board Consideration

If you wish to execute any of these agreements, please download them from the Document Folder linked above for signature and return to me.
As always, TEE stands ready to support you in any of your governance needs. Do not hesitate to reach out if I can be of assistance.
Best,
## John Petree
President

**Texans**
**for Excellence** in Education
A
Fresh New Vision for Texas School Boards


john.petree@texansforexcellence.org

 432-557-6581

https://www.texansforexcellence.org/

