![TASB LEGAL SERVICES]

# School District and Campus Websites:
## Required and Optional Internet Postings
*Published online in TASB School Law eSource*

Texas and federal law require school districts that maintain a website to publish numerous items. The list of required postings continues to expand with each legislative session. In addition, Texas law gives school districts the option to post certain items. A full list of both required and optional postings is maintained at TASB Policy CQA(LEGAL) and is set out in the attached chart below.

**This list only addresses postings on websites and does not include other required methods or publications of notice. See TASB Legal Services' Required Newspaper Publication of Notices by School Districts.**

Section A – Basic District Foundations      pg. 2-3
Section B – Local Governance      pg. 4-8
Section C – Business and Support Services      pg. 9-11
Section D – Personnel      pg. 12
Section E – Instruction      pg. 13-15
Section F – Students      pg. 16-17
Section G – Community and Governmental Relations      pg. 18

*This document is provided for educational purposes and contains information to facilitate a general understanding of the law. References to judicial or other official proceedings are intended to be a fair and impartial account of public records, which may contain allegations that are not true. This publication is not an exhaustive treatment of the law, nor is it intended to substitute for the advice of an attorney. Consult your own attorney to apply these legal principles to specific fact situations.*

*Originally published November 2020. Updated April 2026.*

EXHIBIT 20

**Texas Association of School Boards** • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • **tasb.org/legal**

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013753

# Section A—Basic District Foundations

| TASB Policy | Post on District Website | Authority | Notes |
| --- | --- | --- | --- |
| AF | Final version of a Proposed Local Innovation Plan or a Proposed Renewal Plan | Tex. Educ. Code § 12A.005(a)(1); 19 Tex. Admin. Code § 102.1307(a)(1) | Must be available on the district's website for at least 30 days before a board may vote to adopt it. |
| AF | Local Innovation Plan | Tex. Educ. Code § 12A.0071(a); 19 Tex. Admin. Code §§ 102.1305(e), .1307(f) | The current version, including adopted amendments, must be posted and maintained by a district designated as a district of innovation in a prominent location on the district website. |
| AIA | Notice of Accredited-Warned, Accredited-Probation, or Not Accredited-Revoked Status | 19 Tex. Admin. Code § 97.1055(f) | Must appear on district's homepage not later than 30 calendar days after accreditation status is assigned and remain until the district is assigned another Accredited status. |
| AIA | Campus Report Card | 19 Tex. Admin. Code § 97.1003(g) | Make available on the district website an explanation of the methodology used to assign local accountability performance ratings. The campus score card shall include, at a minimum, the scaled score and rating for each component and domain along with the overall rating. |
| AIB | Texas Academic Performance Report (TAPR) | 19 Tex. Admin. Code § 97.1008(f) | |
| AIB | Campus Report Card, District Performance Report, and District Accreditation Status and Performance Rating | Tex. Educ. Code § 39.362 | Must be posted not later than the 10th day after the first day of instruction each year and include a definition and explanation of each accreditation status. |
| AIB | Annual Federal Report Card | 20 U.S.C. 6311(h)(2) | |
| AIC | Notice of Public Meeting for Input on the Development of the Local Improvement Plan | Tex. Educ. Code § 39.0543(b); 19 Tex. Admin. Code § 97.1061(b)(3)(A)(ii) | A district or campus assigned a rating of D that qualifies under Education Code section 39.0543(b) must notify the public at least 15 days prior to the meeting through the district and campus websites. |

Texas Association of School Boards • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • tasb.org/legal

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013754

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| AIC | Notice of Public Meeting for Input on the Development of the Targeted Improvement Plan | Tex. Educ. Code § 39A.056; 19 Tex. Admin. Code § 97.1061(e)(3)(A)(ii) | A campus intervention team must notify the public 15 days prior to the meeting through the district and campus websites. |
| AIC | Targeted Improvement Plan or Updated Plan for a Campus Assigned an Unacceptable Performance Rating | Tex. Educ. Code § 39A.057(b) | Must be posted before the board hearing on the plan. |
| AIC | Notice of Ability to Review the Completed Campus Turnaround Plan | 19 Tex. Admin. Code § 97.1064(e) | Must notify stakeholders of their ability to review the completed plan; completed plan must be posted on the district website at least 30 days before submission to the board. |

**Texas Association of School Boards** • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • **tasb.org/legal**

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013755

# Section B—Local Governance

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| BBBA | Election Notice | Tex. Elec. Code § 85.007(d)(1) | Note: Texas Election Code section 4.004(a) requires the notice of a general or special election to state the internet website of the authority conducting the election. Texas Election Code section 83.010 requires an election order and the election notice to state the early voting clerk's official mailing address or street address at which the clerk may receive delivery by common or contract carrier, if different, phone number, email address, and internet website. |
| BBBA | Internet Posting of Election Notice and Information | Tex. Elec. Code § 4.009(b) | If the district is holding an election, the following information must be posted not later than the 21st day before election day:<br>• The date of the election;<br>• The location of each polling place;<br>• Each candidate for an elected office on the ballot; and<br>• Each measure on the ballot. |
| BBBA | Early Voting Daily Register | Tex. Elec. Code § 85.072 | In a downloadable database format, a current copy of the register, each day early voting is conducted. |
| BBBA | Early Voting Rosters | Tex. Elec. Code § 87.121(i) | |

**Texas Association of School Boards** • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • **tasb.org/legal**

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| BBB | Election Results | Tex. Elec. Code § 65.016(b)-(c) | The following information must be posted as soon as practicable after the election and be made accessible without having to make more than two selections or view more than two network locations after accessing the district's homepage:<br><br>• Results of each election;<br><br>• Total number of votes cast;<br><br>• Total number of votes cast for each candidate or for or against each measure;<br><br>• Total number of votes cast by personal appearance on election day;<br><br>• Total number of votes cast by personal appearance or mail during the early voting period;<br><br>• Total number of counted and uncounted provisional ballots cast;<br><br>• Total number of votes cast for each candidate or for or against each measure at each polling location; and<br><br>• Total number of votes cast by personal appearance and by mail. |
| BBD | Minutes of the Last Regular Board Meeting Held Before an Election of Trustees | Tex. Educ. Code § 11.159(b); 19 Tex. Admin. Code § 61.1(j) | Required if the minutes reflect that a trustee is deficient in meeting the trustee's training requirements under Texas Education Code section 11.159.<br><br>If required, must be posted within 10 business days of the meeting and maintained until the trustee meets the requirements. |
| BBBC | Campaign Finance Report Required by Texas Election Code chapter 254 | Tex. Elec. Code § 254.0401 | A district must post a campaign finance report filed with the district by a candidate or officeholder on the district's website not later than the 10th business day after the date the report is received.<br><br>Must be accessible on the website until the fifth anniversary of the date the report is first made available. |
| BBFA, CHE | Conflicts Disclosure Statements and Questionnaires | Tex. Loc. Gov't Code § 176.009 | Must provide access on existing website to the statements and to questionnaires that are required to be filed under Chapter 176 of the Texas Local Government Code. |

Texas Association of School Boards • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • tasb.org/legal

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013757

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| BDF | Statement Regarding the Policies and Procedures Adopted to Promote Students' Physical and Mental Health | Tex. Educ. Code § 28.004(k)(1) | Must include a statement regarding the physical and mental health resources available at each campus, contact information for the nearest providers of essential public health services under Texas Health and Safety Code chapter 121, and contact information for the nearest local mental health authority. |
| BDF | Statement Regarding the Policies Adopted to Ensure that Students Engage in Physical Activity Required by Law | Tex. Educ. Code § 28.004(k)(2) | Must address policies adopted to ensure that elementary, middle, and junior high school students engage in at least the amount and level of physical activity required by Texas Education Code section 28.002(l). |
| BDF | Statement Regarding the Number of School Health Advisory Committee (SHAC) Meetings During the Preceding Year | Tex. Educ. Code § 28.004(k)(3)(A) | |
| BDF | Statement Regarding the Policies to Ensure Compliance with Vending Machine and Food Service Guidelines | Tex. Educ. Code § 28.004(k)(3)(B) | |
| BDF | Statement Regarding the Policies and Procedures to Penalize the Use of E-cigarettes and Tobacco Products on School Campuses or at School Activities | Tex. Educ. Code § 28.004(k)(3)(C) | |
| BDF | Statement Regarding the Right of Parents to Request Their Child's Physical Fitness Assessment Results | Tex. Educ. Code § 28.004(k)(4) | |

Texas Association of School Boards • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • tasb.org/legal

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013758

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| BDF | Statement for Each Campus of Whether the Campus has a Full-Time Nurse or Full-Time School Counselor | Tex. Educ. Code § 28.004(k)(5) | |
| BDF | Notice of date, hour, place, and subject of SHAC meetings | Tex. Educ. Code § 28.004(d-1) | Must be posted at least 72 hours prior to the meeting.<br><br>See EHAA for required posting of certain curriculum materials. |
| BDF | Audio or video recording and minutes of SHAC meeting | Tex. Educ. Code § 28.004(d-2) | Must be posted as soon as practicable.<br><br>See EHAA for required posting of certain curriculum. |
| BE | Notice and Agenda of Board Meeting | Tex. Gov't Code § 551.056(b); see also Tex. Gov't Code §§ 551.043, .051, 2051.201 | Must concurrently post notice and agenda on district's website in addition to posting at other place(s) at which meeting notice or agenda is required to be posted under the Open Meetings Act (OMA).<br><br>For districts extending into four or more counties, posting notice on a district's website is an alternative to providing notice to a county clerk under Texas Government Code section 551.053(a)(3). |
| BE | Minutes or Recording of a Board Meeting | Tex. Gov't Code § 2051.201(b)(6) | Each record of a meeting under Texas Government Code section 551.021 (minutes or a recording) must be posted.<br><br>Posting minutes is not required for a district with a population of less than 5,000 in the district's boundaries and located in a county with a population of less than 25,000. |
| BE, CCG | **OPTIONAL:** Internet Broadcast of Board Meeting | Tex. Gov't Code § 551.128 | |

**Texas Association of School Boards** • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • **tasb.org/legal**

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013759

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| BE | **OPTIONAL:** Proposed Budget with the notice of a meeting at which the board will discuss or adopt a budget under Government Code 551.043(c). | Tex. Gov't Code § 551.043(c) | Must include in the meeting notice a physical copy of the proposed budget for any meeting where a governmental body discusses or adopts a budget unless the proposed budget is clearly accessible on the district's website homepage. |
| BE | Board-approved Minutes | Tex. Educ. Code § 11.0621(a), (b)(1) | Must post the board-approved minutes on the district's website no later than the seventh day after the meeting at which they were approved. |
| BE | Adopted Resolutions | Tex. Educ. Code § 11.0621(b)(2) | Must post any adopted resolution on the district's website no later than the seventh day after the meeting at which it was adopted. |
| BE | Archived Video and Audio Recording of Board Meetings | Tex. Gov't Code § 551.128(b-1) | Required for a district with a student enrollment of 10,000 or more for (1) regularly scheduled open meetings, and (2) work sessions or special called meetings if the board votes on any matter or allows public comment or testimony. *See also* Texas Government Code section 551.007 (concerning public comments).<br><br>Must make archived recording available on the district's website no later than seven days after the recording was made, and the recording must be maintained on the website for not less than two years after it was first made available. |
| BJA | Notice for a public meeting in which the school board will vote to certify that the district is in compliance with Texas Education Code sections 11.005 and 28.0022.<br><br>Notice must be posted online for at least seven days before the meeting. | Tex. Educ. Code § 39.008 | The superintendent must certify to TEA that the district or charter school is in compliance with Texas Education Code sections 11.005 and 28.0022 by September 30 each year.<br><br>Once that certification takes place, the board votes on the certification at a public meeting. |

**Texas Association of School Boards** • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • **tasb.org/legal**

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013760

# Section C—Business and Support Services

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| CCA | Bond Election Order, Notice, Contents of Propositions, and Sample Ballot | Tex. Elec. Code § 4.003(f) | Must be posted together during the 21 days before the election when a district is conducting a bond election. |
| CCA | Bond Election Voter Information Document | Tex. Gov't Code § 1251.052(d) | Must be posted beginning not later than the 21st day before election day and ending on the day after the election. |
| CCA | Specific Information Pertaining to Proposed Capital Appreciation Bonds | Tex. Gov't Code § 1201.0245 | Must be posted before the district issues the bonds and must be regularly updated to ensure the information is current and accurate.<br><br>Capital appreciation bond proceeds unspent after completion of the intended project may only be used for a use identified on the district's website unless voters approve another use in an election. |
| CCG | Notice Informing Property Owners of Property Tax Database Maintained by Appraisal District | Tex. Tax Code §§ 26.17, 26.04(e-2) | Posting comes from the district's tax assessor, must be posted "prominently" on the district's website, and must include the elements required by Tax Code section 26.04(e-2)(1)-(4). |
| CCG | Results of an Efficiency Audit | Tex. Educ. Code § 11.184(h) | Must be posted not later than 30 days before the date of an election to approve a tax rate. |
| CCG | Statement Regarding Proposed Maintenance and Operations Tax Rate | Tex. Tax Code § 26.05(b)(2) | Posted on district's homepage if the district proposes to increase taxes to fund maintenance and operations expenditures. |
| CCGB | Website Link to Section of Comptroller's Website Regarding District's Agreements to Limit Appraised Property Values | Former Tex. Tax Code § 313.0265(c), as continued in effect by Tex. Tax Code § 313.171 | A district must maintain a link to the area of the comptroller's website where information on each of the district's agreements to limit appraised value, if any, is maintained. |
| CDH | Proposal for Qualifying Facility or Infrastructure Project | Tex. Gov't Code § 2267.066(a) | Must be posted not later than the 10th day after the district accepts the proposal. |

**Texas Association of School Boards** • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • **tasb.org/legal**

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| CE | Summary of Proposed Budget | Tex. Educ. Code § 44.0041(a) | Must be posted concurrently with publication of notice of the budget. |
| CE | Tax Rate and Budget Information | Tex. Tax Code § 26.18 | Must post or cause to be posted, and in the format prescribed by the comptroller. |
| CE | Adopted Budget | Tex. Educ. Code § 44.0051 | Must be maintained until the third anniversary of the date it was adopted. |
| CFA | Annual Report of Certain Financial Information ("Annual Local Debt Report") | Tex. Loc. Gov't Code § 140.008(d), (f)(1) | Must be posted continuously until the district posts the next annual report; as an alternative to posting the annual report on the district's website, a district may provide the required information to the comptroller and post a link to the comptroller's website where the district's financial information may be viewed. |
| CFA | Contact Information for the District's Main Office, including Physical Address, Mailing Address, Main Telephone Number, and an Email Address | Tex. Loc. Gov't Code § 140.008(f)(2) | |
| CFA | OPTIONAL: Superintendent's Employment Contract | 19 Tex. Admin. Code § 109.1001(q)(3)(B)(i) | May be posted on website instead of publishing it in the annual financial management report. |
| CHG | Landowner's Bill of Rights | Tex. Prop. Code § 21.0112(b)(2) | Must be posted not later than the seventh day before a district with eminent domain authority makes a final offer to a property owner to acquire real property. |
| CJ, DEA | Each Severance Agreement Entered Into With an Employee or Independent Contractor | Tex. Loc. Gov't Code § 180.011. | |
| CKB | Notice Prior to Conducting an Active Threat Exercise | 19 Tex. Admin. Code § 103.1211(b)(1). | Prior to conducting an active threat exercise, a district must provide adequate notice of the exercise through multiple distribution networks, including the district's website |

**Texas Association of School Boards** • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • **tasb.org/legal**

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013762

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| CNA | District Compliance Information for Operating Transportation Services for Non-Resident Students | Tex. Educ. Code § 34.007(a-1) | Information regarding the district's compliance with requirements for operating a school transportation system outside of the district for students who are non-district residents |
| CQA | Information for Each Board Member:<br>• Name<br>• Email address<br>• Term of office (including date term began and date term expires)<br><br>This information must be updated not later than the 30th day after a new board member is sworn in. | Tex. Educ. Code § 11.1518; Tex. Gov't Code § 2051.201(b)(2) | If a district does not maintain a website, this information must be submitted to the TEA to be posted on TEA's website. |
| CQA | District's Contact Information (including a mailing address, phone number, email address) | Tex. Gov't Code § 2051.201(b)(1) | |
| CQC | TEA's Health and Safety Guidelines for the Effective Integration of Digital Devices in Public Schools, If Adopted by the District | Tex. Educ. Code § 38.0231(d) | |
| CRD | Group Health Coverage Plan and Comparability Report | Tex. Educ. Code § 22.004(d) | Required for a district that does not participate in the uniform group health insurance program (TRS-ActiveCare). |
| CY | Certain contact information of the designated agent to receive notifications regarding infringing activity. | 17 U.S.C. § 512(c)(2) | Required for a district that is a service provider under the Digital Millennium Copyright Act. |

**Texas Association of School Boards** • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • **tasb.org/legal**

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013763

# Section D—Personnel

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| DC | Employment Policy Adopted Under Texas Education Code section 11.1513(a), and The Full Text of Any Regulation Referenced in That Policy. | Tex. Educ. Code § 11.1513 | Must post all forms referenced in the employment policy adopted under Texas Education Code section 11.1513(a) to the employee-accessible intranet, if district maintains such an intranet. See DCB for required posting of all employment policies. |
| DC | OPTIONAL: Notice of a Vacant Position for Which a Certificate or License is Required, other than a position that affects safety and security as determined by the board | Tex. Educ. Code § 11.1513(d)(1)(B) | May be posted on website instead of posting on a bulletin board. Notice must be provided not later than the fifth school day before the date on which the vacant position is filled. |
| DCB | Employment Policies | Tex. Educ. Code § 21.204(d) | See DC for required posting of regulations referenced in employment policies adopted under Texas Education Code section 11.1513(a). |
| DGBA, FNG, GF | Grievance Procedure and Forms | Tex. Educ. Code § 26A.003 | Must post procedures for resolving grievances, including standardized forms for filing, appealing, or requesting a hearing in a prominent location on the website.<br><br>Must allow grievances to be filed electronically from the same part of the website where the procedures are posted. |

**Texas Association of School Boards** • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • **tasb.org/legal**

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013764

# Section E—Instruction

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| EA | Early Childhood Literacy and Mathematics Proficiency Plans Setting Specific Annual Goals | Tex. Educ. Code § 11.185(a) | Must post after the board's adoption of plan. |
| EA | Annual Report of Progress Toward Goals Set Under the Early Childhood Literacy and Mathematics Proficiency Plans | Tex. Educ. Code § 11.185(e) | Must post on district website and, if campus website exists, the campus website. |
| EA | Annual Report of Progress Toward Each Goal Set Under College, Career, and Military Readiness Plans | Tex. Educ. Code § 11.186 | Must post on district website and, if campus website exists, the campus website. |
| EEP | Instructional Plan or Course Syllabus for Each Class Offered in the District for That Semester | Tex. Educ. Code § 26.0062 | Must be provided by each teacher before the beginning of each semester: a copy of the instructional plan or course syllabus for each class they teach to both the district administration and the parent of each student enrolled in the class. |
| EFA | Statement Regarding Parental Ability to Request That the District Make All Teaching/Instructional Materials and Other Teaching Aids Used in the Classroom Available for Review and Entitlement to Review All Materials | Tex. Educ. Code § 26.006(g) | Must post notice on the home page of the website. |
| EFB | If established, a Local School Library Advisory Council Shall Ensure That Notice of the Date, Hour, Place, and Subject of Its Meetings Are Posted at Least 72 Hours Before the Meeting on the District's Website | Tex. Educ. Code § 33.025 | Minutes and audio or video recording of the meetings must also be posted |
| EFB | The Form Adopted by TEA to be Used in Making Written Challenges to Library Materials | Tex. Educ. Code § 33.027 | |
| EFB | **OPTIONAL:** Report on Sexually Relevant Library Materials | Tex. Educ. Code § 35.006(a)(3)(A) | Must either post in a conspicuous place online or provide physical copies at the central administrative building for the district. |
| EHAA | Any curriculum materials in the public domain used for the district's human sexuality (sex ed) instruction | Tex. Educ. Code § 28.004(j)(1)(B) | See BDF for required posting of SHAC meetings and records |

**Texas Association of School Boards** • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • **tasb.org/legal**

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013765

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| EHBA, FB, GA | **OPTIONAL:** Required Annual Notification of Nondiscrimination in Career and Technical Education (CTE) Programs under Title VI of the Civil Rights Act of 1964 and implementing regulations; Title IX of the Education Amendments of 1972 and implementing regulations; and Section 504 of the Rehabilitation Act of 1973 and implementing regulations | 34 C.F.R. §§ 100.6(d), 106.8(b)(2), 104.8 | Prior to the beginning of each school year, every district providing CTE programs must advise students, parents, employees, and the general public that all CTE opportunities will be offered without regard to race, color, national origin, sex, or disability. This nondiscrimination announcement may be made in local newspapers, district publications and/or other media that reach the general public and program beneficiaries.<br><br>More information and English/Spanish sample notification forms is available from TEA. |
| EHBAD | Transition and Employment Guide for Students in Special Education and Their Parents | Tex. Educ. Code § 29.0112(e)(1) | |
| EHBAE | Current Copy of District's Procedural Safeguards Notice Regarding Special Education | 34 C.F.R. § 300.504(b) | May be posted on website, in addition to providing a copy to parents as required. |
| EHBC | Report on Measurable Outcomes for Dropout Recovery Education Programs | Tex. Educ. Code § 29.081(e-6) | Each year, a district shall post a report on measurable outcomes for each dropout recovery education program offered by the district. |
| EHBG | Family Engagement Plan | 19 Tex. Admin. Code § 102.1003(h) | Must be posted by November 1 of each school year. |
| EHDD | Agreement Between District and Public Institution of Higher Education to Provide a Dual Credit Program | Tex. Educ. Code § 28.009(b-2) | Must be posted annually. |
| EHDD | **OPTIONAL:** Annual Notice of Programs Available to Earn College Credit | Tex. Educ. Code § 28.010(b) | May be posted on website instead of other method of notification to parent of each student enrolled in grade 9 or above. |

**Texas Association of School Boards** • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • **tasb.org/legal**

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013766

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| EIF | Information from TEA Explaining Advantages of the Distinguished Level of Achievement and Each Endorsement | Tex. Educ. Code § 28.02121(b) | Must be available to students in grades 9 and above and their parents or guardians in the language in which they are most proficient. A district must provide information in the language in which the parents or legal guardians are most proficient if at least 20 students in a grade level primarily speak that language. |
| EK | Administration Dates for PSAT/NMSQT and College Advanced Placement Tests with Procedures for Home-schooled Students to Register | Tex. Educ. Code § 29.916(c) | Districts without a website must publish this notice in a newspaper in the district. |
| EKB | Information on Each Assessment Required by the State to Comply with 20 U.S.C. § 6311, Other Assessments Required by the State, and Assessments Required District-wide | 20 U.S.C. § 6312(e)(2)(B) | Required of a district that receives funds under Title 1, Part A. Must be posted on the district website and, where practicable, the website of each campus for each grade served. |

Texas Association of School Boards • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • tasb.org/legal

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013767

# Section F—Students

| TASB Policy | Post on District Website | Authority | Notes |
| --- | --- | --- | --- |
| FA | A District Shall Post in a Prominent Location the Form Developed by TEA Under Education Code section 26.001(d)(4) for Providing Information About Parental Rights and Options | Tex. Educ. Code § 26.001(e) | |
| FDC | Information Regarding Local Programs and Services Available to Assist Students Who Are Homeless | Tex. Educ. Code § 33.906(a) | Does not apply to a school within a district that has enrollment of less than 3,000 students and is primarily located in a county with a population of less than 50,000. |
| FFAB | Required and Recommended Immunizations, Health Clinics that Offer the Influenza Vaccine, and a Link to the Department of State Health Services Website that Contains Information on Immunization Exemptions | Tex. Educ. Code § 38.019 | Must be prominent and in English and Spanish. |
| FFAD | Information Relating to Bacterial Meningitis (to students and their parents each school year) | Tex. Educ. Code § 38.0025(a) | Must provide on the district website the information from the Department of State Health Services' (DSHS) Meningitis Information for Students and Parents (or a link to this page), unless the district obtains consent from DSHS to deviate from the prescribed method. School districts that do not maintain a website should provide information in hard copy to each student. |
| FFAF | Guidelines for the Care of Students with Food Allergies at Risk for Anaphylaxis. | Tex. Educ. Code § 38.0151(g) | Guidelines are from the Texas Department of State Health Services. |

**Texas Association of School Boards** • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • **tasb.org/legal**

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013768

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| FFH, DIA | Certain Title IX Information:<br><br>• Required contact information for district's Title IX Coordinator(s)<br>• Notification of nondiscrimination policy under Title IX<br>Title IX training materials | 34 C.F.R. §§ 106.8(b), .45(b)(10)(i)(D) | Districts must prominently display the name or title, office address, email address, and telephone number of the Title IX Coordinator(s), as well as a notification of nondiscrimination.<br><br>Districts must also make all materials used to train Title IX personnel publicly available on its website or, if the district does not maintain a website, available upon request for public inspection.<br><br>For more information, see TASB Legal Services' Discrimination and Harassment on the Basis of Sex and Other Characteristics. |
| FFI | Procedure for Reporting Bullying | Tex. Educ. Code § 37.0832(e) | Required to the extent practicable. |
| FO | Email Address and Dedicated Phone Number of the Campus Behavior Coordinator (CBC) | Tex. Educ. Code § 26.015 | Must be posted for each district campus.<br><br>If a district is designated as a district of innovation and is exempt from the requirement to designate a CBC, then the district must post an email address and dedicated phone number of a campus administrator designated as being responsible for student discipline. |

**Texas Association of School Boards** • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • **tasb.org/legal**

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013769

# Section G—Community and Governmental Relations

| TASB Policy | Post on District Website | Authority | Notes |
|---|---|---|---|
| GBAA | Statement That Written Requests for Public Information May Be Submitted by Board-Designated Method(s) (other than by mail, email, or hand-delivery) | Tex. Gov't Code § 552.234(b) | Must be posted if other methods of delivery are designated by the board and not already posted on the sign required by Texas Government Code section 552.205. |
| GBAA | Public Information Request Form Created by the Attorney General | Tex. Gov't Code § 552.235 | Must be posted if the attorney general's form is used. Use of the attorney general's form is not required. |
| GBAA | **OPTIONAL:** Designated Mailing and Email Address for Receiving Written Requests for Public Information | Tex. Gov't Code § 552.234(d) | A district that posts its designated mailing and email addresses on its website, or prints those addresses on the sign required under Section 552.205, is not required to respond to a public information request unless the request is received at one of those designated addresses, delivered by hand, or submitted through another method the district has approved for receiving requests. |
| GBAA | Notice of Temporary Suspension of the PIA (if applicable) | Tex. Gov't Code § 552.2325(h) | Must post public notice of the district's temporary suspension of the PIA and maintain posting for the duration of the suspension period, in a place readily accessible to the public and in each location the district is required to post a notice for the board's open meetings. (See BE above for required postings of board meetings.) |
| GKA | Notice Regarding Ability to Refuse Entry or Eject Certain Persons and Appeals Process | Tex. Educ. Code § 37.105(g) | Must be posted on the district website and each campus website. |

**Texas Association of School Boards** • P.O. Box 400, Austin, Texas 78767-0400 • 512-467-3610 • 800-580-5345 • legal@tasb.org • **tasb.org/legal**

© 2026 Texas Association of School Boards, Inc. All rights reserved.
TASB Legal Services

TEE013770